# EXHIBIT B

**Holly Ngo**
**Transactions in Avon Products, Inc. (AVP) Common Stock**
**Class Period: August 2, 2016, and August 2, 2017 , inclusive**

| | |
|---|---:|
| **Net Retained Shares** | 4,000 |
| **Total Retained Cost** | $ 26,180.00 |
| **Net Funds Expended** | $ 15,900.00 |
| **90-Day Average** | $ 2.49 |
| **Losses** | $ 10,760.00 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|
| 12/23/2016 | S | -2000 | $ 05.14 | (10,280.00) |
| 1/30/2017 | B | 2000 | $ 05.78 | 11,560.00 |
| 6/23/2017 | B | 2000 | $ 03.66 | 7,320.00 |
| 6/23/2017 | B | 2000 | $ 03.65 | 7,300.00 |

| | *After-CP* | | | |
|---|---|---|---|---|
| 10/5/2017 | S | -4000 | $ 02.28 | (9,120.00) |
| 10/5/2017 | S | -2000 | $ 02.28 | (4,560.00) |