**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MANZOOR BEVINAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AVON PRODUCTS, INC., SHERILYN S. McCOY, JAMES S. WILSON and JAMES S. SCULLY,<br><br>Defendants. | Case No.: 1:19-cv-01420-CM<br><br>Hon. Colleen McMahon |

**PLAINTIFFS' CONSENT MOTION TO**
**AMEND CAPTION AND REFILE COMPLAINT**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND ALL PARTIES' RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that lead plaintiff Holly Ngo and additionally named plaintiff David Klungle (together, "Plaintiffs") respectfully move this Court for an order: (1) amending the caption; and (2) granting leave to refile their amended complaint (D.I. 25) with the new caption. Plaintiffs' motion is based on this notice, the attached memorandum of law, the declaration of Chistopher J. Kupka, and the Court's complete files and records in this action.

*[Signature on Following Page]*

Dated: July 2, 2019                    Respectfully Submitted,

                                       **LEVI & KORSINSKY, LLP**


                                       /s/ *Christopher J. Kupka*
                                       Eduard Korsinsky (EK-8989)
                                       Gregory Mark Nespole (GN-6820)
                                       Christopher J. Kupka (CK-9010)
                                       55 Broadway, 10th Floor
                                       New York, NY 10006
                                       Telephone: 212-363-7500
                                       Facsimile: 212-363-7171
                                       Email: ek@zlk.com
                                               gnespole@zlk.com
                                               ckupka@zlk.com

                                       *Counsel for Lead Plaintiff, Additionally Named Plaintiff, and the Proposed Class*

                                       **LABATON SUCHAROW LLP**
                                       Carol Villegas
                                       Christine M. Fox
                                       140 Broadway
                                       New York, New York 10005
                                       Telephone: 212-907-0700
                                       Facsimile: 212-818-0477
                                       Email:   cvillegas@labaton.com
                                               cfox@labaton.com

                                       *Additional Counsel for Lead Plaintiff, Additionally Named Plaintiff, and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, a copy of the foregoing motion and exhibits thereto were filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties whose counsel have appeared in this action, by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

By:   /s/ *Christopher J. Kupka*
**Christopher J. Kupka**