**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MANZOOR BEVINAL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AVON PRODUCTS, INC., SHERILYN S. McCOY, JAMES S. WILSON and JAMES S. SCULLY, <br><br> Defendants. | Case No.: 1:19-cv-01420-CM <br><br> Hon. Colleen McMahon |

**DECLARATION OF CHRISTOPHER J. KUPKA IN SUPPORT OF PLAINTIFFS'**
**CONSENT MOTION TO AMEND CAPTION AND REFILE COMPLAINT**

I, Christopher J. Kupka, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff Holly Ngo and additionally named plaintiff David Klungle ("Plaintiffs") and Court-appointed lead counsel for the proposed class.

2.      On June 28, 2019, I electronically filed Plaintiffs' amended pleading. Based on the information I personally entered into the Court's electronic case filing system, the docket entry for this pleading appears as:

| | | |
|---|---|---|
| 25 | 06/28/2019 | FIRST AMENDED COMPLAINT amending 1 Complaint against Avon Products, Inc., Sherilyn S. McCoy, James S. Scully, James S. Wilson, David Legher with JURY DEMAND.Document filed by Holly Ngo, David Klungle. Related document: 1 Complaint. (Attachments: # 1 Ngo Certification, # 2 Klungle Certification)(Kupka, Christopher) (Entered: 06/28/2019) |

3.      On July 1, 2019, the Clerk's Office of the Southern District of New entered the following notice to the electronic docket:

> ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice
> to Attorney Christopher James Kupka to RE-FILE re: Document No. [25] Amended
> Complaint,. The filing is deficient for the following reason(s): the wrong filer/filers
> were selected for the pleading; the selected filers do not appear on the pleading

caption; the pleading was filed incorrectly on the due date of 6/28/2019 set by the court, therefore Court's leave will be required to re-file. Re-file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (pne)

4.      Also on July 1, 2019, I contacted Karin DeMasi, Esq. of Cravath, Swaine & Moore LLP, who has appeared as counsel on behalf of Avon Products, Inc. and certain other defendants in this matter, to request her clients' consent to Plaintiffs' prospective motion to for an order amending the caption in this action and granting them leave to refile their first amended complaint. On July 2, 2019 Ms. DeMasi confirmed in an email that her clients consent to the relief requested by Plaintiffs.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: July 2, 2019                              Respectfully Submitted,

                                                  /s/ *Christopher J. Kupka*
                                                 Christopher J. Kupka (CK-9010)
                                                 55 Broadway, 10th Floor
                                                 New York, NY 10006
                                                 Telephone: 212-363-7500
                                                 Facsimile: 212-363-7171
                                                 Email: ckupka@zlk.com

2