**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MANZOOR BEVINAL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AVON PRODUCTS, INC., SHERILYN S. McCOY, JAMES S. WILSON and JAMES S. SCULLY,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-01420-CM<br><br>Hon. Colleen McMahon |

**[PROPOSED] ORDER DIRECTING CLERK TO AMEND CAPTION AND GRANTING PLAINTIFFS LEAVE TO FILE A REVISED AMENDED COMPLAINT**

Having considered the papers filed in support of the motion lead made by plaintiff Holly Ngo and additionally named plaintiff David Klungle (together, "Plaintiffs") for an order: (1) amending the caption; and (2) granting leave to refile their amended complaint (D.I. 25, "FAC"), and for good cause shown, **IT IS HEREBY:**

1.　　　**ORDERED** that the Clerk amend the caption as follows:

**United States District Court**
**Southern District of New York**

| | |
|---|---|
| In re Avon Products Inc. Securities Litigation | No. 19-cv-01420-CM |

2.　　　**ORDERED** that Plaintiffs are granted leave to refile the FAC, modifying only the caption.

　　　　**IT IS SO ORDERED.**

Dated: _____, 2019　　_____
　　　　　　　　　　　　　　　THE HONORABLE COLLEEN MCMAHON
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE