**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/19

---

MANZOOR BEVINAL, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

v.

AVON PRODUCTS, INC., SHERILYN S. McCOY, JAMES S. WILSON and JAMES S. SCULLY,

        Defendants.

---

Case No.: 1:19-cv-01420-CM

Hon. Colleen McMahon

## [PROPOSED] ORDER DIRECTING CLERK TO AMEND CAPTION AND GRANTING PLAINTIFFS LEAVE TO FILE A REVISED AMENDED COMPLAINT

Having considered the papers filed in support of the motion lead made by plaintiff Holly Ngo and additionally named plaintiff David Klungle (together, "Plaintiffs") for an order: (1) amending the caption; and (2) granting leave to refile their amended complaint (D.I. 25, "FAC"), and for good cause shown, **IT IS HEREBY:**

1.    **ORDERED** that the Clerk amend the caption as follows:

**United States District Court
Southern District of New York**

---

In re Avon Products Inc. Securities Litigation | No. 19-cv-01420-CM

---

2.    **ORDERED** that Plaintiffs are granted leave to refile the FAC, modifying only the caption.

**IT IS SO ORDERED.**

Dated: 7/3/2019    , 2019

_____
THE HONORABLE COLLEEN MCMAHON
CHIEF UNITED STATES DISTRICT JUDGE