UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE AVON SECURITIES LITIGATION

No. 19-cv-01420-CM

**DECLARATION OF KARIN A. DeMASI IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE CORRECTED CONSOLIDATED AMENDED
COMPLAINT**

I, Karin A. DeMasi, declare as follows:

1.      I am a member of the law firm of Cravath, Swaine & Moore LLP, attorneys for Defendants Avon Products, Inc. ("Avon"), Sherilyn S. McCoy, James S. Scully and James S. Wilson in the above-captioned matter.  I am admitted to practice in the State of New York, and in the United States District Court for the Southern District of New York.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Avon's Form 10-Q for Q2 2015, dated July 30, 2015.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Avon's Form 10-K for FY 2015, dated December 31, 2015.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Avon's January 21, 2016 Investor Day presentation.

5.      Attached hereto as Exhibit 4 is a true and correct copy of S&P Global Inc.'s transcription of Avon's January 21, 2016 Investor Day event.

6.      Attached hereto as Exhibit 5 is a true and correct copy of S&P Global Inc.'s transcription of Avon's February 11, 2016 earnings call for its Q4 2015 results.

7.      Attached hereto as Exhibit 6 is a true and correct copy of S&P Global Inc.'s transcription of Avon's May 5, 2016 earnings call for its Q1 2016 results.

8.      Attached hereto as Exhibit 7 is a true and correct copy of Avon's Form 10-Q for Q2 2016, dated August 2, 2016.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Avon's Form 10-Q for Q3 2016, dated November 3, 2016.

10.     Attached hereto as Exhibit 9 is a true and correct copy of Avon's Form 10-K for FY 2016, dated December 31, 2016.

11.     Attached hereto as Exhibit 10 is a true and correct copy of S&P Global Inc.'s transcription of Avon's February 16, 2017 earnings call for its Q4 2016 results.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Avon's Form 10-Q for Q1 2017, dated May 4, 2017.

13.     Attached hereto as Exhibit 12 is a true and correct copy of S&P Global Inc.'s transcription of Avon's August 3, 2017 earnings call for its Q2 2017 results.

14.     Attached hereto as Exhibit 13 is a true and correct copy of Avon's Form 10-Q for Q2 2017, dated August 3, 2017.

15.     Attached hereto as Exhibit 14 is a true and correct copy of *The Wall Street Journal's* online version of its article entitled, "Avon CEO to Step Down

Amid Investor Pressure," dated August 3, 2017, and last accessed by individuals under my direction on July 26, 2019.

16.    Attached hereto as Exhibit 15 is a true and correct copy of Avon's Form 8-K, filed to disclose the "Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers," and dated February 5, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2019.

_/s/Karin A. DeMasi_
Karin A. DeMasi
