# Exhibit 3



# Forward-Looking Statements and Non-GAAP Financial Information

Statements in this presentation that are not historical facts may be forward-looking statements that involve risks and uncertainties that could cause actual results to differ materially. These risks and uncertainties are detailed from time to time in reports filed by Avon Products, Inc. with the Securities and Exchange Commission, including Forms 8-K, 10-Q, and 10-K. Some forward-looking statements in this presentation include and concern our outlook and performance, transformation program and cost structure, strategic partnerships and transactions, and organization and structure. These forward-looking statements involve risks, uncertainties and other factors, which may cause the actual results, levels of activity, performance or achievement of Avon to be materially different from any future results expressed or implied by such forward-looking statements. These risks and uncertainties include, but are not limited to, our ability to improve our financial and operational performance, the possibility of business disruption, competitive uncertainties and general economic and business conditions in our markets, including fluctuations in foreign currency exchange rates. Any forward-looking statements speak only as of the date they are made. The Company does not undertake to update any such forward-looking statements.

Please see the appendix at the end of this presentation for a reconciliation of certain Non-GAAP financial measures included in this presentation.



the company for women



Beauty for a Purpose

AVON

*Page 4 -* **Sheri McCoy - Setting the Stage**

*Page 19 -* **Steven Mayer - Cerberus Perspective**

*Page 29 -* **Sheri McCoy - Avon's Transformation Plan**

*Page 44 -* **Fernando Acosta - Invest in our Brand**

*Page 100 -* **John Higson - Drive Representative Engagement**

*Page 132 -* **Fernando Acosta - Bring Social Selling to Scale**

## Market View

*Page 162 –* **Angela Cretu – Turkey**

*Page 181 –* **David Legher – Brazil**

*Page 209 -* **Jim Scully - Financial Discussion**

*Page 226 -* **Jim Scully - Wrap Up**

3



# AVON
## the company for women

*Sheri McCoy*

Chief Executive Officer





AVON

130 years

beauty, optimism, women

# Our Leadership Team



**Chief Executive Officer**

**Sheri McCoy**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **EVP, Chief Operating Officer & Chief Financial Officer** | **EVP, Chief Marketing & Social Selling Officer** | **EVP, EMEA & Latin America** | **SVP & President Asia Pacific** | **SVP, Human Resources & Chief Human Resources Officer** | **SVP, General Counsel & Chief Ethics & Compliance Officer** |
| **Jim Scully** | **Fernando Acosta** | **John Higson** | **Nilesh Patel** | **Susan Ormiston** | **Jeff Benjamin** |

AVON

# Key Takeaways

- The operating environment continues to be exceptionally dynamic

- We compete in growing markets and categories

- We've defined a new path forward for Avon's NA business

- Avon's international business is growing… 3% C$ growth in FY15[1]

- Avon's Active Representative base is growing at 1% FY15[2]

[1] "Excludes North America and Liz Earle": "North America will be reported as discontinued operations for all periods when Avon reports 2015 results. Down 19% in reported dollars."
[2] Excludes North America.

AVON

# Key Takeaways

- We've taken steps to improve financial resilience

- We're taking more aggressive actions to improve profitable growth

- We're evolving our direct selling model to ensure Avon's relevance for the next 130 years

- We've added resources to enhance our executional capabilities

- We'll be transparent throughout this journey

AVON

# Avon's Three-Year Transformation Plan





# Vision

We will strengthen Avon's position as a **leader in beauty,** unleash the power of the **Avon network,** and introduce a **new generation** of women to a brand we know they will love

Beauty for a Purpose

AVON

# We have Strong Building Blocks



**Iconic, Purpose-Driven Beauty Brand**



**Innovative Products and Strong R&D Capabilities**



**An Unparalleled and Growing Representative Base**



**Leadership Positions in Key International Markets and Beauty Categories**

AVON

# Today's Reality

- Financial performance not where we want it to be

- We've made good progress on a number of fronts, but some areas were harder than expected

- Macro-economic impact on our business has been massive

AVON

# A Brief Look Back

| | | |
|---|---|---|
| **North America** | **International Markets** | **Cost Takeout** |
| **Core Business Focus** | **Resolution of Legacy Issues** | **Macro Headwinds** |

AVON

# Path Forward

*In light of ongoing F/X pressure and other challenges we have charted a new path forward*

Accelerate Change

Transform Our Business

Improve Our Competitiveness

AVON

# Strategic Review Considerations

- Drive Shareholder value

- Find a "better solution" for North America

- Unlock the value of international growth markets and prioritize investments

- Continue to drive out cost and align cost with revenue currency structure

- Improve overall financial performance and strengthen our balance sheet

AVON

# We Completed an Exhaustive Review of Strategic Alternatives in 2015

| January | | December | 2016 and Beyond |
|---|---|---|---|

**Wide Range of Options Explored**

- **Looked at all dimensions** of the **business model** – channels, geographies, categories…and partners
- Explored wide range of alternatives including **strategic options, sponsor partners and standalone**

**Specific Alternatives Evaluated**

- Received **broad interest**
- Performed **thorough review of alternatives** and structures, led by the Board

**Partner Selection**

- Engaged in robust due diligence process with the potential partners who offered the **most financially attractive and feasible options**
- Extensive due diligence including numerous **management meetings** and **exhaustive data and document reviews** over six month period
- Selected Cerberus as partner to best drive value creation
- **Signed agreement** on December 17th; expected close in spring of 2016





**Enhanced Ability to Create Value**



# Cerberus Transaction Highlights

### *A $605M Strategic Partnership to Drive Avon Shareholder Value*
*Transaction is anticipated to close in the Spring of 2016, pending regulatory review*

| Prior to Transaction | Post Transaction Close, *estimated* |
|---|---|

**Avon Products, Inc.**  *NYSE: AVP*

**$435M preferred equity investment 16.6% Ownership**

~83.4% AVP Shareholders

16.6% Cerberus

**Board of Directors:**
**11 members**
- 6 current Avon members
- 3 members appointed by Cerberus
- 2 new jointly nominated members

**Avon North America** *Privately - Held*

**$170M cash 80.1% Ownership**

80.1% Cerberus

~19.9% AVP

**Board of Managers:**
**9 members**
- 7 seats held by Cerberus
- 2 seats held by Avon

AVON

CERBERUS
CAPITAL MANAGEMENT, L.P.

AVON

# Why Cerberus?

- Creates partnership with a shared interest in success of Avon Products and Avon North America

- Provides the necessary resources, focus and risk mitigation to improve North America; Avon Products maintains a 19.9% stake in the upside of Avon North America

- Enables transformation of Avon's international business

- Brings Cerberus' operational excellence and resources, as well as a fresh perspective, to the Avon Products Board

- Delivers the financial resources to strengthen Avon Products balance sheet and provide funds to invest in transformation

AVON



AVON

the company for women

*Steven Mayer*

Co-Head of Global Private Equity and Senior Managing Director of Cerberus Capital Management and Cerberus California, LLC





# Cerberus Capital Management, L.P.

## Avon Products, Inc. Investor Day Presentation

AVON
the company for women

January 21, 2016

# Disclaimer

CAUTIONARY STATEMENT FOR PURPOSES OF THE "SAFE HARBOR" STATEMENT UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995

This presentation is being made by Cerberus Capital Management, L.P. ("Cerberus") at the invitation of Avon Products, Inc. (including its North America business segment, "Avon") and is qualified in its entirety by all cautionary statements made by Avon for purposes of the "safe harbor" under the Private Securities Litigation Reform Act of 1995 (the "PSLRA").   In addition, certain statements made in this presentation, and verbally in response to questions, that are not historical facts may be forward-looking statements, within the meaning of the PSLRA, which involve risks and uncertainties that could cause actual results to differ materially.  Words like "anticipate", "believe", "can", "continue," "could", "estimate", "expect," "forecast", "intend," "may," "might," "potential," "plan," "project", "should," "will", "would" and similar expressions or terminology, or the negative of these terms, may identify forward-looking statements. Some forward-looking statements in this presentation include and concern the proposed transaction, Avon's brand, product offerings, independent sales force, direct selling model, business operations, systems and processes, revenues, margins, cost structure, profitability, performance, competitive position, strategic priorities, and business and economic conditions in its markets and industry segments, and Cerberus' involvement, contribution or actions with respect to the foregoing. Forward-looking statements involve risks, uncertainties and other factors, which may cause the actual results, levels of activity, performance or achievement of objectives to be materially different from any future results expressed or implied by such forward-looking statements. These risks and uncertainties include, but are not limited to, uncertainties as to the ultimate outcome of the transaction or the timing thereof, the possibility that the expected benefits of the transaction and operating plans will not be fully realized or take longer to realize than expected, Avon's ability to maintain and enhance its brand equity and market position in the territories in which it operates, its ability to improve the experience of its independent sales representatives and their customers through improvements in technology, business processes, training and leadership opportunities, its ability to enhance its direct sales model by simplifying and increasing earnings opportunities and the productivity of its independent sales representatives, its ability to enhance the Avon brand (and sub-brands), improve product loyalty and attract new independent sales representatives by introducing new products and pricing strategies and investing in more marketing activities, its ability to accomplish its restructuring plan in order to reduce costs, grow revenue, improve profitability and deliver better financial and operating results, and competitive uncertainties and general economic and business conditions in its markets, including fluctuations in foreign currency exchange rates, and Cerberus' ability to timely execute its plans and advise Avon on the foregoing. Any forward-looking statements speak only as of the date they are made. Cerberus does not undertake to update any such forward-looking statements.

