# Exhibit 4

**S&P Global**
Market Intelligence

# Avon Products, Inc. NYSE:AVP

# Analyst/Investor Day

**Thursday, January 21, 2016 2:30 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

Case 1:19-cv-01420-MKV     Document 35-4     Filed 07/26/19     Page 3 of 63

**2**

# Table of Contents

Call Participants ................................................................................. 3

Presentation .................................................................................... 4

Question and Answer ........................................................................ 11

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**2**

# Call Participants

## EXECUTIVES

**Angela Cretu**
*Group VP & GM of Central Europe*

**David Legher**
*Senior VP & GM of Avon South Latin America*

**Fernando J. Acosta**
*Former Executive VP and Chief Marketing & Social Selling Officer*

**James S. Scully**
*Former Executive VP & COO*

**James Scully**

**John P. Higson**
*Former Executive VP & Chief Commercial Officer*

**Louise Scott**

**Nilesh Patel**
*Former Senior Vice President and President of Asia Pacific Region*

**Sherilyn S. D. McCoy**
*Former CEO & Director*

**Unknown Executive**

## ANALYSTS

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

**April Kristen Scee**
*CRT Capital Group LLC, Research Division*

**Barton B. Hooper**
*Weitz Investment Management, Inc.*

**Chris Durlacher**

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

**Linda Ann Bolton-Weiser**
*B. Riley FBR, Inc., Research Division*

**Rishi Mohit Sadarangani**
*Brown Brothers Harriman & Co., Asset Management Arm*

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

## ATTENDEES

**Steven Francis Mayer**
*Cerberus Capital Management, L.P.*

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Presentation

**Unknown Executive**

Ladies and gentlemen, our investor presentation today will contain forward looking statements that concern our business and financial strategies as well as performance and cost structure. These statements involve risks and uncertainties, which are detailed in the cautionary statement available on our investor relations website and in our last 10-Q. With that, I also refer you to our non-GAAP reconciliations which are available on the investor relations section of our website. As usual for the webcast, we will focus on these adjusted non-GAAP financial measures. Thank you.

[Presentation]

**Unknown Executive**

Please welcome Sheri McCoy.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Good morning, and welcome to Avon's Investor Day.

As you saw in the video, Avon has stood for beauty; optimism; and most importantly, women, since its inception. One of the things I would add is, in that video, all of the women are Avon representatives.

This year, we celebrate our 130th year anniversary, so it's fitting that we're holding this meeting at Suffern -- in Suffern. This is actually the birthplace of Avon and also the source of much innovation that has actually fueled the business for many years and will continue to fuel the business in the future.

Today, you'll hear about the actions we've taken and our plans to transform Avon. A significant component of this transformation is our partnership with Cerberus. It has been a catalyst and opens many doors for us. We're moving forward boldly, and I'm very optimistic and confident about our Avon future.

I'd like to start by just giving you an overview of the agenda. I will start by setting the stage, take a brief look back to help you understand the journey to how we got to where we are today. And I'm also pleased that we have some of our Cerberus partners here with us: Steve Mayer and Mike Sanford. Steve will be speaking about his perspective on the Avon transaction, and then we'll follow that with a brief Q&A. After that, we'll spend most of the day talking about the Avon transformation plan. We'll talk about our key growth initiatives. We'll walk through each of these. And then we'll bring it to life. You'll have the opportunity to hear from 2 of our managing directors, 1 from Turkey. And the other one from Brazil. We'll also give you a flavor of some of the things and how it translates into the markets. We'll have a discussion on the financials and, in that, talk about the cost-takeout initiatives, and Jim will walk you through all of that. And at the end of the day, we'll open it up for Q&A.

I also would like to announce that we have our leadership team here. This is the senior leadership team for Avon. And I'd ask you all to please stand that -- you can see their bios, their pictures. And we have the bios in the book for you to look at. Thank you all for being here.

What I'd like to leave you with and make sure that you take away from today's session are some key takeaways. First of all, I think you'll have an appreciation for the operating environment in which we are operating today: very dynamic, very complex and somewhat volatile. With that said, we compete in some very attractive and growing categories. Direct selling is growing. And importantly, beauty is growing. It's grown for the last 20 years, and we believe it will grow for the foreseeable future. We have a new path for Avon North America, and we're very excited about that. And we have an international business that's growing. In 2015, our international business grew 3% in constant dollars, and our Active Representatives grew 1%.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We will also be talking about the steps we've taken to improve our financial resilience and financial flexibility. We're taking much more aggressive actions to drive profitable growth, and I'll walk you through an overview of the transformation plan. We're evolving our business to ensure that we are relevant for the next 130 years, and that talks about how we're digitizing the business and focus on social selling. We'll also talk about some of the resources that we've added. The Cerberus partnership has enabled us to bring more resources on the operational and executional side into the business both on the international side and certainly, they'll be running the North American side. And we'll be transparent through this journey.

So I'd like to take a minute and just explain -- I won't go into the details on the transformation plan yet. We'll do that as we go through the day, but I think it's important to set the framework for where we are. And it will help you understand where we're going. As we started developing the transformation plan about 12 months ago, we took a very deliberate, thoughtful and coordinated approach. And we looked at it from a couple perspectives. One is we wanted to make sure that we had the funding and the financial flexibility to be able to invest in the business, and to do that, we also needed money to look at how we were going to actually drive out cost. And so we started looking at it from that perspective. Jim was very focused in the immediate term on the balance sheet. At the same time, we had a team that was looking at how we get more cost out of the business, how do we -- where are the areas that we need to invest to drive growth. And in parallel, we were running a strategic review process; very, very extensive review process which I'll talk to in just a few minutes. But coming out of that, that -- the end result of that was the deal with Cerberus. And that really gives us the funding, the focus and the resources to enable us to deal with the North American solution and at the same time ensure that we're continuing to drive and transform our business.

What's important as we look at this is to also understand, as we go through this journey, it's -- it will be critically important for us to make sure that we are taking cost -- we're balancing cost takeout with reinvestment and making sure we have the financial flexibility for both the short term and the long term. So that's the plan that we will walk you through. We identified $350 million in cost takeout over a 3-year period, primarily in the operating model and supply chain. And we're taking that and reinvesting that back into the brand, in marketing, social selling and IT systems that will help us modernize our business. So that's what you'll see as we go through the day, but we felt that it was important to give you that context as we -- before we start the day.

So now I'd like to shift gears a bit and set the stage and talk a bit about how we got to where we are.

First of all, starting with our vision. Our vision is about being leader in beauty. Avon is an incredible brand known worldwide, and we continue to believe that we are going to build upon that. We are going to unleash the Avon network. 6 million women around the world, how do we continue to engage them and bring more people in and at the same time make sure we're introducing Avon to new generations of consumers who we know will love the brand. We have incredible strengths: an iconic, purpose-driven beauty brand; innovative products; great R&D capabilities; an unparalleled and growing representative base. And we have leadership positions in key international markets and beauty categories, and I'll speak to this a little bit later.

At the same time, if you look at where we are, today's realities, our financial performance is not where we want it to be. We've made good progress on a number of fronts, but some areas, frankly, were harder than anticipated. And the macro impact on the business has been significant and substantial. If we take a brief look back, I want to go through a couple elements.

North America. North America, we improved profitability, got it to breakeven, but we didn't grow the business and we didn't grow Active Representatives. International markets, made great progress on talent. I'm very proud of the talent that we have in place. And given some of the issues that we're dealing with in these emerging markets, I'm very proud of the work that they are doing. In international markets, we made improvement in core processes, and we see that as we're starting to see the representative growth trends come back there. But we still have more work to do.

Cost takeout. We took $400 million of costs out of the business over the past 2.5 years, but that wasn't enough given that the currency impact we estimate was about $1 billion over that time period. And so if you look at that, it was a mismatch of cost in the U.S. business and we're getting foreign currency impact

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

from the international business. We made good progress in getting back focused on our core business, who are we. We're direct flying[ph] company with great beauty products but we -- and we have a broader vision and mission. We exited some underperforming small markets. We divested some non-core assets, Sipada and Liz Earle. And we resolved some legacy issues. Resolved the FCPA settlement, some debt restructuring et cetera. But we also had the macro headwinds. And the macro headwinds, we didn't foresee the pace in which they would come, and the magnitude. And they came in waves. And so -- and the other impact from a macro perspective, the size of the FX piece of it is, if you look at the number of our markets, what you see is regulatory controls, people, consumer confidence issues. Brazil is a great example, and you'll hear from David Legher a little bit more about this later. So there was other impact on the business.

So as we were looking at this coming out of 2014, and these are actually the bullets in the discussions that I had with the board as we were looking through this, what we concluded going into early '15, was that in light of that as a backdrop, the fact that we had made progress, but we needed to do more. And we had these FX headwinds, we needed to come up with some new plan to accelerate change, transform our business and improve our competitiveness. So we undertook a strategic review, and we had certain criteria. Certainly, drive and improve shareholder value is top of the list. We needed to find a better solution for North America. We needed to -- we wanted to unlock the value of the international growth markets. We knew they were great markets, and we wanted to figure out how can we make sure that we're giving all the money to our top 10 markets and invest in those. We needed to continue to drive out costs and better align costs with where revenues were coming from. And we ultimately needed to improve our overall financial performance and strengthen the balance sheet so we had the financial flexibility for the future.

So we worked with outside advisers. The process was led by our Board of Directors. And we went through an exhaustive review of all of our options. We went -- the continuum ranged from continuing to go it alone, to radical shifts in channel and structure and many variations in between. We talked to strategics in direct selling, in consumer products goods, in retail. We talked to sponsor partnerships, to sponsors. And we looked at other different scenarios. We went through extensive process. We had broad and diverse interests, and what we did is we actually narrowed it down to a few sponsors that we felt would be best for Avon. And we went through a due diligence process. Coming out of that, it was very clear that Cerberus was the best partner for us. They came with a solution for North America. They came with the financial funding for Avon International. They came with the operational discipline and expertise to help us transform the business. And so the Avon board, very supportive of that, made that decision, and management supportive also. So we announced on December 17 the Cerberus transaction. Just a little bit about the highlights. I won't spend a lot of time because you've all seen this. Key takeaways from this is it's really the symmetry. The symmetry that we both benefit from the North American piece. Avon still maintains a stake in that business, a 20% stake. And Cerberus benefits from the upside in the parent company. We are both vested in one another's success, so it's a true partnership. We also changed governance and we are very pleased with the North American solution because we think that's right for the North American business.

So why Cerberus? Really it was what I said. They were the ones that enabled us to do what we thought was the best for the business and best for shareholders ultimately. And so we've had the opportunity over probably 4 to 6 months -- or more than that probably, 7 or 8 months, to work closely with the Cerberus team. We've gotten to know one another well. Very pleased with the working relationship and what we've been able to do together even to this point. And it's my pleasure now to introduce you to Steve Mayer, who is the principal who's been driving this initiative. Steve.

### Steven Francis Mayer
*Cerberus Capital Management, L.P.*

Good morning. Thank you all for coming. And Sheri and the Avon team, thanks for inviting us. And to Avon and also to be here today to share our perspective on the transaction. Let me introduce myself. My name is Steven Mayer. I'm the Co-head of Global Private Equity at Cerberus, Senior Managing Director. And I'm also the Chairman of the Cerberus Private Equity Investment Committee. I've been in the private equity business about 24 years, and for most of that time, I've been focused on investments and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

transactions where the heart of the investment thesis is operational improvement. Sometimes they're dramatic turnarounds. Sometimes we think the company is in pretty good shape but could benefit from operational improvement. That's what I've been doing for most of my career. And as part of that, as part of my personal philosophy, but also the Cerberus philosophy, we're very involved. And I personally am very involved, not just in the investment process but after we make an investment in terms of formulating an operating plan and then driving that operating plan to fruition.

So I'm going to be on the Avon Products Board of Directors. I'll be the senior member of the Cerberus team on the Avon North America board. And I was a senior member of the Cerberus investment team in the transaction itself. So a word about Cerberus for those who don't know us well. We manage about $30 billion of investment capital. And our private equity activities, we are focused on opportunities where we believe we have a competitive advantage due to our operational resources, our operational expertise, our operational experience. We find investments where we think the heart of the investment thesis is operational improvement. And what we're therefore focused on is creating long-term, sustainable improvements in the business value, the underlying business value. So we're not as focused on short-term impacts of FX, commodities, capital markets generally. We understand that those, of course, impact our business and share price sometimes in the short term. But we really are focused on long-term business improvement. We have a track record of doing that, and as part of that, we have a track record of being very collaborative with management teams and working in our capacity as board members and as operating partners throughout the life of an investment.

When we get involved in a transaction, we do extensive due diligence. And in our case, that due diligence usually involves as much operational planning; sometimes rebudgeting an entire company, as it does, just learning about a company and its industry and its market. So it's often very extensive. We put together a very big team. And in the case of Avon, we had a team involving about 20 people internally from Cerberus and a number of people externally as well, so we had a large team. We worked with a lot of intensity and rigor for -- as Sheri said, for about 6 months. And we do that because it enables us, we think, to take some of the risks out of the execution if we do that kind of detailed and rigorous work up front.

We're laser focused on execution. We think that's our core strength. So we do a lot of planning, and then we focus on the execution; and not just execution but also holding ourselves and others accountable to the execution of the plan and making sure that, that plan, once implemented, stays implemented. We do that with kind of a daily emphasis on efficiency and productivity. We think that improves competitiveness. Sometimes, it allows you to reinvest in the business. And sometimes, it drops to the bottom line; and usually a combination of both. We have deep operational expertise and resources. We have a team of about 125 operational executives. They come from a variety of different industries and have different functional areas of expertise. And this is what we think is our competitive advantage. And this allows us to get involved in these investment opportunities that require operational improvement.

We have a track record of improving performance across a variety of industries and a variety of companies. There's a few we'll go see in the presentation. And I don't want to go into too much detail about them, but just to pick out a few: Recently, we built a supermarket platform, the second largest supermarket business in the country. We did that through a series of acquisitions and then improving the assets that we acquired. So we acquired the Albertsons chains with 2 separate deals; and in each case, implemented a detailed operating plan to improve the store performance, which was very successful. We then acquired Safeway. And we are in the middle of implementing an operating plan to take out $800 million of costs on an annualized basis. We acquired the business almost exactly 1 year ago, and we already have implemented initiatives to take out about $400 million of the $800 million. So that's an example: very big-scale businesses, very detailed operating plans and very successful in driving value.

Another example would be Talecris Biotherapeutics. This is a carve-out, of a business that had 0 EBITDA and negative cash flow. In 4 years, we took that 0 EBITDA to $400 million of EBITDA. We increased the gross margin by 1,500 basis points over that time period, and it was a very successful transaction for us. Another example would be YP. We acquired the largest directories business in the country from AT&T a few years ago, implemented a detailed plan to change virtually every aspect of the business. And in the period of -- just to give an example of the changes that we made, in the -- we bought it in the middle of the year. In the period prior to our ownership, when AT&T owned the asset, relative to when we owned it for the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

second half of the year, even though you can't implement all the changes immediately, we increased the EBITDA margin by about 600 basis points during the course of the year. And we generated so much cash by focusing on cash flow that we paid off all the third-party debt in the transaction in 6 months.

So those are just some examples. We intend to have the same kind of focus on improvement and execution in this case.

Turning to Avon specifically. We try to position ourselves as a catalyst for change. Sometimes, it's easier to implement change when you're coming in from the outside. That said, we're going to work in partnership, hand in glove with the Avon management team to do a number of things. We're going to improve the cost structure and improve the strategic positioning of the business. We're going to help simplify and contemporize the business processes. We're going to drive revenue and profitability growth, as Sheri indicated. And we're not only going to help ensure that the operational execution improves, but again, the sustainability of the operational improvement is critical and especially for a far-flung business like Avon's, so we're going to help ensure that those improvements, once implemented, remain in place.

On the North America side, we are -- we have a sort of detailed plan that we intend to implement to improve the business. And this is going to affect everything from the culture to the operating cost structure, most of which, once we address it, is going to be reinvested in the business; and contemporizing the business for the -- to improve the rep experience and the consumer experience. And we're going to share lessons learned between the 2 companies because we -- the partnership was designed to be bilateral in that respect.

When we first got involved in the process, we realized quickly that this is really a tale of 2 companies: on the one hand, Avon Products; and on the other, Avon North America. Avon Products is actually growing. It's not just stable but actually growing on a constant currency basis. The growth in 2015 was about 3%, and importantly, that excludes high-inflation jurisdictions like Argentina and Venezuela. It's got a stable base of sales reps, in fact slightly growing, as Sheri indicated. It's profitable, although we think there is opportunity for significant margin enhancement. It's got a strong, highly recognized brand. And its most critical need at the moment is a need for an operating plan to eliminate cost, improve the organizational responsiveness and flexibility and then contemporize the business. So that's Avon Products, on the one hand.

If you compare that to Avon North America. The business is declining in terms of revenues, as opposed to growing. A lot of its direct-selling peers are growing, so it's not -- we don't believe it's an issue with the direct selling business in that channel specifically. You have a declining base of sales representatives. It's struggling with its profitabilities, sort of breakeven. The brand is known but not as widely recognized and not as powerful. And it requires a significant transformational change.

So we set out to structure a transaction that would provide solutions for both of these; and that would, again, provide the sort of mutuality of interests between the 2 sides of it.

I thought I'd share what our investment thesis was with respect to the 2 aspects of the transaction. And this is kind of a summary of what was actually presented to our investment committee. We kind of look top-down when we're thinking about any investment.

So when you think about the industry with respect to Avon Products, the global direct selling industry is still a vibrant channel. If you take out North America, it grew at about a 7% compound annual rate for the last several years. And then emerging markets, for obvious reasons, it's growing even faster. It's also a defensive sales channel, so if you think about macroeconomic headwinds internationally and particularly in emerging markets, oftentimes in periods of high unemployment, we actually do better with representative recruitment. So we think the channel is a positive one.

We think the beauty industry is even more positive. It's high margin. It's large. It's growing. It's growing even faster in emerging markets. And it has an emphasis on brand, which Avon has and a lot of direct sellers and network marketers do not have; modest capital requirements, and so very high cash conversion. And importantly, it's defensive and recession resistant. And we are very downside

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

focused in our investment philosophy, so as we look across the investment environment today and the macroeconomic environment, the fact that it's a defensive category. It was important to us.

Avon, specifically, it's a market leader in its top countries. It has a powerful brand. It's the #1 or #2 direct seller in almost every one of its top 10 markets; and generally has a top 5 share in its important markets in at least one beauty category, and sometimes several. It's got a huge direct sales force, 6 million Active Representatives today. And it's got the brand strength, that, as I already mentioned, as an example, 80% unaided recognition or greater in both Brazil and Mexico; and virtually 100% aided recognition in a lot of key markets, including those 2.

We saw -- consistent with our overall investment philosophy, we saw the opportunity to implement significant operational change and improvement. There is an operating plan that the management team and we coalesced around and worked on collaboratively to take out at least $350 million of annualized operating expense over the next couple of years. And this will be done without impacting revenue, we believe, and we intend to -- we're already starting to help with the implementation of that plan.

We think management had a lot of good ideas. We've spent a lot of time with the management team, but we feel that this catalyst for change that I mentioned, so an accelerant; accountability; and a focus on execution are needed. And we think we bring those to the table.

Finally, we would say that we think their common stock today is significantly undervalued relative to historical trading levels, comparables, earnings potential, virtually every metric. It's trading at under 5x EBITDA compared to a historical average of almost 9x EBITDA. If you look at its beauty revenues, obviously a lot of companies in the branded beauty business trade has a multiple of revenues usually about 2x revenues. Avon, even if you strip out the non-beauty revenues, is trading at about 0.6x revenues. If you look at a peer group of companies, they are trading in sort of low double-digit multiple of EBITDA and 2x revenues. And in essence, we think that the current value that the stock is trading at reflects a number of concerns, some of which, I think, are well founded; many of which we do not believe are well founded. And yet it doesn't reflect any of the potential, the brand equity or the operational improvement.

Just a moment on investment thesis on Avon North America. Once again, the direct selling business in the U.S. is actually growing. It's not a declining business structurally. It's a $35 billion market in the U.S. If you look at the 3 largest players, Mary Kay, Amway and Herbalife all grew at, at least 5% on a compound annual basis in the last 5 years. And beauty is a strong product category in direct selling. Still has a scaled platform, the reps are declining but there are still about 400,000 reps. And we think -- with the $1 billion of revenues, net the sellers compensation which is effectively already netted out when you get the revenues; and the size of the sales reps, we do believe that, that gives an opportunity for significant value if we can implement our plan successfully. Again, we do like the beauty industry, and this obviously gives us exposure to that. We think there's a lot of value in the brand, not just the Avon brand but also some of the sub-brands like Skin So Soft and ANEW.

And finally, and this is critical to us, we were able to formulate a detailed operating plan. It's hundreds of pages long. And we have an operating model and a financial model that's also hundreds of pages long, where we've identified significant operational efficiency initiatives. We intended to take most of the savings that we're going to find and reinvest it actually in the brand, in improved rep economics; further reinvigorate the rep recruitment engine; and contemporize the rep and consumer experiences. And while we plan to focus on Avon's core beauty products, we do intend to enter some new complementary, high-margin and recurring revenue or continuity-type product categories.

A word on the Avon Products operating plan, which you'll hear more about as the day progresses. We would just sort of call out 4 elements to it.

First, there's excess capacity in the supply chain. We're -- we -- the plan is to rationalize that and harmonize some of the products, rationalize some of the brands and SKUs and simplify and streamline IT. Secondly, delayering the organization and simplifying and modernizing business processes. That's going to involve headcount reductions; trying to capitalize on economies of scale in a number of shared services; while at the same time trying to increase local market sensitivity and responsiveness; and finally,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

contemporizing the fulfillment and payment processes. Third, making a strategic choice to invest in the brand and invest in beauty. And fourth, making a number of other strategic choices in a decisive way. Strategy is about choices. We want to help the team make those choices and implement them decisively. And those will involve geographies, product categories, pricing, positioning of the products.

