# Exhibit 5

**S&P Global**
Market Intelligence

# Avon Products, Inc. NYSE:AVP
# FQ4 2015 Earnings Call Transcripts
## Thursday, February 11, 2016 2:00 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ4 2015- | | | -FQ1 2016- | -FY 2015- | | | -FY 2016- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.08 | 0.00 | ▼(100.00 %) | 0.04 | 0.11 | 0.01 | ▼(90.91 %) | 0.27 |
| Revenue (mm) | 1817.24 | 1607.30 | ▼(11.55 %) | 1474.01 | 7116.52 | 6160.50 | ▼(13.43 %) | 6233.72 |

Currency: USD
Consensus as of  Feb-11-2016 12:48 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

△ Positive EPS Normalized surprise    ▽ Negative EPS Normalized surprise    ⬤ Neutral EPS Normalized surprise

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2015 | 0.07 | 0.04 | ▼ (42.86 %) |
| FQ2 2015 | 0.08 | 0.11 | △ 37.50 % |
| FQ3 2015 | 0.07 | (0.11) | NM |
| FQ4 2015 | 0.08 | 0.00 | ▼ (100.00 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ..................................................................................... | 3 |
| Presentation | ..................................................................................... | 4 |
| Question and Answer | ..................................................................................... | 12 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

### EXECUTIVES

**Adam Zerfass**

**James S. Scully**
*Former Executive VP & COO*

**Sherilyn S. D. McCoy**
*Former CEO & Director*

### ANALYSTS

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC.,
Research Division*

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

**Lauren Anne Migliori Wolff**
*Piper Jaffray Companies, Research
Division*

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research
Division*

**Stephen Robert R. Powers**
*UBS Investment Bank, Research
Division*

**William Gerald Schmitz**
*Deutsche Bank AG, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning. My name is Holly, and I will be your conference operator today. At this time, I'd like to welcome everyone to Avon's Fourth Quarter And Full Year 2015 Earnings Conference Call. [Operator Instructions] I'll now turn the conference over to Adam Zerfass, Director, Investor Relations. Mr. Zerfass, you may begin your conference.

**Adam Zerfass**

Thank you, Holly. Good morning, and thank you for joining us to review Avon's fourth quarter and full year 2015 results. I'm here with Sheri McCoy, Avon's CEO; and Jim Scully, Executive Vice President, COO and CFO. Sheri will make some opening remarks, including her perspective on our overall performance and milestones for 2016. Jim will then take you through our fourth quarter and full year results as well as some 2016 priorities. Then we will have our usual Q&A session.

With that, I refer you to our non-GAAP reconciliations, which are available in our release located in the Investor Relations section of our website. As usual on the call, we will focus on these adjusted non-GAAP financial measures.

Our call will also contain forward-looking statements that concern our business and financial strategies, including our transformation plan, cost actions and savings, performance trends and the impact of foreign currency, taxes and tax rates. These statements involve risks and uncertainties, which are detailed in the cautionary statement available on our investor relations website and in our SEC filings.

I'll now hand the call over to Sheri.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Thanks, Adam. Good morning, and thank you for joining the call today. There are 3 topics I will cover this morning. First, I will provide my high-level perspective on Avon's 2015 fourth quarter and full year results, which were in line with our previously shared outlook. Second, I will highlight and address key areas from our recent Investor Day. And third, I will cover 7 specific milestones from our transformation plan for you to track over the course of 2016. Jim will then take you through the financial results in more detail.

Before we get started, I want to remind you that we announced a deal with Cerberus Capital Management on December 17. A key component of this transaction is the separation of the North American business from Avon Products Inc. North America will become a privately-held entity, majority-owned and managed by Cerberus. Because of this, the North America business is reported as discontinued operations and is not reflected in the revenue and operating profit we now report. As a result of this reporting method change, the portion of global expenses that were allocated to North America now remain in global. As a result, there was a small negative impact on Avon Products' 2015 reported operating margin.

I will note, however, that on an overall basis, if we were into include North America, Avon's results for the year were in line with our expectations, and we are pleased that the North American business met our goal of being profitable for the year.

Let me start with my perspective on the fourth quarter. Please note that these results exclude North America. Our operational performance was consistent with expectations. Fourth quarter revenue was $1.6 billion, up 3% in constant dollars, excluding Liz Earle. Revenue would have grown 6% when also excluding Brazilian IPI tax and VAT credits.

I was pleased that Active Representative trends continued to improve, growing 2% in the fourth quarter. On the other hand, our operating margin continues to suffer, primarily due to FX. The adjusted operating margin was 6%, down 420 basis points year-on-year. Jim will provide some additional detail, but I want to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

note that we did see some minor easing -- while we did see some minor easing of currency pressure in the third quarter, the trend reversed in the fourth quarter.

From a geographic perspective. Latin America came in about as expected with flat constant dollar revenue performance year-on-year. Brazil had a more challenging quarter than anticipated. However, I was pleased with Mexico's performance, delivering 6% growth on a constant currency basis, driven by strong average order growth. For the Latin American region, excluding VAT credits in 2014 and IPI tax in 2015, constant dollar revenue would have grown approximately 6% due in equal parts to inflationary pricing and underlying operating performance. Active Representatives declined slightly due to Venezuela and Argentina.

