# Exhibit 6

**S&P Global**
Market Intelligence

# Avon Products, Inc. NYSE:AVP
# FQ1 2016 Earnings Call Transcripts

## Thursday, May 05, 2016 1:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2016- | | | -FQ2 2016- | -FY 2016- | -FY 2017- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.03 | (0.07) | NM | 0.05 | 0.21 | 0.31 |
| **Revenue (mm)** | 1296.25 | 1300.00 | ▲0.29 | 1379.50 | 5667.95 | 5875.18 |

Currency: USD
Consensus as of May-05-2016 1:55 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2015** | 0.08 | 0.11 | ▲1 37.50 % |
| **FQ3 2015** | 0.07 | (0.11) | NM |
| **FQ4 2015** | 0.08 | 0.00 | ▼2 (100.00 %) |
| **FQ1 2016** | 0.03 | (0.07) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ..................................................................................... | 3 |
| Presentation | ..................................................................................... | 4 |
| Question and Answer | ..................................................................................... | 12 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Adam Zerfass**

**James S. Scully**
*Former Executive VP & COO*

**Sherilyn S. D. McCoy**
*Former CEO & Director*

## ANALYSTS

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC.,
Research Division*

**Faiza Alwy**
*Deutsche Bank AG, Research
Division*

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research
Division*

**Linda Ann Bolton-Weiser**
*B. Riley FBR, Inc., Research
Division*

**Mark Stiefel Astrachan**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Stephanie Marie Schiller
Wissink**
*Piper Jaffray Companies, Research
Division*

**Stephen Robert R. Powers**
*UBS Investment Bank, Research
Division*

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning. My name is Holly, and I will be your conference operator today. At this time, I would like to welcome everyone to Avon's First Quarter 2016 Earnings Conference Call. [Operator Instructions]

I'll now turn the conference over to Adam Zerfass, Director of Investor Relations. Mr. Zerfass, you may begin your conference.

**Adam Zerfass**

Thank you, Holly. Good morning, and thank you for joining us to review Avon's first quarter 2016 results. I'm here with Sheri McCoy, Avon's CEO; and Jim Scully, Executive Vice President, COO and CFO.

Sheri will make some opening remarks, including her perspective on our overall performance and our progress on our transformation plan. Jim will then take you through first quarter results. We will then have our usual Q&A session.

During our call today, we will reference certain non-GAAP financial measures, which we believe to be useful to investors, although they should not be considered superior to the measures presented in accordance with GAAP. A reconciliation of these non-GAAP financial measures to their comparable GAAP measures is included in our earnings release located on the Investor Relations section of our website.

Our call will also contain forward-looking statements that concern our business and financial strategies, including our transformation plan; cost actions and savings; as well as outlook, performance trends and the impact of foreign currency, taxes and tax rates. These statements involve risks and uncertainties, which are detailed in the cautionary statement available on our Investor Relations website and in our SEC filings.

I will now hand the call over to Sheri.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Thank you, Adam. Good morning, and welcome to Avon's First Quarter 2016 Earnings Call. As you'll hear today, we've made meaningful progress against our transformation plan, and results for the quarter are in line with our expectations, with constant-dollar revenue growth of 3%, excluding Liz Earle, and an adjusted operating margin of 4.2%.

As expected, we continued to experience significant impact from FX. However, I will note that we saw some easing of FX trends late in the quarter.

This morning, I'll start by sharing my perspective on our first quarter performance. I'll then provide an update on progress against our transformation plan, including how the partnership with Cerberus is working. Next, Jim will provide details for the quarter, and lastly, we will open the call to Q&A.

As you know, Avon Products Inc. now has all of its commercial operations outside of the United States. As we consider the new structure of the business, we thought there was an opportunity to provide better insight and clarity on the underlying performance of the business. So before I review the quarter, let me share changes in how we report our segments.

We have 4 reportable segments: EMEA, Europe, Middle East and Africa; South Latin America; North Latin America; and Asia-Pacific. And together, they make up the total reportable segments. In addition, we capture the impact of items such as the Venezuela deconsolidation and Liz Earle's historical results in the section titled Other Operating Segments and Business Activity.

Also, starting this quarter and moving forward, we'll be reporting Ending Representatives trend as we believe this can be a helpful indicator of future performance.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now turning to first quarter performance. On an overall basis, the quarter landed in line with our expectations. First quarter revenue was $1.3 billion, up 3% in constant dollars, excluding Liz Earle. For total reportable segments, Active Representatives, which is a reflection of orders placed, was down 1%, roughly in line with our expectations.

Ending Representatives, which reflects the number of representatives with the ability to place an order, was up 2%. I continue to be pleased with the trends we are seeing in Ending Representatives as this is the fifth consecutive quarter where we are seeing positive growth. At the same time, our teams remain focused on driving improved activity.

Average order was up 3%, and price/mix was up 5%. Our adjusted operating margin was 4.2%, down 230 basis points primarily due to FX, which had an approximate 550 basis point impact.

From a geographic perspective, I'm very pleased with the performance of our top 10 markets, which represent approximately 70% of revenue. The teams are pricing with inflation, working on improving mix, making progress on representative engagement initiatives, making our model more social and mobile and strengthening the brands through our Beauty for a Purpose positioning. We have very strong operational teams in our top markets, and collectively, these markets are growing revenues faster than the company average. Our top markets are also outpacing the company average on Ending Representatives growth trend.

Jim will speak to our new reportable segments' performance in detail, but I thought it'd be helpful to provide my perspective on 4 top markets: Brazil, Russia, Mexico and the U.K.

Let's start with Brazil. Consistent with our expectations, constant-dollar revenue was up 1% when excluding the impact of the IPI tax, which will anniversary this month. Additionally, we're incurring more VAT-like taxes at the state level, which we refer to as MVA tax. These additional MVA taxes had a 3-point hit on Brazil's revenue this quarter. In Brazil, average order grew based on pricing actions and mix. However, this was offset by a modest decline in Active Representatives.

In the current environment, with depressed consumer spending, representative activity levels were lower as their customers are purchasing less frequently. To increase activity levels, we are balancing our pricing actions, particularly on our high-unit movers, which drive activity. And in light of the economic environment, we are also taking a more balanced, risk-based approach to bringing in and on-boarding new representatives. For perspective, Ending Representatives in Brazil were down fractionally this quarter versus prior year.

