# Exhibit 10

**S&P Global**
Market Intelligence

# Avon Products, Inc. NYSE:AVP
# FQ4 2016 Earnings Call Transcripts

## Thursday, February 16, 2017 2:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2016- | | | -FQ1 2017- | -FY 2016- | | | -FY 2017- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.10 | 0.02 | ▼(80.00 %) | 0.03 | 0.12 | 0.08 | ▼(33.33 %) | 0.35 |
| Revenue (mm) | 1606.31 | 1568.10 | ▼(2.38 %) | 1357.24 | 5755.78 | 5717.70 | ▼(0.66 %) | 5896.30 |

Currency: USD
Consensus as of  Feb-16-2017 1:30 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2016 | 0.03 | (0.07) | NM |
| FQ2 2016 | 0.04 | 0.07 | ▲ 75.00 % |
| FQ3 2016 | 0.04 | 0.02 | ▼ (50.00 %) |
| FQ4 2016 | 0.10 | 0.02 | ▼ (80.00 %) |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 1:19-cv-01420-MKV     Document 35-10     Filed 07/26/19     Page 3 of 22

# Table of Contents

| | | |
|---|---|---|
| Call Participants | .................................................................................... | 3 |
| Presentation | .................................................................................... | 4 |
| Question and Answer | .................................................................................... | 14 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Gina Grant**

**James S. Wilson**
*Executive VP & CFO*

**Sherilyn S. D. McCoy**
*Former CEO & Director*

**ANALYSTS**

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC.,
Research Division*

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research
Division*

**Olivia Tong**
*BofA Merrill Lynch, Research
Division*

**Stephanie Marie Schiller
Wissink**
*Piper Jaffray Companies, Research
Division*

**Stephen Robert R. Powers**
*UBS Investment Bank, Research
Division*

**William Gerald Schmitz**
*Deutsche Bank AG, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning. My name is Holly, and I will be your conference operator today. At this time, I would love to welcome everyone to Avon's Fourth Quarter and Full Year 2016 Earnings Conference Call. [Operator Instructions]

I'll now turn the conference over to Gina Grant, Capital Markets Treasurer. Ms. Grant, you may begin your conference.

**Gina Grant**

Thank you, Holly. Good morning, and thank you for joining us to review Avon's fourth quarter and full year 2016 results. I'm here with Sheri McCoy, Avon's CEO; and Jamie Wilson, Executive Vice President and CFO. Jim Scully, our COO, is also with us today. Sheri will make some opening remarks, including her perspective on our overall performance, progress on our Transformation Plan and highlight our 2017 priorities. Jamie will then take you through fourth quarter and full year results. We will then have our usual Q&A session.

During our call today, we will reference certain non-GAAP financial measures, which we believe to be useful to investors, although they should not be considered superior to the measures presented in accordance with GAAP. A reconciliation of these non-GAAP financial measures to their comparable GAAP measures is included in our earnings release located on the Investor Relations section of our website.

Our call will also contain forward-looking statements that concern our business and financial strategies, including our Transformation Plan, cost actions and savings, as well as outlook, performance trends and the impact of foreign currency, taxes and tax rates. These statements involve risks and uncertainties, which are detailed in the cautionary statement available on our Investor Relations website and in our SEC filings.

I will now hand the call over to Sheri.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Thank you, Gina. Good morning, and thank you for joining Avon's 2016 Full Year and Fourth Quarter Earnings Call. Joining me today is our new CFO, Jamie Wilson, who joined Avon on January 2. Jim Scully, Chief Operating Officer, is also on the call with us today.

I will cover 3 areas on today's call. First, I will provide my perspective on our fourth quarter and full year 2016 results, including top market and category performance. Second, I will update you on our progress against our 3-year Transformation Plan. And lastly, consistent with our approach in 2016, I will highlight our 2017 priorities.

In 2017, we continue to expect to make progress on our Transformation Plan. And while we will provide a long-term framework for our financial objectives, we will not give specific 2017 guidance as we allow Jamie time to settle into his role as CFO. I will then turn the call to Jamie for a more detailed discussion of our financials, and we will then open the call for a Q&A session.

Let me begin by saying that I'm disappointed with our fourth quarter results. It is clear that we have more work to do on our multi-year transformation journey to improve consistency in performance, particularly in a handful of markets.

For the quarter, both our constant currency revenue and our Active Representative growth came in below expectation. On the other hand, I continue to be pleased with the progress we are making on improving our profitability as measured by our operating margin. I will provide more details in a few minutes.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

While I will spend the majority of the time this morning discussing fourth quarter, I would like to give a brief summary of our full year performance.

Overall for the year, and notwithstanding our softer fourth quarter performance, I believe we made good progress. Our Transformation Plan is well underway and was a key enabler of our 2016 financial performance. We are pleased with our improvement in profitability and expanded operating margin for 2016, despite challenging global economic and sociopolitical headwinds.

Importantly, we delivered approximately $120 million in cost savings in 2016, above our target for the year. We also significantly strengthened our balance sheet.

Specifically, full year 2016 total revenue for reportable segments was $5.7 billion and grew 3% in constant dollars. Average order was up 4%, driven by pricing and mix. Active Representatives were down 1%, which is below our long-term goal of 1% to 2% Active Representative growth, driven primarily by Asia Pacific. Ending Representatives were flat year-on-year.

Avon's top 10 markets, representing approximately 70% of revenue, performed well and outpaced the growth of the total company with higher average order growth and higher growth in Active and Ending Representatives. Eight of our top 10 markets grew local currency revenue, with Columbia and Turkey declining for the full year.

For total Avon, not simply reportable segments, adjusted operating margin increased 80 basis points year-over-year to 6.5%, despite a negative FX impact of approximately 310 basis points.

We are pleased with the improvement in operating margin. This was largely driven by a combination of initiatives, including pricing actions and SG&A improvement from our cost savings work.

Now turning to our fourth quarter performance, which, as I said, was disappointing considering the positive trend in the first 3 quarters of the year. Revenue fell short of expectations. And while we made significant progress taking out cost, this was dampened by an unexpected increase in bad debt of roughly 210 basis points or approximately $35 million, primarily within our Brazilian business.

