# Exhibit 11

# UNITED STATES OF AMERICA
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

---

# FORM 10-Q

---

☒   **Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the quarterly period ended March 31, 2017**

**OR**

☐   **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from ＿ to ＿**

**Commission file number 1-4881**

---

# AVON PRODUCTS, INC.

**(Exact name of registrant as specified in its charter)**

---

| | |
|---|---|
| **New York** | **13-0544597** |
| **(State or other jurisdiction of Incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**Building 6, Chiswick Park, London W4 5HR**
**United Kingdom**
**(Address of principal executive offices)**

**+44-1604-232425**
**(Registrant's telephone number, including area code)**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The number of shares of Common Stock (par value $0.25) outstanding at March 31, 2017 was 439,847,678.

**TABLE OF CONTENTS**

|  |  | Page Numbers |
|---|---|---|
| **Part I. Financial Information** | | |
| Item 1. | Financial Statements (Unaudited) | |
| | Consolidated Statements of Operations Three Months Ended March 31, 2017 and March 31, 2016 | 3 |
| | Consolidated Statements of Comprehensive Income Three Months Ended March 31, 2017 and March 31, 2016 | 4 |
| | Consolidated Balance Sheets March 31, 2017 and December 31, 2016 | 5 |
| | Consolidated Statements of Cash Flows Three Months Ended March 31, 2017 and March 31, 2016 | 6 |
| | Notes to Consolidated Financial Statements | 7 - 23 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 24 - 36 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 37 |
| Item 4. | Controls and Procedures | 37 |
| **Part II. Other Information** | | |
| Item 1. | Legal Proceedings | 38 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 38 |
| Item 6. | Exhibits | 38 |
| | Signature | 39 |

2

**PART I. FINANCIAL INFORMATION**

**ITEM 1. FINANCIAL STATEMENTS**

**AVON PRODUCTS, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited)**

| | Three Months Ended | | | |
|---|---|---|---|---|
| (In millions, except per share data) | | March 31, 2017 | | March 31, 2016 |
| Net sales | $ | 1,298.1 | $ | 1,280.0 |
| Other revenue | | 35.0 | | 26.5 |
| Total revenue | | 1,333.1 | | 1,306.5 |
| Costs, expenses and other: | | | | |
| Cost of sales | | 517.1 | | 518.8 |
| Selling, general and administrative expenses | | 787.3 | | 779.9 |
| Operating profit | | 28.7 | | 7.8 |
| Interest expense | | 35.1 | | 32.7 |
| Interest income | | (4.7) | | (4.0) |
| Other expense, net | | 5.0 | | 137.2 |
| Total other expenses | | 35.4 | | 165.9 |
| Loss before taxes | | (6.7) | | (158.1) |
| Income taxes | | (29.8) | | 2.3 |
| Loss from continuing operations, net of tax | | (36.5) | | (155.8) |
| Loss from discontinued operations, net of tax | | - | | (9.6) |
| Net loss | | (36.5) | | (165.4) |
| Net loss attributable to noncontrolling interests | | - | | (0.5) |
| Net loss attributable to Avon | $ | (36.5) | $ | (165.9) |
| Loss per share: | | | | |
| Basic from continuing operations | $ | (0.10) | $ | (0.36) |
| Basic from discontinued operations | | - | | (0.02) |
| Basic attributable to Avon | | (0.10) | | (0.38) |
| Diluted from continuing operations | $ | (0.10) | $ | (0.36) |
| Diluted from discontinued operations | | - | | (0.02) |
| Diluted attributable to Avon | | (0.10) | | (0.38) |
| Cash dividends per common share | $ | - | $ | - |

The accompanying notes are an integral part of these statements.

3

**AVON PRODUCTS, INC.**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
**(Unaudited)**

| | | Three Months Ended | | |
|---|---|---|---|---|
| (In millions) | | March 31, 2017 | | March 31, 2016 |
| Net loss | $ | (36.5) | $ | (165.4) |
| Other comprehensive income: | | | | |
| Foreign currency translation adjustments | | 62.0 | | 95.9 |
| Change in derivative losses on cash flow hedges, net of taxes of $0.0 and $0.0 | | - | | 0.4 |
| Adjustments of and amortization of net actuarial loss and prior service cost, net of taxes of $0.0 and $10.4 | | 3.1 | | 264.0 |
| Other comprehensive income related to New Avon investment, net of taxes of $0.0 | | 1.1 | | - |
| Total other comprehensive income, net of taxes | | 66.2 | | 360.3 |
| Comprehensive income | | 29.7 | | 194.9 |
| Less: comprehensive income attributable to noncontrolling interests | | .1 | | 1.1 |
| Comprehensive income attributable to Avon | $ | 29.6 | $ | 193.8 |

The accompanying notes are an integral part of these statements.

4

**AVON PRODUCTS, INC.**
**CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**

| (In millions) | | March 31, 2017 | | December 31, 2016 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current Assets | | | | |
| Cash and cash equivalents | $ | 560.0 | $ | 654.4 |
| Accounts receivable, net | | 457.0 | | 458.9 |
| Inventories | | 630.4 | | 586.4 |
| Prepaid expenses and other | | 300.2 | | 291.3 |
| Current assets of discontinued operations | | 1.3 | | 1.3 |
| Total current assets | | 1,948.9 | | 1,992.3 |
| Property, plant and equipment, at cost | | 1,488.9 | | 1,424.1 |
| Less accumulated depreciation | | (756.0) | | (712.8) |
| Property, plant and equipment, net | | 732.9 | | 711.3 |
| Goodwill | | 97.1 | | 93.6 |
| Other assets | | 647.3 | | 621.7 |
| **Total assets** | $ | 3,426.2 | $ | 3,418.9 |
| **Liabilities, Series C Convertible Preferred Stock and Shareholders' Deficit** | | | | |
| Current Liabilities | | | | |
| Debt maturing within one year | $ | 20.1 | $ | 18.1 |
| Accounts payable | | 754.3 | | 768.1 |
| Accrued compensation | | 129.4 | | 129.2 |
| Other accrued liabilities | | 362.0 | | 401.9 |
| Sales and taxes other than income | | 158.7 | | 147.0 |
| Income taxes | | 19.1 | | 10.7 |
| Current liabilities of discontinued operations | | 7.3 | | 10.7 |
| Total current liabilities | | 1,450.9 | | 1,485.7 |
| Long-term debt | | 1,874.9 | | 1,875.8 |
| Employee benefit plans | | 167.9 | | 164.5 |
| Long-term income taxes | | 76.9 | | 78.6 |
| Other liabilities | | 213.8 | | 205.8 |
| Total liabilities | | 3,784.4 | | 3,810.4 |
| Commitments and contingencies (Note 8) | | | | |
| Series C convertible preferred stock | | 450.4 | | 444.7 |
| Shareholders' Deficit | | | | |
| Common stock | | 189.5 | | 188.8 |
| Additional paid-in capital | | 2,283.0 | | 2,273.9 |
| Retained earnings | | 2,280.0 | | 2,322.2 |
| Accumulated other comprehensive loss | | (967.1) | | (1,033.2) |
| Treasury stock, at cost | | (4,605.9) | | (4,599.7) |
| Total Avon shareholders' deficit | | (820.5) | | (848.0) |
| Noncontrolling interests | | 11.9 | | 11.8 |
| Total shareholders' deficit | | (808.6) | | (836.2) |
| **Total liabilities, series C convertible preferred stock and shareholders' deficit** | $ | 3,426.2 | $ | 3,418.9 |

The accompanying notes are an integral part of these statements.

5

**AVON PRODUCTS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**

| | Three Months Ended | |
|---|---|---|
| (In millions) | March 31, 2017 | March 31, 2016 |
| **Cash Flows from Operating Activities** | | |
| Net loss | $ (36.5) | $ (165.4) |
| Loss from discontinued operations, net of tax | - | 9.6 |
| Loss from continuing operations, net of tax | $ (36.5) | $ (155.8) |
| Adjustments to reconcile net loss to net cash used by operating activities: | | |
| Depreciation | 20.5 | 20.5 |
| Amortization | 7.1 | 7.1 |
| Provision for doubtful accounts | 60.8 | 37.0 |
| Provision for obsolescence | 10.2 | 12.6 |
| Share-based compensation | 9.7 | 6.2 |
| Foreign exchange (gains) losses | (0.9) | 1.7 |
| Deferred income taxes | 12.3 | (13.5) |
| Loss on deconsolidation of Venezuela | - | 120.5 |
| Other | 6.0 | 2.2 |
| Changes in assets and liabilities: | | |
| Accounts receivable | (42.3) | (21.4) |
| Inventories | (23.5) | (80.5) |
| Prepaid expenses and other | 10.0 | (14.2) |
| Accounts payable and accrued liabilities | (107.3) | (61.8) |
| Income and other taxes | 1.7 | 8.0 |
| Noncurrent assets and liabilities | (8.0) | (59.9) |
| **Net cash used by operating activities of continuing operations** | (80.2) | (191.3) |
| **Cash Flows from Investing Activities** | | |
| Capital expenditures | (23.9) | (23.7) |
| Disposal of assets | 1.6 | 1.3 |
| Reduction of cash due to Venezuela deconsolidation | - | (4.5) |
| Other investing activities | - | 1.6 |
| **Net cash used by investing activities of continuing operations** | (22.3) | (25.3) |
| **Cash Flows from Financing Activities** | | |
| Debt, net (maturities of three months or less) | 1.9 | 3.7 |
| Proceeds from debt | - | 8.6 |
| Repayment of debt | (1.0) | (1.0) |
| Repurchase of common stock | (6.2) | (3.5) |
| Net proceeds from the sale of series C convertible preferred stock | - | 428.1 |
| **Net cash (used) provided by financing activities of continuing operations** | (5.3) | 435.9 |
| **Cash Flows from Discontinued Operations** | | |
| Net cash used by operating activities of discontinued operations | (3.5) | (44.9) |
| Net cash used by investing activities of discontinued operations | - | (96.7) |
| **Net cash used by discontinued operations** | (3.5) | (141.6) |
| **Effect of exchange rate changes on cash and cash equivalents** | 16.9 | (8.9) |
| Net (decrease) increase in cash and cash equivalents | (94.4) | 68.8 |
| Cash and cash equivalents at beginning of year[1] | 654.4 | 684.7 |
| Cash and cash equivalents at end of period | $ 560.0 | $ 753.5 |

The accompanying notes are an integral part of these statements.

(1) Includes cash and cash equivalents of discontinued operations of $(2.2) at the beginning of the year in 2016.

6

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

## 1. ACCOUNTING POLICIES

*Basis of Presentation*

We prepare our unaudited interim Consolidated Financial Statements in conformity with accounting principles generally accepted in the United States ("GAAP"). We consistently applied the accounting policies described in our 2016 Annual Report on Form 10-K ("2016 Form 10-K") in preparing these unaudited Consolidated Financial Statements. In our opinion, the unaudited interim Consolidated Financial Statements reflect all adjustments of a normal recurring nature that are necessary for a fair statement of the results for the interim periods presented. Results for interim periods are not necessarily indicative of results for a full year. You should read these unaudited interim Consolidated Financial Statements in conjunction with our consolidated financial statements contained in our 2016 Form 10-K. When used in this report, the terms "Avon," "Company," "we" or "us" mean Avon Products, Inc.

For interim Consolidated Financial Statements purposes we provide for accruals under our various employee benefit plans for each quarter based on one quarter of the estimated annual expense. In addition, our income tax provision is determined using an estimate of our consolidated annual effective tax rate, adjusted in the current period for discrete income tax items including:

- the effects of significant, unusual or extraordinary pretax and income tax items, if any;

- withholding taxes recognized associated with cash repatriations; and

- the impact of loss-making subsidiaries for which we cannot recognize an income tax benefit and subsidiaries that reduce the reliability of the estimated annual consolidated effective tax rate.

*Venezuela*

As of March 31, 2016, we deconsolidated our Venezuelan operations, and since then, we account for this business using the cost method of accounting. The decision to deconsolidate our Venezuelan operations was due to the lack of exchangeability between the Venezuelan bolivar and the U.S. dollar. This was caused by Venezuela's restrictive foreign exchange control regulations and our Venezuelan operations' increasingly limited access to U.S. dollars, which restricted our Venezuelan operations' ability to pay dividends and settle intercompany obligations.

As a result of the change to the cost method of accounting, in the first quarter of 2016, we recorded a loss of $120.5 in other expense, net. The loss was comprised of $39.2 in net assets of the Venezuelan business and $81.3 in accumulated foreign currency translation adjustments within accumulated other comprehensive loss ("AOCI") (shareholders' deficit) associated with foreign currency changes before Venezuela was accounted for as a highly inflationary economy. The net assets of the Venezuelan business were comprised of inventories of $23.7, property, plant and equipment, net of $15.0, other assets of $11.4, accounts receivable of $4.6, cash of $4.5, and accounts payable and accrued liabilities of $20.0. Our Consolidated Balance Sheets no longer include the assets and liabilities of our Venezuelan operations. We no longer include the results of our Venezuelan operations in our Consolidated Financial Statements, and will include income relating to our Venezuelan operations only to the extent that we receive cash for dividends or royalties remitted by Avon Venezuela.

*Revisions*

In our 2016 Form 10-K, our Consolidated Statements of Cash Flows presented supplemental information of the cash paid for interest of $87.1 for the year ended December 31, 2016; however, this amount should have been disclosed as $142.8. We determined that the effect of this revision was not material to our 2016 Form 10-K.

*New Accounting Standards Implemented*

In March 2016, the FASB issued ASU 2016-09, *Compensation - Stock Compensation*, which is intended to simplify the accounting for share-based payment transactions. This new guidance changes several aspects of the accounting for share-based payment transactions, including accounting for income taxes, forfeitures and employer-tax withholding requirements. ASU 2016-09 also clarifies the Statements of Cash Flows presentation for certain components of share-based payment awards. We have adopted this new accounting guidance in the first quarter of 2017, which did not have a material impact on our Consolidated Financial Statements.