# Investment Philosophy

| **Value-oriented investor seeking above-market returns through improved business performance** |
|---|

| **Long-term Investor** | – Focused on sustainable business value drivers<br>    • Less focused on short-term fluctuations in foreign currency, commodities, and other markets that may temporarily impact stock price<br>– Help build long-term value via operations and strategy<br>– Strong track record as collaborative and engaged Board member |
|---|---|
| **Disciplined Operator** | – Extensive due diligence and rigorous operational planning<br>– Laser focus on execution<br>– Daily emphasis on driving efficiency and productivity to enhance competitiveness and improve performance<br>– Deep operational expertise with team of 125 seasoned operating executives |

# Proven Track Record of Improving Performance

**Work with portfolio companies to achieve operational efficiencies and enhance margins, sometimes reinvesting a portion of cost savings to improve competitiveness**













# A Catalyst for Change

| | |
|---|---|
| **Avon Products** | – Work hand in glove with Avon Products management to<br>• Improve cost structure and strategic positioning<br>• Simplify and contemporize business processes, systems, and model<br>• Drive revenue and profitability growth<br>• Ensure operational execution improves |
| **Avon North America** | – Invest in, plan and execute a turnaround of the business |

# A Tale of Two Companies

**Two different situations requiring two different sets of solutions**

| Avon Products | Avon North America |
|---|---|
| – Growing organically, with 2015E organic revenue growth of 3% on a C$ basis* | – Declining organically, particularly compared to direct selling peers |
| – Stable, modestly growing base of sales Representatives | – Declining base of sales Representatives |
| – Profitable, though with lower margins than peers | – Struggling with profitability |
| – Strong, highly recognized brand | – Brand loved but eroding relevance |
| – In need of an operating plan to eliminate significant cost, improve organizational responsiveness, and contemporize the business | – Requiring significant investment and transformational change |

**Very important to Cerberus that transactions be structured
to provide mutuality of interest in both Avon Products and Avon North America**

*excluding Liz Earle, Argentina and Venezuela, and adjusting for Brazil tax changes

# Investment Thesis

| Avon Products | Avon North America |
|---|---|
| – Global direct selling industry remains vibrant | – Direct selling industry is growing in the U.S. |
| – Exposure to highly attractive, high margin, growing and defensive beauty category | – Scaled platform with large direct sales force |
| – Market leader in its top countries with powerful brand | – Exposure to highly attractive, high margin, growing and defensive beauty category |
| – Significant operational improvement opportunities | – Long-standing brand with deep beauty legacy |
|    – Operating plan to eliminate $350 million in annualized operating expense without impacting revenue | – Achievable, detailed operating plan to turn around business without the distraction of international markets or public market scrutiny |
| – Management has good ideas but an accelerant, execution, and accountability are needed | |
| – Common stock is significantly undervalued relative to historical trading levels, comparables and earnings potential | |

# Avon Products Operating Plan

**Rationalize Supply Chain and IT**

**Delayer Organization, Simplify/Modernize Business Processes**

**Invest in Brand and Beauty**

**Decisive Strategic Choices**

**Cerberus Is and Will Be Actively Involved in Planning and Execution;
In Addition to Board Representatives, Cerberus Operating Executives Will Join
Project Management Office**

27

# A Winning Partnership



1 Strong conviction in investment thesis

2 Confidence in operating plans and ability to execute on them

3 Great collaboration with management

4 Iconic brands with significant brand equity

5 Stock is significantly undervalued at current share price

6 Commitment to long-term value creation for shareholders of both companies

7 Transition teams fully engaged, on track for early spring closing

28

# Avon's Three-Year Transformation Plan

- Close the Cerberus Transaction

- Execute Three-Year Transformation Plan

 **Invest in Growth**

  - Resource most attractive markets to grow Representative base

  - Reinvest for growth - $350M

**Drive Out Cost**

  - $350M cost take out

  - Shift costs to align with revenues and provide natural hedge on currency

 **Improve financial resilience** by strengthening balance sheet

AVON

# Avon Today – Excluding North America

## We are a $6B company[1]

## We delivered 3% C$ revenue growth in 2015[2]

[1] FY 2015 figures which reflects that North America will be reported as discontinued operations for all periods when we report 2015 results.
[2] Excludes North America and Liz Earle. Down 19% in reported dollars.

AVON

# Avon Representative trend is improving

### *Ending Representatives[1] Quarterly YoY Growth*



Total AVP (excl. NA)

[1] Ending Representative count reflects the total number of Representatives that have the ability to place an order in a moment in time.

AVON

# Our Call to Action is Clear



**More Women**



**Earning More**



**Through Beauty**

AVON

# We participate in growing categories

- Beauty and Personal Care (BPC) market (excl. NA) grew 6% to $380B in 2014
  - Avon holds strong position in most sub-categories in key markets
  - Avon maintained stable market share year-on-year
- Beauty industry has consistently grown over past 20 years[1]
- Global Direct Selling grew 6% to $183B in 2014
  - BPC is the #1 Direct Selling category representing 34% of Direct Selling globally[2]

     

[1] Euromonitor International.
[2] World Federation of Direct Selling Associations.

AVON

# We have Strong Building Blocks



**Iconic, Purpose-Driven Beauty Brand**



**Innovative Products and Strong R&D Capabilities**



**An Unparalleled and Growing Representative Base**



**Leadership Positions in Key International Markets and Beauty Categories**

AVON

# Iconic Purpose-Driven Beauty Brand

**A purpose-driven and trusted beauty brand**

*Empowered Women Empower Others*



*Self Reliance / Earnings Opportunity for Our Representative*

*Demonstrable Product Quality and Value for The Consumer*

**Deeply committed to impacting the causes that matter most to women**

***Avon Breast Cancer Crusade*** – Active in **54** countries



***Avon Speak Out Against Domestic Violence*** – Active in **44** countries



AVON

# Innovative Products and Strong R&D Capabilities

**Innovative products in attractive beauty categories with high single digit growth\***



72%
- Color
- Fragrance
- Skin Care
- Personal Care

28%
- Fashion
- Home

## Innovation is fueled by our Strong R&D capabilities



**Cutting-Edge R&D**

**Innovative Products**

Anew    Big & Multiplied Mascara    Ultra Color Rich

[1] Percentages refer to % of C$ revenue, excludes North America based on last 12 months from Q3 2015.

AVON

36

# An Unparalleled Representative Base



**Large Representative base…**

APAC 17%
LATAM 48%
EMEA 35%

Representatives[1]
Ending: ~8 M
Active: ~6 M

Excludes North America
(1) Based on 2015 Q3 Ending Representatives and last 12 months from Q3 2015 Active Representatives.



**…with more women joining each year…**

*…~10M women join or rejoin each year…*



**…and with a strong tenured base**

*% of Sales by Representative Tenure\**

< 4 Months ~ | ~ 5 to 18 Months | > 18 Months

Excludes North America
\*Based on 2015 Q3 % of Sales
\*\*LOA = Length of Association and refers to the number of campaign cycles a specific Avon Active Representative has participated in

Note: Ending Representative count reflects the total number of Representatives that have the ability to place an order in a moment in time.

37

AVON

# Top Ten Markets are Growing

**Revenue Growth In Key Markets[1] (C$)**



**Top 10 Markets[2]**

Non-Top 10 Markets[3]

North America

China

Indexed Revenue Growth
*Index = 100; Base Year = 2010*

120
100
80
60
40
20

2010    2011    2012    2013    2014    2015

[1] All periods exclude Liz Earle, Silpada and other exit markets.
[2] Top 10 Markets revenue excludes significant impacts of VAT and IPI Tax in Brazil.
[3] North America and China excluded from Top 10 Markets and Non-Top 10 Markets.
[4] North America will be reported as discontinued operations for all periods when Avon reports 2015 results.
[5] 2015 numbers reflect last 12 months from Q3 2015. Note that last 12 months include Q4 2014, which has also been included in FY 2014.