So we have been already actively involved in the formulation of this plan, and the transition teams are continuing to work on that. We will be actively involved in the execution. In addition to our board representatives, we're seconding a number of Cerberus operating executives to help the management team on execution. That's what we do. We come to work every day doing that.

So in sum, we think this is a great partnership. We're really excited about it. We're really pleased that Avon selected us as their partner. We have a strong conviction in this investment thesis. We have a high degree of confidence not only in the operating plans themselves but in our ability to help execute on them. That is what we do. That's our core strength. We're going to do that here.

We really appreciate our collaborative partnership with management so far. We see iconic brands with significant brand equity that's not recognized in the equity value today. We think the stock is significantly undervalued. And we have no objective other than our commitment to long-term value creation for the equity holders of both the North American business and of Avon Products.

So our transition teams are fully engaged. We're all engaged on a daily basis, and we're on track for a closing sometime early this spring.
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Sherilyn S. D. McCoy**
*Former CEO & Director*

So we'll open for Q&A. So Bill Schmitz? And if you wouldn't mind just introducing yourselves when you ask a question. Who's got the mic here? Great, thanks.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

Steve, I'm from Deutsche Bank. So what does the North American business look like when you guys are done both from like a margin and a revenue perspective? And then kind of what do you think the ongoing growth rate is?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Well, it's a private part of the business, so...

**Steven Francis Mayer**
*Cerberus Capital Management, L.P.*

Yes. Well, so we underwrite our plans very conservatively. So we've assumed in our plan that revenues, due to the time it takes to turn around the rep engine, continue to decline. We think that there's about an over $90 million of operating cost takeout. And we intend to invest about $75 million of that $90 million back into the business to improve the rep economics; to invest in the brand itself; and to try to contemporize the business processes, the systems and so forth. So we think that the business will return to kind of competitive operating margins over sort of a 5-year period, but it won't be right away. It is a major transformation, but in our plan, the business actually sort of stabilizes at a lower revenue level than it's generating today. We don't actually, in our heart of hearts, believe that, but that's what the plan says.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

Okay, got you. And then when you make original investment, how concerned were you about liquidity? And like how aggressively do you stress test some of the FX rates and the currency changes?

**Steven Francis Mayer**
*Cerberus Capital Management, L.P.*

We have 0 concerns about liquidity. I've read some reports and heard some rumors and undercurrent that there's a liquidity issue. In our view, there's no liquidity issue at all, period. And obviously, our investment goes to bolster that, but this company has substantial liquidity. Of course, we're concerned about FX, I mean, because it's the future of the business, but we also recognize that FX changes over time. In our view, when we looked at the business, the single most important metric was what was the organic stability and growth rate of the business stripping out FX. I'm not saying that FX doesn't have a role to play, but that was the most important metric. If we did not see that this business was growing organically on a constant currency basis in the international business, excluding the high-inflation markets, we would not have made the investment.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

Will you guys put more marketing [indiscernible]?

**Steven Francis Mayer**
*Cerberus Capital Management, L.P.*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

I don't think we can.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Javier?

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

Javier Escalante, Consumer Edge Research. You made a comment about the direct selling industry been growing at 6%. You include Herbalife, publicly traded company. We all know it, but you also dropped in there Mary Kay and Amway, which are nonpublic, very opaque. And what is the reliability of these figures? And the differences in operating business model between Amway, Mary Kay and Avon couldn't be more striking, so the fact that Amway may be growing doesn't mean that Avon selling at the prices that they sell could grow and could compensate the reps and compensate you, your investment. So what is it that you feel that, first, the reliability of these figures, that they are actually growing; and whether these companies are real compared?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Just in terms of the reliability, the WFDSA, the direct selling association, actually publishes it, so it is self-reported. What I will say about the North American business, though, is we're on the ground. We do know that Mary Kay is growing based on some other actions. So that does -- the data that we see for Mary Kay does makes sense to us, but again, it is self-reported, Javier, to your point. I think, on the model itself, I will give a comment. And Steve, feel free to chime in here. One of the discussions we had about the North American business and where we're going is the desire and the need to be able to take price points up and be able to put more in our pocket. I think the earnings opportunity is critically important. The team has been very focused jointly at looking at the earnings model, as well as price points, to be able to do that. That doesn't mean necessarily you'll get all the way to where Amway is, but I think that's one of the investment strategies or theses that have to happen to actually get to the numbers that we've talked about.

**Steven Francis Mayer**
*Cerberus Capital Management, L.P.*

Absolutely. I think not just the earnings but the earnings to effort ratio on the part of the rep. Javier, I think the second part of your question on -- was how is it applicable to Avon. Or...

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

What was this [indiscernible] that you get at the end? Because you have consumer [indiscernible] that is [indiscernible]. And basically, is it a loss when you're not able to sell? Or is it something more than it was [indiscernible]? So that is a [indiscernible].

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes.

**Steven Francis Mayer**
*Cerberus Capital Management, L.P.*

Right. So you can address that in a number of ways, but trying to move prices up in a gradual way; new product introductions in higher-ASP product categories that have continuity characteristics; and I think, also some of this contemporization that we've talked about will help in that as well. But what I would say is it was a concern, at least on our part, when we first got involved, was whether in a developed market where you have a developed infrastructure, retail and e-commerce and so forth, and it's more competitive,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

is direct selling really kind of a sunsetting channel. And we quickly concluded that, that was not the case. And that's the point I was trying to make.

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

And what made you conclude that? Because [indiscernible].

**Steven Francis Mayer**
*Cerberus Capital Management, L.P.*

Well, one thing that we concluded was that Avon is not really a beauty company. And by that, I mean what Avon is really selling to us and at least in North America is an aspiration and a dream and a sense of community and a sense of belonging and a need for recognition to representatives and then giving that -- those representatives products that they can sell to consumers and family and friends to satisfy those objectives. And if you look at it that way, the -- it's a little bit decoupled from the beauty industry itself.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Wendy?

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

Sure...

**Unknown Executive**

Excuse me. If you have a question, would you please stand up so the webcast audience can see you? Thank you. And speak into the mic.

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

Okay. It's Wendy Nicholson with Citigroup. And 2 kind of housekeeping questions, first. One, are you going to give us guidance on what the equity income line is going to show? Certainly, if there are going to be big losses or big charges, is that going to show up in the P&L for some time just from the U.S. business? Second, I think Suffern has historically kind of fed the international business from an R&D perspective, so how is that going to work kind of partnership wise, the international business feeding off things that happen in North America? And then lastly, some folks have said that Cerberus is making their investment and basically taking over the U.S. business. And there's so much opportunity and you're buying it on the cheap, clearly, on -- so that that's the priority and that the investment in the international business is sort of an afterthought. How can you answer that question and sort of say, "Yes, we're just as committed to helping out what's going on in Brazil and Russia and elsewhere, and we're not just here getting something almost for free?"

**Steven Francis Mayer**
*Cerberus Capital Management, L.P.*

Right.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Do you want to take the last question, first, maybe? And then I'm going to call on Jim for the first question, okay?

**Steven Francis Mayer**
*Cerberus Capital Management, L.P.*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. That's easy. So Wendy, thank you for pointing out that we struck a good bargain on the North American business. I'd like you to come to -- over to Cerberus and tell some of my partners that. It was a holistic transaction, okay? So we look at it that way, and I think the Avon board and management team look at it that way too. In terms of our focus on international versus North America, I just look at the ratio in dollars. I mean, $435 million versus $170 million, it's obviously disproportionately weighted to the international investment. We will be very focused on it. I promise you. In fact, while we're -- necessarily when you carve out a business, and we've done many, many carve-outs, there's a lot of transition work. So of course, we've been spending a lot of time on this transition work because you have to stand up a company on a stand-alone basis. And in some cases, you have to recruit new people and you have to create infrastructure and so forth and transition it. A lot of the transition work that we've been doing and the conversations we've been having since the transaction was signed have actually been on the international side.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Just to your point on the innovations. So we actually have agreements in place for -- depending on the TSA [ph], it's anywhere between 18 months and 3 years, but we'll be partnering closely on that. Because we sit on one another's boards, we will -- also we have processes in place to make sure, if there's great innovation or ideas that come from North America, it gets fed back international -- into international, and vice versa. So we work collaboratively on that both from a construct and structure standpoint but also just because of the way that we've set up governance. And then Jim, I'm going to ask you to take the first question relative to how we'll report.

**James S. Scully**
*Former Executive VP & COO*

So we're working through the accounting right now but at -- from discontinued operations as well as going forward. And you're right. It will be a kind of foreign equity interest, but we will not be giving guidance on that going forward.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Thank you. Yes? If -- sorry. [indiscernible]. Ali, and then you'll be next. And then we'll probably...

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

Sorry. Ali Dibadj from Bernstein. So I have 2 kind of overarching questions, maybe Steve, for you. One is, can you talk to us a little bit about the difference of doing such a fundamental transformation on the public side, so as a public company, versus as a private company; what limitations you have as the pace change, et cetera, et cetera? And the second one, I'll ask you a question that we all get in our roles and I'm sure you get in your roles, it sounds like, as well: Where could your investment thesis be wrong on Avon?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Good questions.

**Steven Francis Mayer**
*Cerberus Capital Management, L.P.*

So on the first question, let me sort of respond in a little bit of an abstract or a philosophical way. I think, when you have a public company, the market tells you every day where your company's value at. And so every action you take, the risk of that action has to be measured against that overall value. In a private company, you don't have that same kind of mark-to-market every day, and I think it allows you to take more risk and perhaps act more decisively. I've never believed that -- just because you have public reporting and published shareholders and so forth, I don't believe that, that should impede your ability to do the same kinds of things as a public company that you can do as a private company.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I've never actually subscribed to that thesis personally, but I do think that, as a manager or a steward of the business, you have perhaps a different risk profile. And part of what we view our job as on the international side of the business is to overcome that a bit and push for more dramatic change and as well as the focus on execution that I talked about. Where can our investment thesis be wrong? The whole thing could be wrong. That's the risk in the investment business. What we -- this is again a matter of personal philosophy. I think nobody has a perfect crystal ball. And the more you go out into the future, the cloudier it gets. So the best way that you can control investment outcomes and bend the odds in your favor as an investor is to have as many of the critical variables that determine the success or failure of the -- of your investment outcome be as controllable as possible. So the more you have your hands on the levers that can lead to success, the better your odds of success are. And that's why we at Cerberus focus on operational-execution-related investments, because we think that we have control over more variables leading to success. And this is a case where, to us, it's really about the planning and the execution against the plan that will determine the successful outcomes, so we feel good about our odds of success.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Great, thanks. One last question...

**Rishi Mohit Sadarangani**
*Brown Brothers Harriman & Co., Asset Management Arm*

This is Rishi Sadarangani from Brown Brothers Harriman. A question for both of you. Sheri, the Brazilian real today touched BRL 4.15 to the dollar. The ruble is over RUB 80. You talked about $1 billion of FX headwinds, and that was at a time when the central bank was in -- accommodated more. Now that it's moving in their opposite direction, what is the risk that all of the operational execution and the cost savings that you drive will be completely dwarfed by the FX moves as it has been in the last few years, and you'll find yourself fighting a losing battle? How are you sort of thinking about that risk? And Steve, you mentioned that you don't focus on FX, but given the criticality of this variable to this company's performance in the last couple of years, how are you sort of dimensioning it? Are you just putting up behind in single...

**Sherilyn S. D. McCoy**
*Former CEO & Director*

No. It's something that we have discussions on each and every day as we open the newspaper and/or go online and see what's happening around the world. Trust me, it's at the forefront. I think a couple of things, and Jim will be speaking this -- to this a little bit later. Critically important as we plan our business to -- we're actually using forward-currency rates and making sure we're seeing how bad could it get and building our plan around that. So we've actually taken a more conservative piece. We continue to look at hedging, and Jim will speak to this a little bit later, in certain currencies where it may make sense for us to do that. And one of the other things, which is a little bit more difficult, it takes us a little longer to do is actually to get the cost structure more in line with where our revenues are. So as we take the North American business private, we're looking at U.S. cost base and figuring out how can we do redeploy that in a way that matches where the currencies are coming from relative to the cost structure. So those are the 3 things that we are focused on. Steve, do you have anything to add?

**Steven Francis Mayer**
*Cerberus Capital Management, L.P.*

I don't.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Okay, great. Well, thank you. Thank you very much and appreciate it. And we're going to move on with the agenda. We will also be having Q&A at the end of the day, so we can take any additional questions. Thanks, Steve, appreciate it. Thank you.Okay. So we're going to now transition to the Avon transformation plan. Key element to that is to close the Cerberus transaction, and we're working very aggressively with

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

the teams to get that done in the next couple of months and separate the North American business. Our transformation plan does focus on investing in growth, marketing, social selling and IT and cost takeout, really, supply chain and operating model, which you'll hear a lot more about later today.

I thought it would be helpful just to talk about the Avon international business. Who are we? We're a $6 billion company. We delivered 3% constant dollar revenue growth in 2015. We -- what we -- just to give perspective on that, Steve mentioned Venezuela and Argentina. We look at it from the standpoint as we did see -- we get the benefit of the high-inflationary markets. At the same time, we have an offset from IPI tax and the VAT tax in Brazil, and so it's a wash. And so basically, the underlying performance of the businesses is 3% for 2015.

Our representative trend is growing. You can see this has been a lot of work over the last couple of years to get it moving in the right trajectory. We feel good about where it is, and certainly, if you overlay the top 10 markets on this graph, you would see the even better performance.

With that said, we're not where we want to be, and that fundamental component of the business is to make sure that we have more women earning more through beauty, so that they come and they stay with us.

We participate in growing categories. As you know, the beauty category continues to grow. The industry has grown for the last 20 years. Avon maintained market share. This is your monitor data for 2014 to 2013. We do not have the '15 year results yet, but we maintained market share. So improving obviously, we're declining before that but moving in the right direction. And the global direct-selling industry continues to grow.

We have the iconic brand, and I'm going to talk to that and give you some perspective. Fernando is going to spend a lot of time walking you through this. But importantly, as we look at the brand, great awareness. Our focus is on improving relevance. We introduced a new campaign that Fernando will walk you through: Beauty for a Purpose, in fourth quarter. It's doing exceptionally well. It was a global idea, but what's unique about it is it's actually been picked up in all the local markets, and they're adding their own creativity to it. And the approach is, really, to link the product with the earnings opportunity and the empowerment of women in a very witty and a wise and welcoming way, so you'll hear a lot more about that.

And we're very proud of the causes that we support: breast cancer and domestic violence. And these are areas that the representatives actually go out and raise money for us. So the money that we donate, we estimate it over the period of time we've been involved, about $1 billion. It's really generated through our representative base. So something very important to this community.

Great products. You'll hear from our R&D folks later. Innovation is really strong, and one of the things I will say as we were going through due diligence with a number of partners, very -- CPG perspective retail. The thing that came back loud and clear is people were incredibly impressed with our R&D capabilities and our products. So our opportunity is to get it into the hands of more women and continue to promote the product.

Great -- largest direct-selling base in the world. If you look at our sale -- our field force, you see we have a tremendous amount of women. In Latin America, we have 8 million people that are registered with Avon. We have 6 million that are active on any given campaign, so we have a very large base. We have 10 million people coming in each year, so they see Avon as an attractive opportunity. It's easier to sell beauty than some other products, and people love beauty. And they want the financial independence. The challenge for us is how do we keep more of them in, so that we don't have that churn. We -- if you look at our tenured base, we have about 60% of women with us for 18 months or more, and of course, there's the top sellers that have been with us for many years. But our opportunity is really to look at how do we get people to come in and convert them in a better way. And so that's the focus. You'll hear from John Higson about some of the things that we're doing in that area.

Taking a look at our top 10 markets and looking at the portfolio overall. Certainly, we have addressed the North American business, and we're very happy with the home that it now has, and we will be partnering

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

on that front. China, which is a smaller business, it's about 1% of our total revenue, has continued to be a challenge for us. Great products, great brand, but we have not been able to secure the business model. And as a result of that, we are looking at all alternatives for the China business.

Our top 10 markets are growing and just a little bit more about our top 10 markets. What you see is that we are #1 direct-selling beauty company in the world. We hold the #1 -- or #2 position in direct selling. Importantly though, when you look at the categories that we're in, we hold -- many of the instances, 1, 2 or 3 position. And in fact, if you go into any market, as Brazil or Mexico as an example, about 70% of the volume that we sell through beauty falls into 1, 2 or 3 positions. So very, very attractive from that standpoint. And our top 10 markets account for about 70% of our revenue.

The thing that I'm extremely proud of, an area that's been a key focus for me is in building talent and capabilities. This is the top 10 market GMs, and what I will say here is we have about 6 of the 10 are direct sellers who've been in the company and have experienced, maybe not in the same geography, but have been running the business over the last couple of years. Their tenures are about 2.5 years in their current position, and we have a number of people from the outside who actually bring great leadership skills from very strong and competitive companies. These are the people that are working day in and day out to engage the representatives, come up with the ideas, feed them back in and making sure that they're continuing to run their business.

So let me set up the transformation plan, which we'll now switch to. We are going to focus on investing in growth. There are 3 components to it. It's about investing in our brand. And what you'll hear is that we're looking at increasing media spend, but more importantly, looking at how we go from a traditional TV approach to a digital approach and a much more integrated approach.

In the area of improving representative engagement, we'll talk about making sure we're investing in her and understanding her needs and segmenting the representative populations, so that we're actually doing a better job of actually making sure she is getting what she needs from Avon.

And then Fernando will talk about how we bring social selling to scale. How do we, in today's environment, make sure that we're putting the digital tools in her hands, so that relationship between a beauty seeker and a beauty seller comes to life.

Jim will be talking in more detail about how we are going about getting cost out of the operating model, and at the same time, improving effectiveness as well as optimizing supply chain and then give perspective on our financial resilience for the company moving forward.

The measures that we will continue to watch in the immediate term are representative growth, ensuring that we deliver on our commitments on cost, reinvesting that in growth and making sure that we continue to build a stronger balance sheet for the future.

Our long-term goals are mid-single-digit revenue growth, a constant dollar revenue growth, and this is based on the categories that we compete in, the markets that we compete on and going and looking at what make

[Audio Gap]

Perspective. This requires us to continue to make sure that we're bringing women in and converting them to representatives, and that requires at least low-single-digit representative growth.

And from an operating margin perspective, requires us to deliver the top line and get to mid-single digit, deliver pricing to improve gross margin as well as the cost takeout. And we'll -- Jim will walk you through this in more detail, but I wanted to give this as headlines before we move into the detailed agenda.
So with that, I am going to turn it over to Fernando. We'll start just talking about investing in growth, and he'll start with a discussion on our brand and our beauty categories. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Presentation

**Fernando J. Acosta**
*Former Executive VP and Chief Marketing & Social Selling Officer*

Good morning towards a beautiful future. I just want to give you a context. I've been in this company for 4 years. I led Latin American region for 3 years. Then in the last 12 months, I relinquished some of my responsibilities in Latin America and only kept the North of Latin America, and I took over the global responsibility as Head of Global Marketing. I give you this context because in the last 12 months, all right, it has given me these 2 roles to be able to look at the end to end of the marketing organization, to understand how can we become more agile and how to become -- where were the handles between global to regional to local. We are going through some difficult times, undoubtedly. And despite the efforts of many, the marketing plans that we have so far have not worked. We haven't been winning competitively. I can tell you in the last 12 months, we simplified the global processes dramatically and that are happening both at all levels, and we created a much more nimbler marketing organization.

With that, I want to tell you that if you look at the present, we have a wonderful brand with very high awareness that actually holds very relevant competitive positions in 3 big beauty categories: color cosmetics, skincare and fragrances. As I said, we're losing some share. The good news is as in the 2 years, we managed to start to stabilize in those important beauty categories.

There is a clear case for change. We've been working around that to strengthen the brand, and there were 5 areas that we've been working on, on that change. The first one is to much have a lot more focus on beauty, defining the categories that we want to focus on and the brands that we want to build upon. Secondly, there's a lot being said about fewer, bigger, better. You must have heard that from all marketing peoples around the world. The only thing I would add to that is I changed it around. It started with bigger, fewer, better. It's easy to cut the small. It's a lot more difficult to develop bigger breakthrough innovation. You're going to get a little bit of the sense of what we've been doing about that.

Complexity. We're very complex, not only for the number of projects that we currently have, but we have a massive opportunity to simplify ingredients, components and so on and so forth. I'm going to show you how we're going to do that.

We have to drive both volume and price. You heard a lot about the FX currency headwinds. Our task is to do both. And finally, there's a lot being said about pooling and reinvesting brands. We will reinvest more money, but we also need to optimize the way that we invest those funds that we're going to have.

All our efforts, and this is what I'm going to be taking you through today, is just on 3 strategic pillars. The first one I'm going to cover is about rebuilding our beauty brand; secondly, it's about defining the clear portfolio place for us to be able to deploy the right number of brands to cover all needs and price points for us to be able to win; and finally, you're going to see a shift, a big focus on -- going away from launching a lot of products into developing and nurturing core brands.

With that, let me start with the first strategic pillar: rebuilding our beauty brand. I'm going to give you a sense, and I don't think you've heard it, about Beauty for a Purpose. You're going to hear a lot that for us to drive engagement, we need creativity because we want to make sure that, that content is engaged and that we tell the whole Avon story. And thirdly, we talked about investment. I'm going to show you how we are increasing investment, how we are going to move our shift into digital.