Specific to Brazil, despite the weak economy, the challenging political environment and reduced consumer consumption, the team is doing a good job of maintaining the underlying health of the business. Excluding IPI and VAT tax impact, constant dollar revenue was down 2%. What we see in Brazil is that Active Representatives are growing. However, average order is declining as women are tightening their wallets in the current economic environment.

Turning to EMEA. I'm pleased with the overall performance of the region, driven by strong results in Russia and South Africa. Across the region, the teams delivered strong Active Representative growth of 8%. U.K. was down for the quarter, but we are seeing modest improvement as the team focuses on growing average order and increasing the number of sales leaders. We expect this improvement to continue moving forward.

In Asia Pacific, the Philippines had another strong quarter, however, this was not enough to offset declines in other markets, mainly China.

Now turning to the full year 2015. I'm pleased that our key local markets drove steady improvement in overall performance. One of our priorities for the year was to improve representative -- Active Representative growth in our top markets. We made significant progress in this area. The majority of our top markets are growing in constant currency and are profitable. We have strong management teams in place locally, and they are performing well, some of them in extremely challenging environments, and I'm very proud of these teams.

From a financial perspective, our full year revenue was $6.2 billion, an increase of 3% in constant dollars, excluding the divestiture of Liz Earle. Revenue would have grown 5% when also excluding VAT IPI Brazilian tax items. Again, these results exclude North America. Importantly, we improved year-on-year Active Representative trends with full year growth of 1%, and the ending representative trend is favorable to prior year.

From a category perspective in constant dollars, Beauty grew 3% for the full year, with 7% growth in Fragrance, flat performance in Skincare and 1% growth in Color. Fashion & Home grew 5% year-on-year, and we were pleased with our innovation and new product execution, with strong performance across all 3 Beauty categories, including standout performance by our Attraction fragrance, ANEW Ultimate serum and Big & False mascara.

Our adjusted operating margin for the year was 5.7%. Results were negatively impacted by Brazilian VAT credits in 2014 and IPI tax in 2015 of approximately 180 basis points and unfavorable impact from foreign currency of approximately 480 basis points.

Also important in 2015, we introduced Avon's new brands positioning, Beauty for a Purpose, in all markets across the globe. This has been exceptionally well-received by consumers and representatives, and we look forward to building upon this in 2016. We significantly increased our social media and digital capabilities, and we began rolling out our upgraded IT systems in some key markets, which is critical to the implementation of improved service models and a more contemporary social selling model.

On the other hand, the FX pressure we faced over the course of the year was extreme. While we continued to take out costs, it wasn't enough to offset the FX, which had nearly $0.5 billion impact on adjusted operating profit in 2015 alone.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Over the course of 2015, we also strengthened our balance sheet, including restructuring our working capital facility, divesting Liz Earle and addressing our 2016 maturities. And our most important accomplishment of 2015 was setting a new path forward for Avon. This includes our strategic partnership with Cerberus, which provides a solution for Avon North America and provides funds, focus and resources for our international market.

Overall, while we faced significant macro issues, we made solid operational progress in 2015, and we executed a transaction that is a catalyst to position the company for sustainable profitable growth.

Turning now to the plans we shared with you at Investor Day. First, I want to thank all of you who attended. I'd like to reiterate the key elements of our 3-year transformation plan to drive shareholder value. As we execute the plan, we will balance aggressive cost takeout with investing in growth and assure that we have the financial flexibility for both the short and long term. At a high level, the 3 components of the plan are invest in growth, take out costs and improve financial resilience. Let me briefly comment on the 3 areas. First, growth.

In the area of branding and products, we will be investing in our new Beauty for a Purpose positioning in our key markets. We'll also have detailed pricing guidelines in place and we'll be monitoring these in our top 10 markets. Work is underway to build our top 40 brands and we will continue to introduce and support innovative new beauty products.

In the area of representative engagement, we've instituted improved onboarding programs, and our top 10 markets are executing or preparing to implement representative segmentation.

In the area of service model evolution, we have a 3-year implementation plan. Our markets are starting from different places. We have newer Avon markets, such as Poland and Turkey, leading the path and legacy markets like the U.K. fully underway but at earlier stages. In EMEA, the digital tools are live in many markets across the region, and the first phase of our OMS implementation will be complete in our major markets over the next year.