As I said on our last quarterly call, we anticipate that Brazil will continue to be a challenging environment given the political and economic situation. We have a strong team in place, and I'm confident in their ability to maintain the underlying health of the business while keeping our representatives engaged to enhance activity drivers. For the year, we continue to expect Brazil to be relatively flat, with some ups and downs over the course of the year.

Turning to Russia. The team posted another strong quarter, with 25% constant-dollar revenue growth, driven by an increase in Active Representatives and an increase in average order due to pricing actions. For the remainder of the year, we expect the Russia team to drive continued strong constant-dollar revenue growth based on the strength of their representative base.

Mexico delivered a solid quarter, with 2% constant-dollar revenue growth, driven by average order. The team has continued to strengthen their merchandising and marketing and has been working to improve the health of the field through improved on-boarding and training. We continue to expect Mexico to deliver solid performance for the year.

The U.K. delivered 4% constant-dollar growth for the quarter, driven by strong average order. I was in the U.K. a few weeks ago and was impressed with the marketing execution on their key innovation launches. The team is also making progress in strengthening the field, which has been an area of focus for the past several months. This has resulted in an increase in the number of sales leaders. There's important to work ahead to bring the total representative count to a more consistent level. As I said last quarter, we anticipate that the U.K. will deliver flat to slightly positive growth by year-end.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Before I turn to category performance, I want to provide some perspective on Asia-Pacific as it fell below our expectations. Asia-Pacific now accounts for roughly 10% of total revenue. Philippines, our largest market in the region, delivered flat revenue growth in local currency. Philippines' growth slowed this quarter versus recent quarters, and this is attributed to lower activity due to a change in campaign cycles coupled with the timing of the Easter holidays. I recently visited the Philippines, and I feel good about the operational plans the team has in place.

In the case of China, as we said at Investor Day, we continue to evaluate strategic options. The remaining Asia-Pacific business has some smaller markets where we are taking actions designed to improve revenue growth. In total, we expect Asia-Pacific revenue growth to be under pressure for the remainder of the year.

From a category perspective, beauty was flat overall in constant currency. However, when excluding the impact of Liz Earle and the IPI tax, beauty grew 4%. We posted 4% growth in fragrance, 3% growth in color, 9% when we exclude IPI. We saw a decline of 6% in skincare, although skincare results were flat when excluding the impact of IPI and Liz Earle. Fashion & Home grew 4% versus the prior year.

I'm really pleased with the beauty innovation and new product execution we saw in the first quarter. In particular, our True Perfectly Matte Lipstick was launched across most markets and has exceeded our expectations. Perfectly Matte innovation is based on the consumer insight that a woman wants a true matte finish that won't dry her lips. We have novel patent-pending technology and strong competitive plans, and we have outstanding marketing execution that included a really clever campaign in the U.K. that claims superior performance versus a leading department store brand. This resulted in U.K.'s sales nearly doubling projection. And in Brazil, we sold 8 million units over the initial 2 months offering alone. Perfectly Matte was Avon's strongest global lipstick launch in 6 years.

An important thing to note. Perfectly Matte went from concept into the hands of our representatives and consumers relatively quickly. In Avon's model, strong innovation and color is important as the color category opens the door to bring in new representatives. And at the same time, a strong pipeline of color innovation makes it easier for existing representatives to delight their customer and entice new consumers, all of which drives activity and engagement.

Generally, I'm pleased with the underlying performance of the company in the first quarter. And looking forward, I'm confident that we will continue to deliver improved performance. And based on the strength of our Ending Representative trends, particularly in our top markets, we are on track to deliver 1% to 2% growth in Active Representatives.

Turning now to the 3-year transformation plan that we shared with you in January. An important first step in this plan was the separation of the North America business, which we successfully executed in March. I will say I'm really pleased with the work both North America and corporate Avon associates did to complete this work in such a short time.

And our partnership with Cerberus is going well. In addition to the management of the North American business, they are proving to be both a catalyst for change and a source of operational support for API. As we shared at Investor Day, Avon and Cerberus completed an intensive due diligence process. The depth of knowledge that the service team gained from that process has been really valuable as it has allowed them to start making an impact relatively quickly.

Team members of the Cerberus operations teams are partnering with the API leaders in the project management office. I'm very pleased with the additional level of accountability and operational expertise this is bringing to our transformation work.

With the North American separation now complete, our organization is fully focused on executing against the transformation plan for our core business, which has 3 components: driving costs out of the business; investing for growth; and improving our financial resilience.

We've already achieved a number of key milestones that we set for ourselves in 2016. We've identified and are executing against the full $70 million of cost savings that we committed to for 2016. We announced in mid-March that we had identified $50 million of the $70 million in savings through our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

operating model work, which I'll discuss in a moment. And in addition, we also expect to realize an additional $20 million in savings primarily from efficiencies in enterprise supply chain and sourcing.

As we announced in mid-March, we've made significant changes to our operating model and the organization design that supports it. The key changes to our operating model include: bringing corporate closer to our commercial markets through elimination of most of our regional infrastructure; revising our commercial businesses to further ensure consistent roles and responsibilities and best practice sharing; streamlining our corporate infrastructure; and better aligning expenses to where our revenues are generated. Implementation of the new operating model is going smoothly today.

We also announced that we will be transitioning Avon's corporate headquarters from New York to the U.K., which will help bring our corporate and commercial businesses closer together. And this work is well underway.

The operating model and headquarter move require a significant change in how our associates work together, and I'm pleased that people are engaged and working well to ensure that we align processes and build for the future.

Now turning to investing in growth. As I discussed earlier, our top markets are growing revenue in local currencies, which provides us with a solid foundation to build on as we increase investment in our brand and representative proposition. We intend to fund our growth agenda through a combination of the benefits of our cost-reduction efforts and pricing actions. Specific to pricing, we will continue to price with inflation and maintain a disciplined approach. Additionally, innovation in our product portfolio will allow us to improve price/mix.

For Avon representatives, our pricing strategy also improves their earnings. Coupled with the improvements in the service model, we believe this will help us deliver on our growth strategy of having more women earning more through beauty. As it relates to the service model, we continue to make good progress on our IT agenda, including completion of several additional Phase 1 order management system implementations in EMEA.

Turning to financial resilience. We made improvement in our net debt, which has been reduced by $412 million compared to last year, and we continue to focus on deleveraging our balance sheet.