Revenue from reportable segments was $1.6 billion, flat in constant dollars. Active Representatives were down 2%, driven primarily by declines in Malaysia, Colombia, Turkey and Italy. Ending Representatives were flat year-on-year as declines in Asia Pacific offset growth in EMEA and South Latin America. Average order was up 2%, driven by an 8% increase in price and mix.

Adjusted operating margin grew 130 basis points to 7.3%, primarily as a result of our pricing initiatives and cost savings, partially offset by bad debt expense, primarily in Brazil, and a 100 basis point negative impact from FX.

In the fourth quarter, the top 10 markets once again grew faster than the rest of the world. However, growth was slower than prior quarters.

While we typically do not provide market-level details, I would like to provide a few numbers to give you a better perspective on our fourth quarter performance. In the fourth quarter, our top 10 markets grew revenue low single digits and the rest of the world declined mid-single digits.

For the full year 2016, our top markets grew constant dollar revenue mid-single digits and the rest of the world declined low single digits. The slowdown in fourth quarter was primarily driven by Active Representatives. However, I think it's important and helpful to put this in context. Our Active Representative performance in the fourth quarter was driven by weakness in 2 of our top 10 markets, Colombia and Turkey, as well as a few mid-sized markets, most notably Malaysia and Italy.

The revenue deceleration was a continuation of the trends we discussed on our third quarter earnings call. In the top 10 markets, Turkey and Colombia were again weak. However, a decline in revenue in Russia also contributed to the fourth quarter revenue shortfall.

Colombia and Turkey continue to underperform as a result of macro and pricing issues we've been facing for the past few quarters. In Russia, where we were responding to the impact of FX, we got ahead of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ourselves with pricing, specifically the pacing of our pricing actions, and I'll speak about this in more detail later.

In the case of the mid-sized markets, we continue to be challenged in a handful of these markets. In aggregate, they impact overall company results. We've been making changes in the field in these markets to improve the experience for the representatives, specifically in Malaysia, Italy and Saudi Arabia. This has proven more difficult than anticipated due to the complexity associated with making multiple changes concurrently in each market.

I believe we are taking the right actions to enhance the representative experience and will deliver improved performance over the course of 2017.

While Jamie will speak in more detail about the results for the year and the quarter by segment, I will spend some time discussing our top 3 markets, including macro trends and overall performance for the year and the quarter.

In the interest of time, I will be speaking about our top 3 instead of our top 5. I would just comment that the Philippines and the U.K. are on track and in line with our expectations.

Starting with Brazil, our largest market. In the fourth quarter, Brazil continued to post strong growth, delivering 7% revenue growth in local currency driven primarily by higher average order. Throughout 2016, Brazil has been growing and improving share even with the backdrop of a tough economic political and competitive environment. They have been pricing with inflation in addition to raising price through innovation and mix.

In fourth quarter, we once again gained significant market share in color, fragrance and skincare. We have strong innovation in upper mass with successful launches of Avon Life, which was created with renowned designer Kenzo Takada, and our own Avon Attraction fragrance. We are pleased that in 2016, we grew our upper mass brands at a faster rate than the overall business in all beauty categories. We also added incremental advertising behind our Beauty for a Purpose positioning in fourth quarter, which helped drive incremental sales. Brazil's representative recruitment efforts were solid throughout 2016, resulting in a modest increase in Ending Representatives for the year. However, given the deteriorating economic environment, we saw a higher-than-expected level of bad debt in the second half of the year.

There are 2 primary reasons for this: one, the inability of some consumers to pay; and two, in order to assist new representative recruiting, the team adjusted credit terms. Moving forward, we are taking actions to adjust both of these factors by: first, enhancing our collection processes; and second, tightening our recruiting terms. We expect that this may potentially result in a moderated new representative growth.

Brazil also launched a new digital platform to improve representative engagement and to make it easier for representatives to do business with Avon. We have implemented our new front end for both representatives and our sales team. This is a highly integrated digital platform, which provides her with capabilities, including mobile responsiveness, better order placement, upsell and cross-sell capabilities, social network integration, training videos, credit management, data management and an easy online returns and exchange process.

We began rolling this out in third quarter and we'll complete the implementation in first quarter of this year. To date, we see an increase in mobile use, representative productivity and the implementation has gone smoothly. This is a great new solution for our representatives and our field associates, making it easier for them to run their businesses.

For the full year, Brazil was above our expectation with revenue up 2% in local currency, including a negative impact of 6% from MVA and IPI tax, driven primarily by higher average order. Moving ahead into 2017, we expect Brazil to continue to deliver solid performance.

Turning to Mexico. In the fourth quarter, Mexico performed in line with our expectations, delivering solid performance with 2% local currency revenue growth, primarily delivered -- driven by average order. They have successfully implemented pricing with inflation and competitive pricing across key categories. The

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

team continues to work on improving representative retention with their onboarding and sales leadership initiatives. Mexico delivered solid growth in beauty due to the execution of strong innovation in color with Avon True, in skincare with the new collagen and in personal care with Avon Care. The Fashion & Home category growth was constrained as the team was flowing excess inventory in the fourth quarter, and we anticipate this will continue in the first quarter of 2017.

For the full year, Mexico performed well with revenue up 5% in local currency, primarily driven by higher average order. For 2017, we expect modest growth for Mexico. However, given the geopolitical dynamics, there is concern about a potential impact on consumer confidence and spending. We will monitor and consider this in our planning and execution strategies throughout the year.

Next, Russia. Performance in Russia in the first portion of the year was favorable, but we were disappointed by the fourth quarter performance. In fourth quarter, revenue declined 3% in local currency, driven by a decline in average order and a slight decline in Active Representatives.

As I mentioned, the Russian team implemented significant pricing, primarily in Fashion & Home, to recover margin as a result of the impact of FX.

In hindsight, the team's pricing actions were out of sync with the market. We were increasing prices as the market was moving in the other direction. We are addressing pricing and at the same time working to improve the competitiveness of our Fashion & Home portfolio. We are also making some modifications to better balance price and units for a few value-oriented beauty products that help drive representative and consumer activity. Jamie and I were in Russia in mid-January to review their plan and actions to improve performance. We were pleased that the team is tackling the challenges with a sense of urgency, and we expect to see improved performance in the second half of 2017.

Russia grew 9% in local currency for the full year, driven by Active Representatives and average order. Ending Representatives were also up for the year.