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

*Accounting Standards to be Implemented*

In May 2014, the FASB issued ASU 2014-09, *Revenue from Contracts with Customers*, as a new Topic, Accounting Standards Codification Topic ("ASC") 606. The core principle of the guidance is that an entity should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. We intend to adopt this new accounting guidance effective January 1, 2018. This new accounting guidance can be adopted either retrospectively or as a cumulative-effect adjustment as of the date of adoption, but we have not yet determined our method of adoption. We are currently evaluating the effect that adopting this new accounting guidance will have on our Consolidated Financial Statements. Based on the evaluation completed to-date, we believe that we will need to:

- consider some of our sales incentive programs as a separate deliverable and allocate a portion of the sales transaction price to this deliverable;

- adjust the manner in which we present our allowance for sales returns in our Consolidated Balance Sheets;

- reflect fees paid by the Representative to the Company for items such as brochures, sales aids and late payments as revenue, rather than as a reduction to selling, general and administrative expenses ("SG&A"), as these represent separate performance obligations; and

- reflect certain of the costs associated with the fees paid by the Representative, as well as the costs associated with shipping and handling and order processing, in cost of sales, rather than SG&A.

In March 2017, the FASB issued ASU 2017-07, *Compensation - Retirement Benefits*. This new guidance requires entities to (1) disaggregate the service cost component from the other components of net periodic benefit costs and present it with other current employee compensation costs in the Consolidated Statements of Operations and (2) present the other components of net periodic benefit costs below operating profit. We intend to adopt this new accounting guidance effective January 1, 2018. The new accounting guidance is applied retrospectively and will increase our operating profit for the first quarter of 2017 and the full year 2016 by $.9 and $2.1, respectively, but will have no impact on net income (loss).

In February 2016, the FASB issued ASU 2016-02, *Leases*, which requires all assets and liabilities arising from leases to be recognized in the statement of financial position. We intend to adopt this new accounting guidance effective January 1, 2019. We are currently evaluating the effect that adopting this new accounting guidance will have on our Consolidated Financial Statements.

## 2. EARNINGS (LOSS) PER SHARE AND SHARE REPURCHASES

We compute earnings (loss) per share ("EPS") using the two-class method, which is an earnings (loss) allocation formula that determines earnings (loss) per share for common stock, and earnings (loss) allocated to convertible preferred stock and participating securities, as appropriate. The earnings allocated to convertible preferred stock are the larger of 1) the preferred dividends accrued in the period or 2) the percentage of earnings from continuing operations allocable to the preferred stock as if they had been converted to common stock. Our participating securities are our grants of restricted stock and restricted stock units, which contain non-forfeitable rights to dividend equivalents to the extent any dividends are declared and paid on our common stock. We compute basic EPS by dividing net income (loss) allocated to common shareholders by the weighted-average number of shares outstanding during the period. Diluted EPS is calculated to give effect to all potentially dilutive common shares that were outstanding during the period.

8

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| (Shares in millions) | | 2017 | | 2016 |
| **Numerator from continuing operations:** | | | | |
| Loss from continuing operations, less amounts attributable to noncontrolling interests | $ | (36.5) | $ | (156.3) |
| Less: Loss allocated to participating securities | | .5 | | 1.9 |
| Less: Earnings allocated to convertible preferred stock | | (5.7) | | (1.8) |
| Loss from continuing operations allocated to common shareholders | | (41.7) | | (156.2) |
| **Numerator from discontinued operations:** | | | | |
| Loss from discontinued operations | $ | - | $ | (9.6) |
| Less: Loss allocated to participating securities | | - | | .1 |
| Loss allocated to common shareholders | | - | | (9.5) |
| **Numerator attributable to Avon:** | | | | |
| Net loss attributable to Avon | $ | (36.5) | $ | (165.9) |
| Less: Loss allocated to participating securities | | .5 | | 2.0 |
| Less: Earnings allocated to convertible preferred stock | | - | | (1.8) |
| Loss allocated to common shareholders | | (36.0) | | (165.7) |
| **Denominator:** | | | | |
| Basic EPS weighted-average shares outstanding | | 438.6 | | 435.9 |
| Diluted effect of assumed conversion of stock options | | - | | - |
| Diluted EPS adjusted weighted-average shares outstanding | | 438.6 | | 435.9 |
| **Loss per Common Share from continuing operations:** | | | | |
| Basic | $ | (.10) | $ | (.36) |
| Diluted | | (.10) | | (.36) |
| **Loss per Common Share from discontinued operations:** | | | | |
| Basic | $ | - | $ | (.02) |
| Diluted | | - | | (.02) |
| **Loss per Common Share attributable to Avon:** | | | | |
| Basic | $ | (.10) | $ | (.38) |
| Diluted | | (.10) | | (.38) |

Amounts in the table above may not necessarily sum due to rounding.

During the three months ended March 31, 2017 and 2016, we did not include stock options to purchase 13.1 million shares and 11.0 million shares, respectively, of Avon common stock in the calculation of diluted EPS as we had a loss from continuing operations, net of tax, and the inclusion of these shares would decrease the net loss per share, and therefore, their inclusion would be anti-dilutive.

For the three months ended March 31, 2017 and 2016, it is more dilutive to assume the Series C Convertible Preferred Stock is not converted into common stock; therefore, the weighted-average outstanding shares outstanding was not adjusted by the as-if converted Series C Convertible Preferred Stock because the effect would be anti-dilutive as it would decrease the net loss per share. If the as-if converted Series C Convertible Preferred Stock had been dilutive, approximately 87.1 million additional shares would have been included in the diluted weighted average number of shares outstanding for the three months ended March 31, 2017 and 2016. See Note 5, Related Party Transactions.

We purchased approximately 1.4 million shares of Avon common stock for $6.2 during the first three months of 2017, as compared to approximately .9 million shares of Avon common stock for $3.5 during the first three months of 2016, through acquisition of stock from employees in connection with tax payments upon vesting of restricted stock units and performance restricted stock units.

9

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

**3. DISCONTINUED OPERATIONS**

On December 17, 2015, the Company entered into definitive agreements with affiliates controlled by Cerberus Capital Management, L.P. ("Cerberus"). The agreements include an investment agreement providing for a $435.0 investment by Cleveland Apple Investor L.P. ("Cerberus Investor") (an affiliate of Cerberus) in the Company through the purchase of perpetual convertible preferred stock (see Note 5, Related Party Transactions) and a separation and investment agreement providing for the separation of the Company's North America business, which represented the Company's operations in the United States, Canada and Puerto Rico, from the Company into New Avon LLC ("New Avon"), a privately-held company that is majority-owned and managed by Cerberus NA Investor LLC ("Cerberus NA") (an affiliate of Cerberus). These transactions closed on March 1, 2016.

The major classes of financial statement components comprising the loss on discontinued operations, net of tax for North America are shown below:

|  | Three Months Ended March 31, |
| --- | --- |
|  | 2016 |
| Total revenue | $ 135.2 |
| Cost of sales | 53.2 |
| Selling, general and administrative expenses | 87.8 |
| Operating loss | (5.8) |
| Other income items | .6 |
| Loss from discontinued operations, before tax | (5.2) |
| Loss on sale of discontinued operations, before tax | (14.9) |
| Income taxes | 10.5 |
| Loss from discontinued operations, net of tax | $ (9.6) |

**4. INVESTMENT IN NEW AVON**

In connection with the separation of the Company's North America business (as discussed in Note 3, Discontinued Operations), which closed on March 1, 2016, the Company retained a 19.9% ownership interest in New Avon. The Company accounts for its ownership interests in New Avon using the equity method of accounting, which results in the Company recognizing its proportionate share of New Avon's income or loss and other comprehensive income or loss. The Company's proportionate share of the losses of New Avon was $4.0 and $3.9 during the three months ended March 31, 2017 and one month ended March 31, 2016, respectively, and was recorded within other expense, net. The Company also recorded an additional loss of $.5 within other expense, net and a benefit of $1.1 within other comprehensive income, during the three months ended March 31, 2017, primarily associated with purchase accounting adjustments reported by New Avon. At March 31, 2017, our investment in New Avon was $29.4 and was classified within other assets in our Consolidated Balance Sheets.

Summarized financial information related to New Avon is shown below:

|  | Three Months Ended March 31, 2017 | One Month Ended March 31, 2016 |
| --- | --- | --- |
| Total revenue | $ 176.8 | $ 88.8 |
| Gross profit | $ 110.2 | $ 53.4 |
| Net loss | $ (20.3) | $ (19.6) |

10

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

### 5. RELATED PARTY TRANSACTIONS

The following tables present the related party transactions with New Avon and affiliates of Cerberus. New Avon is majority owned and managed by Cerberus NA. See Note 3, Discontinued Operations and Note 4, Investment in Avon for further details.

| | | Three Months Ended March 31, | | |
| --- | --- | --- | --- | --- |
| | | 2017 | | 2016 |
| **Statement of Operations Data** | | | | |
| Revenue from sale of product to New Avon[1] | $ | 8.0 | $ | 3.7 |
| Gross profit from sale of product to New Avon[1] | $ | .6 | $ | .5 |
| | | | | |
| Cost of sales for purchases from New Avon[2] | $ | .8 | $ | .9 |
| | | | | |
| Selling, general and administrative expenses: | | | | |
| Transition services, research and development and subleases[3] | $ | (7.9) | $ | (3.9) |
| Project management team[4] | | .8 | | - |
| Net reduction of selling, general and administrative expenses | $ | (7.1) | $ | (3.9) |

| | | March 31, 2017 | | December 31, 2016 |
| --- | --- | --- | --- | --- |
| **Balance Sheet Data** | | | | |
| Inventories[5] | $ | .8 | $ | 1.0 |
| Receivables due from New Avon[6] | $ | 6.8 | $ | 11.6 |
| Payables due to New Avon[7] | $ | .4 | $ | .7 |
| Payables due to an affiliate of Cerberus[8] | $ | .6 | $ | .6 |

[1] The Company supplies product to New Avon as part of a manufacturing and supply agreement. The Company recorded revenue of $8.0 and $3.7, within other revenue, and gross profit of $.6 and $.5 associated with this agreement during the three months ended March 31, 2017 and 2016, respectively.

[2] New Avon also supplies product to the Company as part of this manufacturing and supply agreement. The Company purchased $1.0 and $1.2 from New Avon associated with this agreement during the three months ended March 31, 2017 and 2016, respectively, and recorded $.8 and $.9 associated with these purchases within cost of sales during the three months ended March 31, 2017 and 2016, respectively.

[3] The Company also entered into a transition services agreement to provide certain services to New Avon, as well as an agreement for research and development and subleases for office space. In addition, New Avon is performing certain services for the Company under a similar transition services agreement. The Company recorded a net $7.9 and $3.9 reduction of selling, general and administrative expenses associated with these agreements during the three months ended March 31, 2017 and 2016, respectively, which generally represents a recovery of the related costs.

[4] The Company also entered into agreements with an affiliate of Cerberus, which provide for the secondment of Cerberus affiliate personnel to the Company's project management team responsible for assisting with the execution of the transformation plan (the "Transformation Plan") announced in January 2016. The Company recorded $.8 in selling, general and administrative expenses associated with these agreements during the three months ended March 31, 2017. See Note 12, Restructuring Initiatives for additional information related to the Transformation Plan.

[5] Inventories relate to purchases from New Avon, associated with the manufacturing and supply agreement, which have not yet been sold, and were classified within inventories in the Consolidated Balance Sheets.

[6] The receivables due from New Avon relate to the agreements for transition services, research and development and subleases for office space, as well as the manufacturing and supply agreement, and were classified within prepaid expenses and other in the Consolidated Balance Sheets.

[7] The payables due to New Avon relate to the manufacturing and supply agreement, and were classified within other accrued liabilities in the Consolidated Balance Sheets.

[8] The payables due to an affiliate of Cerberus relate to the agreement for the project management team, and were classified within other accrued liabilities in the Consolidated Balance Sheets.

11

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

In addition, the Company also issued standby letters of credit to the lessors of certain equipment, a lease for which was transferred to New Avon in connection with the separation of the Company's North America business. As of March 31, 2017, the Company has a liability of $1.6 for the estimated value of such standby letters of credit. The recognition of the initial liability of $2.1 was included in the estimated loss on sale of the North America business in loss from discontinued operations, net of tax during the three months ended March 31, 2016.

*Series C Preferred Stock*

On March 1, 2016, the Company issued and sold to Cerberus Investor 435,000 shares of newly issued Series C Preferred Stock for an aggregate purchase price of $435.0. Cumulative preferred dividends accrue daily on the Series C Preferred Stock at a rate of 1.25% per quarter. The Series C Preferred Stock had accrued unpaid dividends of $24.1 as of March 31, 2017. There were no dividends declared in the three months ended March 31, 2017 and 2016.

**6. INVENTORIES**

| Components of Inventories | March 31, 2017 | | December 31, 2016 | |
|---|---|---|---|---|
| Raw materials | $ | 194.3 | $ | 179.3 |
| Finished goods | | 436.1 | | 407.1 |
| Total | $ | 630.4 | $ | 586.4 |

**7. EMPLOYEE BENEFIT PLANS**

| | Three Months Ended March 31, | | | | | |
|---|---|---|---|---|---|---|
| | Pension Benefits | | | | | |
| | U.S. Plans | | Non-U.S. Plans | | Postretirement Benefits | |
| Net Periodic Benefit Costs | 2017 | 2016 | 2017 | 2016 | 2017 | 2016 |
| Service cost | $ 1.4 | $ 2.3 | $ 1.2 | $ 1.3 | $ - | $ .1 |
| Interest cost | .7 | 4.3 | 4.4 | 6.0 | .4 | .6 |
| Expected return on plan assets | (.8) | (5.2) | (6.7) | (8.8) | - | - |
| Amortization of prior service credit | - | (.1) | - | - | (.1) | (.9) |
| Amortization of net actuarial losses | 1.2 | 6.1 | 1.8 | 1.7 | - | .2 |
| Settlements/curtailments | - | .1 | - | - | - | - |
| Net periodic benefit costs[1] | $ 2.5 | $ 7.5 | $ .7 | $ .2 | $ .3 | $ - |

[1] Includes $4.4 of U.S. pension and immaterial amounts of the postretirement benefit plans (related to the U.S.) for the three months ended March 31, 2016, which are included in discontinued operations. Amounts associated with the pension and postretirement benefit plans in Canada and the postretirement benefit plan in Puerto Rico, which are included in discontinued operations, have been excluded from all amounts in the table above. See Note 3, Discontinued Operations for discussion of the separation of the Company's North America business.