38

AVON

# Leadership Positions in Key International Markets and Beauty Categories

## We are the #1 Direct Selling Beauty Company in the World




**Market Position**

| Avon's Top 10 Markets | Direct Selling | Beauty |
|---|---|---|
| Brazil | #2 | #1 Color, #3 Fragrance, #3 Skin Care |
| Mexico | #1 | #1 Color, #2 Fragrance, #3 Skin Care |
| Russia | #1 | #2 Fragrance, #3 Color, #3 Skin Care |
| UK | #1 | Top 10 Color, Fragrance, Skin Care |
| Colombia | #2 | #2 Color, #1 Skin Care, #3 Fragrance |
| Argentina | #1 | #1 Color, #1 Fragrance, #2 Skin Care |
| Philippines | #1 | #1 Color, #1 Fragrance, #2 Skin Care |
| Turkey | #1 | #1 Fragrance, #3 Color, #4 Skin Care |
| Poland | #1 | #2 Fragrance, #3 Color. #3 Skin Care |
| S. Africa | #1 | #2 Fragrance, #2 Skin Care, #3 Color |

Our Top 10 markets account for nearly 70% of 2015 revenue[1,2]

[1] 2015 numbers reflect last 12 months from Q3 2015, excludes North America and Liz Earle.
[2] Top 10 Markets revenue excludes significant impacts of VAT and IPI Tax in Brazil.

AVON

39

# We have strong in-market leadership



# Our Three-Year Transformation Plan



### Invest in Growth

- **Invest in our Brand and Beauty Categories**
- **Improve Representative Engagement**
- **Bring Social Selling to Scale**



### Drive Out Cost

- **Improve Operating Model**
- **Optimize Supply Chain**



### Improve Financial Resilience

- **Cerberus Investment**
- **Dividend Suspension**
- **Opportunistic Debt Repayment**
- **Tax Planning**

## Measures and Outcomes:

**Representative Growth**　　　**$350M Cost Takeout**　　　**Stronger Balance Sheet**

**$350M Reinvestment in Growth**

AVON

# Long-Term Goals

| Metrics | Long-Term Financial Goals |
| --- | --- |
| **Revenue Growth** | Mid single-digit C$ revenue growth |
| **Representative Growth** | Low single-digit Active Representative growth |
| **Adjusted Operating Margin** | Low double-digit adjusted operating margin |

42

AVON

# Avon's Transformation Plan



**Invest in Growth**

- Invest in our Brand and Beauty Categories
- Improve Representative Engagement
- Bring Social Selling to Scale

AVON



# Fernando Acosta

EVP Chief Marketing and Social Selling Officer





# AVON

the company for women

## Toward a Beautiful Future

Beauty, Categories and Brands

Avon has **over 90% Awareness** and holds **strong Market Share** positions globally…



Source: Euromonitor 2014

AVON

# Market Share Stabilizing…
## More Work Ahead



## Value Market Share Performance
### (Exc. NA)



Fragrance

Color Cosmetics

Skin Care

Beauty & Personal Care

2009    2010    2011    2012    2013    2014

Source: Euromonitor 2014

# There is a clear **Case for Change** to strengthen our brand



## Concentrating our efforts in investing behind **Beauty Categories** & **Building Brands**



### Re-build our *Beauty* Brand



### Disciplined *Portfolio* Management



### Develop *Brands* with superior products

## Concentrating our efforts in investing behind **Beauty Categories** & **Building Brands**



**Re-build our** *Beauty* **Brand**



**Disciplined** *Portfolio* **Management**



**Develop** *Brands* **with superior products**



# Re-build our *Beauty* Brand

- **Strengthen brand relevance and affinity with** *Beauty for a Purpose*

- **Develop engaging content to tell our Avon Story**

- **Increase media investment with shift to Digital**

AVON



# The case for **Avon**

The **first company** to give women
an earning opportunity
and help them achieve financial
independence

A pioneer in **social selling**

Nearly **1 billion dollars** donated
for the causes that matter

# The case for **Beauty**



*Beauty* does not Imprison Women, it Empowers them.

*Beauty* is Selfless, not Selfish.

A world without *Beauty* is a world without Love.

*Beauty* proves you Care.

*Beauty* gives Strength.

*Beauty* is Restless.

*Beauty* Matters.

AVON



# The case for **Women**

**The most important driver for women's empowerment is to achieve financial independence....**

AVON



# We believe that a world with more empowered women will be a more beautiful world

AVON



# Our Brand Statement

*Beauty for a Purpose*

A V O N

**"When you feel more beautiful you see more beauty and create more beauty around you"**

57

# Our whole Avon story goes like this:

We at Avon create **Beauty Products of demonstrable superior quality and value** so our Avon Representatives can sell them easily and with confidence to their friends and customers.

These sales reward our Representatives with **the income that leads to Self-Reliance and Self-Empowerment.**

At Avon, we know that **when a woman is and feels empowered, she helps and empowers others.**

58



AVON

# *Avon Beauty Circle*



## The ABC of Women's Empowerment

# Telling the **whole Avon story** works!



**Empowered Women Empower Others**

**Self Reliance / Earning Opportunity**

**Demonstrable Product Quality And Value**

60

# Deployment of *Beauty for a Purpose* around the world

   

**April onwards**
Research resonance of
the BFAP concept across
the world

**May**
Local market
Mother's day
activations

**June**
Local market
Father's day
activations

**September onwards**
Brochure spreads
launch across region

**March**
BFAP concept launches
internally across
the Avon world

**May onwards**
Concept launched
internally to Associates

**May onwards**
Creative digital
activations

**August onwards**
BFAP re-energizes
Representatives at local
sales conferences

     

61

Let's see how we started to share the **Avon Story** from H2-15…

**Empowered Women Empower Others**



**Self Reliance / Earning Opportunity**

**Demonstrable Product Quality And Value**

62





Jéssica Hoffmann
Avon Representative
Since 2014

*Give a woman the right lipstick and she will conquer the world*

Join the Sisterhood.

*Beauty for a Purpose*

AVON

BeautyforaPurpose.com

64



When women support each other, incredible things happen.

Join the Sisterhood.

Beauty for a Purpose

AVON

BeautyforaPurpose.com



## Be yourself. Be-you-tiful.

Join the Sisterhood.

*Beauty for a Purpose*

AVON

BeautyforaPurpose.com





Otworzytam sie na ludzi. Zrozumiatm, Ze moge wszystko

Join the Sisterhood.

Piękno i niezależność

AVON

Pięknoiniezależność.com

**Sandra Szalapa**
Konsultant Avon
od 2009



**Covie Lim Wei Yee**
Avon Representative
Since 2015

*Sertai jalinan kekeluargaan kami*

Join the Sisterhood.

*Beauty for a Purpose*

AVON

BeautyforaPurpose.com



**Sandy Rice**
Avon Representative
Since 2014

# She believed she could so she did.

Join the Sisterhood.

*Beauty for a Purpose*

AVON

BeautyforaPurpose.com

70

# We Have Seen a *Significant Growth In Fans*
## in Social Media since the launch of Beauty for a Purpose

Voted **coolest brand** in South Africa!