Let me start with the case of Avon. We were the first company to give women an earning opportunity and to help her achieve financial independence. We were the pioneer in social selling. And we nearly donated, as Sheri said, almost $1 billion in causes that actually matter to women. Let me hold directly for the case for beauty. Many, many insights have inspired us through the decades. Beauty doesn't imprison woman, it empowers her. Beauty is selfless, not selfish. We believe that a world without beauty is a world without love. Beauty proves you care. Beauty gives you strength. Beauty is restless. Beauty matters. Whilst many people see that the beauty industry might look superficial, we believe it is the exact opposite.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And finally, the case for woman. The most important driver for woman's empowerment is to achieve financial independence. When a woman earns an income, she earns a lot more. She earns self-reliance. She earns self-confidence, and she earns independence. When you empower a woman, and it's known, virtually every aspect of society improves.

What is our mission? Very simple, and it hasn't changed, and it's as relevant today as it was 130 years ago. We believe that a world with more empowered women will be a more beautiful world. We are the company for women, and we are committed actually to make this happen. According to the World Economic Forum, it says it would take 80 years for a woman to achieve economic parity with man.

Most brands believe that beauty is the destination and makes the beauty industry, in our perspective, look cold, aggressive and actually makes women feel all the same. Avon's way is not just to tell women you can do it. Avon's way is already celebrating how women are doing it every day. We have 6 million of them doing it every day. Avon's way and Avon's perspective is not to say be strong as a woman. We're already celebrating how strong you really are. For us, beauty is the journey, and empowerment is the destination.

Beauty for a Purpose is a new global statement. You heard it. It has different [Foreign Language] in Portuguese, [Foreign Language] in Spanish, and we translated these in 4 words, what the essence of the brand has always been. It is founded on the company commitment that I explained to you to empowering women representatives around the world through beauty and financial independence. And what I like about this statement, it is really anchored on a human truth. When a woman feels beautiful, you see more beauty and you create more beauty around you. It's equally relevant when you're not feeling beauty, the damage that you do around you, that day that you didn't actually wake up with the right foot.

So what's our Avon story? And it's very simple. It goes like this. At Avon, what do we do? We create great products of demonstrable superior quality and value that our representatives can confidently sell to their friends and family. These sales give the representatives the earning opportunity that leads to self-reliance and empowerment. And we know very well that at Avon that when you empower a woman and when she's feeling -- and empowered, she helps and empowers other women. That is the -- what we call the Avon beauty circle, and this is the ABC of women's empowerment. It is about giving them the right products, the right earning opportunity, the right support network and with the right tone of voice. But for this Avon beauty circle to work, the first door about great products needs to be there, because from the moment you develop great products, you can charge and get the right price. So I want to show you now a video and talk about local creativity. It was done in the U.K. What we did -- the U.K. team did, they send beauty bloggers a pack of products. They didn't know it was Avon. It was like a secret. And at the end, after they tried it, right, they found out that it was our brand.

[Presentation]

**Fernando J. Acosta**
*Former Executive VP and Chief Marketing & Social Selling Officer*

I can confidently tell you we have amazing products. We really have amazing products. We need to do a better job at branding them properly.

So Beauty for a Purpose was launched internally in March, only 10 months ago. In April, we went and we tested in some markets, and the response was unanimously positive. It was what the brand is all about. In May, we started like in the soccer stadium. We wanted to make sure that we started with our associates. We launched it through the EVP, the employee value proposition. And under the slogan, Inspiring Work. Empowering Women. In May as well, we went into Mother's Day. That's where the wave started to move from internal associates to our representatives. Then we went and we continued into Father's Day, and we haven't stopped since then. In quarter 4, we managed to integrate everything, even as well across all touch points, including our brochure.

I thought as well that -- and I only picked a few examples. We showed hundreds of videos, at global, regional, local level. What you're going to see across all the videos and films, what I really like, they are strategically consistent, and they are surprisingly creative. So I picked 4 of them. Just for the benefit of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

time, I would like you to watch how, when you start telling the whole Avon story, how much it works, and then we'll show you the results.

[Presentation]

**Fernando J. Acosta**
*Former Executive VP and Chief Marketing & Social Selling Officer*

So again, strategic consistency, local surprising creativity. Our representatives are our models, our role models. You begin to get the feel about the new look and feel of the brand. The new representatives are at the center of the new campaign. Why? Well, our representatives are the public face of Avon. When we celebrate our representatives, we are celebrating Avon. When we give our representatives stature, we're giving Avon stature. We will do everything for -- sorry, we'll do everything for, with and about our representatives.

When you look at those images, you see 3 words coming out of it: strength, pride and confidence. Why are they so important? Because they do ladder all the way up to beauty. What makes you understand we are a we brand, we're not a me brand. Plurality is key for us at Avon. And I hope you get a sense as well about the -- we are a -- the tone of voice have been 3 Ws: witty, wise and welcoming. We've always been like wise and welcoming. We add in the wittiness as opposed to how we see other brands that could be a little bit like 3 D: dull, distant and didactic.

Give a woman the right lipstick and she will conquer the world. I want you to meet Jessica [ph]. Jessica [ph] -- this is the after Jessica [ph]. What we did was this company started, we brought representatives from our biggest markets from Brazil, from all over Brazil. We brought them to São Paulo. And I want you to meet Jessica [ph], what she said just behind the scenes of Jessica, and here was the output. So let's look at this video of her.

[Presentation]

**Fernando J. Acosta**
*Former Executive VP and Chief Marketing & Social Selling Officer*

As you can see, our representatives embody the empowerment we'd like to see in every woman. You're going to see a complete global consistency of look and feel around the world with quotes that are either linked to empowerment of beauty, but they're being locally executed. So here's one from Brazil, Meterica [ph], an Avon representative since 2009. Probably she's a little bit rusty. But meet Sandra [ph], an Avon consultant since 2009 from Poland. This is a one -- Colby [ph] from Malaysia or Sandy [ph] from England. Again, strategic consistency, surprising local creativity.

And what happened since we started? We have seen a significant growth in fans in social media since the launch of Beauty for a Purpose, 16% growth in terms of social reach. We are the #3 global beauty brand in Facebook with 90 million fans; almost 1 million fans in Instagram, and that's our fastest growing social network; 185 million views between that Father's Day ad that I showed you and the Mother's Day ad that I didn't. We became, in record time, the most loved social brand in Peru, and this is just the beginning.

We started as well to understand the ROI. What happened if we activated the 3 doors at the same time? We took some examples. This is one from Guatemala. We put a great product ad. We put a great recruitment ad and a great empowerment ad all at the same time for a quarter. What happened? Growth, 8x higher than the previous average, recruitment to 19x higher. And as well, the persuasion scores we're starting to measure some -- clearly some measures before and after, so this is encouraging news.

Sheri talked about it. We're moving from a broadcast model, and that is when you go to sleep in this country, before going to bed, what do you see? Car advertising. We see food advertising and insurance. I'm sure you will understand. They put it on your face, right? For you to be able to move from a broadcasting into an engagement model, what do you need to do? You need creativity. You need people and Millennials to be able to share, all right? So that's what we're trying to do here with this new campaign. We will increase media investment and with a shift of digital. We looked at ROI, TV is very important. It's very important in many countries. We'll continue to use it. And in some cases as well, want

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to start the conversation in TV and maybe take it to another channel. And look at the ROIs of digital, when you have the right creative that people are going to be talking about, then you can spark beautiful conversations or look at the ROI of our brochure, the biggest magazine in the world. So that's the first strategic pillar. It's all about Beauty for a Purpose. It's all about our brand. It is about developing engaging content, and it is about putting more money and shift to digital.

Let me move now to the second part that is about our portfolio. What are we going to do here? We're going to be much more clearly defining the categories. We want to win the brands we're going to build and nurture. Secondly, we want to create our own fuel for growth through portfolio simplification. I want to put a lot more focus on pricing through those great products to shift the pricing gravity up that as well we developed and expand margins and deliver the fuel for growth.

What did we do? We did a detailed analysis in the last year of both categories and brands to build the overarching strategy of doubling down on beauty. This is a nice slide. But what did we do? We looked at the strategic fit of the categories. Very simply, does it ladder up to beauty? Do we have the ability to win, given the capabilities and resources that we have? And on the other end, we looked at the financial performance. What's the financial performance on the categories that we want to compete? How big are those categories? Are we doing well? And what's the competitive intensity in our position? With that, this is the output. We have a new term calling winning competitively. 60% of our business today are what we're going to be calling win competitively strategies. What do we mean by win competitively? We need to win share. How are we going to do it? By doing 3 things: first thing is we need to make sure that we cover all major segments in every category we compete through the right brands and cover all major price points. Secondly, these are the categories to win competitively that where the focus of all of Suffren and R&D is going to be. We want superior products, superior products that we're going to be building and be able to price up. Win competitively, these are the categories we're going to put our investment to make sure as well that we have competitive investment. You would ask me, which are those categories. There are 3, and I've been telling you about it: skincare, color cosmetics and fragrances.

Secondly, a new term, win at point of purchase, win at point of sale, win in the brochure, win in the catalog. Which are the catalog as well that we're going to -- how are we going to do that? Well, think about toiletries, shampoos, deodorants. When you go into the point-of-sale, when you go into a catalog, either off-line or online, yes, you're buying a fragrance, but you might want a deodorant as well that goes next to it. These are high-frequency, high-volume categories that help us to run the business. Are we planning to win competitively? No. We plan it to complement the beauty offering.

This is against -- another category called impulse Beauty Boutique that we'll expand in a minute. What do I mean by that? We're going to be looking for strategic partnerships or people that do have the capabilities and the brands that will help us to complement the overall look, beauty look that a woman wants, categories like handbags, jewelry and accessories or maybe intimate apparel.

And finally, 10% of our business that we need to curate or restrict, that is Home subcategories. The good news on Home as well is that you might say, "Oops! We're going to do -- exit Home." Well, let me tell you the following: 7 markets around the world are 3/4 of our Home business. So that's where we're going to be focusing, where their Home business is. And how are we going to do it? By -- how are we going to curate it? We're going to focus on brands. We're going to focus on actually making sure that we increase prices. We're going to focus making sure that this is a very simplified business, and we want to make sure that we separate the home offering from the beauty offering, either by a mini catalog or a different brochure.

So those are the categories. So how are we going to transform our portfolio? 3 win-competitively categories. We have 3 categories that wins at point of purchase, toiletries and beauty tools, which is actually very, very important for us. And what do I mean by impulse beauty categories? As I said earlier, there are some categories that are key moments of the year. You want to go into our offering and make sure that you complement beauty altogether.

We did the same analysis for brands. We mapped the strategic fit of our -- the core strategy of our brands, together with how big and their financial performance. 40 brands, 40 core brands are 80% of our business. And you see another 185 brands that they are names. A brand only exists in the minds of the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

consumers. We have some good products that we need to brand more. And what are we going to do with that? Well, we had to move them into some of our core brands. We make them bigger or we will simply get rid of them. You might be asking which are those great brands, so this slide summarizes a bit. If you like some of the great brands that we mentioned before, some very, very important that you guys you can start seeing some brands that you might not be that close to are very, very important in some parts of the world.

What do we do with our brands? I've told you, and I gave you the example of color cosmetics. We said color cosmetics is a win-competitively category. And if you look at now are we straddling all consumer needs, major consumer needs in color cosmetics? Are we straddling all the price segments? Well, we have a very healthy portfolio. We have Color Trend. For those of you who know, it's a very, very, very big brand for us that covers the value segment and covers as well a little bit more of a younger audience. We have Avon at the heart of it -- of the business, which are fantastic plans to continue to nurture that. And we have a new, in color cosmetics, that is adding care into color cosmetics. Where do we see an opportunity? And that's -- those 3 brands alone, 90% of our color cosmetics business. I'll give you one example. We have a beautiful brand in the U.S, mark. We believe a brand like mark with a fantastic positioning about women that do not want to fit in, these are the women that really want to stand out or we can actually position out there. And we have other brands that are -- will be coming later today. So we see an opportunity there.

Savings, and we gave you a flavor about what we're doing in terms of portfolio simplification. This is one of our brands that we saw in the past that men were a good opportunity for the company. Why don't we launch Avon Men? We saw that baby has an opportunity. We had Avon baby, Avon son. What are we doing? We're bringing them all together under Avon care. What's our point of view on Men? We add in Care into men. We add in Care into baby. We add in Care into son. And this is happening later in the year, and you can see Avon Care is one of our core brands.

Secondly, this is one slide that shows you some beautiful fragrance brands that we launched decades ago. Actually, their packaging looks like it was launched decade ago, as I'm sure you would agree with me. The problem was that they were big enough for some of our markets, but we couldn't have the time to nurture them. Great thinking from the team, and they said, "What if, instead of delisting them, we'll bring them together? We honor our past," and we launched Avon Classics collections. 1 cap, 1 bottle shape, better juices, and now you start seeing how these can be much better integrated into our brochure. We don't have all the brands in all markets, so you might have 3 classic collections, and what a great opportunity for you to extend some of the great heritage brands that we had in one market now to offer it.

So we've been putting a lot of thinking about all of this, and make no mistake, it is an important part of our thesis. We have to take cost out for us to reinvest part of the business. We're looking at fragrances, skincare, lipsticks, compacts, shampoos and conditioners. We're looking at every aspect of our business.

Now let me talk about pricing. I think this is another area that we see significant opportunities. Over the last year, we begin to capture the full pricing potential of our portfolio, introducing a standardized and disciplined 6-step pricing process across the organization. With this process, we are assessing, in detail, the positions we have today available in the market, considering both customer's willingness to pay more and as well the competitive position. So in order to secure the consistent execution, we put teams in place on pricing. We put teams in place across all major markets, and they're using a consistent sets of tools for us to be able to do the right pricing actions, extremely relevant for the institution that we're in, given the FX headwinds.

And finally -- I'm sorry, so just to summarize the -- sorry, to summarize the section on disciplined portfolio management, justed want to say there, I hope you got the sense of the categories we're going to be focusing, the brands we're going to be focusing, how are we are going to creating fuel for growth? With simplification and the importance of pricing.

Now let me go to the last bit of -- developing brands with stronger superior products. Three things. The first thing is we need to make sure that we appeal to more consumers across needs and price points. Secondly, we will nurture the base and develop breakthrough innovation. There's a new term here that we put, the EPD. existing product development. We have outstanding products out there that we can bring

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

new claims or new histories again and again. We haven't done that very well. And develop breakthrough innovation was the initial focus that I told you about, focusing on baby. We will call them rockets. And finally, innovating differently through strategic alliances. I'm not going to cover that, but David Legher is going to cover 2 important strategic alliances that you are aware of. One is KORRES, and the other one is for Latin America, and that one is Coty. An example for us on how we can bring brands as well as to complement and be able to play strongly across the portfolio.

So let me start with this section very quickly. First is about targeting consumers with unprecedented positions. Our representatives are our first consumers. We're very proud of that. Our representatives are our ambassadors of our products. Our representatives need to be so convinced that our products are superior to be able to actually offer them to their friends and family. We're focusing on Millennials. We will continue to nurture the duration ex core, and we're going to start moving with the innovation, slowly and steadily, moving up towards the middle class with more premium products.

How are we going to do it? We now have a global segmentation model applied across the organization. This is an example of color cosmetics. From one left, you see a minimalist. Those women that actually don't care a lot about the category. When you look at the global permanent section, there's not a lot of money in that segment. On the other hand, those people that really actually want to make a big impression in the way that they color themselves. Again, not very big.

The fourth segment is in the middle are the ones that we're actually understanding, by heart, what is a loyalist. What does she do every day? And the beauty about doing this is, as well, that some of these segmentation goes across beauty categories. When you are a loyalist in color cosmetics, you are a loyalist in skincare, and that is allowing us to think on bigger brands that grow across categories. I mentioned to you about bigger innovation. Well, we put a process in place just to make sure that it goes through all the stages that has the financial rigor to test this product as we develop the concept and as it goes through the phases. These are rockets because they're very big. And the other thing that I think is very important to convey, these, we are looking at incremental growth. We put tools in place to measure the incrementality by

capturing how big this can be. From the moment we have these pics, and trust me, we very big projects, it's much easier to cut the tape.

So we will nurture -- I told you, the base and develop breakthrough innovation. This is a little bit of a shape of our innovation funnel. We're doing a lot more existing product development. They have great stories to be told about our new products. New product development, the example you saw in the film today of attraction. And finally, expand. There are some brands, now take the example of Avon and Encanto that was developed for Brazil, by really understanding the Brazilian woman, huge success, now being rolled out across the Latin America. Again and again, another example, and we have more brands that could go to more geographies.

So now we're going to give a sense, I would like Louise Scott to come. She is our Chief Scientific Officer. And we selected 3 examples of great technology that you'll be able to see a little bit more that are coming soon today, and you'll see all the great thinking that we have behind the innovation.

**Louise Scott**

Thank you. I'm very excited to be here to share some of our breakthrough innovations today. I'm going to start with this product, and I couldn't come up here without some product. This is our new matte lipstick, perfectly matte lipsticks, which is launching now in the market. And matte, as many of the women in the room might know, is actually one of the top finishes that women are looking for from a lipstick. So there's a problem though, because matte lipstick, as many of you will know, comes with a trade-off. Traditional matte lipsticks, the more matte they get, the less comfortable they feel. So the Avon perfectly matte lipstick is going to address this trade-off. Why does that happen with traditional matte lipsticks today? The -- when you make a matte lipstick, it's usually made by taking a shiny base and adding to it mattifying powders. And as you can imagine, when you start with something shiny, you have add a lot to make it matte. So -- and unfortunately, mattifying powders are rather dry and cakey feeling. So you can imagine that's how a traditional matte lipstick would feel.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In our perfectly -- our new perfectly matte lipstick, we've done a different approach. What we've done is, we started with matte ingredients from start to finish. So every ingredient in this lipstick is actually matte. So I make it sound easy when I say that, don't I? But in fact, our scientists in this building had to search widely across many, many industries to find ingredients that would be matte alternatives to existing common ingredients used in the cosmetic industry. So what you get with this is a 100% matte look, with a great feel, as you can see from the picture. So two winning parameters for this product. I encourage everyone to try. You should have received one in your gift box that you were sent, even the men.

Our next product. ANEW is one of our most powerful brand, our great anti-aging brand, and this is one of our newest products that we've launched on ANEW. The ultimate supreme cream. Scientists in our Avon Skincare Institute here in Suffern, discovered -- were the first to discover that the cells in your skin, as your skin gets older, don't recycle waste as effectively as when they're young. And what does this mean? What -- if you can revive and we've been able to show this, if you can revive this cell recycling process, you can actually make the cells act like they were younger again. And this happens in all of the cells in your skin. So imagine if you can revive this process in all of your cells, you can actually affect your whole skin and improve it.

This insight actually led us to create what we're calling the Celluvive technology, which is an exclusive technology used in this ultimate supreme product which, as a result, delivers multiple benefits across 20 different signs of aging, including wrinkles, photodamage, smoothness and so forth. In addition, this ultimate supreme product has been proven -- clinically proven to deliver more moisture than a $360 cream. So you're getting outstanding anti-aging performance and luxury in one product.

Finally, I'm excited to introduce to you our new big and multiplied mascara. So this is our first ever mascara to provide both clump-free and tangle-free look to your lash. So many younger consumers, when they are looking for mascara, they're looking for a really big volumed look. And they know that to get that is quite hard to achieve, as one consumer told us, "When I put my mascara on, it actually makes it look like I have fewer lashes, because my lashes stick together," not achieving the results she wants. So what can we do about this? So our -- so when we studied the problem, what we noticed is that the lashes are sticking together because when you -- mascara contains high levels, heavy loads of dark pigment or black pigments, and that tends to make the lashes stick together and also tangle. Just as you see in the picture, if you look at that second picture along, you see the lashes are very tangled. Each lash needs to be separated out to be able to give you that volumed look. So our creative color scientist here in Suffern, whom I'm very proud of, discovered a solution for this in the paint industry, a material which actually smooths itself out. When you put this in a mascara, what you can actually see and you can see this under a microscope, the material levels itself out on the lash and spreads the pigment evenly even as it dries. Each lash is coated with a layer of pigment and it can easily slip past the next lash to give you a beautiful fanned out look. So you get great volumed lashes that look like you have even more lashes rather than less. So this is the first for the industry and I know that all the ladies in the room in the audience will be dying to try it, and I hope some of the men might try it too. Thank you.

### Fernando J. Acosta
*Former Executive VP and Chief Marketing & Social Selling Officer*

So to summarize, thank you very much. This section about building brands through superior products, we will appeal to more consumers across needs[ph] some price points. We're going to nurture the base, telling new stories out of great existing products, once we develop some great new innovation. And we will innovate differently and you'll hear more through strategic alliances.

So while -- to close this section, you've seen that our growth plan has been built about these 3 pillars, rebuilding beauty brand, disciplined portfolio management and developing brands through innovation. What we have as well are internal metrics to make sure that we are measuring the progress against each of them.

And to finalize, I wanted to end up with a video. As you know, every great brand has a love affair with their consumers. Every great brand dream for their consumers. Every great brand respects their

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

consumers. So I'll show you a video that we'll be sharing later on in the year that is for the women seen here in the room, this is an ode to women. Thank you.

[Presentation]

**Operator**

Ladies and gentlemen, we'll take a 15-minute break. Thank you.

[Break]

**Operator**

Ladies and gentleman, please welcome back Sheri McCoy.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Well, you heard from Fernando how excited we are about the new brand, Beauty for a Purpose positioning, and some of the work that we have underway to reposition the brand.

Now we're going to hear from John Higson, who is going to talk about the representative proposition and how we're investing in the representative and some of the changes that we've made in that front. So it's my pleasure to introduce John.