As it relates to the service model evolution in Brazil, I know this received attention at Investor Day, so let me take a step back and provide some additional perspective of what is included in the service model evolution. There are essentially 2 broad components. First, there is the order management system, which is the back office component we discussed in January. And second, a suite of digital tools that allow the representative and field manager to better manage her business and improve consumer access. From our experience in Canada, we know that implementation of both needs to be phased strategically to drive productivity rather than create disruption. In Brazil, we already have digital capabilities in place, and this year, we'll be taking another big step forward with the launch of a comprehensive set of representative tools with full mobile capability. This will significantly improve many aspects of the representative experience, including how she places an order, tracks her earnings and builds her business. We're also pilot testing pickup points and planning for on-demand delivery for our top sellers. And from there, we'll systematically work through the remainder of the service model evolution plan at a pace that best supports the business. Ultimately, we do need the new OMS to deliver the full potential of social selling, and the new OMS system provides increased flexibility, speed and cost savings. However, we are not constrained today from making significant improvements through the representative experience and operational efficiency. Our IT roadmap for Brazil fully supports our growth plans. It is strategic and well-paced, starting with the representative-facing areas, and then moving to the back end and OMS.

In the second area of cost takeout, we committed to cutting $350 million over a 3-year period. We have specific plans in place and are already executing on the changes to the operating model, and we have significant work underway that enables us to address the supply chain costs and underutilization.

In our third area, improving financial resilience, we will strengthen our balance sheet with the service investment, the suspension of the dividend, repayment of debt and improved operational performance. As we reviewed at Investor Day, our long-term goals are to deliver mid-single-digit constant revenue growth and low double-digit operating margin.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Before I hand it over to Jim for a more detailed financial discussion, I wanted to share some perspective with you on what you can expect from us in 2016. To begin, we are on track to close the Cerberus transaction over the next couple of months. We've already begun executing our transformation plan, and there are a lot of moving parts, and I thought it would be helpful to share with you 7 key milestones for the year.

First, we will deliver 1% to 2% Active Representative growth for the company and continue to improve the ending representative trend.

Second, from a geographic perspective, we will continue to drive improved overall performance in our top 10 markets. We anticipate that Brazil will continue to be a challenging environment. We expect our Brazilian team to maintain the underlying health of the business while keeping our representatives engaged. For the year, we expect Brazil to be relatively flat with some ups and downs over the course of the year. We expect Russia to continue to grow, Mexico will continue to deliver solid performance and we anticipate that the U.K. will continue on its current trend of improvement and deliver flat to slightly positive growth by year-end. We will also have a resolution for our China business.

Third, we will be pricing with inflation and monitoring this closely in our top 10 markets, and we will continue to invest in the brand with Avon's new Beauty for a Purpose positioning to drive consumer and representative engagement.

Fourth, we will execute more cost takeouts, $70 million in 2016. This will be driven largely by the changes in our operating model and enterprise efficiencies and supply chain. Fifth, in the area of our service model evolution, we will continue to make significant progress in advancing our EMEA market and will be well underway in Brazil.

Sixth, as it relates to our IT agenda, we expect to have completed the full IT infrastructure transition to HPE by year-end for all Avon markets. This transition will improve enterprise efficiency and provide better operational flexibility. Importantly, it also allows us -- it allows our own technology resources to focus on the service model evolution.

And seventh, we will continue to improve our balance sheet with the service investment and opportunistic debt repayment.

Before I hand it over to Jim, I want to close by saying I'm confident that the actions we've taken in the past year position us to accelerate the pace of change, transform our business and improve our competitiveness. Jim?

**James S. Scully**
*Former Executive VP & COO*

Thank you, Sheri, and thanks again to all of you for joining the call today. In terms of my prepared remarks today, I will start with a review of our fourth quarter performance. I will then provide an overview of our full year 2015 results. And finally, I will wrap up with a summary of the key priorities for 2016.

Before getting into the results, I'd like to provide 2 reminders. First, as Sheri mentioned, given that we entered into a separation agreement to sell 80.1% of the North America business, it is now being reported as a discontinued operation. This means North America results are no longer in our revenue or operating profit from continuing operations for all periods presented. However, global expense amounts that were previously allocated to North America remain in the SG&A of continuing operations as unallocated global expenses. We have included a supplemental schedule to our press release that shows what our full year revenue and adjusted operating margin would have been had North America remained in continuing operations.

And second, similar to last quarter, in order to provide a better understanding of the underlying performance, we have once again added a supplemental schedule to our press release. This schedule calls out the impact of the divestiture of Liz Earle and certain Brazil tax items. Specifically, the new IPI tax on cosmetics in Brazil that began May 1, 2015, and the recognition of Brazilian VAT credits in 2014 associated with previous periods that did not reoccur in 2015.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Turning to our fourth quarter performance. Reported revenue declined 20% due to the negative impact of foreign exchange. Excluding Liz Earle from the prior year, constant dollar revenue would have grown 3%. In addition, the combined impact from the Brazilian IPI tax in 2015 and the Brazilian VAT credits in 2014 adversely impacted our fourth quarter constant dollar revenue growth by an estimated 3 points. Excluding the impacts of Liz Earle and these Brazil tax items, revenue would have grown in constant dollars by approximately 6%. Our high-inflation markets, Venezuela and Argentina, contributed a combined 3 points to this growth.

Active Representatives were up 2% despite the negative impact from the Latin American markets experiencing high inflation.