All in all, it was a busy and productive quarter, and I'm pleased with the magnitude of progress on many fronts. I'm confident we will continue to make good progress as we move forward aggressively to drive out cost, invest in growth and improve our financial flexibility. We are positioning Avon as a growth company, and that's how we're managing the business. Our teams are focused and engaged. And as I traveled to some of our key markets over the past couple of months, including attending our World Sales Leader Recognition Conference in Asia-Pacific, it's clear that our people share a renewed sense of energy and commitment to Avon.

I'll now hand it over to Jim to take you through a detailed review of the quarter. Jim?

**James S. Scully**
*Former Executive VP & COO*

Thank you, Sheri, and thanks again to all of you for joining the call today. As you heard from Sheri, our first quarter results were in line with our expectation, and we've seen progress on key aspects of our transformation plan. We've identified the right plan to position Avon for long-term profitable growth and to achieve our long-term targets.

For today's call, I will first take you through the changes we've made to our financial reporting and disclosures, then I will review our first quarter results, followed by an update on our progress on our transformation plan.

With regards to the reporting changes, while these changes were made for various reasons, including accounting conclusions associated with the control of our Venezuela business, we believe all the changes will enhance transparency for investors to assess the performance of our business. You can find the details

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

of these changes in our Form 10-Q and highlights in our press release. That said, I wanted to take you through a summary of the changes.

We've included a new performance metric, change in Ending Representatives, which is expected to be a useful indicator of our revenue performance. We made several changes to our segment reporting structure. First, to align our geographies with our new operating model, we made changes to our reportable segments, which now include Europe, the Middle East and Africa; South Latin America; North Latin America; and Asia-Pacific. The subtotal of these reportable segments reflect the performance of the core business and is included in the earnings release.

Second, we are now reporting the following in other segments and business activities: Venezuela operating results, which we deconsolidated as of March 31, 2016; the historical result of the Liz Earle business that we sold in July of 2015; royalties for the use of the company's name and trademarks in certain countries; and product sales to our recently sold North America business.

The third change made to the segment reporting structure is the methodology of allocating global expenses to the segments. We are no longer allocating global expenses to the segments, with the exception of global marketing expenses, which will be allocated based on the percentage of actual sales. Global marketing expenses have been allocated to the segments in order to ensure comparability and because these activities are more directly aligned with the commercial operations.

Finally, to simplify disclosure of the profit of our segments, we will now use a measure of profit referred to as segment profit and segment margin, which is similar to the previously used measure called regional adjusted operating profit and adjusted operating margin. This segment profit measure aligns with the measure used by us internally to assess segment performance. Use of this profit measure will reduce the need for reconciliations to the U.S. GAAP measure. We issued an 8-K this morning that includes historical quarterly financial information of the new segments' reporting structure.

The last change I wanted to take you through is the decision to deconsolidate our Venezuelan operations as of March 31, 2016. Over the past 6 years, we have significantly devalued our Venezuelan operations, driven by the country's actions with regard to its currency. This has led to Venezuela becoming less material to our consolidated results. In fact, you may recall that in February 2015, we began using the SIMADI exchange rate, which caused roughly a 70% devaluation of our reported Venezuelan business. Now, given the lack of exchangeability between the Venezuelan bolivar and the U.S. dollar, which we feel is other than temporary, we concluded that we should no longer consolidate our Venezuelan operations.

For first quarter 2016, operating results from Venezuela, both revenue and expenses, are included in our first quarter 2016 consolidated operating performance but will not be included in future periods, beginning in the second quarter 2016. Also, as you will note in our disclosures in the Form 10-Q, as a result of the deconsolidation of Venezuela, we recorded a noncash after-tax loss of approximately $120 million in the first quarter of 2016. The loss was comprised of net assets that were written off of $39 million and the historical cumulated foreign currency translation adjustment of $81 million recorded within shareholders' equity.

Turning to our first quarter results. Note my comments will focus on adjusted results. Our GAAP results, along with reconciliation tables, are included in our press release issued earlier today.

Reported total revenue declined 16% due to the negative impact of foreign exchange but increased 2% in constant dollars. And excluding the impact of the divestiture of the Liz Earle business, our constant-dollar revenue rose 3%. Total revenue from reportable segments declined 15% due to the negative impact of currency but rose 2% in constant dollars.

Active Representatives within reportable segments were down 1% as the growth in EMEA was more than offset by declines in the other reportable segments, most significantly South Latin America. Average order grew by 3% in our reportable segments, and price/mix rose 5% as we continue to benefit from pricing.

Ending Representatives within reportable segments increased 2%, driven by growth in EMEA, partially offset by declines in the other reportable segments, most significantly South Latin America.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Adjusted gross margin declined 130 basis points to 60.3%, driven by a 420 basis point negative impact from foreign currency. This impact was partially offset by the favorable net impact of pricing and mix, as well as lower supply chain costs. Adjusted operating margin declined 230 basis points to 4.2%. The Brazilian IPI tax negatively impacted the results by approximately 80 basis points. Excluding the impact of this item, adjusted operating margin would have decreased approximately 150 basis points. The decrease was primarily driven by foreign currency translation and transaction costs, which negatively impacted our results by approximately 560 basis points. These negative impacts were partially offset by the favorable net impact of pricing and mix, as well as the continued benefits from cost-savings initiatives.

The effective tax rate from continuing operation was impacted by the deconsolidation of the Venezuelan operations. This impact was partially offset by the recognition of a benefit associated with the implementation of foreign tax-planning strategies. The adjusted effective tax rate in the first quarter of 2016 was

[Audio Gap]

and taxes associated with the repatriation of cash, on lower pretax earnings. The adjusted effective tax rate is expected to be volatile on a quarterly basis. That said, the current period adjusted provision for income taxes in dollars was essentially flat as compared with the same period last year but on lower pretax earnings.

Adjusted EPS was a loss of $0.07 per diluted share compared with $0.03 of adjusted earnings per diluted share a year ago. As I mentioned, currency had a significant negative impact on the year-over-year comparison of EPS of approximately $0.13 per share.

I will now provide more details on the results by reportable segment, starting with EMEA. Reported revenue declined 2%, while constant-dollar revenue rose 11%. Growth in Active Representatives continued to drive top line results as the underlying fundamentals remained strong. Average order also increased and contributed to the growth.

Ending Representatives increased, primarily driven by growth in Russia and South Africa, partially offset by a decline in the U.K.

The EMEA segment margin was 3.2%, up 120 basis points. The results benefited from revenue leverage, cost savings and pricing actions. These benefits more than offset the negative impact of currency transaction costs of approximately 500 basis points.