Now turning to category performance for total reportable segments. For fourth quarter, beauty was flat overall in constant dollars, with 1% growth in fragrance, 2% decline in color and flat performance in skincare. Fashion & Home declined 2%. Jamie will discuss units and pricing more broadly a little later. However, I would add that on a category basis, we saw a higher level of unit decline in Fashion & Home due to pricing that we took to cover currency movements as well as decisions we made to scale back in a couple of areas in the Home category. The bigger decline in units was in the value price segment, particularly in the color category, given consumer price sensitivity in some of our markets.

And while we drove unit growth in the mass and upper mass segments, particularly where we had strong new product innovation, this was not enough to offset the loss in units in the value segment.

For the full year, beauty grew 2% in constant dollars, with fragrance growing 4%, color growing 2% and skincare growing 1%, Fashion & Home grew 2% in constant dollars year-on-year.

Now turning to our Transformation Plan. We've accomplished a lot since we outlined our plans just over a year ago, making good progress during our first year of the 3-year Transformation Plan against our 3 strategic pillars: invest in growth, drive out costs and improve financial resilience. We will continue to build on these as we deliver the plans for 2017 and 2018.

In 2016, we successfully separated our North America business. Our strategy to focus on our top 10 markets resulted in improved growth and overall performance in our top markets.

As we move through 2017, one of our key priorities is to deliver more consistent and sustainable revenue growth across our top 15 markets, which represents approximately 80% of Avon's revenue.

As we said when we launched our Transformation Plan, in our first year, we focus more heavily on driving out costs and improving financial resilience. We've made good progress here, and Jamie will discuss this in more detail shortly.

As we move into 2017, we are now able to place more emphasis on investing in growth. As a reminder, we outlined an investment of $350 million in growth over 3 years, which includes an estimated $150 million in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

media and social selling and $200 million in service model evolution and information technology, primarily in capital expense, to improve the representative experience.

To accelerate growth, we must invest in the Avon brand and in improving the representative experience, all underpinned by the evolution of our social selling model.

Let me briefly discuss 5 key areas of focus and investment. First, strengthening the Avon brand is a key driver of our success. While the brand is globally recognized, we must continue to build our relevance with women of all ages. In 2016, we successfully rolled out our Beauty for a Purpose positioning to all markets around the world. The attributes of this program speak directly to beauty and the importance of empowering women, which are proving very positive. We are shifting more resources to digital, and we've had huge success in the online element of our social engagement with representatives and consumers.

Avon grew 25% in global -- in total global social media reach during 2016 to 20 million Facebook fans, 280 million YouTube views and a doubling of Instagram followers to nearly 2 million. During 2017, we will build on these successes with incremental investments in both digital and TV in top markets where we deliver the best return on investment.

Second, during 2016, we added to our strong innovation pipeline with many successful new products. For example, in fragrance with products like Attraction and Avon Life, in color with Avon Ultra Matte Lipstick and Big & Daring Mascara, and in skincare with innovative new products from the ANEW brand.

And in 2017, we once again have an exciting pipeline of innovative products. For example, in the first half of the year, we are introducing terrific new color lines with Avon True for the loyalist consumer, and Mark for the color enthusiasts, which skews to millennials.

We've been focusing on our top 40 brands, which represent about 80% of our business. These brands meet specific consumer needs and offer choices in value, mass and upper mass. We are particularly pleased with our ability to compete in upper mass fragrances in Brazil, which was a key objective for us in 2016. We will continue to drive this model during 2017 with a goal of appealing to a broader spectrum of women.

Third, pricing discipline is also an important revenue driver for Avon and for our representatives, and we've made good progress. That said, there's a bit of an art to pricing in addition to science. And it's fair to say we are still learning in some markets. This continues to be a focus for us in 2017.

Fourth, improving representative engagement is one of the most important drivers of growth. We know from our Active Representative metric that we have not made the progress we would like in this area, particularly in some markets. During 2016, the areas of focus for the top 10 markets was to enhance our onboarding process, begin implementing segmentation to offer more customized approaches for representatives, and improve our service model to make it easier to do business with Avon.

For perspective, approximately 60% of sales are generated by people who have been with Avon for 18 months or more. This highlights the importance of investing in onboarding, training and retaining representatives.

In 2017, we will continue to improve our onboarding processes for representatives, including offering training to enable them to build confidence and be successful in building their earnings.

Segmentation work is underway in a number of our top 10 markets, and we are adding more resources as part of the global initiative coordinated by our project management office. It will take some time to fully embed this approach in our business as we build the systems to enable segmentation.

And lastly, to improve representative engagement, it is critical that we evolve our service model. We plan to invest $200 million in systems that are being phased over a 3-year plan period.

In 2016, as mentioned earlier, we initiated a new service platform in our largest market, Brazil, which is proving to be a success with representatives. We have a rollout program to bring this approach to other key markets starting later in 2017.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

We remain committed to our long-term goal of 1% to 2% Active Representative growth, and our plans for onboarding, segmentation and modernizing our business support this goal.

Lastly, we are a face-to-face social selling business. The opportunity for Avon is to more broadly embed digital and online social selling into the fabric of our business.

During 2017, we will be highlighting in Argentina a new all-digital platform between our representatives and her consumers, personalizing the service at any point in the customer journey, face-to-face or digital. Improved segmentation and integration of digital platforms and systems are part of our multi-year journey and will help bring social selling to scale and underpin the growth of our business. Overall, we are pleased with our progress against our Transformation Plan in 2016.

I will now turn to Jamie for him to review more details for 2016.

**James S. Wilson**
*Executive VP & CFO*

Thank you, Sheri, and thanks again to all of you for joining the call today. I'm very happy to become part of the Avon team and to be joining a company underpinned by a strong heritage and purpose and with associates passionate about building their brands.

In my first 7 weeks, I've been fortunate to visit a number of our locations, including a market visit to Russia, one of our top markets. I believe it is an exciting time to join Avon as it is in the early stages of implementing its Transformation Plan, which is intended to return the business to long-term sustainable growth.

As the first year of our Transformation Plan, there was much to achieve in 2016. I will discuss the 2 financial pillars shortly, but before going into detail on the financial results, I wanted to pick up on a couple of comments made by Sheri regarding our growth agenda, in addition to her discussions on Active Representatives.