During the three months ended March 31, 2017, we made less than $1 and approximately $5 of contributions to the U.S. and non-U.S. defined benefit pension and postretirement benefit plans, respectively. During the remainder of 2017, we anticipate contributing approximately $10 to $15 and approximately $15 to $20 to fund our U.S. and non-U.S. defined benefit pension and postretirement benefit plans, respectively.

**8. CONTINGENCIES**

*Settlements of FCPA Investigations*

As previously reported, we engaged outside counsel to conduct an internal investigation and compliance reviews focused on compliance with the FCPA and related U.S. and foreign laws in China and additional countries. The internal investigation, which was conducted under the oversight of our Audit Committee, began in June 2008 and along with the compliance reviews, was completed in 2014.

Following our voluntary reporting of the internal investigation to both the DOJ and the SEC and our subsequent cooperation with those agencies, the United States District Court for the Southern District of New York (the "USDC") approved in December 2014 a deferred prosecution agreement ("DPA") entered into between the Company and the DOJ related to charges of violations of the books and records and internal controls provisions of the FCPA. In addition, Avon Products (China) Co.

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

Ltd., a subsidiary of the Company operating in China, pleaded guilty to conspiring to violate the books and records provision of the FCPA and was sentenced by the USDC to pay a $68 fine. The SEC also filed a complaint against the Company charging violations of the books and records and internal controls provisions of the FCPA and the Consent which was approved in a judgment entered by the USDC in January 2015, and included $67 in disgorgement and prejudgment interest. The DPA, the above-mentioned guilty plea and the Consent resolved the SEC's and the DOJ's investigations of the Company's compliance with the FCPA and related U.S. laws in China and additional countries. The fine was paid in December 2014 and the payment to the SEC was made in January 2015.

Under the DPA, the DOJ will defer criminal prosecution of the Company for a term of three years. If the Company remains in compliance with the DPA during its term, the charges against the Company will be dismissed with prejudice. Under the DPA, the Company also represented that it has implemented and agreed that it will continue to implement a compliance and ethics program designed to prevent and detect violations of the FCPA and other applicable anti-corruption laws throughout its operations.

Under the DPA and the Consent, among other things, the Company agreed to have a compliance monitor (the "monitor"). During July 2015, the Company engaged a monitor, who had been approved by the DOJ and SEC. With the approval of the DOJ and the SEC, the monitor can be replaced by the Company, if the Company agrees to undertake self-reporting obligations for the remainder of the monitoring period. The monitoring period is scheduled to expire in July 2018. There can be no assurance as to whether or when the DOJ and the SEC will approve replacing the monitor with the Company's self-reporting. If the DOJ determines that the Company has knowingly violated the DPA, the DOJ may commence prosecution or extend the term of the DPA, including the monitoring provisions described above, for up to one year.

The monitor is assessing and monitoring the Company's compliance with the terms of the DPA and the Consent by evaluating, among other things, the Company's internal accounting controls, recordkeeping and financial reporting policies and procedures. The monitor has recommended some changes to our policies and procedures that we are in the process of adopting, and may make additional recommendations that we must adopt unless they are unduly burdensome or otherwise inadvisable, in which case we may propose alternatives, which the DOJ and the SEC may or may not accept. In addition, operating under the oversight of the monitor may result in additional time and attention on these matters by members of our management, which may divert their time from the operation of our business. Assuming the monitor is replaced by a self-reporting period, the Company's self-reporting obligations may be costly or time-consuming.

The third-party costs incurred in connection with ongoing compliance with the DPA and the Consent, including the monitorship, have not been material to date and we do not anticipate material costs going forward. We currently cannot estimate the costs that we are likely to incur in connection with self-reporting, if applicable, and any additional costs of implementing the changes, if any, to our policies and procedures required by the monitor.

*Litigation Matters*

Between December 23, 2014 and March 12, 2015, two purported class actions were filed in the United States District Court for the Southern District of New York -- *Poovathur v. Avon Products, Inc., et al. (*No. 14-CV-10083) and *McCoy et al. v. Avon Products, Inc., et al. (*No. 15-CV-01828) asserting claims under the Employee Retirement Income Security Act ("ERISA") against the Company, the Plan's administrator, benefits board and investment committee, and certain individuals alleged to have served as Plan fiduciaries. On April 8, 2015, the Court consolidated the two actions and recaptioned the consolidated case as *In re 2014 Avon Products, Inc. ERISA Litigation, (*No. 14-CV-10083). On May 8, 2015, plaintiffs filed a consolidated complaint, asserting claims for alleged breach of fiduciary duty and failure to monitor under ERISA on behalf of a purported class of participants in and beneficiaries of the Plan who invested in and/or held shares of the Avon Common Stock Fund between July 31, 2006 and May 1, 2014 and between December 14, 2011 and the present. Plaintiffs seek, *inter alia*, certain monetary relief, damages, and declaratory, injunctive and other equitable relief. On July 9, 2015, Defendants moved to dismiss the consolidated complaint. The parties reached an agreement on a settlement of this class action. The terms of settlement include releases by members of the class of claims against the Company and the individual defendants and payment of approximately $6. Approximately $5 of the settlement was paid by the Company's insurer and approximately $1 was paid by the Company (which represented the remaining deductible under the Company's applicable insurance policy). On June 7, 2016, the court granted preliminary approval of the settlement and scheduled a hearing to consider final approval for October 11, 2016. On January 3, 2017, the Court issued a Final Approval Order approving the settlement.

*Brazilian Tax Assessments*

In 2002, our Brazilian subsidiary received an excise tax (IPI) assessment from the Brazilian tax authorities for alleged tax deficiencies during the years 1997-1998. In December 2012, additional assessments were received for the year 2008 with respect to excise tax (IPI) and taxes charged on gross receipts (PIS and COFINS). In the second quarter of 2014, the PIS and COFINS assessments were officially closed in favor of Avon Brazil. The 2002 and the 2012 IPI assessments assert that the

13

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

establishment in 1995 of separate manufacturing and distribution companies in Brazil was done without a valid business purpose and that Avon Brazil did not observe minimum pricing rules to define the taxable basis of excise tax. The structure adopted in 1995 is comparable to that used by many other companies in Brazil. We believe that our Brazilian corporate structure is appropriate, both operationally and legally, and that the 2002 and 2012 IPI assessments are unfounded.

These matters are being vigorously contested. In January 2013, we filed a protest seeking a first administrative level review with respect to the 2012 IPI assessment. In July 2013, the 2012 IPI assessment was upheld at the first administrative level and we have appealed this decision to the second administrative level. The 2012 IPI assessment totals approximately $352, including penalties and accrued interest. In October 2010, the 2002 IPI assessment was upheld at the first administrative level at an amount reduced to approximately $30 from approximately $71, including penalties and accrued interest. We appealed this decision to the second administrative level, which ruled in favor of Avon in March 2015 and canceled the 2002 IPI assessment. The Brazilian tax authorities' appeal to this favorable decision regarding the 2002 IPI assessment was decided in Avon's favor in February 2017. This favorable decision remains subject to further appeal by the Brazilian tax authorities.

In the event that the 2002 or 2012 IPI assessments are upheld, it may be necessary for us to provide security to pursue further appeals, which, depending on the circumstances, may result in a charge to earnings. It is not possible to reasonably estimate the likelihood or potential amount of assessments that may be issued for subsequent periods (tax years up through 2010 are closed by statute). However, other similar IPI assessments involving different periods (1998-2001) have been canceled and officially closed in our favor by the second administrative level. We believe that the likelihood that the 2002 IPI assessment will be upheld on any further appeal is remote and the likelihood that the 2012 IPI assessment will be upheld is reasonably possible. As stated above, we believe that the 2002 and 2012 IPI assessments are unfounded.

*Brazil IPI Tax on Cosmetics*

In May 2015, an Executive Decree on certain cosmetics went into effect in Brazil which increased the amount of IPI taxes that are to be remitted by Avon Brazil to the taxing authority on the sales of cosmetic products subject to IPI. Avon Brazil filed an objection to this IPI tax increase on the basis that it is not constitutional. In December 2016, Avon Brazil received a favorable decision from the Federal District Court regarding this objection. This decision has been appealed by the tax authorities.

From May 2015 through April 2016, Avon Brazil remitted the taxes associated with this IPI tax increase into a judicial deposit which would be remitted to the taxing authorities in the event that we are not successful in our objection to the tax increase. In May 2016, Avon Brazil received a favorable preliminary decision on its objection to the tax and was granted a preliminary injunction. As a result, beginning in May 2016, Avon Brazil is no longer required to remit the taxes associated with IPI into a judicial deposit. As the IPI tax increase remains in effect, Avon Brazil is continuing to recognize the IPI taxes associated with the May 2015 Executive Decree as a liability. At March 31, 2017, the liability to the taxing authorities for this IPI tax increase was approximately $148 and was classified within other liabilities in our Consolidated Balance Sheets, and the judicial deposit was approximately $74 and was classified within other assets in our Consolidated Balance Sheets. The net liability that does not have a corresponding judicial deposit was $74 at March 31, 2017, and the interest associated with this net liability will be recognized in other expense, net. Our cash flow from operations has benefited as compared to our earnings as we have recognized the expense and associated interest related to this IPI tax in our Consolidated Statements of Operations; however, since May 2016, we have not made a corresponding cash payment into a judicial deposit.

An unfavorable ruling to our objection of this IPI tax increase would have an adverse effect on the consolidated cash flows as Avon Brazil would have to remit the liability owed to the taxing authorities. This amount would be partially offset by the amount of the judicial deposit held by Avon Brazil. We are not able to reliably predict the timing of the outcome of our objection to this tax increase.

*Other Matters*

Various other lawsuits and claims, arising in the ordinary course of business or related to businesses previously sold, are pending or threatened against Avon. In management's opinion, based on its review of the information available at this time, the total cost of resolving such other contingencies at March 31, 2017, is not expected to have a material adverse effect on our consolidated financial position, results of operations or cash flows.

14

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

### 9. ACCUMULATED OTHER COMPREHENSIVE INCOME (LOSS)

The tables below present the changes in AOCI by component and the reclassifications out of AOCI for the three months ended March 31, 2017 and 2016:

| Three Months Ended March 31, 2017: | Foreign Currency Translation Adjustments | Net Investment Hedges | Pension and Postretirement Benefits | Investment in New Avon | Total |
|---|---|---|---|---|---|
| Balance at December 31, 2016 | $ (910.9) | $ (4.3) | $ (120.2) | $ 2.2 | $ (1,033.2) |
| Other comprehensive income other than reclassifications | 61.9 | - | - | 1.1 | 63.0 |
| Reclassifications into earnings: | | | | | |
| Amortization of net actuarial loss and prior service cost, net of tax of $0.0[2] | - | - | 3.1 | - | 3.1 |
| Total reclassifications into earnings | - | - | 3.1 | - | 3.1 |
| Balance at March 31, 2017 | $ (849.0) | $ (4.3) | $ (117.1) | $ 3.3 | $ (967.1) |

| Three Months Ended March 31, 2016: | Foreign Currency Translation Adjustments | Cash Flow Hedges | Net Investment Hedges | Pension and Postretirement Benefits | Total |
|---|---|---|---|---|---|
| Balance at December 31, 2015 | $ (950.0) | $ (1.3) | $ (4.3) | $ (410.6) | $ (1,366.2) |
| Other comprehensive income (loss) other than reclassifications | 23.9 | - | - | (12.7) | 11.2 |
| Reclassifications into earnings: | | | | | |
| Derivative losses on cash flow hedges, net of tax of $0.0[1] | - | .4 | - | - | .4 |
| Amortization of net actuarial loss and prior service cost, net of tax of $.2[2] | - | - | - | 6.7 | 6.7 |
| Deconsolidation of Venezuela, net of tax of $0.0 | 81.3 | - | - | .8 | 82.1 |
| Separation of North America, net of tax of $10.2 | (10.0) | - | - | 269.2 | 259.2 |
| Total reclassifications into earnings | 71.3 | .4 | - | 276.7 | 348.4 |
| Balance at March 31, 2016 | $ (854.8) | $ (.9) | $ (4.3) | $ (146.6) | $ (1,006.6) |

(1) Gross amount reclassified to interest expense, and related taxes reclassified to income taxes.

(2) Gross amount reclassified to pension and postretirement expense, within selling, general & administrative expenses, and related taxes reclassified to income taxes.

A foreign exchange net gain of $3.4 and net loss of $1.2 for the three months ended March 31, 2017 and 2016, respectively, resulting from the translation of actuarial losses and prior service cost recorded in AOCI are included in changes in foreign currency translation adjustments in our Consolidated Statements of Comprehensive Income.

### 10. SEGMENT INFORMATION

We determine segment profit by deducting the related costs and expenses from segment revenue. In order to ensure comparability between periods, segment profit includes an allocation of global marketing expenses based on actual revenues. Segment profit excludes global expenses other than the allocation of marketing, costs to implement ("CTI") restructuring initiatives (see Note 12, Restructuring Initiatives), certain significant asset impairment charges, and other items, which are not allocated to a particular segment, if applicable. This is consistent with the manner in which we assess our performance and allocate resources.

15

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

Summarized financial information concerning our reportable segments was as follows:

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| **Total Revenue** | | 2017 | | 2016 |
| Europe, Middle East & Africa | $ | 507.5 | $ | 520.4 |
| South Latin America | | 499.2 | | 426.4 |
| North Latin America | | 193.2 | | 204.7 |
| Asia Pacific | | 124.2 | | 134.6 |
| Total revenue from reportable segments | | 1,324.1 | | 1,286.1 |
| Other operating segments and business activities | | 9.0 | | 20.4 |
| Total revenue | $ | 1,333.1 | $ | 1,306.5 |

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| **Operating Profit** | | 2017 | | 2016 |
| *Segment Profit* | | | | |
| Europe, Middle East & Africa | $ | 74.6 | $ | 68.7 |
| South Latin America | | 13.3 | | 23.1 |
| North Latin America | | 21.0 | | 28.5 |
| Asia Pacific | | 12.9 | | 14.8 |
| Total profit from reportable segments | $ | 121.8 | $ | 135.1 |
| Other operating segments and business activities | | 1.2 | | 4.1 |
| Unallocated global expenses | | (84.3) | | (84.6) |
| CTI restructuring initiatives | | (10.0) | | (46.8) |
| Operating profit | $ | 28.7 | $ | 7.8 |

Other operating segments and business activities include the first quarter of 2016 results of Venezuela, as it was deconsolidated effective March 31, 2016, as well as markets that have been exited. Effective in the first quarter of 2017, given that we have exited Thailand during 2016, the results of Thailand are now reported in Other operating segments and business activities for all periods presented, while previously the results had been reported in Asia Pacific. Other operating segments and business activities also include revenue from the sale of products to New Avon since the separation of the Company's North America business into New Avon on March 1, 2016 and ongoing royalties from the licensing of our name and products.