**16% growth in total global** social media reach in just 6 months!

**168 Million Global views for** Mothers Day and Fathers Day

**1st beauty brand** to be **exclusively** on Instagram in Brazil and Mexico





**Most Loved** Social media Brand in Peru!

Avon is the **#3 Beauty Brand on Facebook**, by number of fans. (18.7M)

 105M Video Views

**Instagram** is Avon's fastest growing network with **53% growth with nearly 1M followers**

# Our Avon Story Works!



**Superior Product**



**Earning Opportunity**



**Empowerment**

# Encouraging pilot results

**Sales Growth**  **Appointments**



**8X**  **19X**

## Above Norm Persuasion

|  | | | | Market Norm |
|---|---|---|---|---|
| **New** | 3.1 ⬆ | 3.0 ⬆ | 3.2 ⬆ | 2.9 |
| **Relevant** | 3.2 ⬆ | 3.2 ⬆ | 3.2 ⬆ | 3.0 |
| **Credible** | 3.9 | 3.9 | 4.1 ⬆ | 3.9 |
| **Different** | 4.0 ⬆ | 4.0 ⬆ | 4.0 ⬆ | 3.8 |

Pilot Results Guatemala



## We are moving to an engagement model.

**Consumers 18-34:**

- Spend more time (over 2 hours per day) **on social networks**

- **25% discover new brands** through social network posts

- **33% are influenced** by their social media networks when making **purchase decisions**

- Are more likely to **share and talk about content and products** they see online

Source: MediaVest. Globalwebindex. Atkearney.com



## Increase media investment with shift to Digital

**Outstanding media ROI's :**

| Channel | ROI index |
|---------|-----------|
| Brochure | 2.5 |
| Digital | 1.3 |
| TV | 1.0 |
| OOH | 0.7 |
| Print | 0.3 |

**Focus Investment in key growth driver markets**

Today

Tomorrow

+ Digital

■ TV  ■ Digital  ■ Print  ■ OOH



## Re-build our *Beauty* Brand

- **Strengthen brand relevance and affinity with** *Beauty for a Purpose*

- **Develop engaging content to tell our Avon Story**

- **Increase media investment with shift to Digital**

AVON

# Concentrating our efforts in investing behind
# Beauty Categories & Building Brands

## Re-build our *Beauty* Brand



## Disciplined *Portfolio* Management



## Develop *Brands* with superior products





## Disciplined *Portfolio* Management

- **Define category priorities and grow our strongest brands**

- **Create fuel for growth through portfolio simplification**

- **Shift pricing center of gravity up**

AVON

77

# We **Rigorously Screened** our existing categories to help us understand the **Degree of Transformation** required…

| Dimensions | Factors | Metrics |
|---|---|---|
| **Strategic Fit** | Fit with Master Brand Purpose and Overall Company Vision | • Fit with Purpose and Vision |
| | Avon's Ability to Win Given our Capabilities, Choices and Resources | • Delivers value through personal recommendation<br>• In-house expertise<br>• Level of Complexity<br>  1. Size of Line<br>  2. Productivity |
| **Financial Potential** | Category Size and Growth | • Direct Selling Category Revenue<br>• Direct Selling Category Revenue Growth<br>• Total Category Revenue<br>• Total Category Revenue Growth |
| | Current Financial Performance | • Gross Sales<br>• Direct Margin<br>• Gross Sales Growth |
| | Competitive Intensity and Our Position | • Herfindahl-Hirschman Index (HHI) weighting varies<br>• Competitive Rank |

78

# … and determined which categories we will **Prioritize** or **Curate/Restrict**



Impulse Beauty Boutique*: strategic categories that complement beauty looks (e.g. jewelry, accessories, handbags, apparel)

# Transforming our Portfolio by focusing on Beauty



*Impulse Beauty Boutique: strategic categories that complement beauty looks (e.g. jewelry, accessories, handbags, apparel)

# We will focus on our
## Top 40 Brands





| Core Brands | Local Brands | Small "Brands" |
|---|---|---|
| **40** BRANDS | **50** BRANDS | **185** 'BRANDS' |

**80%**
**of business**



# We identified significant savings through **portfolio simplification…**

Migrating from multiple disjointed brands to a single brand block under Avon Care





# …and **harmonization** of packaging components & ingredients

**Multiple** packaging components & brand names



**Single** packaging components under "Avon Classics" brand name



# We have **Pricing Capabilities** in place to drive **Gross Margin** expansion



## Disciplined approach to pricing

### 6-Step Pricing Process

1. Define **portfolio of brands** by category across **price tiers**
2. Select most relevant **competitive set**
3. Map to **price tiers/positioning** using Relative Price Index
4. Use **Strategic Golden Rules** to identify pricing actions needed
5. Use **research and analytics** to identify how by creating a tactical pricing plan
6. Activate in the market by **campaign planning**



## Disciplined *Portfolio* Management

- **Define category priorities and grow our strongest brands**

- **Create fuel for growth through portfolio simplification**

- **Shift pricing center of gravity up**

AVON

# Concentrating our efforts in investing behind **Beauty Categories** & **Building Brands**



**Re-build our** *Beauty* **Brand**



**Disciplined** *Portfolio* **Management**



**Develop** *Brands* **with superior products**

88



## Develop *Brands* with superior products

- **Appeal to more consumers across needs and price points**

- **Nurture the base and develop breakthrough innovation**

- **Innovate differently through strategic alliances in other relevant beauty categories**

AVON



# We will target consumers with unprecedented precision…

- **Representatives, our first consumers**

- **Grow Millennials (18-34)**

- **Nurture Gen X core (35-50)**

- **Move up the middle-class**

# Enabled by our
# **Global Segmentation** model



| Need | Minimalist | Contented Beauties | Affirmationalists | Loyalists | Enthusiasts | Trendy Explorers |
|---|---|---|---|---|---|---|
| Global Prevalence | 11% | 14% | 15% | 33% | 20% | 6% |
| $ of $55B Category | $4.9B | $6.8B | $7.7B | $19.6B | $12.6B | $4.1B |
| Desired Beauty Look | Confident / Approachable | Casual / Effortless | Fun | Classic / Stylish | Powerful / Bold | Trendy / Modern |
| Age Range | 50+ | 25 – 40 | 35 – 44 | 40s | 25 – 34 | 15 – 34 |

AVON

# A focused approach to deliver
## Breakthrough Innovation



Projects worth $25+ million in **incremental sales**

**Focus on a set** of $200M+ Global Sales initiatives (2-3x our average target to date); Can be NPD / EPD / Category Whitespace, new brand external collaboration, etc.

**Better validation** in top markets to drive "turn-key" execution/credibility with ambition of launch in all top markets within 12 months

AVON

92

# We will nurture the base
# and **Develop Breakthrough Innovation**



AVON



*Louise Scott*

Group Vice President
Chief Scientific Officer







# NEW Perfectly Matte Lipstick

## **100% true** matte look
## **with lasting comfort**

**Lightweight formula never cakes,
cracks or compromises**

**BUILT 100% MATTE FROM START TO FINISH**



## ANTI-AGING PERFORMANCE MEETS LUXURY

- Celluvive Technology
- Improves fine lines, coarse wrinkles, photo-damage, clarity & smoothness*
- Clinically proven better moisture



*As shown in a derm supervised clinical study after 12 weeks

Instantly creates the illusion of more lashes with a full fanned out look.





- The first ever Mascara to provide a clump free and tangle free lash look

| Bare Lashes | Tangled Lashes | Multiplied Lashes |
| --- | --- | --- |
|  |  |  |

**Goodbye Tangles, Hello Lashes!**



## Develop *Brands* with superior products

- **Appeal to more consumers across needs and price points**

- **Nurture the base and develop breakthrough innovation**

- **Innovate differently through strategic alliances in other relevant beauty categories**

AVON

98

## Concentrating our efforts in investing behind **Beauty Categories** & **Building Brands**

### Re-build our *Beauty* Brand

- **Strengthen brand relevance and affinity**
- **Develop engaging content**
- **Increase media investment to Digital**

**Internal Metrics:**

- Brand Health attributes scorecard
- Total WOM score
- Return on Media Investment

### Disciplined *Portfolio* Management

- **Define category and brands priorities**
- **Create fuel for growth - portfolio simplification**
- **Shift pricing center of gravity up**

**Internal Metrics:**

- % Growth of global and regional stars
- Simplification savings achieved
- Average Selling Price

### Develop *Brands* with superior products

- **Appeal to more consumers**
- **Breakthrough innovation**
- **Innovate differently - strategic alliances**

**Internal Metrics:**

- % NPD revenue growth
- Mix of business by base, EPD & NPD
- Innovation incrementality pipeline



# AVON
## the company for women

*John Higson*

Executive Vice President,
Europe, Middle East & Africa
and Latin America





# AVON

## the company for women

# Representative Engagement

# Global Direct Selling revenue and number of independent contractors are growing

  

- Worldwide, there are nearly **100M** independent direct sellers who generate **$180B** in annual sales

- The Direct Selling market continues to grow, with **6% revenue growth and 3.4% contractor growth** over 2014

Source: Direct Selling 411, Direct Selling Association, World Federation of Direct Selling Associations

AVON

# At Avon, our Representatives are the heart of our business



- **99% of Avon's sales**
- **8 Million***
- **6 Million***
- **Touching 10X (~ 60 Million)**

*Last 12 months through Q3 2015
Note: Ending Representative count reflects the total number of Representatives
that have the ability to place an order in a moment in time.

AVON

# To support our Representatives success, Avon needs to win in 3 key areas



**Recruitment**



**Experience**



**Earnings to Effort**

Are we attracting **new Representatives** into the business?

Are we **delivering a positive experience** to our Representatives?

Are **earnings in-line with the effort** required by our Representatives?