**John P. Higson**
*Former Executive VP & Chief Commercial Officer*

Thanks, Sheri. Okay, good morning. I'll start with a little bit of background on me. Some of you have known me over the years. I joined Avon in 1985. So probably a good question with some of the turmoil we've had in the last couple of years would be why am I still here leading the EMEA markets, and now taking on the LatAm markets.

I joined Avon in the U.K. I spent 7 years in field, learning the field model of Avon before I become the first General Manager in Central Europe. I've spent 15 years of the last 22, living and working in Central and Eastern Europe, and building Avon businesses from the ground up. As we opened those businesses, we were able to see it change women's lives. We were able to see our ability to build sustainable, profitable businesses.

I went back to Europe, Middle East and Africa 3 years ago, and we've started the transition of our Western European businesses to match the Central European model. I've now taken over Latin America at the start of this year. I wouldn't be doing this if I didn't believe that the journey that Fernando has mapped out on the beauty and the journey that I see in changing women's life and building sustainable businesses wasn't replicable across the whole corporation.

So let's take a look at the representative experience, because when you look at where we've lost our way in the last couple of years, it all comes down to the representative experience. But just -- it's not just me believing that direct selling has a future. You look at the industry over recent

[Audio Gap]

being in this space, growing the revenues and growing their direct selling independent business advices. It's the right space to begin. And at Avon, our representatives are the heart of our business. The 99% of our sales, there are 8 million women involved in Avon today. You hear the number 6 million from us on a regular basis. 6 million is the number who have placed an order within the last 6 weeks. And typically they sell to around 10 people each time they place an order. So we touch 60 million consumers every 6 weeks of the business. So it is a very vibrant channel.

In order to build a successful direct business -- direct selling business, we've got to ask ourselves 3 questions: are we attracting new representatives into the business? When they come into the business, what experience are we giving them? And in return for the hours that they invest in building their

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

independent business, what's the rewards? Because if we're asking them to give us more time than they are getting out, it's a very simple equation [indiscernible] again.

Over the years, we've run tracking studies in most of our markets to understand the movement every 12 months in the attitudes of the representatives. What we consistently see across all markets and across time periods is the reasons they join are for the earnings, the income and the access to our products. The reasons they stay are for the social opportunities and the opportunity to achieve financial rewards, and without fail the reasons they leave us are when we let them down on an imbalance between earnings and effort and a lack of relevant support for what they want out of the experience.

We have the strongest direct selling recruitment engine in the world. We brought over 10 million people into Avon in 2015. And contrary to popular belief, in our top 10 markets, over half of all the new people who came in 2015 were under the age of 35. Over the course of my career with Avon, I have often heard the comment, it's my grandmother's fragrance company. It is not your grandmother's fragrance company. That statistic shows we are attracting young consumers into this brand, and they are joining up to be sellers.

Another bad news, because if it was all that simple, we wouldn't be having this conversation. We lose an equal number each year. Direct selling has a high churn rate. We churn, in the last couple of years, 100% of the number that come in end up leaving the business as well. There are 2 key areas in experience and earnings for effort where we are letting them down. We're letting them down on the service model, which we failed to contemporize as rapidly as ecommerce businesses have contemporized their expectation, and we've lacked in our ability to tailor the support quickly to meet differing consumer requirements, different representative requirements. That is our biggest opportunity for improvement. I've got examples of things we have already done that are working, which show us that we are on the right tracks, and you'll hear later after lunch from Angela Cretu, who runs our Turkish market, on things that we have done in Turkey, which demonstrate, when we get it right, we have a sustainable business model, that attracts and retains people and delivers sustainable profitable growth.

And we'll talk to you this morning very briefly about 2 key initiatives on representative segmentation and service model evolution. We'll address the 2 key problems. Let's first of all take a look at that tailored support in terms of a representative segmentation model.

Think of 3 ladies joining the Avon business. They all have, to us, similar aspirations on the day they start. They want to be successful sellers. 3 weeks later, when they place their first order, it's already visible to us. Two of them are off on the track of being successful sellers, one of them is probably more in this as a hobby. She wants access to the products. She wants to sell to her family and friends, and she probably isn't going to place an order every 3 weeks, which is what our traditional model required.

And then of the sellers, they segment over time, so the seller repeating the selling behavior, building her customer pool becomes a top seller. Some sellers don't want to build that customer pool. They want to go the other way of saying, "I'm a successful seller, but I really like attracting and training other successful sellers, and I can make a better income and a better business for myself by becoming a trainer of other sellers." So they go off onto the sales leader route. That sale selection is something around 7% of all the people that are in the model at any moment in time are on the leadership side of the business.

Let's focus for a moment at the way we support them today and what we need to evolve for the future. And to do that, I'm going to go through the seller representative experience.

It sounds very simple. What she needs when she joins us is the right coaching and mentoring, and the right selling tools. You think about -- and I'll go to my career before Avon. I came out of the Mars Corporation selling chocolate bars. When I joined Mars, they put me in a conference room for 5 days to learn how to sell 14 chocolate bars. You didn't go in front of a customer until you knew everything there was to know about pack and prices and performance and proposition of 14 chocolate bars. We have rather more than 14 products in the Avon product range. And a new seller coming in gets rather less than a full week of training before she gets out in front of a customer. That has been a weakness of the Avon business over 30 years. Technology today allows us to put an expert device in her hands that allows her to be an expert on anything. It's an innovation that's come along in recent years. It's something that Angela

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

will talk to you about in the afternoon of how we're delivering it. Making those new sellers confident to sell our product range quickly is a really important innovation in the business model of giving them the chance to be successful right from the get-go.

In markets where not everybody has got a smartphone in their hand, and it's not connected to a network, it's really important that we provide them with very simple steps to success. Traditionally, at Avon -- and many of you have commented on earnings calls over the years about the amount of money we spend on incentives and whether it's well spent and do we get a return on it -- we traditionally designed incentive programs to be individual campaigns. So 3 weeks long, you do, you get. It engages a very small portion of a population because a very small proportion of the population are top sellers. If on the other hand, you take that incentive money and make it into longer-term loyalty programs with the kind of alliances that are available to us today, of people offering a much bigger selection of goods, having it online where we're not holding the inventory and being able to select something that you can save for over a period of time and even put your Avon points towards points you're saving from other channels and programs to allow you to build for more substantial gifts, gets more loyalty into the program. A loyalty program is designed to make sure regular customer contact happens. Short-term incentives do not do that. It allows us to optimize our incentive spend. It also allows us to better tailor the reward program to her individual selling pattern, not a pre-determined one-size-fits-all selling pattern. A good example is from Columbia in the second quarter of last year. In April, we introduced 2 new programs simultaneously. We introduced Avon R[ph], which focuses on building her skills, one category a time -- at a time through her first 6 campaigns of her life. We ensure that we accompany and coach her. We provide her with the right selling tools and we offer an attractive earning opportunity. Each time she hits the campaign goal, she gets a reward of the next product in the next category, which allows her to go out and demonstrate that product and build her sales in another category. It sounds simple. It is simple to execute. We haven't had this kind of discipline around [indiscernible] over the years in our market. We launched it in Columbia in April of last year. It was linked to the Mi Mundo Avon program, which you'll hear about from David this afternoon in Brazil. And that is the loyalty program which allows her to earn points from selling more, earn points from being active more regularly, so her customers have access to the product and earn points from referring new representatives. The results in Columbia were very impressive. We saw a 5-point retention improvement, pretty much immediately and a 2-point increase in activity. We rolled those 2 programs to all of the rest of Fernando's Latin America market in the second half of last year.

Now let me address the occasional seller, because this is a place that 30 years ago we only had one answer to this. And we've been slow at catching up with what technology can provide as. What happens today with an occasional seller is if she doesn't place an order, 3 campaigns in a row, she leaves us. We close her account. I don't know anybody else who is in a business of acquiring customers, who actually says 9 weeks after I've spent a lot of money acquiring this person, I don't need them anymore because they don't fit my model.

If on the other hand, we recognize the technology that's available to us and say once you've settled into a cycle, if it's not our one order every 3 weeks, if it's an order once a quarter, if it's an order only at key gift giving times in the year, whatever it is, it's very simple to track with CRM technology today, what is the right pattern and prompt her. The reason we used to put them out the model after 3 campaigns of inactivity was she no longer had a brochure to sell with, because we delivered the brochure 2 campaigns ahead. So if you miss 2 in a row, you didn't have the literature. You couldn't possibly take an order. That isn't the case with the brochure on a smartphone, the brochure on a tablet. You can start selling again anytime you want. We've been slow to change the business process to match the capability of the technology, but allowing representatives. These are many cases, our most loyal customers, allowing them to stay in the system and then spurring them and triggering them on their purchase frequency is a huge growth opportunity for us across the world. Where smartphones are readily available and the network has universal coverage, we should be doing it immediately. Where that is coming, there are still ways to do this without the technology, of ensuring that we don't put people out automatically after they miss 3 campaigns, building that group of occasional sellers and getting more value out of them is important.

And as we go on this journey, just so that you understand why we've started talking in some instances about ending representatives versus Active Representatives, and why we talk about representative productivity versus average order size. When you've got a model that says, one order of campaign from

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

everybody and I will monitor activity against that frequency, and I will monitor Active Representatives of any one who has sent in an order in the time period that we're monitoring, it's a great indicator. We need -- as we start to have more flexible delivery, we start to have more flexible ordering. We need to be tracking the size of the seller pool and the size of the occasional rep pool separately, and the ending size of the pool and then the productivity of each person in each pool is more relevant than the one-size-fits-all indicators we were using. So internally, we're evolving the way that we track the sales force to understand what healthy looks like and externally, as we talk to you, we're going to need to start to give you more insight into what is happening in the pool as opposed to the metric that you've been used to seeing from us.

So let's talk about service model. This is probably the Avon Achilles' heel over many years. The other thing that came with our one order every 3 weeks was, and depending on where you live, we tell you when you submit the order and you get deliveries 7 days later. That was the original Avon business model. I suspect it was the business model in 1886 when David McConnell started the business. With today's technology and with the competition from ecommerce companies, it shouldn't be the business model that we're running. I'll tackle this in 2 sections: just the online experience and then the actual delivery options that are available.

From an online experience, Angela will take you through from the Turkey point of view this afternoon, of how this looks in Turkey where representatives manage their orders within an app. They can monitor real-time their campaign performance data and ensure they meet their goals. It's really simple. We've seen across Central and Eastern Europe, we are 100% of orders coming online. It does not matter the age group of the representative, 100% of orders come in online. In some of our more mature businesses, where you've got representatives who've been with us 30 and 40 years, there is a holdout group at the end, somewhere between 10% and 15%, who simply don't want to go online. But that's okay. They've got sales leaders. The sales leader can help get the order in online. We need to get out of paper. Paper is a complexity in the business. It drives cost. It drives rigidity, and we need to get off of it everywhere. So we're completing that journey over the course of the next year or so.

When it comes to delivery, the old model was, you place your order on a Monday and you get it delivered the following Monday. The world has overtaken that. But you all know, we had to talk to you on 2 occasions over the years about 2 false starts we had in this area of trying to move people to a new model. Canada was the latest one we had to explain to you. Fortunately, we learn from our experiences. In Central Europe, we went about it slightly differently. We said, stay on your mail plan if that's what you want to do, but you can have the order tomorrow for a fee. We thought 10% of the people would go for the convenience of, I can order when I want and I get it tomorrow for a small fee. 40% of the people changed. Now that changes the flow in the distribution center, which is the other thing we were worried about in the transition, it takes you about 6 weeks to learn the new flow. So you can get past it.

A year after we offered the express delivery, we made an alliance with a group -- a company that provide parcel terminal networks. They've got national coverage in Poland. We said, "Okay, you still have free home delivery. You can have 24-hour delivery at a cost or you can have it to a parcel terminal within 48 hours for free." And a lot of people who work, who don't like the inconvenience of having somebody at home to take delivery, switched to the parcel network. So a year after that, we said, "Okay, home delivery is no longer free." You want it delivered to your home, there's a fee, but you've still got the free parcel service, which is 48-hour and you got the express service, which is at a different fee. Transition complete, no disruption to the business. We did it in 3 stages, 3 changes over a space of 3 years. Could you do those changes at closer intervals in other countries? That's the thing that we're now trying to get to. Can you get through this journey without disrupting the business in a shorter space of time? But when we did that, 1/3 of the representatives in Poland ordered more frequently. And our satisfaction rates from the representatives in Poland were dramatically higher. We've completed that journey for all the countries in Central Europe. We will complete it this year for all the countries in Eastern Europe, and we will be completely through that transition of a whole delivery model across the world over the course of the next 3 years. So getting our delivery service contemporized is well in hand.

Now let me talk about the other Achilles' heel, that we've talked to you about on a couple of occasions over the years, because behind that, when we started this journey, was our order management system.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

One of the issues that we had as a company having started every business as an individual startup over the course of about a 70-year period, was we have legacy order management systems. Legacy order management systems weren't just order management systems because when we talk to people outside the business, how difficult is it to change an order management system. Our order management systems don't just contain campaign preparation, pricing and billing, they also had fulfillment warehousing, inventory management and accounting and representative customer care, all in one big hairball in the middle of an old legacy system, which unfortunately seems to be written in COBOL and requires assemblers of program language. So if you ever want to know just how bad the base was, that's kind of its legacy.

It restricted our web development because the web had to be wired into this hairball in the middle and it was really slow in terms of change. What we've managed to do with the team in Europe, Middle East and Africa over the last couple of years is concentrate on the left side with outside vendors to get a really good user experience on the web, so the representative and the customer are dealing with only a web presence. They're not seeing any of the interface to the back-office.

Then what we've managed to do was to split the back-office in two. So we don't have to tackle it as one big transition like we have to do in Canada. We've tackled it in campaign preparation, pricing and billing to give you the web front-end experience that you want, deal with that first, put the other part into a second phase, try to use packaged software to complete the second phase. A number of people asked us a couple of weeks ago, why did you do the outsourcing deal with Hewlett-Packard. Basically, so we don't have to worry about the infrastructure. The infrastructure is taken care of.

The web experience is taken care of on the other side. Our IT resources now can concentrate on getting this hairball split into getting Phase 1 done really quickly, so that your web experience can develop and then doing the back-office as back-office. If you think about how all the banks in the United States consolidated and got Internet banking out front and then started tagging up their back-office, the customer doesn't see the back-office. What happened to us in Canada was a customer did see the back-office. And 30% of them who were occasional sellers said, "I don't need to go through this transition," and you lost 30% of people overnight. That can't happen to us again. I think we've learnt from that. I think we've learnt from the industry. And technology has moved on in the meantime.

So as technology has moved on, it's given us more capability to get through this. That's the chart for when we will complete. You see, Poland has already completed their order management system. In the background last year, we didn't talk about it externally, but we already have the U.K., which is one of our real legacy markets. We entered the U.K. in 1959. The U.K. is already through Phase 1 of OMS. Italy and Spain are the other 2 really old legacy markets in the U.K. We will be completed in all markets in Europe, Middle East and Africa. All 34 of them will be on to the new order management system by the end of this year, will be completed with the rest of the journey by 2018.

So we've had a couple of false starts. We've had to come out and explain things that we shouldn't have to explain. We are now well on the way to getting this legacy behind us and being able to be -- have the right speed to market with our web front-end, which you'll see from Angela this afternoon, and what it looks like when it's all working. And the interesting thing when it's all working, is it actually works at a lower cost, because the starting point is all orders are free to your home with an inflexible system that you don't like. The ending point is all orders come when you want them, how you want them, but you pay part of the cost for the privilege. So we share some of the distribution cost in the end state. It actually costs us less to run the modern state than it did the old state.

And as I already alluded to, we will change the way that we measured the business, as we segment the sales force, as we go to flexible anytime ordering, the old metrics that served us well for years need to evolve. We talk about mid-single digit revenue growth. A perfect balance of mid-single digit revenue growth is around about 50% coming from rep growth and -- 50% coming from rep growth and 50% coming from representative productivity. That's the balance that we try to keep. We won't always be perfect, but that's how we will measure ourselves internally. And when we get it right, that will allow us to deliver more representatives, earning more through beauty. So to take you through now more of the journey of the contemporarization to full social selling, let me welcome back Fernando Acosta.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Fernando J. Acosta**
*Former Executive VP and Chief Marketing & Social Selling Officer*

Thank you very much, John. All right. You heard me talk about towards the beautiful future, through catalysts, brands and focusing on beauty. Now I'm going tell you how we're going to fast forward to that beautiful future, by embracing social selling and bringing it to scale.

If you go to the definition of social selling, and you go to Wikipedia and it says, it is about developing relationships during the selling process. We have 6 million women out there developing relationships today as they sell. Social selling has been a decor of Avon since we started. But the problems that we're facing can be summarized in this slide. We were simply too slow to embrace technology, especially in the last decade. And if you look at just the explosion of social and smartphones and mobiles in the last 5 years alone, how much it has changed the way that people connect, how much it has changed the people sell. Having said that, we have -- we're in an extraordinary position to transform the company today by creating our way on doing social selling.

And I need to start with a quote from Steve Jobs. He was very clear, and he said, "You got to start with the consumer experience and work backwards towards technology not the other way around."

So my job is to make sure that we have a full integration between what are the consumer pain points today when you want to go and buy beauty. And we know very well, and John explained, what are the representative pain points today when she needs to sell. We looked at those pain points, and from those pain points, you turn them around and we are creating now a model that -- what women want is with ease and speed to meet her needs. Women are extremely involved in beauty, they are extremely involved in their specific needs about beauty. They love beauty. They love beauty for themselves, they love beauty for their loved ones as well. But again, it is about the speed, the ease to meet her needs. When you think about beauty and we stand in front of an aisle testing skincare, you don't know where to begin. No woman knows everything she wants to know about beauty. Everyday, you have a new question about beauty, about that dark spot, that laugh line. Or when a woman comes into the color cosmetic categories, she doesn't know how to do her smoky eyes, I don't either, but I hear it is very important. So these are the needs and she wants it with ease and speed. Second big fact is 7 out 10 consumers would love to have assistance at hand to ask a question, how do I do the smoky eyes? And of course you're going to Google, you have a lot of questions how to do that. Beauty seekers trust recommendations from people they know. Let me give you a few facts. The first one is a growing distrust in company messages, especially in beauty. They have too many overclaims. I mean there are some lashes that might be this long. They have too much exaggeration out there. Large chains. So when you think about that, think about a department store. What do they lack? Personal relationships. 80% of consumers discover new brands, products and services from family and friends. And Nielsen calculates that 92% of consumers trust recommendation from people they know, when you get somebody that you know and trust their recommendation. You also know when you don't need to trust a recommendation when they give you from the people that you actually do know as well. Now I'm going to show you a video that explains the authenticity that comes from a personal advice, that somebody that really knows you.

[Presentation]

**Fernando J. Acosta**
*Former Executive VP and Chief Marketing & Social Selling Officer*

So with Avon, we have the most important elements to succeed. A company that has an authentic purpose, hasn't changed for 130 years, which is to make a more beautiful world. We have a brand that is worth talking about and we have products that are worth sharing. Again, speed, ease and meeting her needs, and relationships are key.

The evolution of connectivity is changing how beauty seekers find beauty, and you will notice I'm using the term beauty seeker because I'm trying to describe the whole consumer journey as you're trying to find the product rather than just the act of the sale at the end. The journey is more interesting and is more important because you can actually influence that sale. Consumers seeking beauty products have special needs at different stages of their purchasing journey. So what is the purchasing journey? And I

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

told you, we went into -- think about the beauty seeker. You looking for your next smoky eyes. There are 3 big elements in that journey, there is big steps. The first is explore. Well, Google called it the Zero Moment of Truth. Very well used at the beginning. When you are planning to buy a car, right? You did all the analysis before actually going to the dealer and buying the car. Well, today, you have explore in beauty. There are so many questions that you want to explore about that. There are specific needs after you both purchase and use the product, and you will share in social media your opinions about the whole journey. Conversations, recommendations and trust are happening at every stage every day. Beauty seekers in their ideal purchasing journey, the first thing that they're looking for is for trust. So given so many beauty promises out there, they want to make sure that the brand and the product does what it says it will do. They're constantly looking for pretty good advice, and pretty good advice might come from different sources, as you know, from a trusted friend. It can come from a skin expert, it can come from a blogger, it can from a celebrity endorsement. They also look up product reviews. We do that all the time, right? Before we go into the Rotten Tomatoes, we go there, I'm going to invest the next 1.5 hours in this film. They're looking at how -- what are the product reviews. And they will share again their views with the world in their social network. Secondly, she wants to find the right product for her. She wants to try it on online, and it's not easy. First -- isn't it frustrating when you just -- that color pink, and when it arrives home, it wasn't exactly the pink that you couldn't see enough. Color engine is extremely important that you are able to find the right color for you. Skin expertise, how can we give you creditable advise of the before and after of how your skin will look like so when you actually use it, we actually deliver on that promise? And when you're looking for the right product, you also want, because of the beauty industry, some personal recommendations of how -- what would be the whole -- if you like overall look for you. The right combination of that right lipstick with the clothes that you might be wearing. Thirdly, and extremely important, and John touched upon this, about great service. She would like to be reminded that you might be running out of that skincare product that she bought. She wants ease and speed on order returns and on payment terms. That's the beauty seeker.