Average order declined by 1%. This metric was negatively impacted by the Brazilian VAT credits recognized in 2014, the IPI tax in 2015 and the divestiture of Liz Earle. These negative impacts were partially offset by pricing actions in all regions as price/mix grew 3%.

Adjusted gross margin declined 270 basis points to 58.8%. The Brazilian VAT credits in 2014 and the IPI tax in 2015 adversely impacted the year-over-year comparison of adjusted gross margin by approximately 70 basis points. Excluding these impacts, adjusted gross margin would have decreased 200 basis points. The favorable net impact of pricing and mix, as well as lower supply chain costs, were not enough to offset the approximate 350 basis point negative impact of foreign currency.

Adjusted operating margin declined 420 basis points to 6%. The Brazilian VAT credit in 2014 and IPI tax in 2015 negatively impacted the year-over-year comparison of adjusted operating margin by approximately 210 basis points. Excluding the impact of these items, adjusted operating margin would have decreased approximately 210 basis points. This decrease was primarily driven by foreign currency, which negatively impacted our results by approximately 530 basis points. These unfavorable impacts were partially offset by the favorable net impact of price/mix as well as benefits from continued cost-saving initiatives.

Moving to tax. The adjusted effective tax rate was negatively impacted by the country mix of earnings and the inability to recognize additional deferred tax assets in various jurisdictions related to our current year operating results. The year-over-year difference in the adjusted effective tax rate caused an estimated $0.06 per share negative impact on adjusted earnings per share. The adjusted effective tax rate is expected to be volatile on a quarterly basis due to the country mix of earnings.

As a reminder, there are 4 key factors which drive the majority of the volatility in our tax rate: First, the country mix of our earnings; second, the inability to recognize tax benefits in some countries where we have current period losses as a result of being in a position where we were recording valuation allowances on these countries' deferred tax assets; third, we are recording the costs of withholding taxes on cash repatriations required to service corporate needs; and finally, the absolute level of pretax earnings.

Fourth quarter adjusted EPS from continuing operations was $0.00 per share -- per diluted share compared with $0.21 of adjusted earnings per share a year ago. Two items had a significant impact on this year-over-year change. First, the negative impact of foreign currency drove an estimated $0.16 per share decline. And second, as previously mentioned, the year-over-year change in the adjusted effective tax rate reduced EPS by an estimated $0.06 per share.

I will now provide more details on our fourth quarter results by region, starting with Latin America.

Fourth quarter reported revenue declined 26%, while in constant dollars, revenue was relatively unchanged. Constant dollar growth was adversely impacted by approximately 2 points due to the Brazilian VAT credits recognized in 2014 and approximately 4 points due to the Brazilian IPI tax in 2015. Excluding the impact of these items, constant dollar revenue would have grown approximately 6%, driven by pricing. Active Representatives were down 1%, negatively impacted by continued declines in Venezuela and Argentina, while average order increased 1%.

Latin America adjusted operating margin was 6.3%, down 250 basis points from a year ago. The Brazilian VAT and IPI tax items negatively impacted adjusted operating margin by approximately 410 basis points. If we were to exclude the impact of these items, adjusted operating margin would have increased

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

approximately 160 basis points. The favorable impact of pricing and mix as well as cost reductions more than offset the approximate 510 basis point adverse impact from foreign currency.

Turning to Brazil. Constant dollar revenue declined 14%. The VAT credits in 2014 and IPI tax in 2015 negatively impacted constant dollar revenue growth by approximately 12 points. Excluding the impact of these items, constant dollar revenue declined approximately 2%, driven by lower average order. These negative average order impacts were partially offset by solid growth in Active Representatives, which benefited from a successful third quarter recruiting crusade.

In Mexico, revenue grew 6% in constant dollars. The growth was driven by an increase in average order, which more than offset a modest decrease in Active Representatives. Mexico's Beauty business continued to grow in the fourth quarter, and the Fashion & Home business, which is an important part of our Mexican business, returned to growth.

Moving to fourth quarter results for EMEA. Reported revenue declined 13%, while constant dollar revenue increased 6%. The divestiture of Liz Earle negatively impacted constant dollar revenue growth by approximately 4 points. Excluding the impact of this item, constant dollar revenue would have grown approximately 10%, driven by Active Representatives, due to strength in Russia, South Africa and Turkey. The underlying business and operational fundamentals remain strong in this region. EMEA adjusted operating margin was 12.5%, down 140 basis points, and a significant adverse foreign currency negatively impacted the results by an approximate 540 basis points. This negative impact was partially offset by the benefit from revenue leverage, cost savings and increased pricing.

Turning to Russia. Constant dollar revenue rose 29%, driven by balanced growth from Active Representatives and average order as the team maintained momentum in recruiting and retention and continued to increase price. Constant dollar revenue in the U.K. declined 7%, driven by a decline in Active Representatives, while average order was flat compared with the prior year.

Moving to Asia Pacific. Reported revenue declined 16%, while constant dollar revenue declined 8%. Average order declined 8% and Active Representatives were flat year-over-year. The Philippines continued to grow, increasing 5% in constant dollars, driven by an increase in Active Representatives. However, it was not enough to offset declines in other markets, most significantly China, which declined 41% in constant dollars.