In Russia, constant-dollar revenue rose 25%, driven by growth in Active Representatives and by higher average order from the benefits of pricing. Constant-dollar revenue in the U.K. was up 4%. The results were driven by higher average order resulting from growth in the Fashion & Home business, as well as successful new product launches. While the overall constant-dollar revenue trend has improved, Active Representatives declined in the quarter. While revenue was up in the first quarter, we expect the U.K. to deliver flat to slightly positive revenue growth by year-end, as Sheri mentioned.

Moving to South Latin America. Reported revenue declined 28%, while in constant-dollar revenues -- while constant-dollar revenues declined 2%. Constant-dollar growth was adversely impacted by approximately 4 points due to the Brazilian IPI tax. Excluding the impact of this item, constant-dollar revenue would have grown approximately 2%, driven by higher average order from pricing actions. Active Representatives were down 3%, primarily driven by declines in Brazil, Ecuador and Argentina due to the challenging economic conditions in these markets. Ending Representatives decreased, primarily driven by Brazil.

The South Latin American segment margin was 5.4%, down 610 basis points from a year ago. The IPI tax in Brazil negatively impacted adjusted operating margin by approximately 250 basis points. Excluding the impact of this item, adjusted operating margin would have decreased approximately 360 basis points and was primarily due to the negative impact from foreign currency of approximately 600 basis points. In addition, bad debt expense increased primarily due to the macroeconomic environment in Brazil and Argentina. These negative impacts were partially offset by the favorable impact from pricing and mix, as well as lower supply chain costs.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

AVON PRODUCTS, INC. FQ1 2016 EARNINGS CALL | MAY 05, 2016

Turning to Brazil. Constant-dollar revenue declined 7%. The IPI tax negatively impacted constant-dollar revenue growth by approximately 8 points. Excluding the impact of the IPI tax, constant-dollar revenue grew approximately 1%, driven by higher average order, which was partially offset by the decline in Active Representatives. As Sheri discussed earlier, this market continues to be impacted by a difficult macroeconomic environment. In addition, the tax environment in Brazil remains challenging. While we anniversary the IPI tax in May, there have been additional VAT-like taxes referred to as MVA taxes that have gone into effect in various states in Brazil in the latter part of 2015. The additional MVA taxes had an approximate 3-point drag on Brazil's growth rate in the first quarter of 2016, and we continue to -- and will continue to affect the growth rates for the remainder of the year. However, we expect Brazil to be relatively flat for the year given the actions we are taking.

Moving to North Latin America. Reported revenue declined 11%, while in constant dollars, revenue grew 2%. The growth was driven by higher average order, which was partially offset by a decline in Active Representatives. Ending Representatives decreased, primarily driven by Mexico.

The North Latin America segment margin was 13.9%, up 140 basis points, driven by improved gross margin, which benefited from the favorable impact of pricing and mix. In Mexico, revenue grew 2% in constant dollars, driven by higher average order due to the strength in the Fashion & Home business. Active Representatives declined, primarily driven by actions to improve the quality of orders such as adjusting our minimum order value and refining return policies.

Moving to Asia-Pacific. Reported revenue declined 17%, while constant-dollar revenue was down 10%, driven by declines in most markets, led by China, which I'll come back to shortly. The region's Active Representatives declined 10%, while average order was relatively unchanged. Ending Representatives decreased, driven by declines in most markets, partially offset by growth in the Philippines.

Constant-dollar revenue in the Philippines was relatively unchanged as the growth in average order was offset by a decrease in Active Representatives due to lower activity. Active Representatives declined due to reduction in the number of sales campaigns, as well as the timing of the Easter holiday.

The Asia-Pacific segment margin was 10.8%, down 270 basis points. The decrease was primarily driven by deleverage on fixed costs given lower revenue. The negative impact of currency transaction costs and unfavorable price/mix also contributed to the decline. These impacts were partially offset by lower advertising spend, primarily in China, and by lower supply chain cost.

In regards to the business in China, while we saw a sizable decline on a percentage basis, the relative size of the business is small. That said, we are focused on optimizing our business to capitalize on the significant opportunity that exists given our strong brand, innovative products and high-quality assets. We continue to evaluate strategic alternatives for this business.

Moving on to cash flow. Operating activities during the first 3 months used $13 million more than the prior year. The year-over-year comparison benefited as last year's results included a $67 million payment to the SEC in connection with the FCPA settlement that did not reoccur this year.

Cash flow used by operating activities increased primarily due to lower cash-related earnings, which were negatively impacted by foreign currency; a contribution to the pension plan for corporate U.S.-based associates; and higher purchases of inventory.

In the first quarter, working capital improved 7 days operationally compared with a year ago. Accounts payable improved 13 days operationally as we continue to benefit from our focus on renegotiating payment terms with our vendors. However, inventory days were 5 days worse operationally, primarily driven by actions to protect service levels in North Latin America, as well as additional purchases to support Fashion & Home growth in EMEA.

Now turning to the financial and operational aspects of our transformation plan. As we discussed at our Investor Day, we are focused on significantly reducing and aligning our cost structure while improving the overall financial resilience of the company. We launched our 3-year transformation plan, which included our partnership with Cerberus, and completed the carve-out of North America on March 1. We have targeted cost reductions of $350 million; $150 million related to changes in our operating model and $200

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

million in savings related to our supply chain. As we realize these cost savings, we plan to reinvest for growth in media, social selling and IT initiatives.

Starting with the operating model. Our goal is to drive out $150 million by eliminating redundant regional layers, further reducing the corporate center, shifting costs out of the U.S. and establishing partnerships to lower and variabilized cost.

Within supply chain, our goal is to reduce overall cost by $200 million by rationalizing our manufacturing capacity; optimizing the distribution network as the global manufacturing footprint evolves; and reducing costs related to transportation, physical warehousing and distribution.

Finally, with respect to sourcing, opportunities exist to harmonize our direct material purchases to generate greater scale and purchasing power.

In regards to savings from the operating model, we announced in March that we are reducing 1,700 headcount, as well as eliminating 800 open positions. We expect to realize approximately $50 million in savings in 2016 from these actions. In addition, we expect to realize approximately $20 million of savings in 2016 from supply chain and sourcing initiatives. This puts us on track to deliver against our goal of $70 million in savings for 2016.

In addition to aggressively reducing costs, we've also made significant progress improving our financial resilience. Net debt improved from last year by $412 million, reflecting the use of proceeds from the divestiture of Liz Earle to pay down debt, as well as the receipt of $335 million in net proceeds from the Cerberus transaction. We remain focused on the balance sheet and plan to repay $250 million of debt in 2016.