As she set out, there's a lot to drive in this area. And given the diversity of our operations, we saw a degree of inconsistency in execution as we implemented the changes.

Pricing is one of the key focus areas, but it's not a single dimension. There's a need to balance competitiveness with price and volume by product, by market, to generate the best return as measured by profit.

We have begun the journey to improve our profitable revenue growth management skills throughout the organization with the aim of improving our performance and consistency. This journey will take time, but we should see improvements year-on-year.

2016 did see an improvement in our ability to take price, particularly with our innovation. However, across the portfolio, we did see mid-single-digit decline in units sold, which negated some of the benefits.

Secondly, due to a combination of factors, the occurrence of a sizable bad debt in Brazil marred an otherwise good year. We continue to look at our management of accounts receivable and we're implementing improved processes to better manage this risk.

Our business is driven by campaign cycles, so there's a lead time between taking action and the manifestation of that action in the marketplace. We are working at improving our market insight and creating the flexibility to respond in a timely manner to minimize this lead time. However, we should expect the course corrections from the issues that we saw in the fourth quarter to start taking traction in quarter 2.

Now turning to the detail of our 2016 performance. Please note that my comments will primarily focus on adjusted results for the year and fourth quarter. GAAP results, along with the reconciliation tables, are included in our press release issued earlier today and posted on the Investor Relations section of our website.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Starting with the full year performance, including highlights from the fourth quarter. For the full year, reported total revenue declined by 7% due to the negative impact of foreign currency, but grew 2% in constant dollars.

For reportable segments, total revenue declined 7% due to negative impact of foreign currency, but grew 3% in constant dollars.

Active Representatives declined 1% as growth in EMEA was offset by declines in APAC and South Latin America.

Average order grew by 4% and price/mix rose 7% as we continue to benefit from pricing.

Ending Representatives were flat as growth in EMEA and South Latin America was offset by a decline in Asia Pacific.

In the fourth quarter, reported total revenue as well as total revenue from reportable segments declined by 2% due to the negative impact of foreign currency, but were flat in constant dollars.

Active Representatives from reportable segments declined 2% across all segments. Average order in our reportable segments grew by 2% and price/mix rose 8%, again, as we benefited from pricing.

Full year adjusted operating profit was $372 million, an increase of $21 million, with the fourth quarter being $114 million, an increase of $17 million.

Two-year adjusted operating margin improved 80 basis points to 6.5%, primarily driven by the favorable impact of price and mix as well as continued benefits from cost-saving initiatives. These benefits were partially offset by 310 basis points of headwinds from foreign currency as well as an increase in bad debt, primarily in Brazil.

Constant dollar adjusted operating margin increases in EMEA and North Latin America were offset by declines in South Latin America and APAC.

For the fourth quarter, adjusted operating margin improvement was 130 basis points to 7.3%, with 100 basis points of headwinds from foreign currency.

Increases in EMEA, North Latin America and APAC were partially offset by a decline in South Latin America. The net adjusted operating margin improvement reflects continued benefit from pricing and cost initiatives, partly offset by higher bad debt expense.

Turning now to our reportable segments. EMEA has shown strong performance for us this year. For the full year, reported revenue declined by 4% while constant dollar revenue rose by 4%. EMEA growth in constant currency was driven by growth in both Active Representatives and average order. Ending Representatives increased, driven primarily by growth in Russia and South Africa.

The EMEA segment margin was 15.4%, up 140 basis points, primarily due to the favorable net impact of mix and pricing and lower supply chain costs as well as revenue leverage and lower advertising costs, partly offset by negative impact of foreign currency transaction costs of an estimated 300 basis points.

In Russia, local currency revenue rose 9%, driven primarily by Active Representatives. Local currency revenue in the U.K. was relatively unchanged as average order growth was largely offset by a decrease in Active Representatives.

Now turning to the fourth quarter. Reported revenue in EMEA region declined by 7% and constant dollar revenue declined 3%, primarily driven by the revenue declines that Sheri spoke to in Turkey, Russia and some of our mid-sized markets.

The EMEA segment margin for the fourth quarter was 18%, up 240 basis points, primarily due to the favorable net impact of mix and pricing and benefits from cost-saving initiatives as well as lower advertising costs, partly offset by the negative impact of foreign currency transaction costs of an estimated 100 basis points.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving to South Latin America. For the full year, reported revenue decreased 7%, while in constant dollars revenue increased 5%. Constant dollar growth was adversely impacted by an estimated 2 points due to additional state taxes implemented in late 2015, known as MVA and the Brazil IPI tax that we anniversaried in May of 2016.

Argentina contributed 4 points to the segment's constant dollar revenue growth. Constant dollar revenue also benefited from higher average order while Active Representatives declined. Ending Representatives increased, primarily driven by Brazil.

The South Latin America segment margin was 9.3%, down 100 basis points versus prior year, driven by an estimated 320 basis point negative impact from foreign currency transaction costs and 200 basis points from higher bad debt, primarily in Brazil, due to the macroeconomic conditions, coupled with actions taken to recruit new representatives, partially offset by the favorable impacts of price/mix and lower supply chain costs.

In Brazil, local currency revenue for the year increased 2%. MVA and IPI taxes negatively impacted local currency growth by an estimated 6 points. This revenue growth was driven by average order, while Active Representatives were flat.

Now turning to the fourth quarter. Reported revenue in the South Latin America segment grew 9% or 6% in constant dollars, primarily driven by constant revenue dollar growth in Brazil and Argentina.

South Latin America segment margin for the fourth quarter was 7.2%, down 190 basis points, driven by 560 basis points of higher bad debt, primarily in Brazil, an estimated 90 basis points of impact from foreign currency transaction costs and higher advertising costs, partially offset by the favorable impacts of price/mix and lower supply chain costs.

Moving to North Latin America. For the full year, reported revenue declined 8% while constant dollar revenue grew 3%. This growth was driven by higher average order.

Active Representatives were essentially flat while Ending Representatives saw a modest decline versus the prior year.

The North Latin America segment margin was 13.8%, up 190 basis points, despite 150 basis points of unfavorable foreign currency transaction costs. The improvement was primarily driven by the favorable impact of price and mix.