**11. SUPPLEMENTAL BALANCE SHEET INFORMATION**

At March 31, 2017 and December 31, 2016, prepaid expenses and other included the following:

| **Components of Prepaid Expenses and Other** | | March 31, 2017 | | December 31, 2016 |
|---|---|---|---|---|
| Prepaid taxes and tax refunds receivable | $ | 114.3 | $ | 99.3 |
| Prepaid brochure costs, paper and other literature | | 78.1 | | 73.2 |
| Receivables other than trade | | 55.0 | | 68.3 |
| Other | | 52.8 | | 50.5 |
| Prepaid expenses and other | $ | 300.2 | $ | 291.3 |

16

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

At March 31, 2017 and December 31, 2016, other assets included the following:

| Components of Other Assets | March 31, 2017 | December 31, 2016 |
|---|---|---|
| Deferred tax assets | 162.8 | 162.1 |
| Long-term receivables | 89.6 | 78.9 |
| Judicial deposits other than Brazil IPI tax (see below) | 85.7 | 78.0 |
| Capitalized software | 83.3 | 83.9 |
| Judicial deposit for Brazil IPI tax on cosmetics (Note 8) | 74.4 | 69.0 |
| Net overfunded pension plans | 59.7 | 54.8 |
| Trust assets associated with supplemental benefit plans | 35.9 | 35.2 |
| Investment in New Avon (Note 4) | 29.4 | 32.8 |
| Tooling (plates and molds associated with our beauty products) | 14.5 | 14.7 |
| Other | 12.0 | 12.3 |
| Other assets | $ 647.3 | $ 621.7 |

## 12. RESTRUCTURING INITIATIVES

### Transformation Plan

In January 2016, we announced the Transformation Plan, which includes cost reduction efforts to continue to improve our cost structure and to enable us to reinvest in growth. As a result of this plan, we have targeted pre-tax annualized cost savings of approximately $350 after three years, with an estimated $200 from supply chain reductions and an estimated $150 from other cost reductions, which are expected to be achieved through restructuring actions, as well as other cost-savings strategies that will not result in restructuring charges. We plan to reinvest a portion of these cost savings in growth initiatives, including media, social selling and information technology systems that will help us modernize our business. We initiated the Transformation Plan in order to enable us to achieve our long-term goals of double-digit operating margin and mid single-digit constant-dollar revenue growth. As part of the Transformation Plan, we identified certain actions, that we believe will reduce ongoing costs, primarily consisting of global headcount reductions relating to operating model changes, as well as the closure of Thailand, a smaller, under-performing market. These operating model changes include the streamlining of our corporate functions to align with the current and future needs of the business and an information technology infrastructure outsourcing initiative.

As a result of these restructuring actions approved-to-date, we have recorded total costs to implement these restructuring initiatives of $116.1 before taxes, of which $10.0 was recorded during the three months ended March 31, 2017, in our Consolidated Statements of Operations. The additional charges not yet incurred associated with the restructuring actions approved to-date of approximately $10 to $15 before taxes are expected to be recorded primarily in 2018. At this time we are unable to quantify the total costs to implement the restructuring initiatives that will be incurred through the time the Transformation Plan is fully implemented as we have not yet identified all actions to be taken.

### Restructuring Charges - Three Months Ended March 31, 2017

During the three months ended March 31, 2017, we recorded costs to implement of $10.0 related to the Transformation Plan, in our Consolidated Statements of Operations. The costs consisted of the following:

- net charges of $7.6, primarily for employee-related costs, including severance benefits;

- contract termination and other net charge of $1.4;

- implementation costs of $.5 primarily related to professional service fees; and

- accelerated depreciation of $.5.

Of the total costs to implement during the three months ended March 31, 2017, $10.1 was recorded in selling, general and administrative expenses and a benefit of $.1 was recorded in cost of sales.

17

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

*Restructuring Charges - Three Months Ended March 31, 2016*

During the three months ended March 31, 2016, we recorded costs to implement of $47.5 related to the Transformation Plan, in selling, general and administrative expenses, in our Consolidated Statements of Operations. The costs consisted of the following:

- net charge of $47.1 primarily for employee-related costs, including severance benefits; and

- implementation costs of $.4 primarily related to professional service fees.

The liability balance for the Transformation Plan as of March 31, 2017 is as follows:

| | Employee-Related Costs | | Contract Terminations/Other | | Total | |
|---|---|---|---|---|---|---|
| Balance at December 31, 2016 | $ | 48.6 | $ | 2.8 | $ | 51.4 |
| 2017 charges | | 9.7 | | - | | 9.7 |
| Adjustments | | (2.1) | | 1.4 | | (.7) |
| Cash payments | | (9.0) | | (.5) | | (9.5) |
| Foreign exchange | | .5 | | - | | .5 |
| Balance at March 31, 2017 | $ | 47.7 | $ | 3.7 | $ | 51.4 |

The majority of cash payments, if applicable, associated with these charges are expected to be made during 2017.

The following table presents the restructuring charges incurred to date, under the Transformation Plan, along with the estimated charges expected to be incurred on approved initiatives under the plan:

| | Employee-Related Costs | | Inventory Write-offs | | Foreign Currency Translation Adjustment Write-offs | | Contract Terminations/Other | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Charges incurred to-date | $ | 91.6 | $ | .4 | $ | 2.7 | $ | 10.1 | $ | 104.8 |
| Estimated charges to be incurred on approved initiatives | | 6.2 | | - | | - | | 1.2 | | 7.4 |
| Total expected charges on approved initiatives | $ | 97.8 | $ | .4 | $ | 2.7 | $ | 11.3 | $ | 112.2 |

The charges, net of adjustments, of initiatives under the Transformation Plan, along with the estimated charges expected to be incurred on approved initiatives under the plan, by reportable segment are as follows:

| | Europe, Middle East & Africa | | South Latin America | | North Latin America | | Asia Pacific | | Global & Other Operating Segments | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | $ | - | $ | - | $ | - | $ | - | $ | 21.4 | $ | 21.4 |
| 2016 | | 30.9 | | 13.2 | | 4.4 | | 11.7 | | 14.2 | | 74.4 |
| First quarter 2017 | | 3.0 | | 2.7 | | (.1) | | (.5) | | 3.9 | | 9.0 |
| Charges incurred to-date | | 33.9 | | 15.9 | | 4.3 | | 11.2 | | 39.5 | | 104.8 |
| Estimated charges to be incurred on approved initiatives | | 1.2 | | - | | - | | - | | 6.2 | | 7.4 |
| Total expected charges on approved initiatives | $ | 35.1 | $ | 15.9 | $ | 4.3 | $ | 11.2 | $ | 45.7 | $ | 112.2 |

We expect our total costs to implement restructuring on approved initiatives to be an estimated $125 to $130 before taxes under the Transformation Plan. The amounts shown in the tables above as charges recorded to-date relate to initiatives that have been approved and recorded in the financial statements as the costs are probable and estimable. The amounts shown in the tables above as total expected charges on approved initiatives represent charges recorded to-date plus charges yet to be recorded for approved initiatives as the relevant accounting criteria for recording an expense have not yet been met. In addition to the charges included in the tables above, we have incurred and will continue to incur other costs to implement restructuring initiatives such as professional services fees and accelerated depreciation.

18

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

*Other Restructuring Initiatives*

During the three months ended March 31, 2017 and 2016, we recorded an immaterial amount and a net benefit of $.7, respectively, in selling, general and administrative expenses, in the Consolidated Statements of Operations, associated with the restructuring programs launched in 2005 and 2009, the restructuring initiatives launched in 2012 (including the cost savings initiative known as the "$400M Cost Savings Initiative"), and the restructuring actions identified during 2015 (collectively, the "Other Restructuring Initiatives"), which are substantially complete. The liability balance associated with the Other Restructuring Initiatives, which primarily consists of employee-related costs, as of March 31, 2017 is not material.

**13. GOODWILL**

*Goodwill*

|  | Europe, Middle East & Africa | | South Latin America | | Asia Pacific | | Total | |
|---|---|---|---|---|---|---|---|---|
| Gross balance at December 31, 2016 | $ | 25.6 | $ | 72.3 | $ | 85.0 | $ | 182.9 |
| Accumulated impairments | | (6.9) | | - | | (82.4) | | (89.3) |
| Net balance at December 31, 2016 | $ | 18.7 | $ | 72.3 | $ | 2.6 | $ | 93.6 |
| Changes during the period ended March 31, 2017: | | | | | | | | |
| Foreign exchange | | .5 | | 3.0 | | - | | 3.5 |
| Gross balance at March 31, 2017 | $ | 26.1 | $ | 75.3 | $ | 85.0 | $ | 186.4 |
| Accumulated impairments | | (6.9) | | - | | (82.4) | | (89.3) |
| Net balance at March 31, 2017 | $ | 19.2 | $ | 75.3 | $ | 2.6 | $ | 97.1 |

**14. FAIR VALUE**

*Assets and Liabilities Recorded at Fair Value*

The fair value measurement provisions required by GAAP establish a fair value hierarchy, which prioritizes the inputs used in measuring fair value into three broad levels as follows:

•      Level 1 - Quoted prices in active markets for identical assets or liabilities.

•      Level 2 - Inputs, other than the quoted prices in active markets, that are observable either directly or indirectly.

•      Level 3 - Unobservable inputs based on our own assumptions.

*Assets and Liabilities Recorded at Fair Value on a Recurring Basis*

The following table presents the fair value hierarchy for those assets and liabilities measured at fair value on a recurring basis as of March 31, 2017:

|  | Level 1 | | Level 2 | | Total | |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Available-for-sale securities | $ | 2.8 | $ | - | $ | 2.8 |
| Foreign exchange forward contracts | | - | | .4 | | .4 |
| Total | $ | 2.8 | $ | .4 | $ | 3.2 |
| **Liabilities:** | | | | | | |
| Foreign exchange forward contracts | $ | - | $ | .3 | $ | .3 |
| Total | $ | - | $ | .3 | $ | .3 |

19

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

The following table presents the fair value hierarchy for those assets and liabilities measured at fair value on a recurring basis as of December 31, 2016:

|  | Level 1 | Level 2 | Total |
|---|---|---|---|
| **Assets:** | | | |
| Available-for-sale securities | $ 2.8 | $ - | $ 2.8 |
| Foreign exchange forward contracts | - | .6 | .6 |
| Total | $ 2.8 | $ .6 | $ 3.4 |
| **Liabilities:** | | | |
| Foreign exchange forward contracts | $ - | $ 3.0 | $ 3.0 |
| Total | $ - | $ 3.0 | $ 3.0 |

*Fair Value of Financial Instruments*

Our financial instruments include cash and cash equivalents, available-for-sale securities, short-term investments, accounts receivable, loans receivable, debt maturing within one year, accounts payable, long-term debt and foreign exchange forward contracts. The carrying value for cash and cash equivalents, accounts receivable, accounts payable and short-term investments approximate fair value because of the short-term nature of these instruments.

The net asset (liability) amounts recorded in the balance sheet (carrying amount) and the estimated fair values of our remaining financial instruments at March 31, 2017 and December 31, 2016, respectively, consisted of the following:

|  | March 31, 2017 | | December 31, 2016 | |
|---|---|---|---|---|
|  | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
| Available-for-sale securities | $ 2.8 | $ 2.8 | $ 2.8 | $ 2.8 |
| Debt maturing within one year[1] | (20.1) | (20.1) | (18.1) | (18.1) |
| Long-term debt[1] | (1,874.9) | (1,880.8) | (1,875.8) | (1,877.5) |
| Foreign exchange forward contracts | .1 | .1 | (2.4) | (2.4) |

[1] The carrying value of debt maturing within one year and long-term debt is presented net of debt issuance costs and includes any related discount or premium and unamortized deferred gains on terminated interest-rate swap agreements, as applicable.

The methods and assumptions used to estimate fair value are as follows:

Available-for-sale securities - The fair values of these investments were the quoted market prices for issues listed on securities exchanges.

Debt maturing within one year and long-term debt - The fair values of our debt and other financing were determined using Level 2 inputs based on indicative market prices.

Foreign exchange forward contracts - The fair values of forward contracts were estimated based on quoted forward foreign exchange prices at the reporting date.

## 15. DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES

We operate globally, with manufacturing and distribution facilities in various countries around the world. We may reduce our exposure to fluctuations in the fair value and cash flows associated with changes in interest rates and foreign exchange rates by creating offsetting positions, including through the use of derivative financial instruments. If we use foreign currency-rate sensitive and interest-rate sensitive instruments to hedge a certain portion of our existing and forecasted transactions, we would expect that any gain or loss in value of the hedge instruments generally would be offset by decreases or increases in the value of the underlying forecasted transactions.

We do not enter into derivative financial instruments for trading or speculative purposes, nor are we a party to leveraged derivatives. The master agreements governing our derivative contracts generally contain standard provisions that could trigger early termination of the contracts in certain circumstances, including if we were to merge with another entity and the creditworthiness of the surviving entity were to be "materially weaker" than that of Avon prior to the merger.