AVON

# We know why women choose to join Avon, what keeps them with us longer and why some choose to leave



**Recruitment**



**Experience**



**Earnings to Effort**

| **Why they join** | **Why they stay** | **Why some leave** |
|---|---|---|
| ▪ Earnings / Income<br>▪ Access to our Products | ▪ Social Opportunities<br>▪ Achievable Financial Rewards | ▪ Imbalance in Earnings / Effort Ratio<br>▪ Lack of Support from Avon |

Note: Survey data based on synthesize of available studies from the US, UK and Russia

AVON

# We have the strongest recruitment engine in direct selling



**Recruitment**

**Avon added over 10 million Representatives in 2015**

**In our Top 10 Markets over half of all new appointments in 2015 were under 35.**

Note: Additions consist of new Representatives as well as Representatives rejoining Avon; based on last 12 months from Q3 2015

AVON

106

# … but we lose an equal number due to dissatisfaction with the Representative experience



**Recruitment**

- Active Lead Generation
- Recruitment Process



**Experience**

- Compelling Merchandising
- Service Model

**Earnings to Effort**

- Financial Rewards
- Tailored Support

**Biggest Opportunity for Improvement**

AVON

107

# Overall, we will invest behind two major Initiatives to improve Representative retention and accelerate growth

**Major Initiatives**

**Representative Segmentation**

**Service Model Evolution**



**Experience**

- Compelling Merchandising
- Service Model

**Earnings to Effort**

- Financial Rewards
- Tailored Support

AVON

108

# Representative Segmentation

**Major Initiatives**

**Representative Segmentation**

Service Model Evolution



**Experience**

- Compelling Merchandising
- Service Model

**Earnings to Effort**

- **Financial Rewards**
- **Tailored Support**

AVON

# Representative segmentation:
## Representatives have different expectations and needs



110

# Representative segmentation:
## Representatives have different expectations and needs



# Representative segmentation:
## Representatives have different expectations and needs



# Representative segmentation:
## We will deliver a tailored experience



# Supporting the Journey to Top Seller



# We are improving our onboarding focus to strengthen new Representative performance

## Onboarding Program



**Welcome her and help her succeed**

- **Coaching and mentoring**
- **The right selling tools**



AVON

# We are replacing short term incentives with a loyalty program to better encourage Representative productivity

**Loyalty Based Incentive Program**



**Customizable, points based incentive program**

- **Rewards regular customer contact**
- **Optimizes Avon's incentive spend**



AVON

# In Colombia, we significantly improved retention and activity through the onboarding and loyalty programs

**Onboarding Program for the New Representatives**

**Loyalty and Motivation Program**





| *Accompany and Coach Her* | *Provide the Right Selling Tools* | *Offer an Attractive Earning Opportunity* |
| --- | --- | --- |

| *Sell More* | *Stay More Active* | *Refer New Representatives* |
| --- | --- | --- |

**Observed Impact:**

5 pts **retention** improvement    2 pts increase in **activity**

AVON

# Improve relationship with occasional sellers



AVON

# Today we lose our occasional sellers

 



AVON

# Maintaining a relationship will keep them engaged



AVON

# This is Significant Revenue Growth Opportunity



AVON

# As we engage more of our occasional Representatives, we need to evolve our Internal Metrics



Active Representatives

Average Order Size



Ending Representatives

Representative Productivity

AVON

122

# Service Model Evolution



**Major Initiatives**

Representative Segmentation

Service Model Evolution

**Experience**

- **Compelling Merchandising**
- **Service Model**

**Earnings to Effort**

- Financial Rewards
- Tailored Support

AVON

123

# We have begun improving our traditional one-size fits all service model…

## Service Model Improvements

**On-line ordering and payment**







**Flexible Delivery Options**





- **Digital Service Capabilities:**
  - **Online Appointments**
  - **Online Ordering**
  - **Product Availability**
  - **e-Payment**
  - **e-Returns**

- **Order Fulfillment:**
  - **Anytime Ordering**
  - **Premium Delivery Options**
    - **Pick up Point**
    - **Direct to Representative**
    - **Direct to Customer**

AVON

124

# Representatives manage their orders within the app





AVON

# And can monitor real-time campaign performance data to ensure they meet their goals



AVON

In Central Europe, where the journey is completed, we improved Representative satisfaction through **offering flexible delivery options**



**Observed Impact**

As a result of this program in Poland, over 1/3 of Representatives *ordered more frequently*

AVON

127

# Service Model Evolution: Program is dependent on completing Phase 1 Order Management System (OMS) upgrades in most legacy markets



| OMS Components | E-commerce / Ordering Platform | Phase 1<br>Core-OMS | Phase 2<br>Supporting OMS Back-Office | Infrastructure |
|---|---|---|---|---|
| Capabilities | | ▪ Campaign Preparation<br>▪ Pricing & Billing | ▪ Fulfilment & Warehousing<br>▪ Inventory Management & Accounting<br>▪ Representative Customer Care | |
| Developer / Owner | Proprietary & Packaged | Proprietary | Packaged | Outsourced to HPE |

AVON

128

# Our top markets will all complete their Service Model Evolution within 3 years



| Country | Yr. 1 | Yr. 2 | Yr. 3 | Phase 1 OMS Completion | Expected Completion |
|---|---|---|---|---|---|
| Argentina | | | | 2017 | 2018 |
| Brazil | | | | 2017 | 2018 |
| Colombia | | | | 2017 | 2018 |
| Mexico | | | | 2017 | 2018 |
| Poland | | | | Completed | Completed |
| Russia | | | | 2016 | 2016 |
| South Africa | | | | 2016 | 2017 |
| Turkey | | | | Completed | Completed |
| United Kingdom | | | | Completed | 2017 |
| Philippines | | | | N/A | N/A |

A V O N

129

# As we improve all aspects of our Representative Experience, we will measure ourselves and share our progress

 **Leader**

 **Seller Representative**

 **Occasional and Customer Representative**

## Internal Metrics:

**Representative Count and Representative Productivity each growing +1-2%**

AVON



**"More Representatives earning More through beauty"**

AVON



AVON

the company for women

*Fast forward to a Beautiful Future*

Bringing Social Selling to Scale

132



SOCIAL SELLING
HAS ALWAYS BEEN AT THE CORE
OF OUR BUSINESS MODEL



# SOCIAL SELLING HAS EVOLVED
## Driven by technology that connects people

134

# WE WILL DELIVER AN INTEGRATED CONSUMER & REPRESENTATIVE EXPERIENCE!

"You've got to start with the consumer experience and work back toward the technology - not the other way around."

*- Steve Jobs*



# WOMEN ARE HIGHLY INVOLVED IN BEAUTY CATEGORIES





**LOWER**
Shopping
Involvement

## SHOPPING INVOLVEMENT

**HIGHER**
Shopping
Involvement



SHAMPOO    DEODORANTS    APPAREL    BATH & SHOWER    HAIR TREATMENT    FRAGRANCES    COLOR    BODY SKIN CARE    FACIAL SKIN CARE    JEWELRY & ACCESORIES

> > > GIFTING ALSO INCREASES SHOPPING INVOLVEMENT > > >

SOURCE: Effective Brands – Nov'13 – BR & MX

136

# BUT BEAUTY (ALONE) IS HARD!

No woman knows everything she wants or needs to know about beauty.

72% of consumers like to know assistance is readily available while they are shopping.



# BEAUTY SEEKERS
## TRUST RECOMMENDATIONS FROM PEOPLE THEY KNOW

Growing distrust of company messaging.

Large chains lack personal Relationships.

80% of customers discover new brands, products, and services through family and friends.

92% of consumers trust recommendations from people they know.





















THE
BEAUTY SELLER
NEEDS TO BALANCE
REWARD WITH
EFFORT…

147



148





150











# A SIMPLE MODEL

Avon's
## SOCIAL SELLING MODEL
will help
## BEAUTY SEEKERS
find the right beauty products
with speed and ease, and provide
## BEAUTY SELLERS
with a lucrative and gratifying activity
that is easy and makes them
feel valued.



# WE WILL INCREASE RETENTION

Target a new generation of Beauty Sellers.

Equip her with the right tools to succeed.

Make it simple for her to Earn & Save money.



# DEDICATED 'INFINITY' CHALLENGE TEAM

Continuously challenge the organization on what's next and spur agility, while simultaneously evolving our current selling model.





START FRESH

Create ideal experience for New Sellers joining Avon (focusing on Millennials).