Now let me move into the beauty seller. John said it exactly, she needs to balance reward with effort. As you noticed, I'm using the word beauty seller here, not able representative. Again, ease, speed and meeting her needs are now from this -- from her perspective. We know this very well, what are her pain points, and we're using technology focusing to resolve and create the perfect experience for the beauty sellers. What are the 3 stages of a beauty seller when she joins? [Audio gap] Secondly, she doesn't know how to build her customer base. Thirdly, how can we help her earn more money? These are the 3 big stages of a beauty seller. There are specific needs at each of them. And the first one is when she joins, what is she looking for? Complete simplicity. Easy sign up with my social credentials and an intuitive user experience. She wants to do it in minutes. Then selling tools. John talked about it. Yes, she might need a smartphone, she might have it. She might need a different voice plan, she might need a different data plan. What is she looking for? Content. Content in terms of beauty tips. Tell me more about your brand, tell me more about your products, give me more beauty stories. With the new certifications online as well to those people that really -- make sure that you actually know. And for you to progress, you have to do these certifications online. Earnings. She needs to be very clear on the ways that she earns money. We need to actually help her as well and tell her how other beauty sellers have started to build their own network and they're making money. And we're going to show her as well the different ways of making money as well with attractive and achievable incentives. It has to be fun. Recognition. Recognition, I think, is important to all of us. It gives you a sense of belonging and it gives you a sense as well that you're being valued. The recognition, of course, needs to be based on results and all these good results will be translated into badges and awards. We know how to do these very well. The [indiscernible] with sessions as well. The groups will meet in which beauty sellers are going to be able to sell their experiences to other beauty sellers to tell them what went well and what went less well. And as you get these together, it's a great opportunity as well as a company to build the sisterhood of the Avon representatives.

So what is the model that I want to present to you today? The Avon social selling model will seamlessly connect beauty seekers with beauty sellers. And here is what the social selling model would look like. It is represented, as you can see, by the infinity sign, and it's no coincidence that it's represented by that because we believe that this model will be here for many, many years. It will help us to have more women to earn more money and will, of course, will help us with our purpose of empowering woman. At the center of it, we sell brand. And we said we have a purposeful brand, we have great products and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we have great service. As everything, digital makes things simple. So what is this about? So the Avon social selling model will hit beauty seekers, find the right beauty products with speed and ease, and provide beauty sellers with a lucrative and gratified activity that is easy and makes them feel valued. We believe that this model is very simple to use and explain. We believe it will increase the retention. Why? We are targeting a completely new generation of beauty sellers. We will equip her with the right tools to succeed and we want to make it very simple for her to earn and save money. I'll give you another thought. John talked about activity of beauty sellers. Today, when you lose, and his example, when you lose, a representative will lose their customers. With this, the engine we're planning to make sure that even if you lose a beauty seller, and we'll make a [indiscernible] if we lose one, we want to make sure that we can actually continue to serve her previous customers. We're putting in place a dedicated infinity team that will continuously challenge and own the whole representative and consumer experience, the whole beauty seekers and beauty sellers experience. Look at -- think about Airbnb. They have a global hospitality manager. They're doing exactly that, to manage hosts and travelers. We'll continue to spark invention and agility within this team. What's different? John showed you that we bring a lot of new representatives. The beauty of this is that we're focusing on the representatives that will start fresh. John showed you how he's improving the whole evolution and bringing the very best practices from all over the world and making it happen. My focus is to create the perfect experience and join directly into this. We will not exclude existing representatives. They will be more willing and I'm very happy for them to join, and we're not forcing them to change. We will be taking a much more willing and open audience and provide them with the right selling tools that they would expect and they would value. And we will prove them that by doing this, they're going to be creating demonstrable case that is going to be more efficient and more effective. We believe that peer-to-peer is the channel of the future, is the channel of choice. We call it women-to-women channel. We bring you this concept of our trust market that hasn't been used. We do believe the retail market is moving towards something like this, and this is just a vision I want to make sure that the company -- you understand that the company is not standing still. You're going to hear from David and from Angela how they already started, not by integrating the whole experience, but how they started at different moments of their beauty seekers' journey or different moments with a beauty seller journey with great digital tools that are bringing some positive results. We uniquely have the ingredients to scale social selling globally. So my last slide, and I think you will find everything in one slide. What does it say? First, we have an unmatched global representative scale, which is a natural social selling accelerator, 10 million women that we bring. I hope you would agree we have a wonderful brand that we're going to be really focusing, being true to our purpose, true to beauty products, true to her need opportunity and our empowering message. We bring the relevance and affinity, and affinity is a critical element for social selling. What are we going to do now? Really embrace technology and provide them with the technological relevant suite of tools to make sure that we connect beauty seekers with beauty sellers. Thank you very much.

## Unknown Executive

Please welcome back Louise Scott.

## Louise Scott

Thank you. I'm really thrilled to welcome you all to our global R&D center. It's a state-of-the-art facility. So I couldn't let you go to lunch without telling you a little bit about our R&D center here. So first of all, I'm Louise Scott, and I'm the Chief Scientific Officer for Avon, and very proud to lead a fantastic team of scientists and specialists around the globe. You're going to be able to meet some of them today, if you haven't met them already, and I'll introduce them to you shortly. But just a little bit about me. I started in Avon in 2013 after a 25-year career in Procter & Gamble which -- most of which was actually in beauty. And I have to tell you, I love beauty, I love the beauty industry. And part of that is because whenever you talk to a woman, whether they're a representative or a consumer about beauty, there's a light that comes on in their eyes. You can have the most passionate conversations in the world with women about beauty. Working in an industry where you have that level of engagement with the women, with people is a wonderful experience. And I'm very proud to say that here Suffern, we create those products that consumers really love and it's such a rewarding job. So I've been doing it long time and there are many specialists and scientists in this building who similarly have been working in beauty for a long time, and I wanted just to share a little bit about what they do and who they are. So we have in this building, the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

possibility to create a product from the first idea right way through to a fully manufactured and qualified execution, right here in this building. And we have cutting-edge tools both in our laboratories, in our prototyping lab, in our pilot plant to be able to do that. We want to introduce you to a little bit of that in our display outside, and I hope -- if you had the opportunity, in the morning, you were able to talk already to some of our scientists and you'll have the opportunity further over lunch. So one of the things that really drives our scientists here in Suffern and in the rest of the global R&D organization is delivering products to our representative consumers that they love and one of the things that I think makes us unique as an organization and makes Avon special is that we really focus on understanding her global needs. So we talk to women all over the world and translate that into something that's locally relevant, that global to local is something that makes us really special. And then we have all of the expertise, the technical acumen to turn those into -- those insights into first-to-market products, some of which you saw earlier and I hope you'll see again, if you take the opportunity over lunch to visit our stand. So I'm going to ask the few colleagues that have joined me in this event just to stand up so I can introduced you to them. So Lisa Lamberty, Glen Anderson, Simon Dutton, Lisa Richterflague and John Connolly represent heads of some key functions in our organization, and they know a lot about technology and products and processes. So I would really invite you to join them at lunch, They will be standing in the lunch room, so you'll have an opportunity to talk them there about some of the product displays. And then after lunch, if you'd like to wander around our product display in the lobby, you'll be able to speak to them again. So thank you so much for coming, and please enjoy your lunch.

### Unknown Executive

Ladies and gentlemen, we will take a 1-hour break for lunch. If you look at your name badges, those of you with blue badges will be served in the David McConnell room; and those of you with green named badges will be served in the Pure Spirit room. Thank you very much.

[Break]

### Unknown Executive

Ladies and gentlemen, please welcome back, Sheri McCoy.

### Sherilyn S. D. McCoy
*Former CEO & Director*

Good afternoon. I hope you enjoyed your lunch. You heard this morning some of the key initiatives that we have underway to improve the brand, to drive representative engagement, to look at how we continue to modernize our business. But there's nothing more important than seeing it come to life in our markets. And so what we will do is give you more tangible examples of where we are on the journey. You'll hear from Angela Cretu, who runs our Turkey operation. She is an Avon veteran and has had a lot of experience on the digital side, working at global, and she'll tell you a little bit more about herself. But she brings it to -- she'll be -- you'll be able to see some of the things that Fernando was pointing to coming to real life, not all the way along the journey but a tremendous progress. And she'll be followed by David Legher, who will discuss Brazil. Again, someone that has a lot of experience within Avon and will give you some perspective on some of the issues that we're dealing with as it relates to the macroeconomic issues, but also some of the strength of the business and the things that he's doing to transform our Brazilian business.

So with that, I will turn it over to Angela.

### Angela Cretu
*Group VP & GM of Central Europe*

Let me introduce myself. In my 17 years of Avon, I have had several roles from sales to general management in countries in Southeast Europe to Russia, Eastern Europe and more recently, I'm leading Africa and Middle East, and I'm the General Manager of Turkey.

Over all that time, I built quite a strong passion for emerging markets. Don't misunderstand me, living in emerging markets is like a roller coaster. You see what's going on with the local currencies. Definitely,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it's not an easy experience. However, I know that for sure, and I've seen it in every market I've operated in, there is a significant growth potential. And if it is to put in 1 sentence what I learned over all these 17 years, it's that what it takes to win is strong agility, extreme agility, I would say, solid fundamentals and the ability to manage paradoxes. Nothing is white and black.

Today, I'm going to take you through the Avon journey in Turkey, a wonderful country with amazing people, rich culture and huge appetite for beauty and for women empowerment. Let's start with facts.

We are for more than 2 decades in Turkey, we have 330,000 representatives. We have a B2B2C multichannel business model with 100% online orders. We do have 100% brand awareness. And last year, 8 out of 10 women purchased at least 1 Avon product. However, despite of our solid presence, both in beauty and direct selling market, we have decelerated a little bit in the last years in the context of local currency devaluation and our inability to keep the pace with the market changes.

When I joined the team in 2014, we aimed to start a new chapter together. How to create again a value proposition for Avon that becomes her most compelling choice? We knew that we cannot fight with the continuous devaluation of local currency unless we accelerate our pace. We cannot fix it through cost and loan. We have to accelerate the growth. We cannot accelerate the growth unless we have a very good competitive value proposition. And that cannot happen, unless our entire business model is really her first choice in the context of today. Not yesterday. We can never take as granted what we have achieved in the past. So what we started, we started a multi-faceted business model transformation, not in sequence, but parallel transformations, end to end. We started first with people. I'm lucky I have very talented people in Turkey, agile, young, appetite to explore, determination to succeed and God knows they are competitive. They are warriors. They watch, they know what each and every of our competitors is having for breakfast everyday. Then together with them, we wire the organization. We resettle the management processes. We challenged the status quo, and we aimed to rebuild a team that is lean and

agile to respond in real time to the market movements. Then we look at our value chain. When the local currency is devaluing, then your inflation is not helping you to price. It's really an exercise that takes a really, a very strong stomach. We said let's not look at it like a rigid resource pool. Let's take a white piece of paper and there is no expense that is stable. Let's recheck every dollar we spent against its economic value added in the context of today, not of yesterday, what you are attached emotionally to. So we took this value chain as a flexible pool of resources to refuel the growth in Active Representatives, to reboost the customer transactions and of course, to keep a profitable business, so we gain the sustainability. We understood that we need to manage the paradox of creating a competitive value proposition for our associates, for our representatives, for our customers and of course, for you. This is what creates the success of one company, the ability to manage the paradox of creating a value proposition that is competitive for all the stakeholders in the same time while being in sync with our environment. Quite a journey.

We started with customers and today, I'm going to show you a few examples of what we do to boost the customer transactions and what we've done with the growth of our Active Representatives. The very first thing in the offline world, brochure is our main sales vehicle. And you heard from Fernando, it's also our best return on investments, brand advertising. Without this brochure, we wouldn't have reached millions of women around the world. We transformed completely the shopping experience by making the creative, the merchandising. We use the neuroscience to make sure that when my brochure is on the coffee table, it's pitching for attention. Is it really saying, screaming, pick me and not my -- not the other competitors. It has to say the great story about the product. You heard today from Louise about our matte, and this is our launch right now in the company, 3 of this year. And then, it has to say the story of who we are and why this experience is going to be exciting for the customer that takes the time to go through it.

Then we looked at our merchandising, instant gratification because we've noticed that women out there have changed their profile. It's not any longer about that serious price, place, promotion. It's about instant gratification nowadays. It's about emotional bonding. It's about on the mobile convenience, right? It's about gamification. It's about personalization. So how can we bring all these new attributes of the consumer journey of today into the shopping experience that Avon has to provide, again, to be her most compelling choice, not second, not third.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AVON PRODUCTS, INC. ANALYST/INVESTOR DAY | JAN 21, 2016

We've redesigned the entire shopping experience in a print and you'll see soon what we've done in the other channels, and we've added additional products in our portfolio to increase the depth and the frequency of purchase. Because yes, we do serve 8 women out of 10. Shall I take them for granted? Definitely not. So how can we keep them loyal? How can we increase their depth and frequency of purchases is really the main question. We've added the men's store. We've added beauty accessories. All to create this excitement that once they open this brochure, they really enjoy the world of beauty together with the representative who is serving them.

Then, we moved in an omni-channel environment. You see many people were asking us, what are you guys? Are you a brand or a channel? Have you heard this question? I'm not sure. I always say, in my world, my brand multiplies my channel and my channel multiplies the brand. Because now with the technology and the social selling, you've heard from Fernando, we actually connect women in the world where they feel the most comfortable to. In the offline world, if we meet in a coffee shop, online, if we are on Facebook, or at the distance. It's so easy because nowadays, not only customers have instant access to the products they want but in Turkey, we offer them equally the opportunity. And not only in Turkey, in the entire EMEA, we offer them the opportunity to choose the representative that is going to serve them, not only by the geographic proximity but by my own social preference. Am I not want to be served by somebody who is much younger than me? I don't know. I'm a woman over 40. I have my specific needs. I feel much more comfortable to talk about my beauty needs with somebody my age, assumingly. Or I want to talk with somebody who shares my hobbies, my values, somebody who looks like me and is in my neighborhood. I can choose, I see their social profile, and I say, I want to be connected with this woman, unless I already have a connection. So this is how we went from a push model to a much more balanced pull and push connections between beauty sellers and beauty seekers.

And then, we brought in, you remember we said that we talked about gratification, we talked about personalization, we brought in gamification. 60% of global online gamers, you would be surprised, actually are women. It's not only about gaming right now. It's about entertaining beauty. It's about smile. It's about confidence. It's not something that we speak about without a smile or without a hope that we should smile after we explore a few of the products we like. So we brought an additional dimension to our brochure. And we developed augmented reality apps that are allowing now our ladies while they mix together or simply in the convenience of their home just to check the newest nail enamel shades just by placing their hand on top of the brochure. And then with the app we provided them, they will see all the shades and see the one that fits best their skin, and with just a click, they add it to their basket, share it with their friends, ask what you think? And that's it.

In the campaign of introduction when we had this app, our demand increased 24% versus similar offer in the past, which is showing that women like to be entertained, they like to play around it and to experience. Moreover, we have -- traditionally, as direct sellers, we have had a challenge in allowing our customers to test all the products. Yes, we have samples, but it's not the same. Moreover, testing takes quite a long time. So I said, how can we break this barrier? Retailers always say, you know what, ladies come at the counter, they can try whatever they want. No, they don't. However, they have the idea that they have discussed, yes, I have direct access to the product I like. So we said, let's break this barrier. So we are one of the very first in the industry that use the latest technology of augmented reality with face recognition that is going to launch an app, let's just take a look and see, and I'm going to talk through it.

[Presentation]

**Angela Cretu**
*Group VP & GM of Central Europe*

That is going to be a magic mirror, so just imagine the world where you -- from any device you see yourself, just like in the mirror like with a camera, when we just look at it. And then we can select any shade we want, any makeup style we might like. So Fernando you said that you were curious about smoky eyes, this is a non-embarrassing way to try it. And it's not messy, and I can try thousands of styles. I can try thousands of shades from eye makeup, lipstick, foundation tone. Women in the room will understand me how difficult it is to understand what's exactly your skin tone. You can directly show to the camera and they will immediately identify the skin tone and give you exactly the shades that will fit best.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

According to the face shape, I can select looks that I see in the brochure and say, I want that look or I say, I want to look like Angelina Jolie. I can immediately -- the app will select for me the products that will fit me best. And with just a simple click, I can share it with my friends, I can play with it while we are together. This is where the multiplying value is coming from in our social selling environment. And with a simple click, I add it to my basket. The entire look, I don't need to buy separately the lipstick, the makeup or the foundation. We are extremely proud of this app. And while other competitors for sure will be using it, too, imagine how well it will work in our social selling environment where women gather together and you heard that it's hard to talk or to experience beauty alone. And this app, it's really breaking another barrier of women understanding the power of our -- the rich portfolio of our shades and makeup ranges.

Going forward, we are extremely excited of the social media power, and you heard a lot from Fernando today what has happened from the moment we communicated our brand statement. It's nothing new for our representatives. We are all very well aware who we are for 130 years. But saying it out loud, out there, it made them feel again proud. And customers who are making lots of brand advocacy in their social media, they're not doing it just because they like the product quality. They do it because they also feel that by talking about Avon, they have a tangible contribution in their community. They have this sense, they understand the purpose and they give a substance. It's not just a brand statement. We've created an alliance with the Vodafone. This application that supports greater domestic violence beyond just words. With an app that women download, just by shaking their phone, just like that, an SMS goes out with their GPS coordinates to police or a selected list of friends. You cannot imagine from the moment we launch this in Turkey, 30,000 downloads have happened in the very first weeks, showing how important it is to give tangible support under the umbrella of the empowering women.

And I'm competing with my friends, my friend David here. We are second after Brazil in number of Facebook fans. And this has happened just because we've created enormous buzz in the media from the moment we've launched the Beauty for a Purpose and our recruitment becomes much easier because a customer who talks about the brand becomes a brand advocate, and then it's so easy. We don't tell them become a seller. I never tell any recruiting campaigns, become a seller. Women are scared to be called -- to be asked to sell things. They say, I cannot sell stuff. No, I'm saying, try it, and if you love it, share it with your friends, as simple as that. I will make it as simple as that for you. Therefore, when we come into the chapter of how to grow our Active Representatives and you've seen through the journey that John went today, we also went to each and every of her life chapters, again, challenge the status quo, taking it from the very beginning, doesn't matter why she loves us in the past, doesn't matter that we were the company of her dreams in the past, what it makes us being her first choice today. No surprise. Representatives also want instant gratification. They also want emotional bonding. They also want personalization and gamification and convenience. No surprise at all. So we had to, again, to challenge every element of the process to understand what will rebound our existing representatives and attract new generation of representatives into our network.

And we started with service. We understand that this is extremely important, and you heard a lot today about it. In this very moment, a representative in Turkey can order at anytime, day or night, from any device and get delivery at the address of their choice in maximum of 48 hours. They have full stock visibility from the moment they order, so they do not disappoint their customers, they do not offer negative surprises that the favorite product maybe was not in the stock. We give them what we promised. We have one of the highest piece fill rates in the Avon world, 99% for a near average while we have the lowest inventory costs. So again, paradox. How to create a business model that gives what you promise, without having your warehouse full of products. And then, we went brainstorming with our suppliers. We have an outsourced call center. And I said, we are not going to compromise to take the standard service that call centers provide. They can serve whomever they want with their best-quality KPIs. I want emotional bonding, so we went and brainstormed with them and they offered us the opportunity that during the call, with the same standard quality KPIs, not only we offer an accurate information to our representatives but on-spot recognition for her latest achievements. What's her last order? Wonderful order. We really appreciate your partnership with us. Is it about her length of activity? Is it about her recruiting capability? We have this opportunity right now through all touch points to create a very personalized and emotional touch, high-touch relationship with our representatives. And all this happens at the highest service level with the lowest supply chain cost in our portfolio.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Then, her experience continues with modern productivity tools. Imagine, it was not a long time ago to register a new representative, it was a paper-based because we had to do the credit checks and everything for this process. Right now, it's less than 1 minute on a mobile device only, self registration. Moreover, we offer her apps that are allowing her to do her entire business from ordering, connecting with her upline, managing her performance in case she is a recruiter, self developing, the -- an online training gamified, all from the mobile device only. And this is specifically relevant for Turkey because maybe the conventional Internet or the personal computer access is not that great, the coverage is not that great, but the smartphone, especially in these emergent countries, the penetration would surprise you. It's very, very high. The technology adoption is really fast.

So the ability for them to do the entire Avon relationship, the entire Avon partnership on the mobile phone, it's really key. And then, we continued our innovation. Say how to make it easy for our recruiters to gain more information in real time? Real time, it's another keyword. We've created apps that are offering to our unit leaders real time, today's data, representative coverage, not only at the level of the city, rural area, village but the level of the streets, showing me in my community where there are women that do not have enough representatives, who have clear KPIs that are showing the coverage of representative per thousand women. And in this way, we also create growth opportunity geographic, not just demographic. And then, we want to make it easy for our representatives and for our unit leaders to prospect for new leads. And in alliance with Vodafone, we created a heat map that it's allowing me if I want to recruit new reps, just by using the app, to find out exactly now where are, walking outside, more women? Where is the highest density of women in the segment I choose, so I can go directly there and efficiently, in just 1 hour make my 5 recruitments prospect? So I don't waste time being close to a public area that doesn't have the segment I feel comfortable to approach.

And then, the experience of the representatives becomes habitual with personalized gratifying communication and recognition. We took our incentives, communication and service and really created a very unique experience for every and each and every life chapter of our representatives while working with Avon and making sure for every segment that is competitive versus any other player, do you remember when I told you that my team, they are warriors. We definitely watch what they are doing in real time and make sure that what we do, it's better. Not necessarily more expensive, I will come back to that, but better and unique and makes them feel proud.