Adjusted -- I'm sorry, Asia Pacific adjusted operating margin was 5.6%, down 60 basis points compared with the prior year. This was primarily driven by unfavorable price/mix, which was partially offset by lower fixed expenses as we continued to benefit from cost reduction actions.

Please see our press release for a further discussion of the 6 adjustments we made to our GAAP results in the quarter, which were: costs to implement restructuring, Venezuelan special items, pension settlement charges, a noncash impairment charge related to the company's Egypt business, transaction-related costs associated with the planned separation of North America that were included in continuing operations and income tax benefits recognized as a result of the implementation of foreign tax planning strategies.

I will now provide an overview of our full year results. Reported revenue declined 19% due to the negative impact of foreign exchange. Excluding Liz Earle from both years, constant dollar revenue would have grown 3%. In addition, the combined impact of the Brazilian VAT credits in 2014 and the IPI tax in 2015 adversely impacted our constant dollar revenue growth by an estimated 2 points. Excluding the impacts of Liz Earle and these Brazilian tax items, revenue would have grown in constant dollars by approximately 5%. Venezuela and Argentina contributed a combined 3 points to this growth.

Growth in constant dollar revenue for 2015 was driven by both an increase in Active Representatives and higher average order. In fact, despite a continued decline in Active Representatives in Venezuela and Argentina, Active Representatives grew 1%. And as I just mentioned, average order grew as well. This metric was up 1% despite being adversely impacted by the Brazilian VAT credit recognized in 2014 and the IPI tax in 2015, as well as the divestiture of Liz Earle. Rounding out the discussion on 2015 revenue drivers, it is worth noting that price/mix grew 4% due to our focus on selectively increasing prices and shifting mix throughout 2015.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AVON PRODUCTS, INC. FQ4 2015 EARNINGS CALL | FEB 11, 2016

Let's now move to our 2015 adjusted operating margin results. Year-over-year adjusted operating margin declined 360 basis points to 5.7%. The year-over-year comparison was adversely impacted by approximately 180 basis points due to the Brazilian VAT credits in 2014 and the IPI tax in 2015 that I discussed previously. Excluding impacts of these items, adjusted operating margin would have decreased 180 basis points. The decline was primarily driven by approximately 480 basis points of adverse foreign exchange, of which roughly 280 basis points of the decline was transaction and 200 basis points was translation. While we were able to offset the unfavorable impact of transaction foreign exchange through the combination of pricing actions, revenue leverage and continued benefits from our cost-saving initiatives, it was not enough to mitigate the negative impact of foreign currency translation.

For full year 2015, adjusted EPS from continuing operations was $0.01 per share compared with $0.74 per share in the prior year. Two items had a significant impact on this year-over-year change. First, the negative impact of foreign currency drove a $0.68 per share reduction. And second, the year-over-year change in the effective tax rate reduced EPS by $0.22 per share.

Moving on to cash flow. Cash from operating activities during 2015 provided $91 million compared with $289 million during 2014. The year-over-year reduction was primarily due to lower cash-related earnings, which, as I previously described, were negatively impacted by foreign currency translation. These items were partially offset by lower net payments associated with operating taxes and lower payments for employee incentive compensation.

Working capital was one day worse operationally compared with a year ago. Accounts payable improved 8 days operationally, as we continued to benefit from our focus on renegotiating payment terms with our vendors. However, inventory was 8 days worse operationally, primarily related to the impact of unfavorable transaction FX on the cost of inventory, as well as the additional inventory to support EMEA growth.

As we evaluate the state of the business and look to the future, taking into account some of the one-off items, as well as recognizing the impact of Venezuela and Argentina on our metrics, I believe overall, the underlying top line is healthy and is supported by metrics trending in the right direction. That said, it is clear that our profitability has suffered significantly given our footprint and the strength of the U.S. dollar. Consistent with what we shared at our most recent Investor Day, we are not assuming the currency issue will reverse in the near term, and we have launched our transformation plan, which includes 3 pillars: investing in growth, driving out costs and improving our financial resilience to enable high-quality sustainable earnings growth.

Turning to the highlights of our transformation plan, invest in growth. We will invest $350 million into the business over the next 3 years; $150 million in media and social selling and $200 million related to the service model evolution in IT to improve the overall representative experience.

Second, drive out costs. We plan to take $350 million of cost out of the business over the next 3 years; $150 million in changes to our operating model and better alignment of our expenses with our geographic footprint and $200 million from optimizing our supply chain network. In 2016, we expect to achieve 40% of the $350 million on a run rate basis. If you assume a half-year convention, we expect to realize $70 million of these benefits in 2016.

Lastly, improved financial resilience. This is well underway as we are moving with a sense of urgency. In 2015, we refinanced our working capital facility, divested Liz Earle, paid down our 2016 maturities and made the decision to suspend our annual dividend. And in '16, you can expect us to close the deal with Cerberus, continue rigorous pricing discipline, opportunistically repay debt, evaluate hedging key currency exposures, make strides to improve working capital and lay out our tax planning strategy. This comprehensive transformation plan puts us on a path to achieve our long-term goals of mid-single-digit constant dollar revenue growth and low double-digit operating margin.