We will continue to focus on executing the key priorities we shared with you on our call in February. As a reminder, our 2016 priorities are: continue to drive improved overall performance in our top 10 markets; deliver 1% to 2% Active Representative growth, as well as continuing to improve the Ending Representative trend; invest in the brand with Avon's Beauty for a Purpose positioning; price with inflation while monitoring our top 10 markets closely; communicate a resolution for our China business; continue to make significant progress on the service model evolution; complete our IT infrastructure transition to HPE for all markets; complete the sale and separation of North America; reduce $70 million of costs in 2016; and continue to improve our balance sheet, including repayment of $250 million of debt, improving working capital, laying out our tax-planning strategy and evaluating opportunities to hedge currency exposure.

Throughout the first quarter, we have made progress against many of these priorities. As we look forward, we expect to make additional progress against these key priorities while directing our resources to grow Active Representatives and drive our top line. We continue to expect to deliver improving top and bottom line trend as we move through the year as we benefit from pricing and our cost-savings actions. This will drive free cash flow to levels consistent to last year while absorbing cash charges required to execute the transformation plan. Above all, we remain committed to driving high-quality, sustainable earnings growth, which we expect to deliver through executing our transformation plan.
With that, we will turn it back to the operator to begin the Q&A portion of the call.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from Lauren Lieberman.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

It's Barclays. I wanted to ask a little bit about pricing. First, relative to Brazil on the tax environment. So you're calling out IPI as still being a drag. And then when you talk about the additional value, these additional taxes, you said you expect to kind of offset them or deal with them through actions you're taking. So I'm wondering if your broader approach to pricing to try to get more pricing in the business model than has historically been the case is also relevant in how you're planning to manage through this kind of onerous tax environment in Brazil with this new wave of taxes.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Thanks, Lauren. As we look at pricing from a holistic standpoint, there are a couple of things that are going on in Brazil. Certainly, we're dealing with inflation. We're dealing with devaluation, and then we're dealing with the regulatory issues with additional taxes, whether it be the cosmetic tax, IPI or the additional state taxes. As we are looking at the business, the team has done a nice job of covering inflation and covering IPI. We have not, to date, been able to deal with the MVA taxes because they are state taxes, and they're coming in from different states, so -- and we -- as you know, we have a brochure that covers the entire country. So as we look at that, one of the things that we'll see over time is as we anniversary the IPI tax, that will help us, and we'll be able to see the pricing year-on-year. But we will continue to look at how we deal with the impact of MVA through price where we can. But at the same time, we're trying to balance that so that we're keeping representatives engaged. So we'll monitor that. We're also, obviously, continuing to look at supply chain costs and other things to get our cost of goods down. But we need to also make sure we're keeping the representative and the consumer engaged. With that said, we have taken more price than we have done historically, and that's enabled us to get to where we are today. I don't know, Jim, if you want to comment any more on that.

**James S. Scully**
*Former Executive VP & COO*

No. I think that's good.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Okay. Thanks, Lauren.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

Okay. And if my line's still open on the follow-up, it was just if you're able to get pricing over time to help offset these taxes, I understand why you would want to talk about the business and say, look, ex the tax, this is what we believe kind of the underlying health of the business is. But if you're going to be pricing over time to deal -- to cover that, then shouldn't we be including the tax in understanding the business results? And also, aren't your competitors dealing with it as well? So it's sort of an overall drag on category growth and industry growth, not something that's really a one-off.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes. I think part of it is on IPI specifically, we are calling that out. We haven't really -- we've been dealing with MVA and fourth quarter, we weren't calling out because we see that it's business as usual. So over

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

time, it will normalize. As it relates to IPI, we do see our competitors actually calling that out as well. We are more impacted. I think I've said this a couple of times, given the portfolio that we have with skincare and color. But as that goes away in May, we will not be talking about the IPI tax, and we'll give you some color on MVA. But again, that's the cost of doing business, and we'll continue to look at that moving forward. So I think it will normalize coming through the second half of the year.

**Operator**

And your next question comes from Wendy Nicholson.

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

With Citigroup. My question has to do with sort of the upcoming move to London and what that -- impact that is having on the organization, how many people are going to be relocating, all that kind of stuff. And then sort of related but tangential is, have you made any more progress or updates? I know you've talked about evaluating China, but are there other markets that you're considering exiting completely like you have over the last couple of years?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Sure. As we look at the move to the U.K., first, I will say that the organization is really aligned and focused on what we would certainly refer to as a fresh start. We've had a lot of moving pieces with the sale of the North American business, the development of the transformation plan. I think people are very excited about that. As we look at the U.K. headquarters move, the important thing is to make sure that we actually get close to the business and that we're making the decisions together in an area where we actually are running the business. As it impacts the specific associates, obviously, we've been communicating and working closely with them. We have some associates that will be going to Rye. We have others that are going to Suffern, particularly to get the synergies between our R&D and marketing folks. And then we have others that are moving. As an example, some folks in finance are moving to Poland because we have capabilities there. We have some folks that are moving to Brazil to do that. And then we have a smaller portion of folks who are actually moving to the corporate headquarters. So we are dispersing the people that are in the New York office, but it's based on making sure we're getting the expenses where the work is done and making sure that we have that synergy. So we're working closely with associates and senior management. There will be people in the U.K. as well as in New York and they'll be going back and forth to ensure that we continue on this transition. But it's a really important time for us. And I have to say I'm very pleased with the organization and their receptivity to the level of change that we're driving and the support that we're getting as we're working together.

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

And then the follow-up I had was just on that, the question about the market. And then before you close me off, the other thing is you didn't mention Turkey. Can you just comment on Turkey's performance in the quarter?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Turkey was -- grew in the quarter. I don't think we commented on that, but Turkey did grow, and is going well. I will say one of the things that we're seeing is that we're dealing with, particularly some areas in -- as we're dealing with the political crisis there. We have some of our representatives, particularly on the Syrian border, pulling back a bit. But we did see growth in the quarter. I give the team a lot of credit given the issues that we're dealing with. As it relates specifically to China, we have work underway, and we'll update you as we go. And as it relates to other markets, we continue to evaluate that, and as we have more information, we will update you.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Your next question comes from the line of Bill Schmitz.