In Mexico, revenue grew 5% in local currency driven by higher average order, which benefited primarily from pricing as Active Representatives were flat.

Turning to the fourth quarter. Reported revenue in the North Latin America segment declined 10%, but grew 1% in constant dollars, primarily driven by Mexico.

The North Latin America segment margin in the fourth quarter was 14.4%, up 150 basis points, driven by the favorable impact of price and mix, partially offset by higher supply chain costs and 60 basis points of unfavorable foreign currency transaction costs.

Moving now to Asia Pacific. For the full year, reported revenue declined 11% and constant dollar revenue was down 7%. The segment's Active Representatives declined, partially offset by average order. Ending Representatives decreased versus the prior year.

The Asia Pacific segment margin was 10.8%, down 20 basis points from last year due to the unfavorable impact of mix and pricing, partially offset by lower supply chain costs.

In the Philippines, local currency revenue grew 2% as higher average order was partially offset by a decline in Active Representatives.

As it relates to our China business, we have been working on a solution for our China business and are making progress working through a number of different business considerations.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Now turning to the fourth quarter reported revenue in APAC. It declined by 9% and declined 6% in constant dollars as growth in the Philippines was not enough to offset declines in other Asian markets. The Asia Pacific segment margin for the quarter was 12.2%, up 310 basis points from last year due to lower field-related expenses and supply chain costs, partially offset by the unfavorable impact of mix and pricing.

Moving to tax. The adjusted income tax provision of $166 million was roughly in line with the prior year. The effective tax rate from the continuing operations was 399% for the full year and 83% on an adjusted basis.

Once again, our effective tax rate this year was negatively impacted by the country mix of earnings and the inability to recognize additional deferred tax assets in various jurisdictions, including the impact caused by withholding taxes on the repatriation of cash to the U.S.

Related to cash flow, operating activities from continuing operations in 2016 provided $128 million compared with $91 million in 2015. The year-over-year comparison benefited as 2015 results included a $67 million payment to the SEC in connection with the FCPA settlement that did not recur this year. Cash flow provided by operating activities also benefited from lower operating tax payments, higher cash-related earnings as well as net proceeds related to settling a professional services claim, offset by the unfavorable impact of the timing of payments, primarily for inventory, increasing levels of accounts receivable and a 2016 contribution to the pension plan for corporate U.S.-based associates.

Free cash flow totaled $35 million for 2016. While this is an improvement over last year, it does fall short of our stated guidance, mainly due to lower earnings and an increase in accounts receivables, mainly in South Latin America.

Working capital improved 5 days operationally when compared to a year ago, driven by continued focus on reducing inventory and extending payment terms, partially offset by an increase in accounts receivable, as previously noted.

Adjusted EPS for the full year was $0.04 per diluted share compared to $0.01 per diluted share a year ago, while the fourth quarter adjusted EPS was $0.01 per diluted share compared to 0 per diluted share a year ago.

The year-over-year comparison of adjusted EPS was negatively impacted by a number of factors. Foreign currency had an estimated $0.28 per share negative impact, with $0.02 per share in the fourth quarter. The earnings allocated to convertible preferred stock reduced EPS -- adjusted EPS as compared to the prior year by approximately $0.04 per share for the full year and $0.01 in the quarter.

The loss experienced by the North American business for the year negatively impacted adjusted EPS for the full year and fourth quarter by approximately $0.03 and $0.01 per share, respectively.

As a reminder, while we own approximately 10% of the North American business and as such, will share in a portion of any of the profit or losses of that business, we have no additional capital requirements.

Lastly, the impact of devaluation in Egypt on our working capital balances had a negative impact of $0.04 per share for both the full year and the fourth quarter.

Lastly, I'll turn to the financial aspects of our Transformation Plan. 2016 was the first year of our Transformation Plan and was focused on 2 of our 3 pillars, significantly reducing and aligning our cost structure while improving the overall financial resilience of the company. We've made good progress in both these fronts.

Our cost-saving target for the year was $70 million from the Transformation Plan, plus $20 million to cover stranded costs that resulted from the separation of our North American business, for a total of $90 million.

As Sheri mentioned, we overachieved this cost-saving target, realizing approximately $120 million in savings during 2016 from our operating model and supply chain and sourcing initiatives. The annualized run rate of these savings is approximately $180 million.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Specifically, we made significant progress in our operating model work, which includes eliminating redundant regional layers, further reducing the corporate center and shifting costs out of the U.S.

We've also made steady progress in optimizing our sourcing spend, and work is underway on our supply chain initiatives to rationalize our manufacturing capacity and distribution networks, although these projects are more long-term in nature. We remain on track to deliver the $350 million in Transformation Plan savings over the 3 years.

With regards to financial resilience, specifically the balance sheet, during 2016, we benefited from $435 million of Cerberus investment, and we took steps to reduce our leverage by prepaying approximately $260 million of debt. It is slightly above our goal of $250 million of debt and extended our maturity profile from our debt, strengthening our balance sheet. This puts us in a good position to continue execution against our Transformation Plan.

As we look forward to 2017, some of the issues affecting the fourth quarter revenue growth will affect the first quarter, but we believe the actions we are taking will begin to address this throughout the balance of the year.

Currently, based on forward rates, we are expecting continued easing of foreign exchange headwinds during the year. Although given the macro and political environment, this may change.

We will continue to progress against our Transformation Plan. Specifically for 2017, we expect to achieve a total of $230 million in cost savings in a cumulative basis. This includes a run rate of the 2016 savings plus cost savings from the current year initiatives.

In relation to investments and growth, we will increase capital expenditure on IT and supply chain by approximately $65 million. We remain committed to driving high-quality sustainable earnings growth.

And with that, I'll turn the call back to Sheri.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Thank you, Jamie. I will briefly summarize our key priorities for 2017. We will work to improve the consistency of performance in our top markets by deploying more resources and focus on the top 15 markets, which represents approximately 80% of revenue. We'll be driving growth, strengthening the Avon brand by increasing investment in advertising and digital platforms in key markets, launching innovative products based on consumer insights and new technologies to appeal to a wider consumer base across key beauty categories, building on our pricing discipline and importantly, continuing to improve representative engagement to make it easier to do business with Avon and earn with Avon. We expect this will increase Active Representatives with the goal to deliver flat to 1% growth in Active Representatives as we exit the year. And in 2017, we will continue with our cost-takeout initiatives to deliver our goal of $350 million over the 3-year Transformation Plan period.