20

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

Derivatives are recognized in the Consolidated Balance Sheets at their fair values. The following table presents the fair value of derivative instruments outstanding at March 31, 2017:

| | Asset | | Liability | |
| --- | --- | --- | --- | --- |
| | Balance Sheet Classification | Fair Value | Balance Sheet Classification | Fair Value |
| **Derivatives not designated as hedges:** | | | | |
| Foreign exchange forward contracts | Prepaid expenses and other | $ .4 | Accounts payable | $ .3 |
| Total derivatives not designated as hedges | | $ .4 | | $ .3 |
| Total derivatives | | $ .4 | | $ .3 |

The following table presents the fair value of derivative instruments outstanding at December 31, 2016:

| | Asset | | Liability | |
| --- | --- | --- | --- | --- |
| | Balance Sheet Classification | Fair Value | Balance Sheet Classification | Fair Value |
| **Derivatives not designated as hedges:** | | | | |
| Foreign exchange forward contracts | Prepaid expenses and other | $ .6 | Accounts payable | $ 3.0 |
| Total derivatives not designated as hedges | | $ .6 | | $ 3.0 |
| Total derivatives | | $ .6 | | $ 3.0 |

*Interest Rate Risk*

A portion of our borrowings is subject to interest rate risk. In the past we have used interest-rate swap agreements, which effectively converted the fixed rate on long-term debt to a floating interest rate, to manage our interest rate exposure. The agreements were designated as fair value hedges. As of March 31, 2017, we do not have any interest-rate swap agreements. Approximately 1% of our debt portfolio at March 31, 2017 and December 31, 2016 was exposed to floating interest rates.

In January 2013, we terminated eight of our interest-rate swap agreements previously designated as fair value hedges, with notional amounts totaling $1,000. As of the interest-rate swap agreements' termination date, the aggregate favorable adjustment to the carrying value (deferred gain) of our debt was $90.4, which was amortized as a reduction to interest expense over the remaining term of the underlying debt obligations. The net impact of the gain amortization was $3.7 for the three months ended March 31, 2016. At March 31, 2017, there is no unamortized deferred gain associated with the January 2013 interest-rate swap termination, as the underlying debt obligations have been paid.

In March 2012, we terminated two of our interest-rate swap agreements previously designated as fair value hedges, with notional amounts totaling $350. As of the interest-rate swap agreements' termination date, the aggregate favorable adjustment to the carrying value (deferred gain) of our debt was $46.1, which is being amortized as a reduction to interest expense over the remaining term of the underlying debt obligations through March 2019. The net impact of the gain amortization was $1.2 and $1.7, respectively, for the three months ended March 31, 2017 and 2016, respectively. At March 31, 2017, the unamortized deferred gain associated with the March 2012 interest-rate swap termination was $9.7, and was classified within long-term debt in our Consolidated Balance Sheets.

*Foreign Currency Risk*

We may use foreign exchange forward contracts to manage a portion of our foreign currency exchange rate exposures. At March 31, 2017, we had outstanding foreign exchange forward contracts with notional amounts totaling approximately $65 for various currencies.

We may use foreign exchange forward contracts to manage foreign currency exposure of certain intercompany loans. These contracts are not designated as hedges. The change in fair value of these contracts is immediately recognized in earnings and substantially offsets the foreign currency impact recognized in earnings relating to the associated intercompany loans. During the three months ended March 31, 2017 and 2016, we recorded a gain of $.5 and a loss of $2.3, respectively, in other expense, net in our Consolidated Statements of Operations related to these undesignated foreign exchange forward contracts. Also during the three months ended March 31, 2017 and 2016, we recorded a loss of $1.2 and a gain of $.8, respectively, related to the associated intercompany loans, caused by changes in foreign currency exchange rates.

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

### 16. DEBT

*Revolving Credit Facility*

In June 2015, the Company and Avon International Operations, Inc. ("AIO"), a wholly-owned domestic subsidiary of the Company, entered into a five-year $400.0 senior secured revolving credit facility (the "2015 facility"). Borrowings under the 2015 facility bear interest, at our option, at a rate per annum equal to LIBOR plus 250 basis points or a floating base rate plus 150 basis points, in each case subject to adjustment based upon a leverage-based pricing grid. As of March 31, 2017, there were no amounts outstanding under the 2015 facility.

All obligations of AIO under the 2015 facility are (i) unconditionally guaranteed by each material domestic restricted subsidiary of the Company (other than AIO, the borrower), in each case, subject to certain exceptions and (ii) fully guaranteed on an unsecured basis by the Company. The obligations of AIO and the subsidiary guarantors are secured by first priority liens on and security interest in substantially all of the assets of AIO and the subsidiary guarantors, in each case, subject to certain exceptions.

The 2015 facility will terminate in June 2020; provided, however, that it shall terminate on the 91st day prior to the maturity of the 6.50% Notes (as defined below) and the 4.60% Notes (as defined below), if on such 91st day, the applicable notes are not redeemed, repaid, discharged, defeased or otherwise refinanced in full.

The 2015 facility contains affirmative and negative covenants, which are customary for secured financings of this type, as well as financial covenants (interest coverage and total leverage ratios). As of March 31, 2017, we were in compliance with our interest coverage and total leverage ratios under the 2015 facility. The amount of the facility available to be drawn down is reduced by any standby letters of credit granted by AIO, which, as of March 31, 2017, was approximately $44. As of March 31, 2017, based on then applicable interest rates, the entire amount of the remaining 2015 facility, which is approximately $356, could have been drawn down without violating any covenant.

*Public Notes*

In March 2013, we issued, in a public offering, $250.0 principal amount of 2.375% Notes due March 15, 2016 (the "2.375% Notes"), $500.0 principal amount of 4.60% Notes due March 15, 2020 (the "4.60% Notes"), $500.0 principal amount of 5.00% Notes due March 15, 2023 (the "5.00% Notes") and $250.0 principal amount of 6.95% Notes due March 15, 2043 (the "6.95% Notes") (collectively, the "2013 Notes"). In March 2008, we issued $350.0 principal amount of 6.50% Notes due March 1, 2019 (the "6.50% Notes"). Interest on the 2013 Notes is payable semi-annually on March 15 and September 15 of each year, and interest on the 6.50% Notes are payable semi-annually on March 1 and September 1 of each year.

In August 2015, we prepaid the entire principal amount of our 2.375% Notes plus accrued interest and a make-whole premium. In 2016, we completed cash tender offers totaling to a $300.6 reduction for certain of our outstanding public notes, repurchased $180.5 of certain of our outstanding public notes, and prepaid the remaining principal amounts totaling $238.4 of our 4.20% Notes due July 15, 2018 and our 5.75% Notes due March 1, 2018, plus accrued interest and a make-whole premium (the "2016 debt transactions").

The indenture governing the 2013 Notes contains interest rate adjustment provisions depending on the long-term credit ratings assigned to the 2013 Notes with S&P and Moody's. As described in the indenture, the interest rates on the 2013 Notes increase by .25% for each one-notch downgrade below investment grade on each of our long-term credit ratings assigned to the 2013 Notes by S&P or Moody's. These adjustments are limited to a total increase of 2% above the respective interest rates in effect on the date of issuance of the 2013 Notes. As a result of the long-term credit rating downgrades by S&P and Moody's since issuance of the 2013 Notes, the interest rates on these notes have increased by the maximum allowable increase.

The indentures governing our outstanding notes described above contain certain customary covenants and customary events of default and cross-default provisions. Further, we would be required to make an offer to repurchase all of our outstanding notes described above at a price equal to 101% of their aggregate principal amount plus accrued and unpaid interest in the event of a change in control involving Avon and, at such time, the outstanding notes are rated below investment grade.

*Senior Secured Notes*

In August 2016, AIO issued, in a private placement exempt from registration under the Securities Act of 1933, as amended, $500.0 in aggregate principal amount of 7.875% Senior Secured Notes, which will mature on August 15, 2022 (the "Senior Secured Notes"). Interest on the Senior Secured Notes is payable semi-annually on February 15 and August 15 of each year.

All obligations of AIO under the Senior Secured Notes are unconditionally guaranteed by each current and future wholly-owned domestic restricted subsidiary of the Company that is a guarantor under the 2015 facility and fully guaranteed on an unsecured basis by the Company. The obligations of AIO and the subsidiary guarantors are secured by first priority liens on and

**AVON PRODUCTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(U.S. dollars in millions, except per share data)**

security interest in substantially all of the assets of AIO and the subsidiary guarantors, in each case, subject to certain exceptions.

The indenture governing our Senior Secured Notes contains certain customary covenants and restrictions as well as customary events of default and cross-default provisions. The indenture also contains a covenant requiring AIO and its restricted subsidiaries to, at the end of each year, own at least a certain percentage of the total assets of API and its restricted subsidiaries, subject to certain qualifications. Further, we would be required to make an offer to repurchase all of our Senior Secured Notes, at a price equal to 101% of their aggregate principal amount plus accrued and unpaid interest, in the event of a change in control involving Avon.

*Long-Term Credit Ratings*

Our long-term credit ratings are: Moody's ratings of Stable Outlook with B1 for corporate family debt, B3 for senior unsecured debt, and Ba1 for the Senior Secured Notes; S&P ratings of Positive Outlook with B for corporate family debt and senior unsecured debt and BB- for the Senior Secured Notes; and Fitch rating of Negative Outlook with B+, each of which are below investment grade. We do not believe these long-term credit ratings will have a material impact on our near-term liquidity. However, any rating agency reviews could result in a change in outlook or downgrade, which could further limit our access to new financing, particularly short-term financing, reduce our flexibility with respect to working capital needs, affect the market price of some or all of our outstanding debt securities, and likely result in an increase in financing costs, and less favorable covenants and financial terms under our financing arrangements.

**AVON PRODUCTS, INC.**

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

When used in this report, the terms "Avon," "Company," "we," "our" or "us" mean, unless the context otherwise indicates, Avon Products, Inc. and its majority, wholly owned and controlled subsidiaries.

**OVERVIEW**

We are a global manufacturer and marketer of beauty and related products. Our business is conducted primarily in the direct-selling channel. During 2016, we had sales operations in 57 countries and territories, and distributed products in 18 more. All of our consolidated revenue is derived from operations of subsidiaries outside of the U.S. Our reportable segments are based on geographic operations in four regions: Europe, Middle East & Africa; South Latin America; North Latin America; and Asia Pacific. Our product categories are Beauty and Fashion & Home. Beauty consists of skincare (which includes personal care), fragrance and color (cosmetics). Fashion & Home consists of fashion jewelry, watches, apparel, footwear, accessories, gift and decorative products, housewares, entertainment and leisure products, children's products and nutritional products. Sales are made to the ultimate consumer principally through direct selling by Representatives, who are independent contractors and not our employees.

During the three months ended March 31, 2017, revenue increased 2% compared to the prior-year period, primarily due to favorable foreign exchange, while Constant $ revenue decreased 1%. Our Constant $ revenue decline was primarily driven by declines in Russia, Asia Pacific and the United Kingdom, partially offset by growth in South Africa, Brazil and North Latin America. The decline in Constant $ revenue was primarily due to a 4% decrease in Active Representatives, which was partially offset by higher average order. The net impact of price and mix increased 6% as we have realized benefits from pricing. Units sold decreased 7%, primarily due to declines in units sold in Russia. The decrease in Active Representatives was primarily due to Europe, Middle East & Africa (driven by Russia), Asia Pacific (most significantly in Malaysia) and South Latin America. In addition, the decrease in Active Representatives was due to the impact of the exit from the Thailand market and the deconsolidation of Venezuela, which had a combined negative impact of 1 point.

Ending Representatives decreased by 2%. The decrease in Ending Representatives at March 31, 2017 as compared to the prior-year period was partially due to declines in Asia Pacific (most significantly in Malaysia) and Russia, partially offset by growth in South Africa and South Latin America. In addition, the decrease in Ending Representatives was due to the exit from the Thailand market, which had a negative impact of 1 point.

See "Segment Review" in this MD&A for additional information related to changes in revenue by segment.

*Transformation Plan*

In January 2016, we initiated a transformation plan (the "Transformation Plan") in order to enable us to achieve our long-term goals of mid single-digit Constant $ revenue growth and low double-digit operating margin. The Transformation Plan includes three pillars: invest in growth, reduce costs in an effort to continue to improve our cost structure and improve our financial resilience.

The Transformation Plan was designed to focus on cost savings and financial resilience in the first year, in order to support future investment in growth. In 2016 we achieved an estimated cost savings of $120 before taxes and significantly strengthened the balance sheet. In 2017, our cost savings target is $230 before taxes, which includes both run-rate savings from 2016, along with in-year savings from current year initiatives. Based on savings realized through the first quarter of 2017, we believe we are on track to achieve this target.

During 2017, we are increasing our focus on the invest in growth pillar, which includes investment in media and social selling, as well as spend related to service model evolution and information technology, primarily capital expenditures, which will be aimed at improving the overall Representative experience. The Company expects to increase capital expenditures by approximately $65 in 2017 related to invest in growth.

In connection with the actions and associated savings discussed above, we have incurred costs to implement ("CTI") restructuring initiatives of approximately $116 before taxes associated with the Transformation Plan to-date. In connection with the restructuring actions approved to-date associated with the Transformation Plan, we expect to realize annualized savings of an estimated $105 to $115 before taxes. We have realized an estimated $20 before taxes of savings associated with the restructuring actions in the first quarter of 2017 and are expected to achieve the majority of the annualized savings in 2017. In addition, we have realized savings from other cost-savings strategies that did not result in restructuring charges. For the market closures, the expected annualized savings represented the operating profit (loss) no longer included within Avon's operating

24

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

results as a result of no longer operating in the respective market. For actions that did not result in the closure of a market, the annualized savings represent the net reduction of expenses that will no longer be incurred by Avon.

For additional details on restructuring initiatives, see Note 12, Restructuring Initiatives, to the consolidated financial statements included herein. For additional details on strengthening the balance sheet, see Note 16, Debt, to the consolidated financial statements included herein and "Liquidity and Capital Resources" in this MD&A for additional information.

**NEW ACCOUNTING STANDARDS**

Information relating to new accounting standards is included in Note 1, Accounting Policies, to the consolidated financial statements included herein.

**RESULTS OF OPERATIONS-THE THREE MONTHS ENDED MARCH 31, 2017 AS COMPARED TO THE THREE MONTHS ENDED MARCH 31, 2016**

<u>Non-GAAP Financial Measures</u>

To supplement our financial results presented in accordance with generally accepted accounting principles in the United States ("GAAP"), we disclose operating results that have been adjusted to exclude the impact of changes due to the translation of foreign currencies into U.S. dollars, including changes in: revenue, operating profit, Adjusted operating profit, operating margin and Adjusted operating margin. We also refer to these adjusted financial measures as Constant $ items, which are Non-GAAP financial measures. We believe these measures provide investors an additional perspective on trends and underlying business results. To exclude the impact of changes due to the translation of foreign currencies into U.S. dollars, we calculate current-year results and prior-year results at constant exchange rates, which are updated on an annual basis as part of our budgeting process. Foreign currency impact is determined as the difference between actual growth rates and Constant $ growth rates.