AVON UNIQUELY HAS
THE INGREDIENTS
TO SCALE
SOCIAL SELLING
GLOBALLY

160



EMBRACING RELEVANT TECHNOLOGY
WILL EMPOWER MORE WOMEN TO
EARN MORE MONEY THROUGH BEAUTY



the company for women

*Angela Cretu*

General Manager, Turkey, Group Vice President, Africa & Middle East





# AVON

### the company for women

## Turkey Spotlight
## Bringing it to Life

# Setting the Stage: Avon **Turkey** Today



| **Modern Business Model** with lowest cost in EMEA | **Prominent Position** in Turkey Direct Selling Market |
|---|---|

- 23 years in Turkey

- 330,000 Representatives

- B2B2C Multichannel (Digital, Mobile and SMS ordering)

- 100% Online orders

- Anytime, Anywhere, Home Delivery

- Low Branch Operations Cost with high service level

- ~$200M revenue

- 100% Brand Awareness

- 8 out of 10 Turkish Women Purchased an Avon Product in Past 12 Months in 2015

- #1 Direct Selling Company

- #1 Fragrance, #3 in Color in Beauty

Source: Brandhealth Tracker Study 2015 (Ipsos), DSA Turkey 2014, Euromonitor 2014,

AVON

164

# In 2014 we started a new chapter: AVON becoming HER most compelling choice in the modern age



# Boost customer transactions with **innovative** products, **exciting** shopping**, instant gratification**

| Neuromarketing Led Exciting Creative | Appealing Merchandising | Capturing New Customers |
|---|---|---|
|  |  |  |

AVON



# Augmented reality turned our iconic brochure into an **interactive gamified experience** and increased demand for nail color by 24%*

**Step 1**





**Blippar Execution**

**Step 2**



**Step 3**





**Step 4**



*Demand increase in campaign of activation vs similar offer in the past

AVON

# ...and **instant make-up mirror** takes it to the next level

**Avon Magic Mirror App** – **Latest Augmented Reality App with Face Recognition**

*April 2016*



AVON

*Beauty for a Purpose* goes viral turning customers into passionate brand advocates and Representatives



**300k** — Women provided access to *Red Alert* Application against *Domestic Violence*

**+14%** — Increase in Social Media mentions after introduction of BFAP

**6x** — YouTube Fan Growth Since January 2015

AVON

# Grow active Representatives with competitive **Representative Value Proposition**



**Recruitment**



**Experience**



**Earnings to Effort**

AVON

# **Representative's** experience starts with service we provide…

| **Multichannel, Anytime Order** | **… to Anywhere…** | **with Superior Service Levels and Quality** |
|---|---|---|

 





- **B2B2C Multichannel with 100% digital orders:**

- **Online Stock Visibility during ordering**

- **Online Consumer Website**

- **100% Representative Home Delivery**

- **Real-Time Order Tracking**

- **Piece Fill Rate: 99% (2015 FY)**

- **Call Center: 7 Days / 12 hours**

- **Dedicated Line for Upline Representatives and Zone Managers**

## *Highest service level, Lowest Supply Chain Cost*

AVON

# …evolves with modern **productivity tools** …

**Mobile Self-Registration**



**Product Availability and Pro-active  Reco Engine**



**Mobile Brochure and Product Apps**



**Online Training Gamified**





**Coverage and Heatmaps**



AVON

# ...and becomes habitual with **personalized, gratifying** communication and **recognition**

| Turkey Segments | Incentives | Communication | Service |
|---|---|---|---|

**New** Representatives


Great gifts in **first three campaigns**
**Fast start packs**

**Specialized «A» Team** supporting onboarding of New Representatives



**Customer** Representatives


**Bridge programs** to drive repeated activity

**Differentiated messages** & **training** for each segment across all channels





**Seller** Representatives


**Loyalty Programs** for Sales and Repeated Activity

**Top** Representatives

Differentiated earnings, loyalty programs, special recognition

Assigned an **experienced key account manager** and specific service, credit limits and training



174

AVON

# Representatives join and grow for the **unique benefits** designed only for **Avon** through strategic alliances…

## Avon Life Club
### (Axa Life Support Services)

**With less than $1 per Rep!**



Home Assistance Services, Check-up Discounts, Medical Assistance, Flu Vaccine, Hobby Clubs etc.

## Vodafone Loyalty Alliance



**1** **Free Internet Data\*** for Avon.com.tr and Mobile Brochure!
\*250 Mb



**2** **Advantageous Voice Packs** for Avon Representatives

**500 Mn voice with VF for <1$**



**3** **10% of Vodafone Monthly Fee** is **redeemed to Avon Representatives** as AvonMoney (Loyalty Money)



175

AVON

# ...and they have competitive earning supporting **long-term loyalty**

### *Turkey Loyalty Program*
### *– AvonPoints*



**Earn *AvonPoints* for a certain level of sales, frequency of purchase and length of activity…**

**…redeem in Turkey's most reputable e-commerce company**





A V O N

# Above all, Representatives feel empowered by *Beauty for a Purpose*



AVON

177

# As a result, Avon Turkey **progress is being recognized** by key influencers

 Saatchi & Saatchi Cosmetics Lovemark Award for **high respect & love**

 The ONE Award for the Cosmetics Company with **highest prestige gain**

 Cosmetics Company **Generating the Most Buzz**

AVON

# After **2 years of transformation** we returned to market growth

*Continued transformation to become the most compelling choice for HER*



**Mid**
Single Digit
**Representatives** vs PY



**High**
Single Digit
**Frequency of Orders** vs PY



**Double**
Digit
**Sales Leaders** vs PY

- From B2B2C to **W2W Channel**
- **Social Selling** through **digitization**
- Amazing **Creative**, **Portfolio & Merchandising**
- Connecting Women through **more than Beauty**

AVON

"Everything we see in the world is the creative work of women"

*Mustafa Kemal Ataturk*



AVON



**David Legher**

SVP & President Brazil and
South Latin America





# AVON

### the company for women

*Brazil Spotlight*

# Bringing it to Life

182

# Brazil is experiencing one of its worst economic and political crisis of the last 70 years

Economic Contraction

Double Digit Inflation

9%+ Unemployment

Brazil Rating Downgraded

Decreasing Consumer Purchasing Power

Dramatic Devaluation (110% in last 3 years)

Multiple Tax Impacts at Federal and State Levels

AVON

# Brazil is a key priority market for AVON in the mid and long term, where direct selling is an important growth channel for the industry…



**Largest Beauty Markets**
*C$ Bi USD*

| USA | China | Brazil | Japan |
|-----|-------|--------|-------|
| 78.1 | 52.2 | 48.1 | 37.8 |

**Share by Channel %**
*CFS Consumer Sales*

| | 2010 | 2014 |
|---|------|------|
| | 2.1 | 2.2 |
| | 7.1 | 6.4 |
| | 10.5 | 12.1 |
| | 27.6 | 29.6 |
| | 50% | 46% |

**Channel Growth Contribution %**
*(CFS 2014 vs. 2010)*

| | |
|---|---|
| OTHERS | 2.4 |
| INTERNET | 5.6 |
| RETAIL | 5.0 |
| PHARMACIES | 14.9 |
| BEAUTY SPECIALISTS | 33.3 |
| DIRECT SELLING | 39 |

Source: Euromonitor Release 2015 – FY 2014 C$ – CFS (Color, Fragrance, Skin Care, Sun Care).

AVON

# Avon Brazil has robust building blocks to win competitively in the Industry…



Iconic, Purpose-Driven Global Beauty Brand

Innovative Products and Strong R&D Capabilities

Unparalleled Representative Base

Leadership Position in Key Beauty Categories

Broad Geographic and Socio-Economic Footprint

AVON

# Our brands and products have a strong connection and relevance for the Brazilian consumer



### LEADER IN TOP OF MIND
- 42% Top of Mind in Beauty Industry

### LEADER IN COLOR CATEGORY
- Color Trend is the Most Purchased Make Up Brand
- 1 of Every 2 Lipsticks Sold Is From Avon
- 1 Mascara is Sold Every 1.25 seconds

### LEADER IN ANTI AGING SEGMENT
- Anew is the Most Purchased Anti Aging Brand

### LEADER IN FRAGRANCE VOLUME
- 3 out of 10 Fragrances Sold Are From Avon

### LEADING IN PENETRATION AND COVERAGE
- 60% Household Penetration
- Approx. 95M Consumers Reached

Source: Abihpec FY14 / Nilesen Jul14 – Jun 15

186

AVON



**1 Manufacturing and 3 DCs responsible for:**

28 million representative orders/year delivered to more than 5,500 municipalities

- 1.5M deliveries per campaign
- 100k orders per shipping day
- 130k cartons per shipping day

Avon Brazil – Cabreúva DC

# Strategic and operational focus on the journey that we set for Avon Brazil

 **Invest in Growth**

- **Invest in our Brand and Beauty Categories**
- **Improve Representative Engagement**
- **Bring Social Selling to Scale**

 **Drive Out Cost**

- **Improve Operating Model**
- **Optimize Supply Chain**

AVON

# Strategic and operational focus on the journey that we set for Avon Brazil

 **Invest in Growth**

- **Invest in our Brand and Beauty Categories**
- Improve Representative Engagement
- Bring Social Selling to Scale

 **Drive Out Cost**

- Improve Operating Model
- Optimize Supply Chain

189

AVON

Our success starts with our brand DNA

…we know Our Brand Statement

*Beleza que faz Sentido*

"When you feel more beautiful, you see more Beauty, and create more Beauty around you"

AVON

190

# Avon's brand has broad penetration in all social-economic classes and has successfully followed Class C expansion in the country

**Total Brazil Population**



**We are well positioned to capture the market potential in all social-economic classes**



Source: Kantar – *2015 criteria adjust based on LATAM Representative Profile.