And here, it's about uniqueness. Paradox, again, I don't have much money. My local currency is really going down like in a roller coaster, it's killing us. In the same time, my competitors are killing me because they come in and have also -- you talk about war prices. It's war commission rates for the representatives and consultants. So how to create a competitive earning proposition with a noncash benefit? And then, it came, come on, Avon is the only one company that has a representative database with women 18 to 54. That's very specific. Other direct sellers go for families, they are more mixed. We're the only that can say, I serve these segments of women. In Turkey, they're even much younger. The average age is 29. So why don't I go to the players in that, the other industries that are equally interested in this database and create an alliance that will offer me this differentiator versus any other player? And this is how we made a deal with AXA Insurance, and they gave us this Avon life pack, which is unique. Nobody can buy it. If you wish to buy it, you cannot. That offers our ladies and you will want that, listen, they get home assistance, which means electrician 3x per year if something gets broken, plumber, mechanic. I don't know how you call this, that -- when you forget your keys, unlock the doors -- yes, medical assistance, psychologists, nutritionists, important for us ladies, concierge, VIP and hobby clubs. It's truly a complete package that is called Avon Life. Guess what? It costs us less than $1 per representative per year. And this cannot be bought and I made sure that no competitor can have it in my country.

Then with Vodafone, I said, we empower women together. Hey, you want, as a telecommunication company, have direct access to the most powerful women of Turkey? Yes, they do. So how can we create something that will give them free data and voice access, so they can do their business with no challenge from the cost perspective? So we created a deal, no cost for Avon. Moreover we have some benefits for each and every conversion from other telecom players to Vodafone. And we gain money, we gain loyalty, and our representatives are more productive. And they join us because just from the very start, just by being with us and being productive, they gain this unique benefit.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Substance to empowering women, long-term loyalty. I will now go through, and John told you, we took the ideas coming from LatAm from Avon Colombia, David will also talk about it. But again, we solved the paradox of how to reward the long-term loyalty while we manage the cost, and we've created again an alliance that has taken away the high costly inventory and limited prices we have for loyalty program just by having an alliance with Amazon-like e-commerce company. And that has significantly added to the representative satisfaction score in Turkey.

All in all, with everything we do, we keep empowering women. And we've wrapped each and every touch point, from the box they get delivered to the way we advertise, to the way we recognize them, to the way we build the brochures, to tell once again that when -- we are not just sellers. We don't sell beauty products. We do share beauty products that we love and we do empower our -- other women by sharing confidence, strength and optimism.

As a result, in just 2 years, we've been recognized by key influencers in the market. We've got the love mark for high respect and love. We've been awarded for highest prestige gain. And we are, in this moment, the cosmetic company that is generating the most buzz. And I'm sure you are interested in the next slide.

That shows the money. We've returned to market growth. So after years of stagnation, it didn't take long to return to market growth, and I'm extremely excited of the momentum we got and we know we have now to accelerate. We continue our transformation to become most compelling choice to her. We do not start any day without asking ourselves why would she choose us today? And we are going to go, as Fernando has just shown, now adopting this global social selling model from a B2B2C to woman to woman social selling channel with amazing creative portfolio and merchandising, and of course, above all, connecting women through more than beauty.

Now my team in Turkey wanted me to end this presentation on their behalf with a quote that we feel represents very well our mission in Turkey and globally. I'm not sure how many of you are aware of Mustafa Kemal Ataturk? He's the parent of modern Turkey. And he said almost 100 years ago in a very conservative environment, he said that women should have more significant role in society if it is for us to see progress. He said, everything we see in the world is the creative work for women -- of women. Here is for women, here is for Avon. Thank you very much. And I would like to invite David, my colleague, to take you through the Avon journey in Brazil. Thank you.

**David Legher**
*Senior VP & GM of Avon South Latin America*

Very good job, Angela. Okay. So good afternoon, everyone. I have been with Avon for almost 15 years. I was in the Andean countries as General Manager, then I moved to Mexico and Central America, and I have been in Brazil for the last 3 years or so.

So before I present to you what is the implementation of what you saw here as the Avon strategy in Brazil, let me take you about the reality that we are living today in Brazil. So as of now, I believe that we are in the worst political and economical crisis that we have seen in the country. And the politics is not -- they are not helping what we are doing down there.

So as you know, an impeachment process was opened in November and it will be just discussed after we come from Carnival. So that's a moment that is taking down there. It's impacting a lot the economy. Economic contraction last year, at 3.5%. This year, it will be about 3%. Double-digit inflation last year, 11%. This year is going to be at about 7%. 9% of unemployment, we destroyed in the last 8 months what we created in the last decade. So we went down to 5%, and we went back to 9%, the same indicator that we have in 2005. Brazil was downgraded. Consumer is feeling in the purchasing [ph] power. 60% of the population in Brazil has some kind of debt, so it's a very difficult. For example, auto industry, decreasing minus 25%; electronics, minus 20%. Dramatic devaluation, 110% in the last 3 years. And if you compare today versus last January, it's going to be 58%.

And sorry, so the government under very difficult circumstances, unable to make structural reforms. They have passed a tax. The most famous that you know is the IPI, but there are more taxes that are coming

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

here. This is not to scare you, but just to set the context that we are living down there in Brazil. So this is impacting the industry, every industry, the beauty industry, and Avon as a whole. So for example, just taking the IPI. The IPI took out of us last year 6% of our growth and 300 basis points of our operating margin.

But if you compare -- but again, we are moving in a very positive way. For example, we grew last year our Active Representatives base, so we increased in Active Representatives. We maintained this year in CFT after 5 years of declining, so 2015 up to October is showing now that we were able to stabilize the market share. And in a positive way, we won share in color, personal care, you saw[ph] personal use days, suncare and soaps, and we were able as well to maintain a market share in fragrance. And also, we were able to increase prices in our most critical categories in the country.

And if you compare -- the issue is to win competitively. So if you compare with our main direct selling competitor there, we grew at a higher rate in 2014 in Brazil, and we grew more as well in 2015 in the reported quarters that were our biggest competitor, so that's what we call doing competitively there.

So as we go forward, we will have the next 2 years on the very challenging environments. And you will see some ups and downs. But again, we are in Brazil not just for the short term but for the long term and that's where we plan to win. So Brazil is a very important market for us where this -- as you see a crisis, also we see a lot of opportunities there. This is the third CFT largest market of the world. This is the fifth direct selling market of the world. Direct selling share is 46%. We lost 4 points of share in the last 5 years. But if you take the O Boticario sales that they did in direct selling, you go back to 48% of shares, so it still is half of the market in the color, fragrance and sun and skincare, so it's a very relevant and growing market. And if you see the growth in the last 5 years, specifically in Brazil, 40% in CFS come from direct selling. And if you were up, the O Boticario sales, you will be having 65% to 70% of the growth coming from the direct selling and beauty [ph]. So we believe that we are in the right market, in the right categories and also in the right channel. Every other channel is moving as well very aggressive, but we feel very comfortable that we can do a great job in direct selling in Brazil.

And why we have very robust building blocks down there in Brazil? So basically we have a very important brand -- brand recognition. We have 100% of awareness. 98% of [indiscernible] awareness of Avon in Brazil. So when you have that, you have a very strong brand. We have a very good connection with a Sovereign here to develop products that perfectly match our Brazilian consumer. And as you saw as Fernando showed us, Encanto huge success, and we have been developing many products that are specific for Brazilian consumers. We have 1.5 million representatives. That's the biggest sales force that every company has in any country, CPG company[ph] don't have a -- this size of this representative. We have leadership in key categories, a color, face care and also, we operate in every socioeconomic classes and in every place of the country.

So to give you some, also, important facts about the brands and the strong connection that Avon has in the country. We are leading in top of mind. So we have 42% of top of mind in Brazil. And top of mind, what is important, because when you have a strong top of mind is the buying intention that takes care. We are leader in the color category as well. So category is very important for us because it creates a lot of activity within our representative base. We are leaders in antiaging and antiaging give us a state-of-the-art technology position, and we are also leader in fragrance in volume. So 3 out of 10 fragrances that are sold in Brazil come from Avon. And also if you compare to any CPG companies, we are leading in penetration and commercial today. We're in 60% of the households in Brazil. We attend about 95 million consumers every 6 weeks and that only is matched by Coca-Cola in the country. So get into CPG, we have a very strong footprint, and that's why we believe that we can win competitively in the country.

And also to attend -- as you know, Brazil is a continental-sized country, so it's very complex in infrastructure and we have 3 distribution centers there, one in São Paulo, one in the middle of Brazil and one in the Northeast of Brazil. We have 1 manufacturing plant. We produce 95% of our products in Brazil. We deliver 100,000 orders per campaign. So it's going to be about 1.5 per second in Brazil. So the complexity -- we attend every municipality in the country, 5,000 municipalities, so the level of complexity that we have here is huge, but we have a very good service level in the country.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So what are we doing in terms of the investment point of view? So I'm going to talk about what we are doing in investing growth and drive out costs. So let me start first of what we are doing in terms of brand and categories. All starts with our DNA, Beauty for a Purpose or in Portuguese, [Foreign Language]. We went back to our roots, and we came back with this proposition. And the proposition in the market is resonating very well in all economical classes and in all ages and I will show you results how we are doing. This also very important because normally, you tend to believe that a -- or a myth paradigm that Brazil Avon is more skewed towards a lower class. As you have known, the middle class in Brazil has risen from Class D to Class C and Avon were able to match and to follow that Class C expansion. So as of today, our representatives and our consumers, we are much in the Class C. And as also, you can see, we have opportunities in Class A and B and you can see that later what we are doing in terms of strategic partnerships to have a better proposition for the Class A and B. But this is very important because in the last year, with all these evolution in Brazil, the brand was able to follow the consumer.

So what we are doing to attract this young consumer, I will show you on the Beauty for a Purpose concept what we are activating in the country. So first, I will show you an advertising ad that we developed for Argentina, and we are copying similar pieces in Brazil with some variations but it's the same in message. So let me go into that advertising piece first.

[Presentation]

**David Legher**
*Senior VP & GM of Avon South Latin America*

Guess what, my grandmother also sold that one, but I sell Avon in a different way, what Fernando showed us, so it's a very -- resonating very well in the country. And also, we run a test and we brought in new millennials, new people, young people to talk about the Avon whole story. So if you remember, if Fernando talked to us about 3 doors. So we bring them in, and we talked about the Avon whole story without telling them that we were Avon, and let's see what happened.

[Presentation]

**David Legher**
*Senior VP & GM of Avon South Latin America*

A lot of engagement and very resonating proposition. So what were the results of this? So this is the baseline that we have in Avon Brazil. We have 1.5 million representatives. The average share -- year is 37 years old, socioeconomic classes B and C, and they are coming in looking for extra money. In August, when we run this type of advertising under the Beauty for a Purpose concept, we brought 40,000 new reps in the month. And they came at an average age of 29 years old, same socioeconomic level classes but also looking for financial independence and entrepreneurship. So this is very encouraging, and this is giving us that we are moving in the right direction to bring more woman earning more through beauty.

Also, this is the kind of activation that we are doing, representatives as the heart of our business. So this is the launch of gel lipstick that we did in campaign '14, last year. This is a first-to-market activation. So we went with the Beauty for a Purpose concept in the brochure, in the print, in main magazines, and also we brought Jéssica, Sabrina and other Jessica into actions and they played the advertising for us. With this, also same concept, with the wise and welcome imaging. So let's see how was the advertising.

[Presentation]

**David Legher**
*Senior VP & GM of Avon South Latin America*

Results here. This advertising was tested on the top quartile of the action standard, if you compare to the industry, and we had the best launch ever on the lipstick segment. So it's resonating very good as well. And in terms of the third door or more women empowering other women, we also have a strong agenda to raise the stature of the brand in Brazil. So we have a corporate agenda in Brazil to empower women. As Fernando say, they will take 80 years to have economic parity and the purpose that we have in the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

countries to move this as late -- this -- to make it shorter. And also, Avon is very well-recognized for the contribution that we do in the 2 causes that we have with the Avon from the foundation.

If you go to the category side, so we are the #1 player in Brazil in the color category. This category is very important for us because it helped us to position ourselves as a fashion authority and also gives a lot of activity in their representatives. So with all the first to markets that we did last year and all the baseline activation, or as Fernando said, EDP [ph], we were able to gain 60 market -- 60 basis points of market share up to October. And as well, in the fragrance category, a clear focus on the partnership that we are doing plus the global activation and some local and regional fragrances, we were able to maintain share in this very competitive category that you see that we have very big players there that this last year have been investing a lot of money behind the category.

Also, we are doing a different activations in the brochures. As you know, sales happen at the brochure level, so we are trying to create different formats of brochures as you see, for events, for special launches, in order to generate engagement for the reps and the consumer with a very good reception up to now. So at the end, mastering the brochure excellence is key for us because it's there when people takes the decision.

Talking a little bit about the strategic partnership that we have done in the last 2 years. So we opened 2 partnerships in Brazil, one with Coty and one with KORRES. Coty is specifically focused on celebrities and lifestyle fragrances. We launched this initiative in December 2014, and it's a brochure within a brochure. And it's given us a side of the important revenue they gave us during 2015. It's also helping us to bring a new set of consumers.

Just to give you an example, in the March period of time, 15% of representatives that did not buy any Avon fragrance bought the Coty portfolio. So we are getting into a new set of representatives that are getting a new set of consumers, and also we are giving an extra earning opportunity. In the case of KORRES, we did an extensive research with the brand, with the positioning and it came very important. And most importantly, as you know, we have a very good big player there that is position in the natural segment, so we started to launch this brand in May. We had a selection of representatives to understand the consumer behavior. The representative sell out of the brand, and we are seeing very good results. For example, a representative that sell both brands, Avon and KORRES, we are seeing an increase of productivity up to 20%. So with the results, we decided to roll out this year the brand in the country. So this will help us to give a better earning opportunity to our representatives, and this has very important strategic intention for also bringing a new set of consumers and to capture that part of the socioeconomic class that you saw that we have an opportunity in Brazil.

So going to the representative side. Basically, what we are doing is that we have 1.5 million representatives in the country, and we use to treat them all the same. So we went into a segmentation approach in order to improve the experience of the representative and also their earning opportunity. So I'm going to talk a little bit what we are doing. So on the new representatives, we create a comprehensive 360 program of on-boarding. So we are assisting them and improving their earning opportunity in the first 4 months of their journey. And what we are seeing as a result is 2 points of retention and 3 points of increased productivity. So we copied with pride the -- what we saw in Colombia, and we are replicating this through the Latin America and the world.

In terms of the seller side, we implemented as well the loyalty program. The loyalty program is not only helping us to have a better relationship with the representatives to retain them better, but also it's making -- it's helping us to have better profitability on the business. So we will treat them and we will give them different benefits according to the relationship that they have with the Avon brand. It also have another important collateral benefits, you can reduce your inventory, you have a more variety of products to choose from that generates a higher engagement. And also in the top seller, we have been working in a program to increase productivity.

In Brazil, it's a very specific market that you have a lot of stores owned by representatives, so we went to the stores of the bigger representatives, and we created a retail experience within their own stores. Also, we're showing a very important increase of productivity on the representative. So this is what we're doing in the segmentation side.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And in these models, we are just in the beginning. The end state is what Angela just showed us. So we have a complete 3-year journey in front of us, starting from the segmentation, order tracking, then moving to multiple order, flexible mail plan delivery and ending with an order management system, replacement and incorporation of these -- all these on the social selling model. So we have a complete detailed plan to implement this in Brazil as well.

And talking a little bit about what we are doing in the digital arena. So we are preparing for the social selling models. So during the last 8 years, we have been building a growth platform to improve as well the digital experience. As of now, we have 97% of orders placed online. So out of 1.5 is 1.4 placed online. So it's a very -- it's a huge number.

We have capabilities of order tracking. We have capabilities on online exchange and returns, and we have an state-of-the-art call center as well. So a month ago, we won an award in Brazil: The best team of a call center in the country. So also we have strong capabilities of business portfolio representatives, how they manage their business, how they are getting to the goals, how they are managing the credit. And also we are moving into the consumer side creating content, engaging representatives with social media. We have 5 million Facebook followers, 500,000 Instagram followers as well, and we are the -- in Google, we are the -- Avon is the #1 brand in the category as well.

And we have a small operation of e-commerce, direct-to-consumer as well in Brazil. Basically, what we are doing there is we are learning about the consumer behavior needs. It's small today, but we are learning in order to connect these with the beauty sellers in the near future when the models comes down.

So talking a little bit, if you see my first slide, so we are in a variety of situations. So one of our -- to make this sustainable in the future being very disciplined in execution and also taking out cost is a priority in our markets. So basically what we are doing is -- one of the most important pillars is pricing. So we have been taking prices in Brazil, leading in the industry. About 18 months ago, we brought a complete team into Brazil. This team developed all the brand position and strategy, the pricing point that we need to play, how we compared with the competition, all the tools that we need to do in elasticity, in volume. We embedded these in the whole campaign planning process. We got the capabilities for all the marketing team, and they also placed a monitor process to the competition to respond to a market [indiscernible]. So for us, this is a very important tool that we are investing a lot of time and a lot of effort and discipline in Brazil market.

On the other side, it goes around to cost -- to take cost out, and we see this as not just for profitability recovery in the long term, but also organizational effectiveness. So we are basically focusing on 4 points. The first one is people. So we have a strong management team in place. It's a diverse team. We have people with a lot of experience in direct selling, people with a lot of experience in other industries that is bringing us new perspectives. So this is helping us to move also with our innovation and speed in the market. Also, Avon in Brazil is considered one of the best companies to start a career. So we are not just bringing in new representatives, but also we are attracting new associates into our company. That is very important.

In terms of processes, we have been investing a lot of time to optimize the core process of direct selling model. And as a result, we have 98% of service level today or piece fill rate. As you know, we had many issues in the past in services. Now this is solved, and this is a state-of-the-art [indiscernible]. So it's really, really good. We improved our working capital. Today, we operate in negative working capital. We have been improving bad debt as well in the distribution center. We have the best productivity per employee of any distribution center in the Avon world. And it goes on [indiscernible] in the process site.

On the IT arena, we have a 3-layer strategy. So the first one is ERP. We implemented ERP 3 years ago. The other one is state-of-the-art front end to make the contact with a representative with the consumer very easy. We are currently working on that. And the third pillar is the order management system that we also started to work on it. So with these, we will be -- we'd have very modern platform to run the business.

And last, also 18 months ago, we went out to the market, and we brought a team of 8 people of Master Black Belt specialist, Lean Six Sigma methodology, and we implemented end-to-end these in Brazil. So

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

today, we have 900 people trained in the methodology. It's a full buy-in process within the organization. We have delivered more than 400 projects with that methodology and in the last 2 years, we have saved in productivity $170 million. And this is helping us in every part of this change. So operational excellence, cost of goods, indirect spending and also now we are using the methodology to drive out, as well, efficiency and organization on the sales side. How we can improve the [indiscernible]. How we can improve potential. How we can improve the connection with the representative with the same methodology of Six Sigma.

So this is not only going to help us to improve the profitability but release funds for -- to reinvest in the business. So, as a summary, the winning formula is very clear in Brazil. We have a very strong brand that we will keep invest in -- on it, to connect more with the Brazilian consumers.

We want more representatives that can earn more money through beauty and into a strong segmentation program that I presented to you. Also, we will be complemented with social selling, and all this will be funded by a strong app program on pricing and operational excellence. Thank you.

**Unknown Executive**

Please welcome Jim Scully.

**James S. Scully**
*Former Executive VP & COO*

Good afternoon. I hope you've been enjoying the day so far. I also hope you get an appreciation for the strong leadership that we have in Brazil with David as well as some of the exciting things happened in Turkey under Angela's leadership. Two very different markets and 2 different situations in terms of where they are with Avon but also what they face in each of their markets. I also hope you appreciate some of the growth opportunities that Fernando and John outlined earlier, and I think people also saw the strong conviction and operating discipline that our new partners bring to the table.

What I'd like to do today is kind of give the financial framework for what you've heard today, how we see things playing out in the short term and the long term. And what I'd like to do is take a brief step back before I go forward. I'd like to focus on some of the strategic considerations that Sheri outlined earlier. And that Steve reinforced, only to dig a little bit deeper to give us context for how we're going forward.

So first, better solution for North America. I think we have shown you in the past, and you have known for some time that over the last 5 years, North America has been a significant drag on our performance, both on the top line and on the bottom line.

Earlier today, Steve outlined the plans they have for North America going forward. So I'm not going to go any deeper into that. However, as we do look forward with the remaining company, the removal of North America allows us to focus our investments and our resources in the remaining company that is growing, that is healthy and that is profitable. Having said that, the remaining company does face significant foreign currency headwinds.

Two different charts. First, the chart on the left. That's a basket of our top 10 currencies. It's weighted on an annual basis for the size of the market. And what's pretty interesting about that is 2 things. One is we've all been through currency issues before with the emerging markets. Here, it's the number of step-downs. Coupled with the order of magnitude, each step down has had as it's going forward. Over the last 24 months, our basket of currencies has devalued 35%. In the last 12 months, it's been 22%.

And unfortunately on the right, what you'll see is no currency has been immune. Out of our top 10 currencies, all have had severe devaluations, obviously some more than others.

So I guess, the question is how has that impacted us specifically each year and what have we done to offset the impact? So what we've done is we've broken out the last 3 years. This is the combined impact of translation as well as transaction.

And what you can see is what you saw in the previous chart is in the FX, the order of magnitude has grown each year. What you see in 2013 was our ability to offset the FX impact through the cost-cutting

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

initiatives. When we achieve more than $400 million, the portion that we realized in 2013 offset the FX impact.

Unfortunately, as we move into 2014, the actual order of magnitude of FX increased significantly, offsetting the expense opportunities we've realized as part of that initial program.

And then you'll see in 2015, the impact has been much more significant in FX, and it has diminished our ability to offset it through kind of the continuous incremental cost cutting. And unfortunately, the continuing and worsening environment highlighted, we need to do something more dramatic on the cost structure other than just simply separate North America.