While we are not providing detailed financial guidance for 2016, I want to highlight that we expect profit comparisons to be weaker in the first half of the year due to the significant foreign currency deterioration we have experienced. While we plan to continue our rigorous pricing discipline, there is a lag between the realization of the pricing as compared to the inflation caused by the currency issues. Additionally, we

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

expect to begin to realize our 2016 cost-saving targets in the second half of the year. In addition to the milestones Sheri mentioned, I would like to provide some additional details regarding our priorities for 2016. We expect 1% to 2% Active Representative growth, to complete and close the Cerberus transaction, to execute key operating model changes, to opportunistically repay debt, to evaluate strategies to hedge key currencies and to finalize our tax planning strategy.

I would also like to communicate a couple of additional points. In the first quarter of 2016, we will begin to report against our new segments, which will be Europe, Middle East and Africa; North and Latin America; South America; and Asia Pacific. We also plan to evaluate the metrics we may provide to allow you to gain insight into the business performance and transformation plan. And I would just like to wrap up by saying thank you again for your time. I hope this gives you a better sense of the current state of the business, our near-term priorities and our long-term expectations.
With that, we will turn it back to the operator to begin the Q&A portion of the call.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from Lauren Lieberman.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

Great. It's Barclays. So first, I wanted to ask about the North America expenses that are being retained in global expenses. Should we think about that as kind of like a -- is a run rate of around $10 million a quarter kind of a good run rate? And are there plans to alleviate some of that stranded overhead or kind of the dissynergy from separating North America?

**James S. Scully**
*Former Executive VP & COO*

So it's Jim. So that's a good question. So if you -- you'll see in the 10-K when we file it, given how we've done continued operations and discontinued operations, we, as I mentioned, did take some global allocations that were previously at North America back to continued operations, and that was that $40 million approximately that you were referencing. Going forward, however, there is going to be a combination of things that happen in -- once we close the transaction with Cerberus, including transferring some expenses and TSAs going both ways. So when I think about it from a stranded cost perspective, after the deal closes, stranded costs will be in the $20 million to $25 million range, and we have plans on the expense side to offset those stranded costs.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

Okay. And are those plans, Jim, in addition to the $70 million part of the global plan? Or should I think about that as, net, we get $50 million to work with this year?

**James S. Scully**
*Former Executive VP & COO*

The plans to offset the stranded costs are incremental to the $70 million that I mentioned.

**Operator**

Your next question comes from Ali Dibadj.

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

I'm from Bernstein. I want to focus a little bit on the cash discussion. You spent a lot of time in the prepared remarks on that, and it came in quite below your expectations set not too long ago, actually, for this year on a free cash flow basis. So $50 million even including North America. Obviously, lower without it. Can you give us a sense of what really drove that miss versus expectations? It doesn't feel like it's all currencies. I feel like there's other stuff going on there, and I just want to hear your thoughts about it. And then, how do you think about free cash flow for the coming year? And are there any implications to the kind of credit or liquidity situation you have right now? And last piece on cash is, can you give us a sense of where the cash actually is? Like, you have 10% in Argentina, at least that's the last disclosure. Is that all accessible? How should we think about the ability to get that cash right now? So just a fuller focus on cash there, a couple of questions.

**James S. Scully**
*Former Executive VP & COO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Sure, Ali. So it's Jim. So let's go back to the expectation and terms that we set on cash. I think the expectations that we set did change throughout the year. The last guidance we gave was less than $100 million, but positive. If you look at where we came in, we came in essentially flat to that number, excluding North America. If you look at the cash flow statement as it relates to some of the ins and outs related to discontinued operations, it would have been maybe an incremental $20 million positive -- $15 million to $20 million positive. So it's lower than -- a little bit lower than our expectations, not by much. I would say largely driven by a lot of the currency activity that occurred in the fourth quarter was probably the biggest driver that related to the miss to our expectations. In terms of cash for next year, since we are not giving detailed guidance for next year, I want to be careful that we don't give guidance on cash, which is really the result of all the other assumptions that we're not giving. So what I would like to say about cash in 2016 is that I think I would personally be disappointed if we were not equal or better than where it landed in free cash flow in 2015, even absorbing the cash costs related to the savings plans in 2016. And then as it relates to kind of the limitations, we do have trapped cash in some countries. It's -- we haven't broken out before the amount. It's not a significant amount. And we are seeing some movement, even in Argentina, where we've had some recent changes that we've been able to get some of the cash back out. But it's not a significant amount of the amount that you see on the balance sheet.