**Faiza Alwy**
*Deutsche Bank AG, Research Division*

This is Faiza calling in for Bill. It's Deutsche Bank. So I just had a quick question. Jim, first, I just wanted to clarify the cash flow expectations for the year. I just wanted to confirm that you said that the operating cash flow in fiscal '16 is going to be in line with the operating cash flow in fiscal '15. And then just if the cash -- if the cash balance at the end of '16 is going to be higher than the cash balance in -- at the end of fiscal '15. And then, Sheri, if I could just ask you sort of your decision process around why did you decide to move from Active Reps to Ending Reps and why do you think that's a better metric for the business.

**James S. Scully**
*Former Executive VP & COO*

So it's Jim. So what I said on cash flow, is I referenced free cash flow, which is cash from operations minus CapEx, will be relatively consistent to last year, which was essentially flat. And I said that would include our ability to absorb the cash charges related to the restructuring for the transformation plan. I don't want to comment on cash at the end of year.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

So as it relates to Ending Reps and Active Reps, we actually will report both. Ending Reps gives an indication of people in the business that are able to place an order. Active Reps gives an indication of the number of orders placed and the activity level. It's really important to make sure that we have women still coming in and staying with our business, and that's why we want to look at Ending Representatives; and Actives, on the other hand, is making sure that they continue to place orders. Both are important. But one of the things that we've been monitoring is Ending Representatives over time. And if we go back to late '13, early '14, we were seeing declines in that number of about 5% to 6%. We're now seeing positive trends of plus 2%. What that says is our base is healthy. We need to make sure that we're making it active and easy for them to place orders, but it's important for us to look at both of those. The point is if we only look at Actives, many times, you'll see a fluctuation because a campaign cycle moves, we have a holiday and things change, and therefore, they're not able to place as many orders because the number of campaigns doesn't fall within that quarter. Ending is a more normalization to see the number of representatives we have. So it's important for us to look at both. But I know if our Ending Reps aren't trending in the right direction, it's much harder for us to get to the activity level, and that's how we look at the business. And so we felt also, down the road, as we take out campaign cycles and we go more online and we look at that, what's going to be more important is for us to give you a measure of the health of the field by people coming in. And then we'll give you a measure of activity, but it may not be an Active Rep order piece by campaign. We might look at it because of the way we've placed through e-commerce, et cetera. So over time, we want to make sure we measure Ending as well as activity. Hopefully, that was helpful.

**Operator**

And your next question comes from the line of Ali Dibadj.

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

I'm from Bernstein. I had a few questions. One is if you could please just break out the organic sales growth by beauty and then Fashion & Home, excluding just Liz Earle, so not IPI, just Liz Earle. Because right now, it still looks like the 2 things that are really driving your growth, Sheri mentioned in the press release and in your prepared remarks, are Fashion & Home, and then pretty meaningful kind of massive pricing in Russia and Argentina. So I don't know how we should feel about the stability of that. So that's just one question. The second one is I think the difficulty a lot of us have, and I don't frankly know exactly how you resolve it, but is it -- it's still pretty messy. I understand you're going through transformation, you're trying to fix things, but even the kind of financial signposts you're giving us are relatively messy

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

with a lot of variability. So it's tough for us to actually audit this idea that the transformation is on track and it's improving. So I don't know if you can give us a better sense of your financial signposts. And within that, obviously, this End Representative is a metric you're using. We've had trouble in the past trying to correlate any Active Rep measure or, in this case, a new metric, to your kind of go-forward sales growth. And I'm trying to figure out whether you guys have done that analysis, what the correlation is, does it look any better for this metric in terms of go-forward, because historically, rep growth hasn't changed because -- or rep growth hadn't driven sales growth, because there are so many other factors like size of purchase, campaign numbers, et cetera, et cetera. And if you do find a correlation, how should we feel about this metric going forward? Because except for, really, Russia, and it sounds like South Africa, too, but except for really mainly Russia, all the other regions are down on this metric. And I get the 2% overall are down in this metric. So those 2, please, and then I have a follow-up.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Well, I will take a stab at discussing the category piece and reps, and then I'll turn it to Jim relative to the financial post. As we look at the category growth for beauty, your question was if we don't exclude IPI, beauty would still be up 2%. We see strong growth in color, in fragrance, in many of our markets. The area where we continue to see challenge is in skincare, and that's really driven by Brazil and China. But overall, we are very focused on that. That's an important part. That's the equity of the company, and we continue to make sure, as we're going through and having our reviews of the market, we are focusing on beauty's growth. As it relates to Ending Representatives, it is more correlated with the results. I can't say for a fact that we've done a true regression analysis, but as we're looking at the trend growth, we can see that that's much more in line. Obviously, average order plays a role, so it's not the only indicator. But it is closer than an Active Rep component to it. As it relates to the actual -- you were referencing the segments and looking at it from where things lie. If you look at it from a total perspective, what I've said is that from a quarterly perspective, we've seen that Ending Representatives, this is the fifth consecutive quarter where we've seen growth. We continue to see positive performance. You also see a very different picture between Active Reps and Ending Reps, and that's because we're bringing more people in. What's really driving the -- in the case of North Latin America, it's really Mexico, and we have some specific things that we did there to improve the quality and, therefore, are driving that. I'm not overly concerned about where we're going to see it. We will see all of it. We've seen -- and we see that because we see that in our top 10 markets, we are outpacing growth on an Ending Representative basis. And so over time, we will see that go. I think the area that will continue to see some challenges, frankly, is in South Latin America because we have a challenging situation in Argentina. And certainly, Ecuador now, with the earthquake and some import restrictions, we're seeing a significant impact on our representative base. Brazil, we continue to feel positive about, but again, the -- as we know, the consumer environment there is difficult. So as I look at it, I do think the trends are indicative of what we're going to see in the future. I feel very good about it, and we'll continue to monitor it moving forward.

**James S. Scully**
*Former Executive VP & COO*

And, Ali, as it relates to what I would consider to be a complicated series of changes that we're going through, I think we tend to agree that between discontinued ops in North America, the deconsolidation of Venezuela, the impact of Liz Earle, the change in the segments, that it is difficult. We are trying to give you better clarity, some of the changes that we made in terms of introducing reportable segments as well as the other segments and business activities, trying to get to the core and then also, to Sheri's point, in terms of not only providing the segments, but also what's going at a lower level in some of the key markets to try to give you an understanding of what's going on and at the organic level of the business. We'll continue to try to improve. The other thing we want to do is make sure that we were very clear in some of the key priorities this year that we're tracking against and making sure that we give you progress reports on each of these calls to those key priorities. Because as we go through this transformation, I think it's important to keep us -- hold us accountable to the details at that level.