In closing, we are confident we have the right plans in place to deliver our goal, and we remain on track for our stated long-term financial goals of achieving mid-single-digit constant dollar revenue growth, 1% to 2% Active Representative growth and low double-digit adjusted operating margin.
Thank you again for joining us. Jamie and I are now ready to take your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And your first question comes from Bill Schmitz. [Operator Instructions]

**William Gerald Schmitz**
*Deutsche Bank AG, Research Division*

A couple of questions. First, the bad debt stuff in Brazil, is that all cleaned up? Or do you think there's going to be more of a tail going into next year? And then longer-term, I don't know how to model the company anymore, because like the cash flow guidance came in way lower than you guys said 3 months ago. And again, the growth region by region just keeps going from guardrail to guardrail. So I know you don't want to give us bespoke guidance, but can you just give us some direction next year in terms of organic growth and margins? Just are you going to grow organically? And do you think margins will be up versus 2016?

**James S. Wilson**
*Executive VP & CFO*

Well, let me try and answer both of those. In the bad debt, obviously, our business does have bad debt expense on an ongoing basis, but the specific thing, we believe, is fully cleared up and booked in the 2016 results. So we wouldn't be expecting a flow over of that into 2017. In terms of the modeling the business, I mean, I think the -- what we have said consistently is that we are on track with our Transformation Plan. We set out the guidelines on that, which was to get ourselves to mid-single-digit revenue growth and double-digit operating margin. And year 1 of that plan, which was the year that we're reporting on, actually made progress on the operating margin, and we are expecting to continue to do that. So I guess we've got to rely on that guidance for you and start modeling towards getting to that in the course of that conclusion of our Transformation Plan.

**Operator**

Our next question comes from Ali Dibadj. [Operator Instructions]

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

I'm from Bernstein. So 2 things. The first question and then I'll have a follow-up, obviously. But the top line, clearly a little bit of a disappointment here, flat constant currency. If you exclude Argentina, inflation actually down 1. And Active Representatives also really pretty interesting declines there in EMEA, which we haven't seen declines in the past couple of years. I'm still trying to understand what's happening. And as you know, we've had this long view -- long-held view that you're going to need to spend a lot more back than you think to actually stabilize and grow the business. Is that where you're headed at, given some of the discussions you've had about spending back? And if you could help us really understand and quantify what you're going to spend on? I know you said ad spend and you said digital, but what you're going to spend on -- or how much you think you have to spend on each of those buckets? And how much of that is going to drive kind of improved top line growth versus just kind of stabilizing your competitive situation? And then I do have a follow-up.

**James S. Wilson**
*Executive VP & CFO*

Well, perhaps I'll just pick on investment a bit, and I think Sheri will talk about the representative piece. I mean, we've consistently said that we needed to invest back into the Avon brand and our products, and Sheri mentioned that when she was going through the key priorities and also the parts of the Transformation Plan. And we did highlight that of the $350 million we were expecting to take out, we'd be reinvesting $150 million of that over the lifetime of the plan back into that additional advertising. And it's not just pure advertising, it's across the whole spectrum, as Sheri said, across different aspects of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

digital and other aspects of the business. The other piece that we've also consistently talked about is our investment in our underlying systems platforms to enable us to make the relationship between the reps and Avon easier to manage, and we've started that process and that will also go through into the pilot and the other discussions we're having in shaping our social selling. I think the -- within that, we were talking about spending an additional $200 million. That's obviously capital, so it's not going to hit directly into the P&L, but will come back into the P&L by way of depreciation. So I think we've been fairly consistent on the buckets as to where we're investing. We believe that they are designed to help us improve the sustainable growth of the business.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes. I would just add to that, that as we look at -- and I'll use Brazil as an example -- point to that as an example, where we were very focused this year on driving market share, putting the investment and making sure we continue to manage the recruitment of Active Reps. We've had good success. I think the challenge for us is making sure that we, from a portfolio perspective, have more consistency in performance. But we have a number of success stories within the markets. Unfortunately, we don't have enough of those yet. And as we're driving significant amount of change in terms of how we're driving pricing, how we're driving innovation, streamlining our brands, what we're seeing is inconsistent performance, and that's the area of opportunity for us going forward. But we need to continue to invest, and we will prioritize that investment across our top 15 markets.

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

So I guess, I'm not -- and Jamie, I'm using both your words and Sheri, your words. I'm not arguing that you're being inconsistent with what you said you're going to invest. I'm observing that there are inconsistent results, so you may actually have to up the investment quite significantly. And as it ties to that -- we'd love your response to that. But as it ties to that, your free cash flow, I mean, look, it's nowhere near where it should have been even if we give you the full credit of assuming you thought you were going to get all the bad debt back, right? So I don't know exactly how that works from your expectation. But totally nowhere near where you thought it was going to be. And I get worried a little about -- when I hear about relaxing credit terms and it backfired on you. How does that make me feel about your representative base at this point? So I -- just putting all these things together, just make me feel like, yes, you're saying you're going to spend $150 million, I get it, but it's not enough. It's going to have to be a lot more. And I don't feel more comfortable after either of you kind of told me that, yes, we see some spots where there is improvements. But overall, there is not enough of them. I think you got to spend a ton more about this. So a little bit that and time to free cash flow. Sorry, I'm going on.