We also present gross margin, selling, general and administrative expenses as a percentage of revenue, operating profit, operating margin and effective tax rate on a Non-GAAP basis. We refer to these Non-GAAP financial measures as "Adjusted." We have provided a quantitative reconciliation of the difference between the Non-GAAP financial measures and the financial measures calculated and reported in accordance with GAAP. See "Reconciliation of Non-GAAP Financial Measures" within "Results of Operations - Consolidated" in this MD&A for this quantitative reconciliation.

The Company uses the Non-GAAP financial measures to evaluate its operating performance. These Non-GAAP measures should not be considered in isolation, or as a substitute for, or superior to, financial measures calculated in accordance with GAAP. The Company believes investors find the Non-GAAP information helpful in understanding the ongoing performance of operations separate from items that may have a disproportionate positive or negative impact on the Company's financial results in any particular period. The Company believes that it is meaningful for investors to be made aware of the impacts of 1) CTI restructuring initiatives, 2) charges related to the deconsolidation of our Venezuelan operations as of March 31, 2016 ("Venezuelan special items"), and, as it relates to our effective tax rate discussion, 3) an income tax benefit realized in the first quarter of 2016 as a result of tax planning strategies ("Special tax items").

The Venezuelan special items include the impact on the Consolidated Statements of Operations in 2016 caused by the deconsolidation of our Venezuelan operations for which we recorded a loss of approximately $120 in other expense, net. The loss was comprised of approximately $39 in net assets of the Venezuelan business and approximately $81 in accumulated foreign currency translation adjustments within accumulated other comprehensive loss ("AOCI") associated with foreign currency changes before Venezuela was accounted for as a highly inflationary economy.

In addition, the effective tax rate discussion includes Special tax items, including the impact during the first quarter of 2016 on the provision for income taxes in the Consolidated Statements of Operations due to an income tax benefit of approximately $29 recognized as the result of the implementation of foreign tax planning strategies.

See Note 12, Restructuring Initiatives, Note 1, Accounting Policies, and "Venezuela Discussion" and "Liquidity and Capital Resources" in this MD&A for more information on these items.

25

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

| | | | | | %/Point Change |
|---|---|---|---|---|---|
| | | **Three Months Ended March 31,** | | | |
| | | **2017** | | **2016** | |
| **Select Consolidated Financial Information** | | | | | |
| Total revenue | $ | 1,333.1 | $ | 1,306.5 | 2% |
| Cost of sales | | 517.1 | | 518.8 | -% |
| Selling, general and administrative expenses | | 787.3 | | 779.9 | 1% |
| Operating profit | | 28.7 | | 7.8 | * |
| Interest expense | | 35.1 | | 32.7 | 7% |
| Interest income | | (4.7) | | (4.0) | 18% |
| Other expense, net | | 5.0 | | 137.2 | (96)% |
| Loss before taxes | | (6.7) | | (158.1) | 96% |
| Loss from continuing operations, net of tax | | (36.5) | | (155.8) | 77% |
| Net loss attributable to Avon | $ | (36.5) | $ | (165.9) | 78% |
| Diluted loss per share from continuing operations | $ | (.10) | $ | (.36) | 72% |
| Diluted loss per share attributable to Avon | $ | (.10) | $ | (.38) | 74% |
| Advertising expenses[1] | $ | 30.1 | $ | 23.0 | 31% |
| **Reconciliation of Non-GAAP Financial Measures** | | | | | |
| Gross margin | | 61.2% | | 60.3% | .9 |
| *CTI restructuring* | | - | | - | - |
| Adjusted gross margin | | 61.2% | | 60.3% | .9 |
| Selling, general and administrative expenses as a % of total revenue | | 59.1% | | 59.7% | (.6) |
| *CTI restructuring* | | *(.8)* | | *(3.6)* | *2.8* |
| Adjusted selling, general and administrative expenses as a % of total revenue | | 58.3% | | 56.1% | 2.2 |
| Operating profit | $ | 28.7 | $ | 7.8 | * |
| *CTI restructuring* | | *10.0* | | *46.8* | |
| Adjusted operating profit | $ | 38.7 | $ | 54.6 | (29)% |
| Operating margin | | 2.2% | | .6% | 1.6 |
| *CTI restructuring* | | *.8* | | *3.6* | *(2.8)* |
| Adjusted operating margin | | 2.9% | | 4.2% | (1.3) |
| Change in Constant $ Adjusted operating margin[2] | | | | | (1.1) |
| **Performance Metrics** | | | | | |
| Change in Active Representatives | | | | | (4)% |
| Change in units sold | | | | | (7)% |
| Change in Ending Representatives | | | | | (2)% |

\* Calculation not meaningful

Amounts in the table above may not necessarily sum due to rounding.

(1) Advertising expenses are recorded in selling, general and administrative expenses.
(2) Change in Constant $ Adjusted operating margin for all years presented is calculated using the current-year Constant $ rates.

***Three Months Ended March 31, 2017***

*Revenue*

During the three months ended March 31, 2017, revenue increased 2% compared to the prior-year period, primarily due to favorable foreign exchange, while Constant $ revenue decreased 1%. Our Constant $ revenue decline was primarily driven by declines in Russia, Asia Pacific and the United Kingdom, partially offset by growth in South Africa, Brazil and North Latin America. The decline in Constant $ revenue was primarily due to a 4% decrease in Active Representatives, which was partially offset by higher average order. The net impact of price and mix increased 6% as we have realized benefits from pricing. Units

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

sold decreased 7%, primarily due to declines in units sold in Russia. The decrease in Active Representatives was primarily due to Europe, Middle East & Africa (driven by Russia), Asia Pacific (most significantly in Malaysia) and South Latin America. In addition, the decrease in Active Representatives was due to the impact of the exit from the Thailand market and the deconsolidation of Venezuela, which had a combined negative impact of 1 point.

Ending Representatives decreased by 2%. The decrease in Ending Representatives at March 31, 2017 as compared to the prior-year period was partially due to declines in Asia Pacific (most significantly in Malaysia) and Russia, partially offset by growth in South Africa and South Latin America. In addition, the decrease in Ending Representatives was due to the exit from the Thailand market, which had a negative impact of 1 point.

On a category basis, our net sales from reportable segments and associated growth rates were as follows:

| | Three Months Ended March 31, | | | | %/Point Change | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2017 | | 2016 | | US$ | Constant $ |
| Beauty: | | | | | | |
| Skincare | $ | 385.1 | $ | 362.0 | 6% | 1% |
| Fragrance | | 343.3 | | 331.2 | 4 | - |
| Color | | 241.7 | | 245.7 | (2) | (6) |
| Total Beauty | | 970.1 | | 938.9 | 3 | (1) |
| Fashion & Home: | | | | | | |
| Fashion | | 193.8 | | 196.3 | (1) | (4) |
| Home | | 134.1 | | 129.2 | 4 | 1 |
| Total Fashion & Home | | 327.9 | | 325.5 | 1 | (2) |
| Net sales from reportable segments | $ | 1,298.0 | $ | 1,264.4 | 3 | (1) |
| Net sales from Other operating segments and business activities | | .1 | | 15.6 | * | * |
| Net sales | $ | 1,298.1 | $ | 1,280.0 | 1 | (2) |

* Calculation not meaningful

See "Segment Review" in this MD&A for additional information related to changes in revenue by segment.

*Operating Margin*

Operating margin and Adjusted operating margin increased 160 basis points and decreased 130 basis points, respectively, compared to the same period of 2016. The increase in operating margin and decrease in Adjusted operating margin are discussed further below in "Gross Margin" and "Selling, General and Administrative Expenses."

*Gross Margin*

Gross margin and Adjusted gross margin both increased 90 basis points compared to the same period of 2016, primarily due to the following:

- an increase of 140 basis points due to the favorable net impact of mix and pricing, primarily due to inflationary and strategic pricing in South Latin America and Europe, Middle East & Africa; and

- an increase of approximately 20 basis points due to the net favorable impact of foreign currency transaction gains and foreign currency translation.

These items were partially offset by the following:

- a decrease of 40 basis points due to higher supply chain costs, primarily in South Latin America, North Latin America and Asia Pacific due to higher material and overhead costs, which was partially offset by lower material and distribution costs in Europe, Middle East & Africa; and

- a decrease of 20 basis points due to sales of products to New Avon since the separation of the Company's North America business into New Avon on March 1, 2016.

See Note 5, Related Party Transactions, to the consolidated financial statements included herein for more information on New Avon.

27

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

*Selling, General and Administrative Expenses*

Selling, general and administrative expenses as a percentage of revenue and Adjusted selling, general, and administrative expenses as a percentage of revenue decreased 60 basis points and increased 220 basis points, respectively, compared to the same period of 2016. The selling, general and administrative expenses as a percentage of revenue comparison was impacted by approximately 280 basis points for lower CTI restructuring. See Note 12, Restructuring Initiatives, to the consolidated financial statements included herein for more information on CTI restructuring.

The remaining decrease in selling, general and administrative expenses as a percentage of revenue and the increase of 220 basis points in Adjusted selling, general and administrative expenses as a percentage of revenue were primarily due to the following:

• an increase of 140 basis points from higher bad debt expense, driven by Brazil primarily due to the lower than anticipated collection of receivables which was partly as a result of the macroeconomic environment;

• an increase of 60 basis points due to the impact of an out-of-period adjustment in Global related to equity compensation which was recorded in the first quarter of 2017 that should have been recorded in the first quarter of 2016;

• an increase of 60 basis points from higher transportation costs, primarily in Russia driven by new delivery rates; and

• an increase of 40 basis points from higher advertising expense, primarily in Brazil and Russia.

These items were partially offset by the following:

• a decrease of 50 basis points primarily due to lower Representative, sales leader and field expense, driven by Brazil; and

• a decrease of approximately 40 basis points due to the favorable impact of foreign currency translation and foreign currency transaction gains.

*Other Expense*

Interest expense increased by approximately $2 compared to the prior-year period, primarily due to the interest associated with $500 of 7.875% Senior Secured Notes issued in August 2016 and lower amortization of gains associated with the termination of interest rate swaps. These items were partially offset by the interest savings associated with prepayment of the remaining principal amount of our 4.20% Notes and 5.75% Notes in November 2016, the August 2016 cash tender offers and the October 2016 and December 2016 repurchases of certain of our outstanding public notes. Refer to Note 16, Debt, and Note 15, Derivative Instruments and Hedging Activities, to the consolidated financial statements included herein for additional information.

Interest income increased by approximately $1 compared to the prior-year period.

Other expense, net, decreased by approximately $132 compared to the prior-year period, primarily due to the deconsolidation of our Venezuelan operations, as we recorded a loss of approximately $120 in the first quarter of 2016. In addition, other expense, net was positively impacted by foreign exchange net gains as compared to net losses in the prior year, resulting in a year-over-year benefit of approximately $14. See "Venezuela Discussion" in this MD&A and Note 1, Accounting Policies, to the consolidated financial statements included herein for further discussion of our Venezuela operations.

*Effective Tax Rate*

The effective tax rates in 2017 and 2016 continue to be impacted by our inability to recognize additional deferred tax assets in various jurisdictions related to our current-year operating results. In addition, the effective tax rates in 2017 and 2016 continue to be impacted by withholding taxes associated with certain intercompany payments, including royalties, service charges and dividends, which in the aggregate are relatively consistent each year due to the need to repatriate funds to cover U.S.-based costs, such as interest on debt and corporate overhead. These factors resulted in unusual effective tax rates in 2017 and 2016.

The effective tax rate in 2017 was impacted by CTI restructuring. The effective tax rate in 2016 was impacted by the deconsolidation of our Venezuelan operations and CTI restructuring, partially offset by a benefit of approximately $29 as a result of the implementation of foreign tax planning strategies.

The effective tax rates and the Adjusted effective tax rates in 2017 and 2016 were negatively impacted by the country mix of earnings and the inability to recognize additional deferred tax assets in various jurisdictions related to our current-year operating results, including the impact caused by the withholding taxes associated with certain intercompany payments, including royalties, service charges and dividends.

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

See "Venezuela Discussion" in this MD&A and Note 1, Accounting Policies, to the consolidated financial statements included herein for further discussion of our Venezuela operations.

*Impact of Foreign Currency*

As compared to the prior-year period, foreign currency has impacted our consolidated financial results in the form of:

- foreign currency transaction gains (classified within cost of sales, and selling, general and administrative expenses), which had a favorable impact to operating profit and Adjusted operating profit of an estimated $5, or approximately 20 basis points to operating margin and Adjusted operating margin;

- foreign currency translation, which had a favorable impact to operating profit and Adjusted operating profit of approximately $5, or approximately 40 points to operating margin and Adjusted operating margin; and

- foreign exchange net gains on our working capital (classified within other expense, net) as compared to net losses in the prior year, resulting in a year-over-year benefit of approximately $14 before tax on both a reported and Adjusted basis.

*Discontinued Operations*

Loss from discontinued operations, net of tax was approximately $10 for 2016. During the first quarter of 2016, we recorded a charge of approximately $15 before tax ($5 after tax) associated with the sale of the North America business which closed on March 1, 2016. See Note 3, Discontinued Operations, to the consolidated financial statements included herein for more information.

*Venezuela Discussion*

As of March 31, 2016, we deconsolidated our Venezuelan operations, and since then, we account for this business using the cost method of accounting. The decision to deconsolidate our Venezuelan operations was due to the lack of exchangeability between the Venezuelan bolivar and the U.S. dollar. This was caused by Venezuela's restrictive foreign exchange control regulations and our Venezuelan operations' increasingly limited access to U.S. dollars, which restricted our Venezuelan operations' ability to pay dividends and settle intercompany obligations.