AVON

# Our unique brand story and proposition heavily resonates in the market and it is very compelling for new generations



AVON

As a result, we are attracting younger Representatives with a new circle of consumers to be leveraged

## BASELINE PROFILE

- In Average 37 Years Old, B and C SEL
- Complete High school  / Incomplete College
- Looking for Extra Money

## NEW REPRESENTATIVE PROFILE

- In Average 29 Years Old, B and C SEL
- Complete High school  / Incomplete College
- Financial Independence and Entrepreneurship

**More Women, Earning More Through Beauty**



Our Representatives lead with "word of mouth" marketing, increasing awareness, trial and brand engagement, using witty, wise and welcoming messages

**Brochure**

**Print in main Magazines**

  

AVON

# While we continue fortifying the purpose driven nature of our brand

### WOMEN EMPOWERMENT AGENDA

- Leading and **Accelerating Social Change**

- **Pro Gender and Race Equality** of Public Policies for Women Secretary Award

- **Best Company in Human Rights** Category by "Guia EXAME de Sustentabilidade"

- Internal **Women Network** Support

- Partnership with University (FGV) Focused in **Gender in Organizations** Lecture

### AVON FOUNDATION – WOMEN CAUSES



*Give a woman the right lipstick and she can conquer the world*

AVON

# #1 in Color. As category leader, a combination of several first-to-market products and baseline activation led us to gain 60bps market share

| + 100 New Products Launch | First Lipstick in Gel | False Lashes | Nails in Gel |
|---|---|---|---|
|  |  |  |  |

Source: Abihpec – YTD Oct 15

AVON

# A clear focus on our global Fragrance Master Brands, helped us to maintain our market share in a very competitive market

*Leveraged by Regional and Local and Celebrity innovation*

   

Source: Abihpec – YTD Oct 15

AVON

# Additionally, brochure execution excellence is driving consumer and Representative engagement





AVON

# Strategic partnerships play a strategic long-term role for our portfolio

- **Premium** Positioning

- Focus on Bringing **NEW** Consumers

- Brands that will **enhance** Avon's image

- Access to **Strong and Relevant** Brands

- Increase the Representative **earnings opportunities**









AVON

# Strategic and operational focus on the journey that we set for Avon Brazil

 **Invest in Growth**

- Invest in our Brand and Beauty Categories
- **Improve Representative Engagement**
- Bring Social Selling to Scale

 **Drive Out Cost**

- Improve Operating Model
- Optimize Supply Chain

AVON

200

With more than 1.5M Representatives, we adopted a segmentation approach to improve our Representative experience and earnings opportunity

### Onboarding New Representatives



- Longer Lasting Appointments
- Focus on Earning Opportunities

### Engagement & Segmentation



- Enhance Segmentation Capabilities
- Single Loyalty Incentive Program

### Top Seller Focus



- Increase Productivity

AVON

# We set a three year journey for the service model evolution which enables a more flexible, faster and digital service experience for our Representatives

## *Service Model Overview*

**Brazil – Service Model Journey**

| SME - Initiatives | Initial State | Year 1 | Year 2 | Year 3 (Ideal State) |
|---|---|---|---|---|
| | • Picking Segmentation for Korres<br>• Exchange & Return via Web<br>• Segmentation – Onboarding<br>• Meu Mundo AVON | • Segmentation<br>• Order Tracking<br>• Digital Tools<br>• Express Delivery Order<br>• Pick Up Points | • Multiple Order<br>• Inventory Management<br>• Home Delivery Branding<br>• Payment Alternatives<br>• Call Center Wave 2 | • OMS Replacement<br>• Flexible Delivery<br>• Social Selling Model |

Brazil Status

2018

AVON

202

# Strategic and operational focus on the journey that we set for Avon Brazil



## **Invest in Growth**

- Invest in our Brand and Beauty Categories
- Improve Representative Engagement
- **Bring Social Selling to Scale**



## Drive Out Cost

- Improve Operating Model
- Optimize Supply Chain

203

AVON

We are building a robust digital platform to improve the Representative experience, attract new consumers and connect them…



**CONTENT**
Avon Is #1 Brand in Color
Category Coverage in Google

**SELF APPOINTMENT**

**e-COMMERCE**
- Direct to Consumer
- Find a Representative
- Virtual Brochure

**TOOLS & SERVICE**
- Order Track
- Mobile Orders
- Exchange & Returns
- Call Center (IVR)

**CONTENT**
Bloggers, YouTubers,
Samples, Sweepstakes

**BUSINESS SUPPORT**
- Representative E-Store
- Credit Management
- Training

AVON

204

# Strategic and operational focus on the journey that we set for Avon Brazil

 **Invest in Growth**

- Invest in our Brand and Beauty Categories
- Improve Representative Engagement
- Bring Social Selling to Scale

 **Drive Out Cost**

- **Improve Operating Model**
- **Optimize Supply Chain**

AVON

205

# Comprehensive price management is a key to offset the macro headwinds…

**Price Management**

**Brand Strategy**

**Campaign Planning**

**Capabilities and Tools**

**Pricing Analytics**

**Market Responsiveness**

AVON

# Strong focus on organizational effectiveness to embed key capabilities and release funds for growth…





## PEOPLE
- Strong Management team in place
- Considered one of the Best Companies to Start Career
- Voted One of the Most Attractive Employers

## PROCESSES
- Business fundamentals and Core Processes in place
  - Approx. 98% Service Level
  - Improved Working Capital
  - Distribution Center Excellence

## IT ROADMAP

## COST EFFICIENCY ($C 170M)
  - Operational Excellence Program / Culture Change
  - Indirect Spending Continuous Improvement Program
  - Cogs Productivity Program

AVON

# Our Winning Formula

 **Invest in Growth**      **Drive Out Cost**



AVON



the company for women



*James S. Scully*

Executive Vice President,
Chief Operating Officer &
Chief Financial Officer

209



# AVON
the company for women

# Transformation Plan
## Financial Review

# Strategic Review Considerations

- Drive Shareholder value

- Find a "better solution" for North America

- Unlock the value of international growth markets and prioritize investments

- Continue to drive out cost and align cost with revenue currency structure

- Improve overall financial performance and strengthen our balance sheet

AVON

211

# Excluding North America, Avon has grown in local currencies





[1] All periods exclude Liz Earle, Silpada and other exited markets
[2] Revenue and Adjusted Operating Profit exclude significant impacts of VAT and IPI Tax in Brazil
[3] North America excluded from Total Avon
[4] North America will be reported as discontinued operations for all periods when Avon reports 2015 results
[5] 2015 numbers reflect last 12 months from Q3 2015. Note that last 12 months include Q4 2014, which has also been included in FY 2014
[6] Negative indexed dollars means that adj. op profit was a loss in those years

212



# However, our key markets have been significantly impacted by accelerating F/X devaluations

**Our basket of currencies devaluation has been accelerating…**



**…across each of the top 10 markets**



[1] F/X rates of the top 10 markets (excluding North America) weighted by each annual C$ revenues
Source: Oanda

AVON

# As a result, the accelerating F/X erosion has diluted the cost savings we achieved in the last three years



**F/X Impact on Operating Profit (2012 - 2015)**
(*Total Avon Products)[1]*

[1] Includes North America, which will be reported as discontinued operations for all periods when Avon reports 2015 results
[2] GAAP OP is 2012 $525M; 2013: $427M; 2014: 400M; LTM from Q3 2015: $247M, Full GAAP to Non-GAAP reconciliation in appendix
[3] Includes the impact of both F/X Transaction and Translation
[4] Cost and margin offset includes previous cost saving initiatives
[5] 2015 numbers reflect last 12 months from Q3 2015. Note that last 12 months include Q4 2014, which has also been included in FY 2014