Setting aside the actions that we've taken to offset the negative impact on FX, on operating profit, we believe there's significant opportunity to improve our margins. To close this gap, it's going to be a combination of factors, some of those John and Fernando talked about this morning. First, investing in the brands with stronger media, more disciplined pricing and also transforming the representatives' experience by improving retention. In addition, we have several actions underway now to reduce the cost structure.

So another brief step back in time. To better understand the SG&A opportunities, let me give a little bit of context just to highlight a couple key factors. You can see that we've been on a dramatic market expansion for the last 60 years, beginning in 1954 when we opened our first market outside of North America in Venezuela.

Over the last 25 years, we entered a large number of smaller markets from a revenue and profit perspective. Those markets, in many cases, are subscale and have added expense and complexity to the overall business.

As we established that global footprint, in 2010, we also launched a plan to get to $20 billion to scale those markets and to achieve an aspirational goal of $20 billion. What that required was significant investment and infrastructure in order to gain scale. What this chart here is our capital expenditure investments during that period of time, since 2009 to 2015.

The first chart on the left is done by region. And what you'll see is there was significant investment in emerging markets. That red chart in the bottom is Latin America. And the chart on the right is where do the investment go, and what you'll see is the vast majority of investment went in to the supply chain, all right, mostly manufacturing and distribution centers.

So as you can see on the next slide, we currently have 9 manufacturing facilities and 46 distribution centers. The result of the expansion has left us with a scaled yet underutilized supply chain with a large owned fixed asset network. Both our manufacturing footprint and our distribution network offers significant opportunities to better utilize our capacity and run a more cost-effective network.

Finally, along with reducing costs, we also see opportunities to better align our expense base with the sources of revenues. If you look at this chart, you can see that approximately 30% of the current SG&A base is in hard currencies. The majority of that is in U.S. dollars, including corporate and what was Latin America regional, you also see some sterling and euro. This 30% in hard currencies compares to 15% of revenues in those same countries.

So going forward, we need to significantly reduce and realign our costs while improving the financial resilience of the company.

So let me give you the specific actions we're going to take. We will close the service transaction, and we will carve-out and separate North America. We will also continue to price with rigor and discipline. We will reduce our expenses by $350 million: $150 million related to our operating model and $200 million related to our supply chain.

As we drive these costs out, we will reinvest for growth and the initiatives that we talked about earlier, including media, social selling and IT.

Starting with the operating model. Here, we'll drive $150 million in costs. This process is already underway. We'll reduce the redundancies in the cost structure and shift to a market-led model. We're

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

going to streamline the decision making and reduce complexity. This will also allow us to align our cost base with the sources of revenue, capturing labor arbitrage and helping us mitigate some of the FX that we face.

Within supply chain, there's really 3 areas to focus on. First, we're going to rationalize the manufacturing network. As we mentioned, we intend to reduce the global footprint. We'll consider a third-party manufacturing to help use excess capacity. We'll also look at outside vendors to reduce costs.

Second, we're going to rationalize the distribution network as the global manufacturing footprint changes. We'll also be looking at the delivery network, cost of transportation, physical warehousing and distribution with the goal of not only reducing these costs but variableizing at the same time.

And finally, on sourcing. Opportunities exist to harmonize the direct materials. Fernando talked about that earlier today. And this would generate greater scale and purchasing power.

All right, this is an important page, so I'm going to go slowly on this. This is the sources and uses for the next 3 years. It's a cumulative view of the sources and uses. On the left, the first thing you'll see is the net investment from servers, $335 million. That's a $435 million less the $100 million that we contributed in North America to cover a portion of the liabilities that they assumed.

The second is $330 million. That is the annual dividend for 3 years that we suspended in December. And the last, $600 million. This is the cash generation related to the cost reduction program. When we talked about the $350 million in costs, we expect to realize those 40% in year 1 on a run-rate basis, 40% in year 2 on a run-rate basis and 20% in year 3.

If you assume that 40% in year 1 on a run rate half-year convention, meaning that you catch up some point during the year. We'll realize 20% or $70 million in the first year. That cascades and phases over 3 years, and that's how you get to the $600 million of incremental cash flow related specifically to the $350 million in cost savings.

If you look at the uses, we have $350 million of reinvestment back into the company, $150 million related to media investments and social selling, $200 million related to IT and service model evolution. And on the right-hand side, you'll see $150 million. That is the cash cost we anticipate in order to achieve a $350 million in cost savings.

The difference between those two will be used to opportunistically repay debt across the debt complex. And in addition, we'll drive financial resilience by continuing to evaluate hedging and also finalizing our tax structure.

So if we talk about strength in the balance sheet. This has been a process that we've been working on since 2015. You can see by the check marks on the left-hand side. We started last year with a new working capital facility in May. In June, we announced the divestiture of Liz Earle. In July, we repaid the 2016's. We announced the carve-out of North America, the pipe with servers. We suspended the dividends, and now we're launching the cost program.

Okay, so the outlook. First, let's start with the time line. As I mentioned, the financial resilience started in 2015. At the same time we continue to take cost out of the business. I obviously not able to keep up with what's happened with the currencies. In 2016, the focus will be on reducing costs. First, closing the transaction with Cerberus, separating North America, focusing on costs and then continuing to evaluate, as we always do, subscale and underperforming markets.

By focusing on costs in 2016, that will allow us to begin to reinvest back into the business in the back half of '16, early '17, and this is what we talked about. In '17 we'll continue to go after costs, generating more opportunity to fund growth in the back of '17 and '18.

Overall, we believe that implementing this plan, investing in the top line, getting at cost, getting at margin, gross margin as a result of some of the sourcing initiatives and supply chain will get us back to our peers from a profile, from an operating margin perspective. Our long-term goals, and Sheri mentioned

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

this morning, mid-single-digit C dollar revenue growth, driven by low single-digit active representative growth, with the goal of achieving low double-digit adjusted operating margin.

In 2016, our focus is going to be executing the plan that I just outlined. First, we'll continue to focus on driving the business at a local level, and that comes through growth in Active Representatives. The carve-out of North America, as you can imagine, is a tremendous amount of work across the entire organization. We'll realize the $70 million cost, which I outlined before, 40%, half of that in the convention.

We'll begin executing th operating model shifts to realign the expense base. I want to be clear here, this is complicated because not only cutting costs, but we're talking about how we distribute cost across our footprint. Arbitrage is attractive, inflation is not. So as we do it, we want to make sure that we're in the right countries. And that we also want to make sure that when the dollar weakens at some point, we haven't gone too far. So this a balancing act.

We need to complete our tax planning. Given our footprint going forward, there are strategies we can pursue. We can talk about a more detailed inversion. It's not one of them. We do not meet the bright line test for inverting, but there are other tax strategies that we can deploy, which can reduce cash taxes. And then opportunistically repaying debt.
So with that, I'm going to invite Sheri back, and we'll do some Q&A.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Attendee**

Didn't expect to be first. Jim, on the debt repayment plan, you -- on the Cerberus call, you said $250 million structured across the 2018s, and the language seem to have shifted in the slide deck you just gave. So opportunistically across the stack over a number of years. So I was just wondering if we should still expect $250 million pay down in '16 or would it be sort of further out?

**James S. Scully**
*Former Executive VP & COO*

I think, I mean, hell, you know is it's part of this is -- our intent is to take, at least, $250 million to go after the debt complex. The '18s and '19s obviously are maturities at the closest. It's all about market conditions and strategies to do it. So don't want to telegraph too much about what we're going to do in the market. But obviously, it's our intent to use $250 million to reduce debt, and we'll get it done as it makes sense.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

Lauren Lieberman from Barclays. A lot have mentioned about pricing today, and I think all of us have heard Avon talk about pricing many, many times in the past with not great results. So can you just talk about why the confidence that it can be done the right way today, what the right way really is? Anticipated impact on volumes, how amenable your consumer will be in Brazil, and we can bring everybody in the room into this conversation. But also on pricing, is that the primary piece of improving the earnings opportunity for representatives or is there anything else in the plan there?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

So I'll give some perspective on pricing and then maybe David can give an example because he's probably the one in the room that's done the most, particularly given some of the challenges he's had. One of the things that we -- when Jim came on, we were doing an analysis, and it was very clear to us that we weren't consistently pricing with inflation in all of our markets. We have put out an edict that, the golden rules is what we refer to it, everyone prices to inflation, and we have good metrics in place to understand if people are doing that. So that's the first piece of that. We've also put capabilities. David mentioned it specifically. But in all of our markets John has it throughout Europe, where we have pricing teams that now have the ability to look at how we compare relative to the competitive set. So a good example is Mexico, where we found that even in the value pricing places, we could actually take a couple of pesos, get some more value for that without creating consumer hurt. With that said, we don't always get it right. I mean, there is some challenge there. But if you look at it relative to our competitive set, we were lagging on pricing. So we see that as an opportunity. We've witnessed that already in fourth quarter through EMEA. And as we're going into 2016, our plan is predicated on a level of pricing that we think is reasonable, but we're going to continue to monitor on a local level basis. David, do you want to give some more perspective on pricing since you've been doing quite a bit in that area.

**David Legher**
*Senior VP & GM of Avon South Latin America*

The difference between what we were doing in the past is basically what Sheri explained. So today, we have the capabilities, the people and the tools in place relative to what we did in the past. So every time we were scared of unit lost, we win back. Today, we have the capabilities to understand what is carrying down the volume, how far we can go. So today, we have every brand, every segment, every probe where it needs to be in the future compared to our strategic position that we want to be. And we are taking prices in that way. We are leading in many categories, so we also have a strategy on when we want to lead, when we are basically leaders, and we are leading, for example, in Brazil. In many cases, even,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

we are moving in a positive direction. And as Sheri said, we will have this marketing monitoring concept and also internal concept that maybe we will adjust dependent on the elasticity that we have. On that concept also, we are aligning our activation through the pricing. So when we have strong launches, strong innovation, we price it higher. At the moment of time, we don't have the energy, we don't take price as high as we can. So in terms of balance, but again a discipline and thinking about the future where we want it to be and the path going there. And I'm going to talk a little bit about the earning opportunity. In the case of Brazil as well, this is not just about pricing, but about the complementary mix that we want to have for her. So it's about our products, the Avon approach like Encanto, a pretty much a strategy that we have in our franchise portfolio, the Coty's, the KORRES, that we want to do is this plus the loyalty programs will increase the earning opportunities.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

It's Bill Schmitz from Deutsche Bank. Jim, on your sources and uses, there's no free cash flow, it seems in the business. I mean, was that intentional, like you're not going to generate extra cost savings or did you just leave that out?

**James S. Scully**
*Former Executive VP & COO*

No, the intent of that slide was to say we can fund all that without having to drive incremental cash flow coming out of the business. Our goal was to drive incremental cash flow coming out of the business. It also didn't mention the cash that we have in the balance sheet. I think it goes back to the conversation around this morning with Steve, which is around liquidity, which is all of this can be funded. There's been a lot of questions around do you have enough money. We can fund it in that same cycle and not be forced to have to depend on increased cash flow or cash off the balance sheet.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

Got you. And just to go backward looking again, did the U.S. business generate any cash flow? I mean, would your cash flow statement look dramatically different if the U.S. was stripped out historically?

**James S. Scully**
*Former Executive VP & COO*

Hard to say when you strip it out because stranded costs, standalone costs, I would say, probably relatively flat.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

Okay. And then if my math is right, I think the average earnings per rep globally, and I know it's just an average, is like $500. Like where does that number need to be? And maybe my numbers are way off, I just assumed like a 40% commission divided by the reps. That number seems like it goes down every single year, but maybe that's just the currency translation so...

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes, there is some currency issue in that. I think it depends -- I think it goes back to the whole issue of representative segmentation. For the top sellers and the top earners, you want to get that as high as possible. What we found is that we've treated representatives all the same. So some of those coming in on a casual basis. She's coming in, she's buying, but she's doing it because it's a customer sale. So treating her differently and putting money back into these top sellers has really been our focus. And that if you break it by segment, and we don't have a great example that you have to compare the top seller to a teacher's salary in a given market, that's what we're aiming to get more money in those women's pockets, because they are the ones that are going to generate and pull more people in.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

I got you. So the 6 million reps, can you take a guess what the career...

**Sherilyn S. D. McCoy**
*Former CEO & Director*

I'll ask John. I would guess it's probably 10% or so are the -- I mean, in some of our most developed markets, it's about 10%. I don't know what your sense would be, I mean, developing markets.

**David Legher**
*Senior VP & GM of Avon South Latin America*

The 10% number is a good number. If you look -- the number when you do an average is diluted by the number of occasional sellers that are all in one pool today, so you need to take those out. It could benchmark in a mature market. If she's making around $150 a month, it's making a difference to the family budget, and you're going to keep her and she's going to stay long term. So the aim is to get the biggest proportion of your full sellers to their local equivalent of $150 given that the mature market number when you go to emerging markets, it's a significantly lower number. So it all gets lost in mix when you do it as one calculation on a global basis.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

Okay, yes, and then just one last quick one. There's no talk about leadership versus having district managers doing the recruiting. Do you have a preference in the business model. Is it still sort of like morphed into that leadership model?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

It varies a bit around the world. In general, we're moving toward a leadership model. But if you take a market like Brazil, Brazil is pretty much a single level market model. And there's -- all of our competitors are in that space, it wouldn't make sense for us to move it over, plus we have very high coverage. But if we look at most of the European markets, they are moving to advanced leadership. And I know, as we were looking at North America, we were on that journey.

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

Javier Escalante, Consumer Edge Research. I am a little bit confused in terms of what you are trying to do with this media -- social selling as you call it, right? Because Mr. Higson talked about the IT system being similar to a hairball and Brazil and then we have 2 people from countries, Turkey and Brazil, that they have apps with purchasing and all these stuff. So I don't understand why each country seems to have so vastly different levels of IT? Why is it that this is something that wasn't stopped back in Canada when there was the -- so what's happening there? How long will it take to implement this because it seems like a no-brainer that this is where you guys want to go, right?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Right. Well, thank you. And I'll try to do my best to answer it and then call on my colleagues if I mess it up here. But a couple of things, one is we have -- if you go to the chart that Jim showed, where you saw the market entries, we have some markets like Brazil, U.S., Mexico and U.K., our legacy systems, we have very old systems. And John was referring to some of those in terms of order management systems. We have other markets like Poland, eastern European markets where we have much newer systems. They've been in about 20 years. We are able to get to those more quickly. So that's one piece of the information. If you look at it, we're able to do a lot of the consumer facing pieces very easily, and we've been implementing that in Brazil even though it has an old architecture. Because we can go to IBM by IBM

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

WebSphere, put that in place and we work around it from a back end perspective. But ideally, we want everything end-to-end. And so the work that's taking time is that order management system in the middle is -- some of the issues that we saw when we implemented in Canada, if you do too much, too fast and it impacts the representative, that's the negative piece of it. So we're actually doing it in stages, and that's why it's taking longer with some of our legacy countries, so to speak.

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

Yes, but the way that you guys explain it at the very beginning was that you were creating some sort of a proprietary tool that you couldn't afford anymore. So it was an issue. We didn't understand whether it was an issue of capacity or -- I mean, funding capacity that you were just -- were unable to fund it. These are various cash injection is what's going to allow these -- the utilization been rolled out at least in your 10 submarkets or what is the status? How long will it take?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

So we actually -- the funding -- yes, so the funding that Jim showed, the $200 million for IT and service model, allows us to do that. So there is a funding component, but there's also a cadence component where we want to fix the order management system in some cases before we connect all the dots. That's the piece today in the middle that's not connected. Did I get it right, John? Any other comments, John, you want -- or Sue, there's our IT leader back there. Yes, okay. Did that answer your question, Javier? Okay.

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

Yes, I just want to know you said that in 2 years, this is going to be done.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

By the end of the three-year journey, we will have it done through. And it's -- the one, if you -- I think Brazil is probably the one that is the most complicated and the one that we're going to -- want to make sure that we get all the other markets in line for us before we flip the switch on Brazil. So they're already doing the piece from the consumer activation piece. They are very far ahead on that. But actually, given the number of orders that they place and the things that they do, we need to make sure that the systems and the supply chain and everything is very clear. And so we'll be implementing that. We did a module in U.K. already, as John mentioned, and then we're going to be in a good place in Europe. Latin America is going to take a little bit longer for us. Yes? Oh, sorry. I'm sorry, I forget the microphone.

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

So it's Steve Powers from UBS. So I guess, two -- on the sources and uses. It looked like $600 million in sources, cumulative. But it also looked like $350 million of cumulative reinvestment against some of those demand-building initiatives. Can you just -- so is that correct? And why is $350 million the right number?

**James S. Scully**
*Former Executive VP & COO*

Well, some of the $350 -- the $200 -- is CapEx. So it's not ongoing. So it's a combination of OpEx and CapEx in that $350 million. We haven't given a breakout of that. So I'd say there's a -- I could figure it out, but it's probably -- I won't guess. It's more CapEx than OpEx.

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

Okay. And I guess, the three year plan that you've rolled out, I mean, it feels to me like the three year plan is to get you where you need to be competitive today. So my question is, at the end of three years,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

are you going to be where you need to be? Because if you're not, then we're going to be talking again in three years about the next three year restructuring to catch up. And I want to get -- have the confidence that you've got a plan to catch up and keep up.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yeah, and that was really the point that I think Fernando was trying to make is to make sure that as we're looking at the social selling aspect of it -- you see, a lot of small competitors coming in and they're going consumer-to-consumer or person-to-person. But they can't scale away. We can scale, and they can't do all the other components in terms of the breadth of product line and what we stand for as a company. So really doing that, but then having people that are challenging everyday, particularly when you look at where technologies moved even in the last 2 or 3 years. And so making sure that we have -- we're continuing to drive the bus, but we have people in the back looking and making sure that we continue to be more competitive on that. And that's really the small group that's looking and working with agencies and thinking about how we can do things differently globally.

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

And if I could just -- this is more tactical. But you opened with the ending rep count growth that you were citing as -- and it's good. I guess, the question is, can you give us more detail on what you know about those reps? How much of that is actually a positive response to your initiatives versus just also negative response to the market conditions? Because I think in the financial crisis, we also saw an uptick in recruitment. And this will -- what was the quality of those reps that you're taking out...

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes. I mean, they -- I would say that a lot of it has to do with our initiatives because it started happening. We were putting plans in place from 2013, and we've seen that. And as we look at it, the thing that's also important is as we're measuring retention now, we're starting to see improvements in retention. Retention is critically important. That will be another metric over time that as we get aligned on how we're measuring retention globally, which John -- we've just put in place in the last year. We can see that, and we're starting to see retention tick up, and that's critically important. Ali?

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

So two questions. One is this double digit operating margin, adjusted operating margin target and mid-single-digit top line margin, we heard that 3 years ago at CAGNY. We keep hearing it. I always struggle to figure out where it comes from. Why is that the right number? Does it take into account, to the [indiscernible] question and other questions, the world is changing? And so is that the right target? In answering that, can you give us the free cash flow kind of cadence target over time? That's one question.

**James S. Scully**
*Former Executive VP & COO*

So I can't speak to the targets in the past, I've been here for 10 months. What I'd say...

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

They're the same.

**James Scully**

I know. I got that. I actually knew that part, but I would say the reason I feel comfortable is when I look forward -- first of all, if you just decompose why we think we can get to the low double digits from where we are today, I would say 1/3 of it comes from gross margin improvements, about half of that is from

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

what we think is pricing, the other half is from some of the supply chain initiatives, 2/3 comes from the SG&A. I think with what's -- as we look at it today, those cost-savings are in F dollars. So I'm not sure I want people to look at cost, how they quantify what they are, if they're in C or in F. But our goal is to get $350 million in F dollars. And that's a lot harder in today's environment with our footprint. So I think that's one aspect. Two is, the level of discipline that you heard today, and conviction from Cerberus, was one of the things that was attractive to us in terms of some of the, I would say catalyst, to drive some of the change, to get to the standardization that we've talked about. I think it's going to be helpful. And it's all about execution. It's about driving that. I'm not comfortable right now on cash flow for a couple reasons. We're going through discontinued ops. We're going through separating the business. The business going forward is much different than the business in the past. And until we complete that work, I'm not comfortable really talking about the future of what the company looks like.

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

And you kind of teed off my second question. I don't know if you had anything to add.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

No.

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

Second question about execution. So we've seen some of these elements before. Well laid out today, obviously, you guys put a lot of thought into the strategy, a lot of thought into how to come talk to us about it. But what gives us confidence -- what gives you guys confidence that there is executionability. So all the way through the organization, it's always been a challenge that there's a strategy that makes sense but it doesn't happen. And servers, with all respect, can do a lot of operational things. But they can't run every country, they can't run every area. So what should give us confidence that you actually can execute on it this time?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes, I mean, I think even in the last year, we've improved our execution capabilities. We've had one or two things here and there, but I feel that we've seen that change. We now have one approach between John bringing it together, the EMEA region and the Latin America region, working closely with Nilesh Patel in Asia where we're sharing best practices. It's very -- I think one of the things that we were trying to do, at least early on, was trying to fix too many things. It's really clear what we need to be focused on, which is driving representative engagement and we're measuring people on representative growth. We're fixing the service model and we're investing in the brand. And everything else is really irrelevant and not that important on the growth side. As it relates to the cost side, it is very clear. The operating model, the work is already underway. We've shown that we can take cost out where we've sometimes stumbled as relative to the growth piece, and I feel like we have the right leadership at the local market level. The top 10 GMs are very experienced. They've been in place, as I said, about 2 years now. It takes some learning curve, but I feel really good about the team we have in place.

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

So that's the thing I want to wanted to just focus on the most, is people-wise, this is the right team.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes. Top 10 markets, I feel very -- I am very confident and...