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

Okay. That's helpful. And then when you guys talk about IPI tax and VAT impacting your numbers, and you say excluding those, I'm trying to get a better sense of the net impact on the top line from IPI tax and VAT credit. So are you including any pricing mitigation that you're perhaps taking to offset those in those marketplaces? Or is there none? And I guess the real kind of underlying thing I'm trying to figure out is, once you lap those things, should we expect the 3% to 4% rebound in your top line to come? Or is it not going to be that great of a rebound because, again, you're mitigating some things already with pricing? Does that question make sense?

**James S. Scully**
*Former Executive VP & COO*

Sorry. It does make sense. I think I would say it's the latter. The impact that we are stating does include actions we're taking to offset that include pricing. So when you see us anniversary, you would not necessarily see the rebound that you would expect. It would just be in the base of the business going forward. And at the same time, we'd stop talking about the 2014 VAT as well because we wouldn't be up against that from an anniversary-ing perspective.

**Operator**

Your next question comes from Bill Schmitz.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

It's Deutsche Bank. I have a question on pricing. If you look at your peers with similar regional exposure, or just look at the regions where they compete, your pricing is way below a lot of the other guys. And it's probably even more exaggerated because Argentina, and I'm sure, Venezuela, is a piece there. So why aren't you taking a lot more pricing to offset the currency hit? Because obviously, the currency impact you're seeing is light years worse than anybody else. And so, what's the risk of taking pricing even higher? Because if you're going to drive volume, but it's unprofitable or very low profits, I'm not sure that really does anything for the business over the long term.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

So we are taking pricing. As we're looking at that, one of the things that we're doing in our top 10 markets is ensuring that everyone is very clear on what the inflationary pricing is and making sure we're taking that inflationary pricing. Where we've been focused is making sure we understand the impact, particularly on the, what I would call sort of the high-unit movers, to make sure that we're keeping the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

representatives engaged in the process. But we have taken significant price in Russia. We're taking it in Brazil. We've, obviously, in the high-inflation markets, we've been consistently doing that. But we are doing that across our top 10 markets and making sure we're also coupling that with advertising and other things to support the representative and the consumer. This is something that historically we've been a little bit slow on. We have, this year, the last 2 quarters, been very focused on that. And as we've built our plan, 2016, we have significant price in the plan.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

Okay, yes. But then it's still not working though, because the margins are getting absolutely demolished relative to anybody. Even if I just look at other people's sort of Latin America exposure. So I'm just -- I'm curious, like what is the risk of taking pricing too high? Do you know what I mean? Because it's not like that growth is through the roof right now. Do you know what I'm saying? Why not just try it?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes. I mean, we are taking price. What we're doing it is on a campaign-by-campaign basis. I think some of the things that you're seeing in our numbers, particularly if you look at Brazil, which is a big portion of it, is that we're also dealing with the IPI tax component of it. But we have taken significant price and we'll continue to do that moving forward.

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

Okay. That's helpful. And then just on makeup, it seems like there's this kind of like makeup renaissance going on with all these beauty bloggers and advisers, and yet, your makeup business is flat. So where's the opportunity, and what do you think you guys are missing relative to the category and some of the competitors?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes, I think overall, we've been very competitive in Color. One of the things that we look at our numbers and when I report on a category basis, we have the IPI and the VAT comparison in there, so that changes the numbers, so we actually are performing better. So if you look at it on a market-by-market basis, we're very focused on Color. The important thing, and you saw this, I think, at the Investor Day, is using Beauty for a Purpose and going out from a digital standpoint to make sure that we're actually getting bloggers excited about our brands. We've put a lot of energy and effort behind that, and we'll continue to do that. That's going to be critically important as we continue to move forward.

**Operator**

Your next question comes from Javier Escalante.

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

Consumer Edge Research. My question has to do with primarily 2 countries, Brazil and Russia. And I'm trying to reconcile to a statement made in the call. One, that the metrics -- the field metrics were trending in the right direction. And then you basically said that even though Brazil is going to anniversary some of these comparative issues, the VAT, the IPI taxes, it won't rebound. So if you can help us to explain why is it that it won't rebound if you are breaking out the impact in the last couple of quarters as if it were a onetime item. So why is it that if field metrics are getting better, there is no rebound? And then I have a follow-up.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. Thanks, Javier. As it relates to Brazil, one of the things that we're seeing is that we have been able to recruit and retain representatives. We're very pleased with our efforts there. The results that we're seeing now are impacted -- the average order is impacted by, as you point out, the IPI and the VAT piece. The other piece though that were cautious about and we're watching closely is it's a very challenging environment. If we look at the consumer consumption across all categories, you look at where the GDP is, we're being cautious relative to that. We do expect over time that things will come back, but we're also hesitant relative to the volatility in the market versus our own situation. Because what we know is consumers will tend to hold back, particularly in areas like facial skincare, because she'll trade off and use that for other things. So I think as I talked about that, it was less about the comparison of IPI and VAT as it was about uncertainty in the market. And we're continuing to stay very, very close to that to make sure that we're doing the right things to keep representatives engaged. Certainly, Brazil is a very important market for us. We continue to be very bullish for the long time -- long term. And we think that Beauty is going to be something that will continue to be an important category. It's just as we look at 2016, realistically, we're just uncertain relative to the macro issues.