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So I appreciate you guys are -- it's a complex time right now. If I try to pull out of that complexity and kind of look longer-term trajectory, particularly in Brazil, one of your largest track sellers opened up a store. There's a lot more competition in that marketplace. Everyone's complaining about each other's competition, the direct selling world and otherwise, and clearly, the tough macro situation. But just from the convergence, perhaps, of direct selling and retail selling that this large competitor has suggested, I mean, what does that tell you about the maturation of direct selling in that marketplace and the competition? And kind of the hopes for long-term, again, out of the complexities of the short term, but of the long-term growth in that marketplace for your business as it stands today?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Well, we still see strong performance in direct selling. Skincare and color still purchased significantly through as well as fragrance. As we look at our position, we're very focused on our representative base. I think that's critically important to be clear that we are supporting them during these difficult times. We've maintained share. Some of our other competitors are losing share, which also we see other carriers [ph], as an example, coming into direct selling, again, indicating that direct selling is a good place to be. So we still feel very strongly about it. I think it's really important that we're clear with our representatives, that we are supporting them through this difficult economic time.

**Operator**

Your next question comes from Steph Wissink.

**Stephanie Marie Schiller Wissink**
*Piper Jaffray Companies, Research Division*

Piper Jaffray. Sheri, I have a question just as a follow-up to your comments on the rollout of technology. Curious if you can give us an update on where some of those mobile and more integrated technologies are from a systemwide rollout. And then, Jim, if you could just help us on the cadence of the savings this year. And it came in a little bit lower than what I would have expected in Q1, so I'm just curious if you can help us concentrate where you expect the big chunks of savings to be over the next couple of quarters.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Sure. As it relates to social selling, most of our businesses have mobile apps already in place, so we're all over Facebook. We have a lot of technology on that front. Where we're focusing is on the back office, on our more -- order management systems. And so in the first quarter, we implemented the back office portion in places like Turkey and South Africa. We are on track to implement the representative-facing side of our order management system too in Brazil in second half of the year, so we're making very good progress. We have a map for our top 10 markets, and we can track where we are relative to the plan. It's a 3-year plan. It does take time, but we're making good progress.

**James S. Scully**
*Former Executive VP & COO*

Yes. And as it relates to the cost side, I actually think we've made very good progress because we've gotten to the $70 million target that we set out earlier this year. Having said that, that will be back end-loaded as these actions that we're taking will roll out during the back half. I do think it's worth repeating what we said in February, which is that we did expect the profit comparisons to be weaker in the front half versus the back half, really, due to the pricing actions that we're taking and also the fact that we'd start realizing the cost benefits in the back half.

**Operator**

And your next question will come from the line of Steve Powers.

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Maybe update us, give us a little help with the tax outlook. It's obviously very difficult to gauge, and I appreciate that. But maybe can you walk us through the biggest puts and takes with some rules of thumb, if you could, for quantification? And in that context, I'd just like to better understand the benefits of relocating to the U.K. Obviously, I know you have pre-existing operations there, but it's not a low-cost market. So I'm presuming tax advantages played into the decision. So if you can help us with that. And as you do, maybe talk about how any of the change in rules coming out of Treasury may impact some of your initial assumptions. That would be very helpful. And then if I could, I got a quick follow-up afterwards.

**James S. Scully**
*Former Executive VP & COO*

Okay. So as it relates to tax, I think it may be important to kind of take a step back and really kind of remind people of the 4 key factors which really drive the majority of the volatility within our tax rate. I mean, number one, it's really the country mix of our earnings. Two, importantly, it's the inability for us to recognize tax benefits in some countries where we have current period losses, and we're not in a position to record the benefits of those since we're in a valuation allowance situation. So the third is we also are recording the cost of withholding taxes associated with the cash repatriation of bringing it back to the United States, which we cannot fully get credit for in the U.S. And finally, it's the absolute level of pretax earnings. So let me kind of give you guidance that you had ask for, which is, as I said in my prepared remarks, the current period adjusted provision for income taxes in dollars was essentially flat as compared to the same period of last year but on lower pretax earnings. I think if you were to look at history over the last several quarters, I think you'd find that the adjusted provision for income taxes in dollars is in a relatively tight range, while there's a wider range in pretax earnings. So I think that is something worth looking at. I think as you mention the U.K., I think as you heard earlier, there's a number of initiatives underway as a result of not only the operating model changes, but also as it relates to the headquarters in the U.K. And as it really relates to the operating model and the move to the U.K., it's really about moving the corporate function closer to the commercial markets. And as Sheri alluded to, it's a very small group of people actually going to the U.K. I think the bigger relocation or of capabilities is to our markets within our footprints, including, as Sheri mentioned, Brazil, Poland and Buenos Aires. These moves not only leverage the key market but also help realign our cost base by getting costs out of the U.S. into those markets. And finally, as it relates to the transition to the U.K. at the corporate headquarters, it's really about leveraging the team that we have in place there. In addition, it allows us -- all these actions allow us to mitigate some of the FX pressure that we face, as well avail ourselves of tax planning and attributes that we have. So I'm not going to quantify any of the benefits. And as it relates to the Treasury stuff that's going on, that's really more related to inversions, and this is clearly not an inversion.

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

Okay. That's all very helpful. And then just really quickly. I know we're out of time, but can you just confirm the accounting? Assuming -- as you go forward, assuming it's not anti-dilutive, we should be assuming that the preferred stock that you've recently issued will be additive to the diluted share count in the coming quarters just given that you've got unpaid dividend that you haven't accrued. That will all show up as more dilutive shares, again, assuming it's not anti-dilutive, is that correct?

**James S. Scully**
*Former Executive VP & COO*

I guess the answer -- the short answer to your question is yes. We do the calculation to determine if it's not anti-dilutive. And if it's not, then we'd add the shares.

**Operator**

And your next question comes from the line of Javier Escalante.

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

It's Consumer Edge Research. My question -- I have 2 quick questions. One, understanding the royalty stream, if any coming from Cerberus as they license the Avon brand in the U.S., whether that is already contributing in Q1. And if not, how much would that be on an annualized basis? That's question 1. Question 2 has to do with this digitalization that you are doing. I mean, I understand that the consumer interface probably is already up and running in the top 10 markets, and the service model is more patchy. But if you can help us understand what kind of real benefit, once you go on, on both ends, it has in the business. So if there's any market that already has both the consumer side and the logistics side done, if you can give us the growth rate of that, that will be helpful relative to, say, prior and after the implementation of the change.