**James S. Wilson**
*Executive VP & CFO*

Okay. Well, let me just take that. I mean, I don't accept your comments saying that we'll have to spend a ton more. I mean, there's a concept on dollars you have to spend and there's time and training and skills you have to build. A lot of these skills that you're trying to improve so that you can actually optimize things don't happen overnight. So it does take time for you to get around to the whole of your leadership base and out into the representatives to train them, to improve what we're trying to do in these areas. So a lot of it can just be time rather than necessarily lots of money being thrown at the problem. And I think that the point we're making here is that we've obviously -- the success stories that we've seen, particularly in places like Brazil, show that we're on the right track and we're doing the right things. What we now need to do is to make sure that all those learnings trickle down into the other markets and we eliminate the inconsistencies. But also, Sheri talked a little bit about some of the model changes to make the markets more secure, some of the mid-market model changes we're making. And so you've got to look at these things and give them time to actually take traction. It doesn't mean that spending twice as much money would actually improve the problem any quicker. There's only a pace at which the organization can absorb these changes. So I do think that we believe that we're on track. We have acknowledged that it was inconsistent in 2016, and our job is to make that less inconsistent or more consistent in 2017. And so I guess that's what I would come back to you on that one. In terms of cash,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

yes, we did miss the cash. And obviously, items like the bad debt and these things were a compounding factor in that. As we went through the year, there was some closing [ph] of the information there because of the bank strike in Brazil in September. So as we came out of quarter 3, some of that information was not as obvious because I think there was approximately around 1 month bank strike that meant it was difficult for the representatives to post cash. So I think that, that came as the slightly unexpected issue in quarter 4, and we expect that to clean up as we go forward. The point in relaxing credit terms is, yes, there was a little bit of that in Brazil in 2016, but it's not a general policy of ours. And therefore, I wouldn't be reading across that to a sort of underlying trend and attracting representatives by relaxing credit terms. That is not the case. It was a very specific action for us, a limited period of time in one market. So it's not a general read across the company. I'm not sure I picked up all parts of your question, but I've tried my best to get through most of them.

**Operator**

Your next question comes from Stephen Powers. [Operator Instructions]

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

It's UBS. So first, just to go back to something we spoke about last quarter. Would you be able to give us the breakdown, the split, specifically in Brazil, when I look at that 7% constant currency growth, the split between unit volume, shipping and handling and underlying price/mix in Brazil? And then I have a follow-up.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes, we don't break out...

**James S. Wilson**
*Executive VP & CFO*

As far as I'm aware, we don't normally break that out market-by-market.

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

Well, you did last quarter, but I'll let it rest. So going back to Ali's question on investments. I'm still not clear, and perhaps you can clarify a little bit more, just how much did you invest against the $350 million overall objective as we think about 2016? I guess, split between the CapEx you talked about and the operational investments? And then as we think about the investment year ahead, can you quantify how much of the investment falls into '17, again, split between the capital side, which I think you gave us some -- I think, it was $65 million, but maybe you can just help us there, and the operational side? And just philosophically, where you have currency favorability, because you spoke about that and, for example, I think you're going to have ruble versus zloty and euro benefits in Russia next year, probably similar in Brazil. Are you inclined to spend that currency upside -- that transactional currency upside back, kind of to Ali's question about incremental investment? Or is that something you're going to let flow to margins, like, just again, philosophically?

**James S. Wilson**
*Executive VP & CFO*

Yes. I mean, you're right on the $65 million. What we said is that in this year, there'll be increasing spend from the capital side of our equation in 2017. And we don't break out the marketing, because we think that's competitive information. We are reinvesting in line with our expectation to meet the $150 million that we talked about reinvesting over the lifetime of the plan. Clearly, last year, it was more focused on the other 2 financial pillars. Going forward, we're more focused on the growth pillar. So obviously, that number increases through time. In terms of the transactional currency, there will be some favorabilities and I'm sure there'll also be some unfavorabilities. And I think on balance, we will obviously see how the year comes through. I come back to the point, we believe we're investing the right amount to get the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

business back into growth. We don't believe that we're needing to change that investment number. We set out our plan wanting to reinvest the $350 million, and that's where we will continue to focus. And if our view on that changes, then obviously, we'll share that with you.

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

Okay. Just in those $350 million, that is 2015 dollars? Or does -- just as I think about that rippling through, because FX has obviously moved?

**James S. Wilson**
*Executive VP & CFO*

Yes, it will be -- the $350 million based on the time we announced the Transformation Plan, which was in the beginning of 2016.

**Operator**

The next question comes from Steph Wissink. [Operator Instructions]

**Stephanie Marie Schiller Wissink**
*Piper Jaffray Companies, Research Division*

Piper Jaffray. Just one quick clarification. I think you mentioned cost savings, $250 million cumulative. I didn't quite hear, was it atop the $180 million run rate or off of the $120 million that you achieved? Just clarification there on that. And then, Sheri, a question for you just regarding the continuum of performance across your top markets. So I can't quite sense whether the spread is widening or narrowing. And if the goal is to narrow the continuum of performance, what are the specific initiatives that you can do kind of globally to start to see some improved visibility and controls and predictability around the business kind of market-by-market?

**James S. Wilson**
*Executive VP & CFO*

If I clear up the cost-saving bit. The number that I said was $230 million by the end of this year. What that constitutes is the $180 million run rate from 2016 plus an additional $50 million achieved in 2017. Obviously, the run rate for the 2017 results will be higher, but they don't all come in on -- at the beginning of the year. So we've used the half year convention on that. So effectively, it's made up of $150 million brought forward from last year and an additional $50 million achieved out of new initiatives in the current year.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Great. As it relates to the top market growth, we are pleased that in aggregate we are seeing for the year stronger performance. One of the challenges we saw specifically in fourth quarter was Russia. If we dive into what the opportunity is to get more consistency across those markets, it's really around driving Active Representative growth consistently, and that's the area of focus for us in 2017. As well as, as we're implementing pricing, it's really important to understand the competitive environment in each individual market and making sure we have the tools and skills to be able to do that as we drive that through the business. We're consistent on driving the innovation, the flow, that's an area that we continue to be able to introduce great new products around the world, and I'm pleased with how people are driving that. But it's really the mechanics around the representatives and the pricing piece to ensure that we keep consumers engaged and representatives engaged. And that's the area of focus for us in 2017.