As a result of the change to the cost method of accounting, in the first quarter of 2016 we recorded a loss of approximately $120 in other expense, net. The loss was comprised of approximately $39 in net assets of the Venezuelan business and approximately $81 in accumulated foreign currency translation adjustments within AOCI associated with foreign currency movements before Venezuela was accounted for as a highly inflationary economy. The net assets of the Venezuelan business were comprised of inventories of approximately $24, property, plant and equipment, net of approximately $15, other assets of approximately $11, accounts receivable of approximately $5, cash of approximately $4, and accounts payable and accrued liabilities of approximately $20. Our Consolidated Balance Sheets no longer include the assets and liabilities of our Venezuelan operations. We no longer include the results of our Venezuelan operations in our Consolidated Financial Statements, and will include income relating to our Venezuelan operations only to the extent that we receive cash for dividends or royalties remitted by Avon Venezuela.

**Segment Review**

We determine segment profit by deducting the related costs and expenses from segment revenue. In order to ensure comparability between periods, segment profit includes an allocation of global marketing expenses based on actual revenues. Segment profit excludes global expenses other than the allocation of marketing, CTI restructuring initiatives, certain significant asset impairment charges, and other items, which are not allocated to a particular segment, if applicable. This is consistent with the manner in which we assess our performance and allocate resources. See Note 10, Segment Information, to the consolidated Financial statements for a reconciliation of segment profit to operating profit.

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

*Europe, Middle East & Africa*

| | | Three Months Ended March 31, | | | |
|---|---|---|---|---|---|
| | | | | %/Point Change | |
| | 2017 | 2016 | | US$ | Constant $ |
| Total revenue | $  507.5 | $  520.4 | | (2)% | (4)% |
| Segment profit | 74.6 | 68.7 | | 9% | 5% |
| Segment margin | 14.7% | 13.2% | | 1.5 | 1.3 |
| Change in Active Representatives | | | | | (3)% |
| Change in units sold | | | | | (13)% |
| Change in Ending Representatives | | | | | (1)% |

Amounts in the table above may not necessarily sum due to rounding.

*Three Months Ended March 31, 2017*

Total revenue decreased 2% compared to the prior-year period, despite the favorable impact of foreign exchange which was primarily driven by the weakening of the U.S. dollar relative to the Russian ruble. On a Constant $ basis, revenue decreased 4%, primarily driven by declines in Russia and the United Kingdom, partially offset by growth in South Africa. The segment's Constant $ revenue decline was driven by the decrease in Active Representatives, as well as lower average order. The decline in Ending Representatives was primarily driven by a decline in Russia, partially offset by an increase in South Africa.

In Russia, revenue increased 13%, benefiting significantly from the favorable impact of foreign exchange. On a Constant $ basis, Russia's revenue declined 10%, primarily due to a decrease in Active Representatives along with lower average order. Constant $ revenue in Russia was negatively impacted by an aggressive pricing environment, combined with service issues related to our delivery provider, which also negatively impacted units in Russia. In the United Kingdom, revenue declined 18%, which was unfavorably impacted by foreign exchange. On a Constant $ basis, the United Kingdom's revenue declined 6%, primarily due to a decrease in Active Representatives as well as lower average order. The Constant $ revenue decline in the United Kingdom was partially due to the anniversary of the strong product launch of Matte lipstick in the first quarter of 2016. In South Africa, revenue grew 41%, which was favorably impacted by foreign exchange. On a Constant $ basis, South Africa's revenue grew 19%, primarily due to an increase in Active Representatives.

Segment margin increased 1.5 points, or 1.3 points on a Constant $ basis, primarily as a result of:

- a benefit of 4.5 points due to higher gross margin caused primarily by 2.6 points from the favorable net impact of mix and pricing, 1.2 points due to lower supply chain costs, and an estimated 1 point from the favorable impact of foreign currency transaction net gains. Supply chain costs benefited primarily from lower material and distribution costs, partially due to productivity initiatives;

- a decline of 1.2 points from higher transportation costs, primarily in Russia driven by new delivery rates;

- a net decline of 1.1 points primarily due to the impact of the Constant $ revenue decline with respect to our fixed expenses; and

- a decline of .4 points from higher advertising expense, primarily in Russia.

30

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

*South Latin America*

| | | | | Three Months Ended March 31, | | |
|---|---|---|---|---|---|---|
| | | | | | %/Point Change | |
| | | 2017 | | 2016 | US$ | Constant $ |
| Total revenue | $ | 499.2 | $ | 426.4 | 17% | 2% |
| Segment profit | | 13.3 | | 23.1 | (42)% | (49)% |
| | | | | | | |
| Segment margin | | 2.7% | | 5.4% | (2.7) | (2.5) |
| | | | | | | |
| Change in Active Representatives | | | | | | (2)% |
| Change in units sold | | | | | | (1)% |
| Change in Ending Representatives | | | | | | 1% |

Amounts in the table above may not necessarily sum due to rounding.

*Three Months Ended March 31, 2017*

Total revenue increased 17% compared to the prior-year period, primarily due to the favorable impact of foreign exchange which was primarily driven by the weakening of the U.S. dollar relative to the Brazilian real. On a Constant $ basis, revenue increased 2%. The segment's Constant $ revenue benefited from higher average order, which was driven by pricing, partially offset by a decrease in Active Representatives. The increase in Ending Representatives was primarily driven by growth in Brazil and Argentina.

Revenue in Brazil increased 26%, favorably impacted by foreign exchange. Brazil's Constant $ revenue increased 2%, primarily due to higher average order, partially offset by a decrease in Active Representatives. Brazil continued to be impacted by a difficult macroeconomic environment. On a Constant $ basis, Brazil's sales from Beauty products and Fashion & Home products were relatively unchanged and increased 3%, respectively. Revenue in Argentina grew 16%, or 26% on a Constant $ basis, which was primarily due to higher average order which was impacted by the inflationary impact on pricing.

Segment margin decreased 2.7 points, or 2.5 points on a Constant $ basis, primarily as a result of:

- a decline of 3.5 points from higher bad debt expense, driven by Brazil primarily due to the lower than anticipated collection of receivables which was partly as a result of the macroeconomic environment;

- a decline of 1.2 points primarily due to higher fixed expenses, which included inflationary pressures in Argentina, partially offset by the impact of the Constant $ revenue growth with respect to our fixed expenses;

- a decline of .5 points from higher advertising expense, primarily in Brazil which was driven by product launches;

- a benefit of 1.5 points due to higher gross margin caused by 2.9 points from the favorable net impact of mix and pricing, primarily due to inflationary and strategic pricing, partially offset by 1.1 points from higher supply chain costs. Supply chain costs were primarily negatively impacted by higher material costs, which included inflationary pressures in Argentina; and

- a benefit of 1.3 points primarily due to lower Representative, sales leader and field expense in Brazil which was driven by lower payouts to the field.

31

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

*North Latin America*

| | | | | | Three Months Ended March 31, | | |
|---|---|---|---|---|---|---|---|
| | | | | | | %/Point Change | |
| | | 2017 | | 2016 | | US$ | Constant $ |
| Total revenue | $ | 193.2 | $ | 204.7 | | (6)% | 2% |
| Segment profit | | 21.0 | | 28.5 | | (26)% | (20)% |
| | | | | | | | |
| Segment margin | | 10.9% | | 13.9% | | (3.0) | (2.9) |
| | | | | | | | |
| Change in Active Representatives | | | | | | | -% |
| Change in units sold | | | | | | | (1)% |
| Change in Ending Representatives | | | | | | | -% |

Amounts in the table above may not necessarily sum due to rounding.

*Three Months Ended March 31, 2017*

North Latin America consists largely of our Mexico business. Total revenue for the segment decreased 6% compared to the prior-year period, due to the unfavorable impact from foreign exchange which was primarily driven by the strengthening of the U.S. dollar relative to the Mexican peso. On a Constant $ basis, revenue increased 2%, which benefited from higher average order. Revenue in Mexico decreased 10%, unfavorably impacted by foreign exchange. On a Constant $ basis, Mexico's revenue increased 1%, primarily due to higher average order, which benefited from pricing, partially offset by a decrease in Active Representatives. Beauty Constant $ sales grew in Mexico, primarily due to innovation. This was partially offset by a Constant $ sales decline in Fashion & Home in Mexico, caused by a focus on moving excess inventory in that category.

Segment margin decreased 3.0 points, or 2.9 points on a Constant $ basis, primarily as a result of:

- a decline of 1.2 points due to lower gross margin caused primarily by 1.6 points from higher supply chain costs, partially offset by .7 points from the favorable impact of mix and pricing. Supply chain costs were negatively impacted by higher overhead costs as a result of lower productivity, and higher air freight costs, partially offset by lower obsolescence;

- a decline of .8 points from higher bad debt expense, primarily in Mexico driven by the implementation of a new collection process as a result of changes in regulations; and

- a decline of .4 points from higher transportation costs driven by increased fuel prices.

*Asia Pacific*

| | | | | | Three Months Ended March 31, | | |
|---|---|---|---|---|---|---|---|
| | | | | | | %/Point Change | |
| | | 2017 | | 2016 | | US$ | Constant $ |
| Total revenue | $ | 124.2 | $ | 134.6 | | (8)% | (5)% |
| Segment profit | | 12.9 | | 14.8 | | (13)% | (7)% |
| | | | | | | | |
| Segment margin | | 10.4% | | 11.0% | | (.6) | (.2) |
| | | | | | | | |
| Change in Active Representatives | | | | | | | (8)% |
| Change in units sold | | | | | | | (3)% |
| Change in Ending Representatives | | | | | | | (8)% |

Amounts in the table above may not necessarily sum due to rounding.

Effective in the first quarter of 2017, given that we have exited Thailand during 2016, the results of Thailand are now reported in Other operating segments and business activities for all periods presented, while previously the results had been reported in Asia Pacific. The impact was not material to Asia Pacific or Other operating segments and business activities and is consistent with how we present other market exits.

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

*Three Months Ended March 31, 2017*

Total revenue decreased 8% compared to the prior-year period, partially due to the unfavorable impact from foreign exchange. On a Constant $ basis, revenue decreased 5%, as modest Constant $ revenue growth in the Philippines was not enough to offset the declines in most other markets. The segment's Constant $ revenue decline was primarily due to a decrease in Active Representatives, most significantly in Malaysia, partially offset by higher average order. The decrease in Ending Representatives was impacted by declines in all markets, most significantly in Malaysia. Revenue in the Philippines decreased 4%, or increased 2% on a Constant $ basis, primarily due to higher average order, which benefited from pricing, partially offset by a decrease in Active Representatives.

Segment margin decreased .6 points, or .2 points on a Constant $ basis, primarily as a result of:

- a decline of 2.3 points due to lower gross margin caused primarily by 2.1 points from higher supply chain costs and .8 points from the unfavorable impact of mix and pricing, partially offset by .6 points from the favorable impact of foreign currency transaction net gains. Supply chain costs were negatively impacted by higher overhead costs;

- a net benefit of 1.3 points from lower fixed expenses, partially offset by the unfavorable impact of the declining revenue with respect to our fixed expenses;

- a benefit of .4 points due to lower Representative, sales leader and field expense; and

- various other insignificant items that partially offset the decline in segment margin.

We have completed the review of our China operations and have determined that we will retain China in our portfolio of businesses.

**LIQUIDITY AND CAPITAL RESOURCES**

Our principal sources of funds historically have been cash flows from operations, public offerings of notes, bank financings, issuance of commercial paper, borrowings under lines of credit and a private placement of notes. At March 31, 2017, we had cash and cash equivalents totaling approximately $560. We believe that our sources of funding will be sufficient to satisfy our currently anticipated cash requirements through at least the next twelve months. For more information with respect to currency restrictions, see "Segment Review - South Latin America" in this MD&A above, and "Risk Factors - We are subject to financial risks related to our international operations, including exposure to foreign currency fluctuations and the impact of foreign currency restrictions" contained in our 2016 Form 10-K.

We may seek to repurchase our equity or to retire our outstanding debt in open market purchases, privately negotiated transactions, through derivative instruments, cash tender offers or otherwise. Repurchases of equity and debt may be funded by the incurrence of additional debt or the issuance of equity (including shares of preferred stock) or convertible securities and will depend on prevailing market conditions, our liquidity requirements, contractual restrictions and other factors, and the amounts involved may be material. We may also elect to incur additional debt or issue equity (including shares of preferred stock) or convertible securities to finance ongoing operations or to meet our other liquidity needs. Any issuances of equity (including shares of preferred stock) or convertible securities could have a dilutive effect on the ownership interest of our current shareholders and may adversely impact earnings per share in future periods. Our credit ratings were downgraded in 2015 and 2016, which may impact our ability to access such transactions on favorable terms, if at all. For more information, see "Risk Factors - Our credit ratings were downgraded in each of the last three years, which could limit our access to financing, affect the market price of our financing and increase financing costs. A further downgrade in our credit ratings may adversely affect our access to liquidity," "Risk Factors - Our indebtedness could adversely affect us by reducing our flexibility to respond to changing business and economic conditions," and "Risk Factors - A general economic downturn, a recession globally or in one or more of our geographic regions or markets or sudden disruption in business conditions or other challenges may adversely affect our business, our access to liquidity and capital, and our credit ratings" contained in our 2016 Form 10-K.

Our liquidity could also be negatively impacted by restructuring initiatives, dividends, capital expenditures, acquisitions, and certain contingencies, including any legal or regulatory settlements, described more fully in Note 8, Contingencies, to the consolidated financial statements included herein. See our Cautionary Statement for purposes of the "Safe Harbor" Statement under the Private Securities Litigation Reform Act of 1995 contained in this report.

**Cash Flows**

*Net Cash Used by Continuing Operating Activities*

Net cash used by continuing operating activities during the first three months of 2017 was approximately $80, as compared to approximately $191 during the first three months of 2016. The approximate $111 decrease to net cash used by continuing operating activities was primarily due to lower purchases of inventory, the contribution to the U.S. pension plan in 2016 of $20,

33

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

and Industrial Production Tax ("IPI") payments made in Brazil in 2016 that did not recur in 2017 (based on the favorable outcome received in May 2016 related to the injunction on cash deposits for IPI taxes). See Note 8, Contingencies, to the consolidated financial statements included herein for additional information on the IPI taxes.

*Net Cash Used by Continuing Investing Activities*

Net cash used by continuing investing activities during the first three months of 2017 was approximately $22, as compared to approximately $25 during the first three months of 2016.