214

AVON

# Despite past actions, our operating profit margin underperforms our peers



**GAAP Operating Profit as % of Revenue**
*(Average, FY2010-2015[1])*

CPG Peer Set Median = 16%
DS Peer Set Median = 14%
Gap = ~8 to 10 pts

AVP[2] 6%, HLF 14%, NUS 14%, TUP 14%, CLX 18%, CL 22%, EL 14%, KMB 12%, PG 18%, REV 14%



**GAAP SG&A as % of Revenue**
*(Average, FY2010-2015[1])*

DS Peer Set Median = 52%
CPG Peer Set Median = 33%
Gap = ~3 to18 pts

AVP[2] 55%, HLF 35%, NUS 68%, TUP 52%, CLX 23%, CL 35%, EL 65%, KMB 19%, PG 32%, REV 50%

[1] For companies with reporting cycles ending in December, (Avon, Colgate, Kimberly-Clark, Revlon, Herbalife, Nu Skin, Tupperware) 2015 is represented by last 12 months ending September 30, 2015. For companies with financial reporting cycles ending in June (Colgate, Estée Lauder, Procter and Gamble), 2015 is represented by FY 2015. Note that last 12 months ending September 30, 2015 include Q4 2014, which has been also included in FY 2014
[2] Includes North America, which will be reported as discontinued operations for all periods when Avon reports 2015 results
Note: Direct Selling (DS) Peers include Herbalife, Nu Skin, and Tupperware. Consumer Packaged Goods (CPG) peers include Clorox, Colgate, Estée Lauder, Kimberly-Clark, Procter and Gamble, and Revlon.
Source: Company SEC Filings



# Decades of historical growth strategies contributed to a high expense base relative to our current revenues



# In addition, in 2010 the company announced aspirational goals to grow to $20B, which led to significant investments in emerging markets and fixed infrastructure





[1] 2015 numbers reflect last 12 months from Q3 2015. Note that last 12 months include Q4 2014, which has also been included in FY 2014

AVON

# The result is a large, global and primarily owned based of fixed assets with significant spare capacity



AVON

# The build-up of internal capabilities also created an expense base misaligned to the current source of revenues



**AVP Adj. SG&A by Currency (2015)**
*(excl. North America)*

USD — SG&A in USD (excludes North America)
LATAM Regional SG&A (USD portion)

GBP — U.K. SG&A
EMEA Regional SG&A (GBP portion)

Euro — Eurozone SG&A (Italy, Portugal, etc.)
EMEA Regional SG&A (Euro portion)

Other Soft Currencies

[1] 2015 numbers reflect last 12 months from Q3 2015

219

AVON

# Going forward, our Transformation Pillars will Drive out Cost and Improve Financial Resilience



**Invest in Growth**
- Invest in our Brand and Beauty Categories
- Improve Representative Engagement
- Bring Social Selling to Scale

**Drive Out Cost**
- Improve Operating Model
- Optimize Supply Chain

**Improve Financial Resilience**
- Cerberus Investment
- Dividend Suspension
- Opportunistic Debt Repayment
- Tax Planning

AVON

# Our Go-Forward Plan

| | |
|---|---|
| Avon's North America Business is still underperforming | *Carve Out North America* |
| FX continues to have an unprecedented impact on our performance | *Aggressively institute rigorous pricing discipline and evaluate hedging of key exposures* |
| Our operating margin significantly lags our peers | *Cut support costs ($150M) and align expenses* |
| We have a high fixed cost structure and costs are not aligned with revenue | *Reduce operational costs ($200M), optimize supply chain network and evaluate markets* |
| We've unlocked funding for an aggressive transformation including investment in our most strategic markets | *PIPE and suspension of dividend provide liquidity to accelerate transformation* |
| | *Reinvest in media, social selling and representative experience to drive growth* |

**Financial Resilience**

221

AVON

# We are fundamentally changing how we are structured to deliver our global business and reduce expenses by $150M

### *Key Operating Principles*



# …Rationalizing and variabalizing our Supply Chain to deliver $200M in expense savings

| Initiative | Description | Focus Opportunity Areas |
|---|---|---|
| **Rationalization of Manufacturing Network** | *Rationalize underutilized manufacturing facilities and shift production to other locations* | ▪ *Rationalize global supply chain, including potential outsourcing in high cost-to-serve markets*<br>▪ *Where possible, seek opportunities to utilize capacity via contract manufacturing* |
| **Sourcing Spend Optimization** | *Implement direct material pricing improvement, product harmonization and simplification initiatives* | ▪ *Harmonize inputs (e.g. materials, packaging, etc.) to leverage global purchasing scale*<br>▪ *Optimize direct and indirect material pricing* |
| **Rationalization of Distribution Network** | *Rationalize underutilized distribution facilities by shifting activities to other Avon locations or outsourcing* | ▪ *Evaluate global transportation routes and optimize distribution footprint*<br>▪ *Consolidate global carriers (where applicable)* |

**We will continue to explore more opportunities in our Supply Chain to drive cross-functional cost savings**

AVON

# This Transformation Plan requires ~$500 million cumulative investments over the next three years

**Cumulative incremental sources of cash (2016-2018)**



~$335M | Net Cerberus Investment

~$330M | Dividend Suspension

~$600M | Cash Generation from Drive Cost Out Initiatives

~$1,265M | **Cumulative Incremental Sources of Cash**

**Cumulative incremental uses of cash (2016-2018)**



**INVEST IN GROWTH**

$150M | Media Investments & Social Selling Implementation

$200M | IT & Service Model Evolution

**DRIVE OUT COST**

~$150M | Implementation of Operating Model and Supply Chain Improvements ($350M annual run-rate benefit)

~$500M[1] | **Cumulative Incremental Uses of Cash**

**IMPROVE FINANCIAL RESILIENCE**
*Opportunistically Repay Debt*
*Finalize Tax Strategy*
*Evaluate Hedging*

[1]$500M is made up of $350M of Invest in Growth and $150M from Drive out Cost

AVON

224

# This Transformation Plan also strengthens our Balance Sheet

| **Initiative** | **Result** |
|---|---|
| ✓ Renegotiate Working Capital Facility | ✓ Provide core financing facility reflecting current credit profile |
| ✓ Divest Liz Earle | ✓ Repay Debt |
| ❑ Carve out North America | ❑ Allow for transfer of underfunded liabilities |
| ❑ Partner with Cerberus (PIPE) | ❑ Secure $435M investment (net $335M) |
| ✓ Suspend Dividends | ✓ Free up $110M per year |
| ❑ Drive Out Cost | ❑ Free up additional $600M (cumulative 3-Year) |

✓ Completed
❑ Ongoing

AVON

225



AVON

the company for women

Outlook

# Looking forward, we will continually update our progress on the Three-Year Plan



227

# We anticipate our program will shift future performance to more closely align with peers



**GAAP Revenue Growth**
*(CAGR, FY2010-2015[1])*



**GAAP Operating Profit as % of Revenue**
*(Average, FY2010-2015[1])*

[1] For companies with reporting cycles ending in December, (Colgate, Kimberly-Clark, Revlon, Herbalife, Nu Skin, Tupperware) 2015 is represented by last 12 months ending September 30, 2015. For companies with financial reporting cycles ending in June (Colgate, Estée Lauder, Procter and Gamble), 2015 is represented by FY 2015. Note that last 12 months ending September 30, 2015 include Q4 2014, which has been also included in FY 2014
Note: Direct Selling (DS) Peers include Herbalife, Nu Skin, and Tupperware. Consumer Packaged Goods (CPG) peers include Clorox, Colgate, Estée Lauder, Kimberly-Clark, Procter and Gamble, and Revlon.
Source: Company SEC Filings

228

AVON

# In summary, we are driving to long-term financial goals, with multiple near-term milestones

| Metrics | Long-Term Financial Goals | 2016 Near-Term Execution Milestones |
|---|---|---|
| **Revenue Growth** | Mid single-digit C$ revenue growth | ▪ Grow active representatives 1-2%, with focus in Top Markets<br><br>▪ Complete carve-out of North America<br><br>▪ Drive out $70M of costs<br><br>▪ Begin execution of Operating Model shifts to realign expense base<br><br>▪ Complete tax planning<br><br>▪ Opportunistic debt repayment |
| **Representative Growth** | Low single-digit Active Representative growth | |
| **Adjusted Operating Margin** | Low double-digit adjusted operating margin | |

AVON



230