**Ali Dibadj**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Sanford C. Bernstein & Co., LLC., Research Division*

And throughout -- all the way down, I think, the chain.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes, there's a few people here like there always is, but the leadership is much stronger today than it was 3 years ago. I don't know who -- okay. I need you to help me here.

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

It's Wendy Nicholson with Citigroup. A couple of questions. So the long term goals are what they are, but is there hope of getting maybe nearer in goals? I mean, I saw the number for the rep count target for this year. Do you still think you'll have the improved productivity from those reps, or are we talking mid-single-digit top line growth in 2016?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes, we're not giving outlook--

**James S. Scully**
*Former Executive VP & COO*

Yes, we're not giving guidance for 2016. We're continuing to evaluate what's going on. I mean, there's so much transition that's going on in the business right now from the carve out, through the transformation, through the reallocation of costs throughout the globe. I think that it would be too difficult to give credible guidance given the amount of change. I think what we're going to do is keep people posted. I mean, I think, this day is important for a lot of reasons, but there's been a lot to talk about that's gone on for the last year. We've got an earnings call coming up on the 11th. What we want to do is keep people posted going forward, be very transparent where we are in terms of getting the cost out. Where are we at finally in getting our tax strategies in place. So some of the things are important and relevant. But from a specific guidance perspective, I don't think we'll be done in 2016.

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

Okay. And then that speaks to my second question, which is, I guess I care less about the guidance that you give us with having a sense of confidence that you actually have a plan. And so there was a lot talked about -- this morning about simplification and changes in the portfolio and all of that. And yet no numbers. Like, "Hey, we're going to reduce SKUs by 10%," and I look at like the Turkey catalog and I'm like, "Oh my gosh. There's a lot of stuff in there still." Which seems to be working but that is SKU complexity if I've ever seen it. And so my question is like what's the timeframe for you internally to say, "Hey, once and for all, we're going to exit another market." or, "Once and for all, we're going to get out a specific number of SKUs." Because, I guess, for us sitting here, how are we going to know that you're actually gaining traction? And my last question, if you can just address Argentina and how big a drag that's going to be actually on your cash flow this year?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Do you want to take Argentina first?

**James S. Scully**
*Former Executive VP & COO*

Yes. I would not -- I don't want to get too specific on Argentina. Obviously, we're in the process of closing the year. Everybody -- we had that question when we announced the deal. What I can give you is a sensitivity. What we've done is a sensitivity on the top 4 exposures that we have to currency. I think

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

people were asking for that. So if you look at our top 4 being the ruble, the real. If you look at Colombia and Turkey, basically, a 1% move in that basket of currency is about $10 million in EBITDA, but just give you some order of magnitude.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

As it relates to 2016, we do have an internal budget. The GMs all have a target, and they are working on cost reductions. Fernando has been very clear about what our strategy is relative to portfolio. The area that -- we will always have a number of SKUs. So one of the mistakes we've made in the past is, if we say we're going to cut SKUs, what ends up happening in many cases is you cut a color SKU because it's small, but yet we need to have a lot of color SKUs. So beauty is less the issue, it's more fashion and home. And that's the area -- the home is the easiest thing for us to get at where we look at the top 7 markets, and we're very clear with the other markets in terms of what they're doing. They're building that into their budget in 2016 relative to that. So we are able to measure that. But as we're going through that process, it's not as straightforward of just cut the tail because we've done that exercise before, and that's not exactly right. You want to have the best color palette in the world, but you don't need to have 5 different brands of that same color pallette. So that's the work underway. There are some things already built in to 2016 budget that we will not hit the cost-savings target if we don't do that. So we're very clear what we need to do to execute, but not ready to communicate that broadly yet.

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

Can I just ask one more?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Sure.

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

Just in context of the U.S. kind of looking and feeling similar to other markets like the U.K., I mean, U.K. is not as bad as the U.S., but still, there are other developed markets that share a lot of the same characteristics. So is there going to be any sort of learnings that take place in the U.S. that then you can put into action in other markets? And specifically, with regard to either retail stores, going online, more direct to the consumer, I mean, a lot of us attended the Natura Analyst Day and like, they're really changing their model. Are you still contemplating changing the way you go to market or not?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Right now -- again, just to go back on U.S. versus U.K., while the markets are similar in terms of development, the situation is very different. In terms of the trust in the relationship and the number of the things that have happened for a whole host of reasons over the years in the U.S., the U.K. is in a very different place. U.K. is online. There's great learning in Poland where we have stores that reps run. We are testing some things, we're piloting stores in Chile. So we will continue to do that in the U.K. I think the message is act more quickly in the U.K. to make sure that we don't get behind, but it's certainly not in the same state where the U.S. business was. We need to make sure that we continue to build the trust with the representatives over time, but then we're able to pilot some things. And so I think the U.K. is something that we will continue to evaluate but it's nowhere -- it's not even in the same plane as the U.S. Yes?

**Unknown Attendee**

In terms of the cost structure, can you give us some part of the idea of how much of the cost will be fixed versus variable? And sort of what the incremental margin will be on the added revenue?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**James S. Scully**
*Former Executive VP & COO*

I'm comfortable doing that until we complete some of any additional work on the supply chain. Because right now, I would say the $150 million is largely headcount-related. And then we've just got to complete some of the work related to the supply chain. I'm comfortable saying that.

**Unknown Attendee**

And in terms of just the importance of the revenue growth to get to your long-term margin target, you can help us understand anything...

**James S. Scully**
*Former Executive VP & COO*

I mean, I think the targets that we talked about, you need the top line to get to the long-term.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

You need the top line.

**James S. Scully**
*Former Executive VP & COO*

I think most companies need the top line plus the cost to get to their long-term operating goals.

**Unknown Executive**

If we could remind you to please stand up when you pose your question. Thank you.

**Linda Ann Bolton-Weiser**
*B. Riley FBR, Inc., Research Division*

Linda Bolton-Weiser with B. Riley. So first of all, you alluded -- when you went through the whole thing about the currency and all that, clearly, that's a big part of the issue in terms of your earnings performance. And you did allude to some hedging strategies or something you may adopt, so maybe you could give a little more color. I know that Herbalife is another direct seller that actually hedges translation. So what models are you looking at for that? And is that something that can kick in soon? Because the first half of 2016 looks pretty bad even if currencies just stay where they are now. So maybe you can talk about what you're doing and the near term effect of that.

**James S. Scully**
*Former Executive VP & COO*

Sure. So the initial thinking is looking at a handful of currencies, which drive the largest exposures that happen over what period of time. So short term what range are you in? Are you in the 50% to 80%, the back end, or are you in the 0% to 20%? So for us, it's more of a mix. The reason is becoming more, I would say, more relevant for us, or I would say, why I -- and we'll seek to get support for it is, one, we're forcing ourselves to plan on the forward curve anyway. So we're forcing that pressure through the system to say we have to plan as if the forwards come to fruition, given the fact that for the last 18 months, the rates have blown through the forwards for the first time in a long time. To the extent they don't, that's upset. The second thing is I just want to preserve the downside. I mean, at this point, given the overall performance that we have built in, I think it just makes sense that there's very limited cost if we're assuming the forward curves just to take some of that incremental risk off the table.

**Linda Ann Bolton-Weiser**
*B. Riley FBR, Inc., Research Division*

And then could I have a follow up? Just on the cost saves, the $350 million. When you went through how the company have built up, that seems like a small number. Are you wanting us to think that there could

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

be potential for more? Or is that a carefully analyzed bottoms up kind of number that you've gotten to and we should feel confident that that's the number? Or is there more potential?

**James S. Scully**
*Former Executive VP & COO*

I would say that that's not a ceiling. I would say the $350 million is not a ceiling. I think that if you go back and talk about that currency, whatever your number was in cost savings 6 month ago was less today given currency impact because where the expenses come out in the markets. So I think $350 million is the right number to get us where we need to be for our long-term goals. It doesn't mean we won't go above that. And the most important thing is there's 2 things to consider: One is the cost of getting the cost out, and the second is we're talking about a 3-year time frame. So we're saying the level of change that we're talking about over the next 3 years whether it would be in the supply chain or on the operating model, in terms of getting expense out and realigning over the next 3 years, we felt that, that was the right amount to go forward in the next 3 years. It doesn't mean there's not more longer term.

**Chris Durlacher**

Chris Durlacher from Wellington. I want to drill down on the Brazil OMS transition. And it seems like given the amount of attention you guys have given it today, I'm sure -- you even mentioned it like -- it sounds like pretty tough nut to crack. I guess, the question that I wanted to ask you is why hasn't that been -- and you mentioned it's a legacy antiquated system. Why hasn't that been given attention previously? And I don't ask it because -- like, to blame anybody, but the question is the answer may be instructive as to whether your efforts this time will be successful.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes, I'll give you my perspective, but I'm going to call on David. I mean, the one thing I will say is when I came in middle of 2012, they had just come through a major issue with an ERP implementation. And so it actually took us almost, I'd say, 18 months to 2 years to get everything back in place relative to the service. And so there was a hesitation for us to go and make another significant change, and there were a number of things going on at that point in time. And so while we looked at it, we considered it at an earlier date, we were concerned, we needed to get some stabilization. And then we ended up having some challenges with World Cup, et cetera, and there were some other things that made the business less stable. So it's not that we haven't looked at it. The other thing I will say is that we wanted to see the outcome of the U.K. pilot because that was something that will inform what we do in Brazil, and we've just completed the first stage of that very successfully. So that gives us confidence to be able to do it. David, I don't know if I -- okay.

**Chris Durlacher**

So just a follow-up, so can I think of it as for one reason or another, maybe exogenous reasons like this, it's just a question of level of investment, level of attention. Once you give it that, it should...

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Level -- yes. The issue is if you look at the value of Brazil to our P&L, both on a revenue and profit and cash perspective, we make a mistake -- as we were coming through this, we make a mistake in Brazil, it would impact the whole company. And we were looking at that relative to where North America was and saying, "Okay, we need to make sure Brazil is stable. We need to make sure we've done the testing so that we don't have a situation like we had with Canada." And so it was really being prudent to manage the risk at the same time.

**Chris Durlacher**

Sorry, just one last thing, and it's during David's presentation, he noted 98% service level in Brazil now. So can you put that in the context with the idea that the Brazil order management system needs to be completely overhauled? I mean, it just seems like a reasonably good metric.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**David Legher**
*Senior VP & GM of Avon South Latin America*

Yes, but the order management system is not only for the service level. Basically, the -- what we have in Brazil is a very competitive market. It goes up to flexibility in the mill plant, inventory visibility, alternative payment methods, installments. So it goes further than the service level. So we have a very good system today to run the business. But if we want to cope up in a good competitiveness, we need to lead. There's more also in -- when we [indiscernible] order management system, we will be able to take out cost to reinvest back in the business because running a legacy system, it's much more expensive than anyone. So it's a two-fold decision we need to take.

**Unknown Attendee**

So you mentioned potentially having -- exploring strategic alternatives for the China business. Are there any other businesses that you might be thinking like that? Any other markets?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

At this point, we're just looking at what are the options available to us in China. As Jim mentioned, we continue to monitor underperforming small markets, and we'll look at that for potential over time.

**Barton B. Hooper**
*Weitz Investment Management, Inc.*

Barton Hooper, Weitz Investments. Can I get it back to the OMS system and just IT, in general? You talked about it being a hairball and then you split it up. And the reference was made to banking systems, how banks fix the front end. But banks often times have -- still have a hairball in their back office, and they're slowly facing that same need of having to redo that. And I didn't necessarily hear that we are going to fix that back end over time. Can you just clarify for that? Is that going to be...

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes, that will be fixed. Yes, it's in stage. The point was that we're fixing -- the most important thing was to get the representative consumer experience fixed first. The more complex is the middle, which is going to take more time, which is what we refer to as the back office piece of it. But that is part of the 3-year journey.

**James S. Scully**
*Former Executive VP & COO*

And part of the $200 million in IT.

**Barton B. Hooper**
*Weitz Investment Management, Inc.*

And can I ask another follow-up, and maybe it's for David or the organization as a whole. You all -- it's sort of a nerdy question, but you talk about Six Sigma and lean, and just sort of my understanding of Six Sigma, it's a tool; lean's a philosophy, and is that being adopted in other parts of the organization? And how is that going? And are the number of black belts and green belt proliferating?

**David Legher**
*Senior VP & GM of Avon South Latin America*

So we started this journey in Brazil 2 years ago, and we are moving with this -- in fact, it approaches to Latin America. So we have been implemented these as well in some countries in Latin America, with very good results. And not only getting local execution but getting to common regional processes. For example, campaign planning. We have, today, a common Latin American campaign planning process. Bad debt, we have common knowledge on how to deal with bad debt, the full process. Brochure creation, we win as well. Everything on that, supported with operational excellence. And you are right, this is not -- this is the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

tool, plus the mindset change. We are very interested on that part, on the mindset change and not just about implementing the tool but how the team thinks differently because it goes about facts at getting back to interact correction and getting all the process operational excellence and execution that you talked today before. So, yes, we are moving into Latin America, and for sure, John will implement this as well in European markets as we move forward.

**Unknown Executive**

I'd say one additional thing in terms of the mindset. I'd say, when we looked at the complexity of some of the things that we were doing as part of this transformation, it probably goes back to your question earlier, what you said, we will be instituting a more rigorous PMO, project management office, to drive the change. We'll be doing that with the help of our new partners to help staff that as well.

So that will be a new capability coming into the organization to help this phase.

**April Kristen Scee**
*CRT Capital Group LLC, Research Division*

April Scee, Stern Agee, CRT. I just wanted to follow up on Wendy's question about simplification. You had the slide that talked about the 40 brands that you would consider core. And would just like to maybe hear your thoughts on what you plan to with the other brands and how much simplification we could see from a brand or a curation perspective. And also just to go back to, I think it was the Cares[ph], like sort of [indiscernible] brand that you created for some of the smaller brands. That seems like a very good way to do it. Is that something that you're looking to do more broadly? And I do have a follow up.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Okay, great. So when Fernando showed the chart that said 185 brands, he had it in quotations. Some of them are just products or subproduct lines. If they do not fit under one of the 40 brands or they're a brand thatn can't be moved around the globe, over time we'll move those out and find a replacement. There is a lot of opportunity, though, to take some of the technology formulations and use them under one of the bigger brands. And so that's the work that's underway. So that's the plan there. I mean, we're not going to live with 185 brands but we need to understand that relative to the size from a total standpoint.

**April Kristen Scee**
*CRT Capital Group LLC, Research Division*

Okay, and then just on the 40 brands themselves. Why is that the

right number. Do you think that 40 is the sustainable number going forward or do you need to cut that further?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

My marketing had hearing[ph].

**Fernando J. Acosta**
*Former Executive VP and Chief Marketing & Social Selling Officer*

The quick maths are -- we're thinking about 5 brands, at least in color cosmetics, 5 in face care, 10 in body care and our 20 fragrances. And that's going to be our core. We looked at it all across and we'll have others. You saw that there are some very big regional brands. For a company our size to have 40 brands and the number of [indiscernable] competitive [indiscernible], think of some of our competitors and the number of brands that they have. I think it's a great step if we can actually get 40 first. And that's where our beginning is today in terms of making sure that the ruckus that I talked about, we are first nurturing those brands. I think you'll see some brands that we might not -- not paid so much attention in the past. You'll see how they strategically fit in some places, but at this point in time, we know 80%

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of our business is in 40, and we want those brands to be growing at the higher rate than the company average.

**April Kristen Scee**
*CRT Capital Group LLC, Research Division*

Okay, and just one other unrelated question. You've talked a little bit about rightsizing the infrastructure in the international markets. Why wouldn't it make more sense to sort of right size the distribution? In other words, you have proof of concept with Coty, in terms of bringing additional brands and distributing them in some of your core emerging markets. Is that a strategy that you're going to look at more going forward, because it sounds like it's been something that's been successful for you and has increased the rep engagement and given them something to be excited about.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes, in certain categories, it certainly makes sense. When Fernando was talking about curating Home, we have some great partnerships with groups that they -- we actually can do that, and not bring that in, so we are looking at it from that standpoint. In some cases, when we have looked at it on the beauty side, it wasn't cost-effective. So we really look at what makes sense relative to us doing it ourselves, but certainly things that were Fashion & Home that we're carrying, it does makes sense for us to continue to look at that. Thank you.

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

A second question. I understand the logic of, so that --

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes, we understand.

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

Javier Escalante, Consumer Edge Research, twice. I understand the logic of the 10 countries, right. You have as much resources, and you need to get there. What happens is that many of these countries are the most competitive countries in the world, where the retail infrastructure is growing the fastest. So we can only presume that competition is going to keep investing, and it goes a little bit to the question that a lead made in terms of, why 12% -- can't you get to 10% operating margins if every time you need to spend more just to stay put? Because this is what is happening in that little corner of the world, that is your 10 countries. So would it make sense now, that if you have what is happening in Turkey, that you can get into the market, using smartphones, to get more into a Myanmar, instead of trying to spend a ton of money fixing Mexico? It's just a question, because what we have observed in direct selling is, is that, it's like yo-yos, there is always 1 country going down, and as many yo-yos you have going up, as you are doing well. So direct selling is a momentum business, and you are betting your momentum in the most competitive markets. So to what extent -- I understand the logic, but I'm just asking, wouldn't you consider to open up markets where, with new technology, where the competition of retail is not growing as fast as the [indiscernible]. Sorry, for the long question.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

No, that's, no -- I think it's a question of choice and timing. Right now, we're looking at some small markets that we haven't been able to scale, and to add to that, I'm not sure we do that. We've had a lot of discussions as an example about places like Indonesia, and what we've said is, for the next couple of years, we're focused on cost, we're focused on fixing what we have. When we develop the new model, the new social selling model, and we're in a position where we can invest and scale, then we go back and look at it. But we've looked at it with the eye toward that it needs to be big enough and we get the critical

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

mass to be successful in that market. So we're making a choice today that it doesn't make sense to do that, given where we are, but we're not -- I'd love to do that in a few years as we get through this phase.

**Rishi Mohit Sadarangani**
*Brown Brothers Harriman & Co., Asset Management Arm*

It's Rishi Sadarangani again. So I want to build on Javier's question. China started really accelerating its transformation 30 years ago, and all of your peers or most of your peers started that process of establishing a presence there over that period of time, where today China has become the second-largest beauty market in the world. And China has become such a core part of most of your peer strategy. So I guess, my question is, as a large, sophisticated organization, what is it that has not worked in such an important market? And then, you aspire to match your peers in terms of growth rates, operating margins, metrics, profitability. Can the absence -- could you talk about maybe an Asia Pacific strategy, and can the absence of that allow you to meet that goal?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Sure. So I'm going to turn to Nilesh Patel, who's here. He runs our Asia Pacific region. Just briefly though, on China, I think the challenge we have, if you look at our business model, we've done extremely well in what I'll refer to as the ASEAN countries, extremely well in the Philippines, Malaysia, et cetera. We have not done as well in northern Asia which is a different -- if you look at the other direct sellers, it tends to be more male, multilevel, and it's a very different model. We have not been successful in China, and I'll let Nilesh give perspective on that as well as his thinking on all of Asia.

**Nilesh Patel**
*Former Senior Vice President and President of Asia Pacific Region*

Yes, so I think in China, when Avon went into China, due to regulatory environment, over a number years, we changed the model several times. Today, where we are, since I joined 20 months ago, what we've discovered now is a model that's a hybrid model, where -- representatives now own the stores. So it's a quasi-representative model. Our objective now is, at the moment, the business is very small. We want to focus on ASEAN -- stabilize ASEAN and keep growing, so if I just look at ASEAN at the moment, in terms of opportunity for growth, I would divide them into developed markets and developing markets. If you look at developing markets, Philippines, Malaysia and India, we have a model that works and we have brands that, particularly in the Philippines and Malaysia which are strong. So what we want to do in Asia is to first of all, strengthen where we have strength, and then look at getting into other new markets. China is a distribution issue now for us. So we have a very small business. We have a very small distribution network, and what we are doing now is to -- taking those distribution points, segmenting them and looking at how we can expand those store owners who are big enough for us to expand. And then, I think long-term, if we really want to go countrywide, we really need to look at a vast distribution network, so we need a strategic partner. But if I look at ASEAN, we have models that are working for us, where the brands are strong, and we have a model that we can bring in some of the stuff that Angela talks about very quickly in those existing model before we open up new models.

**Rishi Mohit Sadarangani**
*Brown Brothers Harriman & Co., Asset Management Arm*

I guess, just to clarify, but China is the #2 beauty market as just what your slide showed. Brazil is #3. So how have you -- what has worked in Brazil and not worked in China? How have you done so well in Brazil and not done so well in China?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

China, there's a lot of history behind it. We had some challenges relative to an SCPA investigation, we sort of shut the business down and didn't invest. And as a result of that, we ended up switching back and forth between a more retail model, a direct selling model. We've had concerns about going to a multilevel, and all of our competitors are multilevel. Given some of the issues that we ran into, we were concerned about

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

that -- doing that, and so as we're looking at that business model today, it doesn't make sense for us to do that. So we see the value of China, we do not see it going it alone the way that we're structured today. And so that's why we're exploring options. So we're not opposed to China. We recognize where we are today. We need a different look and a different perspective to capitalize on the opportunity.

**Nilesh Patel**
*Former Senior Vice President and President of Asia Pacific Region*

I think the other big difference is the regulatory environment, which is very challenging in China, compared to Brazil. That's a rather big area. That always impacts direct selling businesses.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Any other questions?

**James S. Scully**
*Former Executive VP & COO*

Any other questions?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Well, thank you very much for your time. We appreciate you coming out to Suffern. Hopefully, you have a better appreciation for our business, and we look forward to continuing to talk with you and certainly, we'll be talking with you on the February 11 earnings call. So thank you, very much.

**James S. Scully**
*Former Executive VP & COO*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.