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

And the follow-up also has to do with Brazil. If you can comment on competitive issues. Natura is going into these stores, which is a departure from their traditional direct selling model. Is this a benefit or a detriment to you? To what extent the fact that they are opening stores is something that is going to hurt them in terms of recruiting because they are creating a channel conflict? Or vice versa? It's having a competitive advantage vis a vis to you. So if you can explain the competitive dynamics in terms of how your largest competitor is changing their strategy and how that reflects up on your results?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Sure. Well, certainly, Brazil is a very -- as I said, a very important, large beauty market, a very competitive environment. I think what's important is to continue to build the brand in Brazil. And as we look at it from an Avon standpoint, the good news is we touch a broad base of middle class and we're able to build -- we saw this with -- we see this with our core execution and Coty, where we can go upscale. We also compete at the lower price tiers. And that's something we will continue to do. As we look at it from a branding standpoint, we're looking at how we can do things from a digital standpoint. We also are testing some things and will continue to test that. I think it's really important in these markets to support the representative. My point of view is that, particularly in a volatile macro situation, we need to be doing everything in support of her and that we will continue to do that. I can't really speak for the competitors, what their plans are there. We do know it's a very competitive environment, and we're very close watching all of our competitors in the market.

**Operator**

Your next question comes from Steph Wissink.

**Lauren Anne Migliori Wolff**
*Piper Jaffray Companies, Research Division*

This is actually Lauren Wolff calling in for Steph Wissink from Piper Jaffray. Just a quick question for you. We'd like to drill down deeper into performance, specifically in China. Was the weakness a function in the region of price and mix, rep counts, lower conversion or broader market weakness? And then how long do you expect pressure there to persist? And what types of actions, from a cost perspective, do you anticipate to take to minimize the impact?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

So our specific challenge in China has been our business model. We operate Beauty Boutiques, so we don't have the more traditional Avon model, and that's been under pressure for some time now. As I said on -- during Investor Day, we are looking at strategic partnerships or opportunities for China to figure out how

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we better serve the customer there. We have a very strong brand, good products, a lot of good assets, but we have not been able to crack the business model. And so we are looking at different alternatives for that business.

**Operator**

Your next question comes from Steve Powers.

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

It's UBS. So I know that you don't want to give guidance for '16, and I think that's totally understandable, given all the moving parts. But just directionally, you've got the underlying improvement initiatives that you've talked about on the cost saving side, incremental pricing, but then clearly, you've got FX challenges given where we are today. So just net, should we think about op margins being up or down materially versus the 5.7% that you showed pro forma in '15? Or is roughly that 5% to 6% range right for next year in terms of thinking about it? And then looking beyond that, just long term, your long-term objectives of mid-single-digit top line growth, double-digit margins, how much improvement in the underlying macro environment do you need to see to achieve that within your 3-year plan? Because I'm assuming you need some. That would be helpful. And then just as a cleanup, accounting-wise, Jim, can you just confirm or clarify how you'll be accounting for the preferred once the Cerberus deal closes as it flows through to EPS?

**James S. Scully**
*Former Executive VP & COO*

Okay. So let me hit by the first and say, Steve, as much as I would like to give more clarity around margins next year, we have so much going on. It is an important year in the transformation. And our key focus at this point is really around closing the transaction, focusing on costs, realigning our expense base, and all of those have significant impacts on what the overall margin structure looks like going forward. So I think for us right now, we've got to accomplish some of those things before we have visibility to come back and then give a better view to you. And I understand that, that's -- it's difficult not to have better visibility. As it relates to the macro environment, we are building our plans based upon the continuation of the forward curves and where things are. And we are pressure testing our model to make sure that we can withstand and improve and get to the hurdles that we outlined, and the targets, assuming that those forwards come to fruition. To the extent that they improve, obviously, they will benefit us. To the extent that they -- the forwards or the spots go through the floor, obviously, that'll put more pressure on us. But we are not expecting anything other than the fuller [ph] rates in foreign currency and what the inflation estimates are for those markets. And then finally, for how we're going to account for the preferred, we're going to -- the coupon will be a reduction from income in order to calculate EPS and we can give you -- we can spend some time offline going through the puts and takes, but that's how it's going to line up on -- from an accounting perspective.

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

Okay. And just given where the forward curves are and given where inflation rates are, I mean, it sounded, given all your earlier commentary, Sheri, it sounds like we should expect some material sequential acceleration in constant currency price over the next couple of quarters as you catch up from where we are. Because I just look at the pricing achieved in Latin America in the quarter and in the year versus where inflation is in those markets, and in real terms, it doesn't look like you grew. So is that a fair read that we're going to see material sequential acceleration in price/mix?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes, you will. And we are continuing to focus on that, and all of the markets have plans in place that we are taking price. So you will see that.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And now, I'd like to turn the conference call back over to management for closing remarks.

## Sherilyn S. D. McCoy
*Former CEO & Director*

Thank you. And I'd like to thank all of you for joining the call.

## Operator
This concludes today's conference call. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.