**James S. Scully**
*Former Executive VP & COO*

So as it relates to the North America, the relationship, there is no royalty. It was a royalty-free perpetual license. But we do retain 19.9% in that business. So it's not a royalty, but we do participate through the minority interest that we hold in that business.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes. And, Javier, as it relates to the digitalization, where we're further ahead is in our Eastern European countries, where we're seeing very good progress. In terms of the benefit, I think you're really raising the question of what's the benefit of it. The benefit from a representative standpoint is it's easier to place her order. It's easier to track. That she has the option, she has the choice to be able to have something delivered to her or delivered to her customer. So it's a choice. The benefit is that we keep more representatives engaged, and ideally, over time, her earnings power is greater. Those are the markets where we see that benefit. I don't have a before and after because it's been an evolution. What we see, though, is if you take a market like Poland, we have continued to see strong, consistent performance year-on-year. And that's because they continue to be very, very consistent in their representative base and engaging customers. So as we look at that and as we get some of our bigger markets more on track, we'll be able to track it better. But again, I think it's that whole thing of making it easier for her to do business. If you go back to the history of the company, where, many years ago, you had the first representative, Mrs. Albee, on a train going around doing that, it then went into door-to-door, it then went to people bringing it to the office, it's really around it's critical to our model and the health of our model to make it easier for her to do business and make it easier for her to engage. And so as we look at representative engagement and customer satisfaction, it's stronger in some of those markets. Over time, we expect that that will continue and allow us to continue to be competitive and drive growth for the long term.

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

But you plan to track the before and after, I would imagine, right?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes. Right now -- yes, sorry. Right now, in the U.K., we've introduced what we refer to as the choice model, where representatives can actually put on Facebook their own stores. We're tracking that. We're able to see how that's performing. We have I think it's about 30,000 people that have signed up so far. So we're monitoring that, and we're looking at is she getting higher orders than people that are doing it in the same place [ph]. So we'll be able to get more granular information on that.

**Javier T. Escalante Manzo**
*Consumer Edge Research, LLC*

And then to get an idea of the turnaround market, could you compare then -- you mentioned that, in your prepared remarks, that the top 10 markets, it was either the local sales growth was faster or the Active Representatives, the engagement was better or it was the Ending Reps were better. Could you actually quantify that for us? So basically, we can know, okay, the top 10 organic sales were 4%, say, and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

whatever is left declined 5%. But it would be very helpful for us to know that the places where you are focusing resources and attention of management is actually gaining traction.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes. I'm looking to my folks around the table as to whether we're actually disclosing that information. So -- and on Ending Reps, I can give you a perspective. The Ending Rep rate of growth was about double for the top market versus what we saw for the base. And so I can give you that perspective. We aren't actually quantifying the top 10, but I will be able to give you color relative to the performance on the base business.

**Operator**

And your next question will come from the line of Olivia Tong.

Your next question will come from the line of Linda Bolton-Weiser.

**Linda Ann Bolton-Weiser**
*B. Riley FBR, Inc., Research Division*

B. Riley. I think when you were discussing cash flow performance, you mentioned working capital and some change related to service issues in North Latin America. Could you elaborate on what those service issues were? And I assume that means Mexico.

**James S. Scully**
*Former Executive VP & COO*

Yes. So what I mentioned was that inventories were slightly up, and it was not necessarily as a result of service levels. It was in anticipation of trying to avoid service levels, and it was really related to the Fashion & Home business, which we source through China. So to avoid any potential delays, given the strategy of going after Fashion & Home, the team did build up inventories in Fashion & Home to avoid any potential service risk as a result of that strategy. We are happy with the payables performance, but when we look at the inventory, it was related to [indiscernible] and Mexico and also some Fashion & Home in EMEA. So we're digging into that to make sure that we can get those levels down over the remaining portion of the year.

**Linda Ann Bolton-Weiser**
*B. Riley FBR, Inc., Research Division*

Okay. And then can I just ask also about cash flow? You mentioned there was this comparison with regard to the FCPA payment in the first quarter. Are there any unusual comparisons in the remaining quarters of the year that are worth highlighting that would affect the comparison on cash -- on operating cash flow for the remaining quarters?

**James S. Scully**
*Former Executive VP & COO*

No. It was just that $67 million payment last year, and then also, the pension that I called out this year. Those are the ones. We don't anticipate any in the future quarters.

**Operator**

And your final question today will come from the line of Mark Astrachan.

**Mark Stiefel Astrachan**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

It's Stifel. I wanted to understand your thoughts on Avon's product positioning longer term. It seems over the last year or so, macro challenges in your biggest markets like Latin America and EMEA favored trade-down in your categories, and yet Avon has underperformed the beauty market. I'm curious if you disagree with that. And then on a go-forward basis, as I think FX and macro improves, those consumers

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

presumably begin to trade back up. And I'm wondering, as you position the business longer term, can you sort of offer those consumers the higher-end products that you think that they'll be desiring?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Sure. So our strategy is to make sure that we have offerings at value, mass and then sort of the masstige positioning. And so as we're -- our strategy is to move people up the curve as best we can. What we've seen is that in some cases, particularly in Brazil, which we're monitoring very closely, is we're not even seeing consumers trade down per se. What we're seeing is the category contract. So one of the things that we're doing -- and we're doing well from a share perspective, but we need to make sure that we're continuing to have offerings at all levels. So we have our KORRES brand, which is a higher-position brand. It's doing quite well. We're just rolling that out now, and we're able to garner the price and drive that positioning. Avon brand is obviously mid-tier, and then we have some of the lower-value positioning, particularly in some of our personal care areas that are really important for us to drive volume. So we see ourselves as making sure that we are with the consumer and -- middle-class consumer. We obviously want to trade up. In some cases, we're doing it with other brands, but we're also looking at how we reposition our brand to make sure we continue to drive that. But I'm not seeing as much as a trade-down as I'm seeing people opting out and changing their behaviors relative to how they're driving categories, particularly in skincare. That's probably the most notable area where we do see that difference.

**Operator**

At this time, we have no further questions. I'll turn the conference back over to Sheri McCoy for closing remarks.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Thank you again for joining us today, and we look forward to updating you on our second quarter call.

**Operator**
This concludes today's conference call. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.