**Operator**

Our next question will come from Lauren Lieberman. [Operator Instructions]

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

It's Barclays. So 2 questions. First is just on the top 10 markets now kind of going to top 15. So Sheri, if you could just -- I'm guessing, Malaysia and Italy are among the 5 new. But what else is in there? And importantly, what does it mean to sort of say we're broadening the focus from top 10 to top 15? Is that financial resources? Is it people? What changes that these kind of are in elevated status? That was the first question. Yes, go ahead, Sheri. And then, I'll ask the second one.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Okay, great. So I would just read you the list of the top 15, so -- top -- the added 5, I guess, that will be okay: Ecuador, Peru, Italy, Romania and Chile. And one of the things we talked about was some of the challenges with Italy. I will say we're driving significant transformation in Chile and Romania and seeing terrific performance. So I think we have to look at that balance. As it relates to how we focus more, one of the things that we do with our top 10 is we have a scorecard. We have a management committee that meets and talks about the top 10 in terms of where -- how we're performing. We are extending that now, so we have better line of sight to the next 5 and putting more resources. Our project management office has been very helpful in helping us track that performance, and they'll be helping us with that as it relates to the additional 5 and making sure that they have the resources. We have people that have specific pricing capabilities that we can have go into the market, et cetera. We will be having those resources available. So I think it's more the oversight, making sure they have the resources. And if they need training, as it relates to talent or other capabilities, we will focus on that. We are -- we dedicated that this year to the top 10. But we're going basically from focusing on 70% of the revenue to now 80% of the revenue.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

And Sheri, these 5 -- I guess, I'll just follow up on this. Have these 5 been sort of the leaky buckets? Because last quarter, right, we started talking about the mid-sized markets being more of a drag than anticipated. Are these 5 the leaky buckets?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

So Italy, Italy clearly is driving a significant Transformation Plan -- initiative in their market. They're taking out their mail plan. They're changing campaign cycles. They're really modernizing the business, which I absolutely think is the right thing to do. Perhaps we underestimated the level of change in the field, but it's absolutely the right thing to do. Ecuador had challenges, particularly in the beginning of the year with Ecuador, and with the earthquake. So we had challenges there. And we're changing the field and doing some things there to improve that business. So those 2, in particular, were the challenge. Malaysia and Saudi Arabia, which I mentioned, are not quite up to the 15 level, but they have significant challenges again from some of the changes that we're making in the field there.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

Okay. Great. And then my second question was actually just background pricing. And I sort of need to do this. But Sheri, hearing that we have sort of pricing capabilities and -- but we under -- kind of got it wrong in various markets, art not science and so on. We've just heard that so many times before, and we heard it from your predecessor, we've heard it a couple of times since you've been in Avon. When you think through sort of the pricing analytics, the capabilities on the ground, I mean, what are you doing to sort of improve that visibility and skill set?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Yes. I think one of the most important things is a better view of the external world. I will use Russia as an example, where because of the currency movements, we were taking price. What happened is a local competitor started decreasing price and that impacted specifically our Fashion & Home business.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So having a better view earlier, so that we're much more thoughtful about that. Obviously, the ruble also changed, so that contributed to the issue and we're not going to necessarily be able to predict foreign exchange. But that's one area. It's the -- buying data and getting more external information will help. The other piece, I would say, is our ability to react to pricing changes in the market relative to our campaign cycle and shortening that window so that we have more flexibility to be able to change price. As we do things online, we can do that. But still today, we're printing. And so that's the other area of opportunity for us. I will say that there's always going to be pricing, because it's a very dynamic environment that we operate in, and we're seeing a lot of movement relative to currency. So I would also say the area that's probably the more challenging for us, Lauren, is Fashion & Home, because we're buying that from China, we're bringing that in. And that's the area, probably, as I look at the inconsistency, it's more in that side than it is in beauty, and we're much more able to react on the beauty side. Jamie, if you want to add anything?

**James S. Wilson**
*Executive VP & CFO*

No, I'm good with that.

**Operator**

And our final question for the day will come from the line of Olivia Tong. [Operator Instructions]

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

It's Bank of America Merrill Lynch. Just want to talk about the operating margin target, the 2018 one. If it's still double digits, that obviously would suggest about 350 basis points of expansion and 2 years to get there. So first, I'm assuming that it is inclusive of the bad debt impact from this year, so please correct me if that's not the case. And if so, why is that still the right target? And can you talk through the big deltas that you expect to get you there within the next 2 years? And then what your expectations are underlying for the macro environment to get to that target?

**James S. Wilson**
*Executive VP & CFO*

Yes. I mean, I think the target we have restated is being that. So it means that we should exit, as you rightly say, 2018 going into 2019 with those margins. So in other words, there's 2 years to get there. Clearly, yes, the margin this year was depressed by the bad debt. So we wouldn't expect the 2017 margin to be depressed by that. And it becomes -- the rest of it comes from operational performance. I mean, it's a combination of continuing our cost takeout and getting our revenue line to perform where we'd like it to be. I mean, clearly, we will have still transactional ForEx in there. We'll have to work with that and see if we can improve that. So a number of items to be improved over the period of time, but we don't break it down any more than that.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Okay. And then of those top 8 markets and the top 10 that grew local currency revenues, can you break out how many grew volume?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

We don't disclose the units by -- I know the question earlier was on -- even on Brazil. We don't disclose the market level by the individual component.

**James S. Wilson**
*Executive VP & CFO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

No, we don't. I mean, I think when you are talking about the pricing, one of the things that you've got to look at in pricing is that actually you're always balancing price and volume. You don't necessarily want volume to be growing all the time if you're not getting the prices. Getting the balance between that, you should be looking at either of the [indiscernible]. You should measure on profit rather than on the 2 individual component parts, because it's always a mix between the 2.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Do you think there's going to be a more equitable breakout in 2017 relative to 2016?

**James S. Wilson**
*Executive VP & CFO*

Sorry, I'm not sure I understood that. Can you just repeat it?

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Yes, sure. In terms of do you think that there will -- I think as we move into 2017, do you think that volume becomes a bigger piece relative to price?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

I think it's going to vary by category a bit. So on Fashion & Home, we are curating our business. So we made some decisions around some categories that we're exiting or actually scaling back. So we are going to see some declines there, and we're always going to be focused on trying to protect the margin to some level in the Fashion & Home business. So we will -- I'm less bothered by a decline in units if we're driving the overall health of the business in a profitable way. In the case of beauty, what we're very focused on is at the value segment of making sure we got that balance. So I think we were very pleased this year that we grew units in mass and upper mass. The opportunity for us is in the value segment, particularly in the color category, because that's also how we bring in new representatives. So getting that balance is the focus for us. I was answering a question earlier about top 10 markets, we'll be doing it there as well as working with the mid-sized markets on that piece because that's critically important to get that balance right. And there, we would see a different trend hopefully on the unit basis in the value segment.

**Operator**
Thank you. This concludes today's conference call. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.