*Net Cash (Used) Provided by Continuing Financing Activities*

Net cash used by continuing financing activities during the first three months of 2017 was approximately $5, as compared to net cash provided by continuing financing activities of approximately $436 during the first three months of 2016. The approximate $441 decrease to net cash (used) provided by continuing financing activities was primarily due to the net proceeds from the sale of Series C Preferred Stock. See Note 5, Related Party Transactions, to the consolidated financial statements included herein for more information.

**Capital Resources**

*Revolving Credit Facility*

In June 2015, the Company and Avon International Operations, Inc. ("AIO"), a wholly-owned domestic subsidiary of the Company, entered into a five-year $400.0 senior secured revolving credit facility (the "2015 facility"). Borrowings under the 2015 facility bear interest, at our option, at a rate per annum equal to LIBOR plus 250 basis points or a floating base rate plus 150 basis points, in each case subject to adjustment based upon a leverage-based pricing grid. As of March 31, 2017, there were no amounts outstanding under the 2015 facility.

All obligations of AIO under the 2015 facility are (i) unconditionally guaranteed by each material domestic restricted subsidiary of the Company (other than AIO, the borrower), in each case, subject to certain exceptions and (ii) fully guaranteed on an unsecured basis by the Company. The obligations of AIO and the subsidiary guarantors are secured by first priority liens on and security interest in substantially all of the assets of AIO and the subsidiary guarantors, in each case, subject to certain exceptions.

The 2015 facility will terminate in June 2020; provided, however, that it shall terminate on the 91st day prior to the maturity of 6.50% Notes due March 1, 2019 and 4.60% Notes due March 15, 2020, if on such 91st day, the applicable notes are not redeemed, repaid, discharged, defeased or otherwise refinanced in full.

The 2015 facility contains affirmative and negative covenants, which are customary for secured financings of this type, as well as financial covenants (interest coverage and total leverage ratios). As of March 31, 2017, we were in compliance with our interest coverage and total leverage ratios under the 2015 facility. The amount of the facility available to be drawn down is reduced by any standby letters of credit granted by AIO, which, as of March 31, 2017, was approximately $44. As of March 31, 2017, based on then applicable interest rates, the entire amount of the remaining 2015 facility, which is approximately $356, could have been drawn down without violating any covenant. A continued decline in our business results (including the impact of any adverse foreign exchange movements and significant restructuring charges) may further reduce our borrowing capacity under the 2015 facility or cause us to be non-compliant with our interest coverage and total leverage ratios. If we were to be non-compliant with our interest coverage or total leverage ratio, we would no longer have access to our 2015 facility and our credit ratings may be downgraded. As of March 31, 2017, there were no amounts outstanding under the 2015 facility.

**FINANCIAL INSTRUMENTS AND RISK MANAGEMENT STRATEGIES**

*Interest Rate Risk*

In the past we have used interest-rate swaps to manage our interest rate exposure. The interest-rate swaps were used to either convert our fixed rate borrowing to a variable interest rate or to unwind an existing variable interest-rate swap on a fixed rate borrowing. As of March 31, 2017, we do not have any interest-rate swap agreements. Approximately 1% of our debt portfolio at March 31, 2017 and December 31, 2016 was exposed to floating interest rates.

*Foreign Currency Risk*

We conduct business globally, with operations in various locations around the world. Over the past three years, all of our consolidated revenue was derived from operations of subsidiaries outside of the U.S. The functional currency for most of our foreign operations is their local currency. We may reduce our exposure to fluctuations in cash flows associated with changes in foreign exchange rates by creating offsetting positions, including through the use of derivative financial instruments.

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

### *CAUTIONARY STATEMENT FOR PURPOSES OF THE "SAFE HARBOR" STATEMENT UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995*

Statements in this report (or in the documents it incorporates by reference) that are not historical facts or information may be forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Words such as "estimate," "project," "forecast," "plan," "believe," "may," "expect," "anticipate," "intend," "planned," "potential," "can," "expectation," "could," "will," "would" and similar expressions, or the negative of those expressions, may identify forward-looking statements. They include, among other things, statements regarding our anticipated or expected results, future financial performance, various strategies and initiatives (including our transformation plan, stabilization strategies, cost savings initiatives, restructuring and other initiatives and related actions), costs and cost savings, competitive advantages, impairments, the impact of foreign currency, including devaluations, and other laws and regulations, government investigations, internal investigations and compliance reviews, results of litigation, contingencies, taxes and tax rates, potential alliances or divestitures, liquidity, cash flow, uses of cash and financing, hedging and risk management strategies, pension, postretirement and incentive compensation plans, supply chain and the legal status of our Representatives. Such forward-looking statements are based on management's reasonable current assumptions, expectations, plans and forecasts regarding the Company's current or future results and future business and economic conditions more generally. Such forward-looking statements involve risks, uncertainties and other factors, which may cause the actual results, levels of activity, performance or achievement of Avon to be materially different from any future results expressed or implied by such forward-looking statements, and there can be no assurance that actual results will not differ materially from management's expectations. Therefore, you should not rely on any of these forward-looking statements as predictors of future events. Important factors that could cause our actual results and financial condition to differ materially from those indicated in the forward-looking statements include, among others, the following:

- our ability to improve our financial and operational performance and execute fully our global business strategy, including our ability to implement the key initiatives of, and/or realize the projected benefits (in the amounts and time schedules we expect) from, our transformation plan, stabilization strategies, cost savings initiatives, restructuring and other initiatives, product mix and pricing strategies, enterprise resource planning, customer service initiatives, sales and operation planning process, outsourcing strategies, Internet platform and technology strategies including e-commerce, marketing and advertising strategies, information technology and related system enhancements and cash management, tax, foreign currency hedging and risk management strategies, and any plans to invest these projected benefits ahead of future growth;

- our ability to achieve the anticipated benefits of our strategic partnership with Cerberus Capital Management, L.P. ("Cerberus");

- our broad-based geographic portfolio, which is heavily weighted towards emerging markets, a general economic downturn, a recession globally or in one or more of our geographic regions or markets, such as Brazil, Mexico or Russia, or sudden disruption in business conditions, and the ability to withstand an economic downturn, recession, cost inflation, commodity cost pressures, economic or political instability (including fluctuations in foreign exchange rates), competitive or other market pressures or conditions;

- the effect of economic factors, including inflation and fluctuations in interest rates and foreign currency exchange rates;

- the possibility of business disruption in connection with our transformation plan, stabilization strategies, cost savings initiatives, or restructuring and other initiatives;

- our ability to reverse declining revenue, to improve margins and net income, or to achieve profitable growth, particularly in our largest markets, such as Brazil, and developing and emerging markets, such as Mexico and Russia;

- our ability to improve working capital and effectively manage doubtful accounts and inventory and implement initiatives to reduce inventory levels, including the potential impact on cash flows and obsolescence;

- our ability to reverse declines in Active Representatives, to enhance our sales Leadership programs, to generate Representative activity, to increase the number of consumers served per Representative and their engagement online, to enhance branding and the Representative and consumer experience and increase Representative productivity through field activation and segmentation programs and technology tools and enablers, to invest in the direct-selling channel, to offer a more social selling experience, and to compete with other direct-selling organizations to recruit, retain and service Representatives and to continue to innovate the direct-selling model;

- general economic and business conditions in our markets, including social, economic and political uncertainties, such as in Russia and Ukraine, and any potential sanctions, restrictions or responses to such conditions imposed by other markets in which we operate;

- developments in or consequences of any investigations and compliance reviews, and any litigation related thereto, including the investigations and compliance reviews of Foreign Corrupt Practices Act and related United States ("U.S.")

35

**AVON PRODUCTS, INC.**
**MANAGEMENT DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**
**(U.S. dollars in millions, except per share data)**

and foreign law matters in China and additional countries, as well as any disruption or adverse consequences resulting from such investigations, reviews, related actions or litigation, including the retention of a compliance monitor as required by the deferred prosecution agreement with the U.S. Department of Justice and a consent to settlement with the Securities and Exchange Commission ("SEC"), any changes in Company policy or procedure suggested by the compliance monitor or undertaken by the Company, the duration of the compliance monitor and whether and when the Company will be permitted to undertake self-reporting, the Company's compliance with the deferred prosecution agreement and whether and when the charges against the Company are dismissed with prejudice;

- the effect of political, legal, tax, including changes in tax rates, and other regulatory risks imposed on us abroad and in the U.S., our operations or our Representatives, including foreign exchange, pricing, data privacy or other restrictions, the adoption, interpretation and enforcement of foreign laws, including in jurisdictions such as Brazil and Russia, and any changes thereto, as well as reviews and investigations by government regulators that have occurred or may occur from time to time, including, for example, local regulatory scrutiny;

- competitive uncertainties in our markets, including competition from companies in the consumer packaged goods industry, some of which are larger than we are and have greater resources;

- the impact of the adverse effect of volatile energy, commodity and raw material prices, changes in market trends, purchasing habits of our consumers and changes in consumer preferences, particularly given the global nature of our business and the conduct of our business in primarily one channel;

- our ability to attract and retain key personnel;

- other sudden disruption in business operations beyond our control as a result of events such as acts of terrorism or war, natural disasters, pandemic situations, large-scale power outages and similar events;

- key information technology systems, process or site outages and disruptions, and any cyber security breaches, including any security breach of our systems or those of a third-party provider that results in the theft, transfer or unauthorized disclosure of Representative, customer, employee or Company information or compliance with information security and privacy laws and regulations in the event of such an incident which could disrupt business operations, result in the loss of critical and confidential information, and adversely impact our reputation and results of operations, and related costs to address such malicious intentional acts and to implement adequate preventative measures against cyber security breaches;

- the risk of product or ingredient shortages resulting from our concentration of sourcing in fewer suppliers;

- any changes to our credit ratings and the impact of such changes on our financing costs, rates, terms, debt service obligations, access to lending sources and working capital needs;

- the impact of our indebtedness, our access to cash and financing, and our ability to secure financing or financing at attractive rates and terms and conditions;

- the impact of a continued decline in our business results, which includes the impact of any adverse foreign exchange movements, significant restructuring charges and significant legal settlements or judgments, on our ability to comply with certain covenants in our revolving credit facility;

- our ability to successfully identify new business opportunities, strategic alliances and strategic alternatives and identify and analyze alliance candidates, secure financing on favorable terms and negotiate and consummate alliances;

- disruption in our supply chain or manufacturing and distribution operations;

- the quality, safety and efficacy of our products;

- the success of our research and development activities;

- our ability to protect our intellectual property rights, including in connection with the separation of the North America business;

- our ability to repurchase the Series C Preferred Stock (as defined herein) in connection with a change of control; and

- the risk of an adverse outcome in any material pending and future litigation or with respect to the legal status of Representatives.

Additional information identifying such factors is contained in Item 1A of our 2016 Form 10-K for the year ended December 31, 2016, and other reports and documents we file with the SEC. We undertake no obligation to update any such forward-looking statements.

**AVON PRODUCTS, INC.**

**ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

There have been no material changes in market risk from the information provided in Item 7A, Quantitative and Qualitative Disclosures About Market Risk, of our 2016 Form 10-K.

**ITEM 4. CONTROLS AND PROCEDURES**

*Evaluation of Disclosure Controls and Procedures*

As of the end of the period covered by this report, our principal executive and principal financial officers carried out an evaluation of the effectiveness of the design and operation of our disclosure controls and procedures pursuant to Rule 13a-15 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). In designing and evaluating our disclosure controls and procedures, management recognizes that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and management was required to apply its judgment in evaluating and implementing possible controls and procedures. Based upon their evaluation, the principal executive and principal financial officers concluded that our disclosure controls and procedures were effective as of March 31, 2017, at the reasonable assurance level. Disclosure controls and procedures are designed to ensure that information relating to Avon (including our consolidated subsidiaries) required to be disclosed by us in the reports we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the United States Securities and Exchange Commission's rules and forms and to ensure that information required to be disclosed is accumulated and communicated to management to allow timely decisions regarding disclosure.

*Changes in Internal Control over Financial Reporting*

Our management has evaluated, with the participation of our principal executive and principal financial officers, whether any changes in our internal control over financial reporting that occurred during our last fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting. Based on the evaluation we conducted, our management has concluded that no such changes have occurred.

**AVON PRODUCTS, INC.**

**PART II. OTHER INFORMATION**

**ITEM 1. LEGAL PROCEEDINGS**

See Note 8, Contingencies, to the consolidated financial statements included herein.

**ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS**

*(c) Repurchases*

The following table provides information about our purchases of our common stock during the quarterly period ended March 31, 2017:

| | Total Number of Shares Purchased | | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Programs | Approximate Dollar Value of Shares that May Yet Be Purchased Under the Program |
|---|---|---|---|---|---|
| 1/1 - 1/31/17 | 256,870 | (1)  $ | 5.06 | * | * |
| 2/1 - 2/28/17 | 5,015 | (1) | 5.29 | * | * |
| 3/1 - 3/31/17 | 1,154,237 | (1) | 4.31 | * | * |
| Total | 1,416,122 | $ | 4.45 | * | * |

\*    These amounts are not applicable as the Company does not have a share repurchase program in effect.

(1)   All shares were repurchased by the Company in connection with employee elections to use shares to pay withholding taxes upon the vesting of their restricted stock units and performance restricted stock units.

 me of these share repurchases may reflect a delay from the actual transaction date.

**ITEM 6. EXHIBITS**

See Exhibit Index.

**AVON PRODUCTS, INC.**

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

AVON PRODUCTS, INC.

(Registrant)

Date:   May 4, 2017

/s/ Robert Loughran

Robert Loughran

Group Vice President and

Chief Accounting Officer

Signed both on behalf of the
registrant and as chief
accounting officer.

39

**AVON PRODUCTS, INC.**

**EXHIBIT INDEX**

10.1     Transition Letter Agreement and General Release of Claims dated as of March 20, 2017, between Avon Products, Inc. and Jeff Benjamin.

31.1     Certification of Chief Executive Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002.

31.2     Certification of Chief Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002.

32.1     Certification of Chief Executive Officer Pursuant to 18 U.S.C. Section 1350, As Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002.

32.2     Certification of Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, As Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002.

101     The following materials formatted in Extensible Business Reporting Language (XBRL): (i) Consolidated Statements of Operations, (ii) Consolidated Statements of Comprehensive Income, (iii) Consolidated Balance Sheets, (iv) Consolidated Statements of Cash Flows and (v) Notes to Consolidated Financial Statements

40