# Exhibit 12

**S&P Global**
Market Intelligence

# Avon Products, Inc. NYSE:AVP
# FQ2 2017 Earnings Call Transcripts

## Thursday, August 03, 2017 1:00 PM GMT

## S&P Global Market Intelligence Estimates

|  | -FQ2 2017- | | | -FQ3 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.07 | (0.03) | NM | 0.08 | 0.22 | 0.36 |
| **Revenue (mm)** | 1437.77 | 1395.90 | ▼(2.91 %) | 1419.31 | 5783.53 | 5904.00 |

Currency: USD
Consensus as of Aug-02-2017 5:50 AM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2016** | 0.04 | 0.02 | ▼1 (50.00 %) |
| **FQ4 2016** | 0.10 | 0.02 | ▼2 (80.00 %) |
| **FQ1 2017** | 0.01 | (0.07) | NM |
| **FQ2 2017** | 0.07 | (0.03) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .......................................................................... | **3** |
| **Presentation** | .......................................................................... | **4** |
| **Question and Answer** | .......................................................................... | **13** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

### EXECUTIVES

**Gina Grant**

**James S. Wilson**
*Executive VP & CFO*

**Sherilyn S. D. McCoy**
*Former CEO & Director*

### ANALYSTS

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC.,
Research Division*

**Douglas Calder Lane**
*Douglas Lane & Associates, LLC*

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research
Division*

**Olivia Tong**
*BofA Merrill Lynch, Research
Division*

**Stephen Robert R. Powers**
*UBS Investment Bank, Research
Division*

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning. My name is Dorothy, and I will be your conference operator today. At this time, I would like to welcome everyone to Avon's Second Quarter Earnings Conference Call. (Operator Instructions.)

I will now turn the conference over to Gina Grant, Capital Markets Treasurer. Ms. Grant, you may begin your conference.

**Gina Grant**

Thank you, Dorothy. Good morning and thank you for joining us to review Avon's second quarter 2017 results. I'm here with Sheri McCoy, Avon's CEO, and Jamie Wilson, Executive Vice President and CFO. Sheri and Jamie will take you through second quarter results, and we will then have our usual Q&A session. The slides that accompany today's presentation are available in the Investor Relations section of our website.

During our call today, we will reference certain non-GAAP financial measures, which we believe to be useful to investors, although they should not be considered superior to measures presented in accordance with GAAP. A reconciliation of these non-GAAP financial measures to their comparable GAAP measures is included in our earnings release located on the Investor Relations section of our website.

Our call will also contain forward-looking statements that concern our business and financial strategies, including our Transformation Plan, cost actions and savings as well as outlook, performance trends and the impacts of foreign currency, taxes and tax rates, amongst others. These statements involve risks and uncertainties, which are detailed in the cautionary statement available in today's slides on our Investor Relations website and in our SEC filings.

I will now hand the call over to Sheri.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Thank you, Gina. Good morning and thank you for joining Avon's Second Quarter 2017 Earnings Call. I'm joined today by Jamie Wilson, Avon's CFO. Before Jamie and I get into a discussion of our second quarter results and progress in our Transformation Plan, I would like to briefly address the announcement made this morning regarding my decision to step down as CEO and as a Director of the Board at the end of March 2018. In my 5 years as CEO, I'm proud to have led Avon's team in rebuilding a culture of accountability and navigating a challenging economic and competitive environment, all while maintaining our commitment to empowering women and creating earnings opportunities for women around the world.

We've made great progress in strengthening the Avon brand through the introduction of our Beauty for a Purpose framework, coupled with investment in new social media initiatives and innovative, high-quality products. Today the Avon brand has nearly 100% awareness in our top markets and is the #1 direct selling beauty company in the world.

In line with my commitments to the Board to transform the business and given the significant progress the team has made to date, now is the right time for new leadership to continue to drive Avon's journey forward. It's been a privilege to lead Avon at a pivotal time in the company's history, and I'm pleased the company has a strong foundation in place and a clear road map to drive Avon's business forward. I look forward to continuing to lead the company to ensure a smooth transition.

As you know, we've made important additions to our team in recent months to ensure that we have the right team in place to accelerate the next chapter of the transformation journey to sustainable, profitable growth. These recent appointments built on the depth and breadth of experience and expertise which already existed within Avon's leadership and will further support a smooth leadership transition as the Board conducts a search for Avon's next CEO.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As a reminder, in January 2016 we outlined our Transformation Plan with three parts: to drive out costs, to strengthen our balance sheet, and to invest in growth. We are halfway through our journey and we've made significant progress, achieving $180 million in annualized cost savings, which is more than half the total cost savings targeted for the period, and we have significantly improved the strength of our balance sheet. We still continue to focus on these two areas as we work on the third area: to drive growth by maximizing the power of the Avon brand, the innovative product portfolio, and the world's largest female network of nearly 6 million representatives.

During 2017 we have put in place the framework to finding the key growth drivers. First, delivering a seamless competitive experience for representatives by providing the tools they need to operate and compete in today's market. Second, ensuring she has the right products to sell with strong innovation across all price tiers. And finally, tailoring our approach to our portfolio of markets to ensure we prioritize our resources to build competitiveness and win in the right geographies.

Now I'd like to highlight second quarter performance before turning over to Jamie, who will take you through the business performance and financial highlights.

During the second quarter, reported total revenue declined 3%, or 4% in constant dollars. While we anticipated some challenges, second quarter performance fell below our expectations, but our strategic direction remains unchanged. As previously guided, we expect the second half to yield much stronger performance based on our exciting product innovation, initiatives to increase representative activity and operational improvements in a few key markets.

In the second quarter there were 3 factors impacting our performance. First was in the area of color. We implemented our strategy to segment our color portfolio into three distinct brands -- Avon True, Mark and Color Trend -- to better serve the different needs of the end consumer. Our global market rollout worked very well in some markets but we experienced issues in other markets. We've been sharing the learnings from the successful markets and now are applying this learning broadly across other markets. It is starting to yield results and we expect to see improvement in the second half as we continue to strengthen our color category with the introduction of exciting new innovation. Color is a priority category for our representatives, and we expect this to also drive representative activity.

Second was Mexico. The good news is that we experienced increase in demand. The bad news is that we couldn't meet this demand and we were not able to satisfy representatives. Our team in Mexico has taken swift action to address this and we are already seeing traction.

And third, as we transform and modernize our business, we have had some disruption in a couple of markets. One example is the U.K., where we made changes in the transportation carrier in order to provide more flexible ordering and delivery, and this negatively affected representative service. Increased flexibility of our delivery model is critical to meet our representatives' needs and therefore crucial as we transform and modernize our business. It is the right long-term approach, and we are working through the short-term impact of these changes.

While many of our markets continue to face difficult macroeconomic environments and strong competition, particularly Brazil, we have the right initiatives in place for the second half of the year to move our business forward. We believe our plans to engage and activate representatives, coupled with the innovation we are launching, will keep us on track to achieve our full-year goals.

I will now turn it over to Jamie to walk you through our quarterly performance.

**James S. Wilson**
*Executive VP & CFO*

Thank you, Sheri, and thanks again to all of you for joining the call today. Please note that my comments will primarily focus on adjusted results for the second quarter. GAAP results, along with the reconciliation tables, are included in our press release issued earlier today and posted on the Investor Relations section of our website.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As Sheri said, our results fell below our expectations but our strategic direction remains unchanged. Total revenue declined 3%, including a positive impact from foreign currency, or 4% in constant dollars. Active Representatives was down 3% with declines in all reportable segments, but primarily driven by the decline in Brazil, which I shall touch on later.

A key driver of our transformation journey is improving the representative experience. We're doing a lot of work in this area. However, it takes time for the field to react. We started the quarter with a reduced base versus the prior year, and while we saw some areas of improvement, it was not enough to turn the quarter positive.

The three issues Sheri outlined earlier all had a negative impact on Active Representatives. As we noted, the color category drives representative activity and service issues restrained our representatives. As we continue to work through these issues as part of our Transformation Plan, we expect to achieve our second half target for Active Representative growth.

Average order declined 1%, impacted by the strong comparison versus the launch of the Perfectly Matte lipstick last year. Price mix continued to be positive at 1%, but brought us a lower level than we have been seeing in the last few quarters.

During the second quarter we began to annualize some of the large price increases we took last year driven by high inflation and closing the strategic pricing gaps we identified. As inflation slowed in our major markets, our price increases have been more moderate. We expect price mix to continue to be a modest contributor to growth for the remainder of the year.

Ending Representatives declined 2%, primarily due to declines in Asia-Pacific, most significantly in Malaysia, and south Latin America, primarily Brazil, partly offset by growth in South Africa.

Adjusted operating profit was $70 million, a decrease of $34 million from the same period last year. We were able to hold gross profit relatively flat despite the decline in revenue, driven by our focus on improving sourcing as part of our Transformation Plan savings. The decline in profit stems from increases in SG&A, which had a combination of multiple positive and negative drivers. While we are continuing to see the benefits from our structural cost savings program -- in fact, we are on track to achieve our full-year savings target -- however, these were offset in a number of markets by inflationary pressure on the cost base. While some of this was covered by inflationary pricing, there is more work to do on the cost base to ameliorate this effect.

We have also seen benefits from foreign currency and lower incentive compensation plan expenses. These benefits are currently being offset by a few items: higher bad debt, mainly in Brazil as we continue to cycle through the impact of last year's relaxation of credit terms and the continued challenging macroeconomic environment; an increase in planned investments, including higher representative, sales leader and field expenses as we look to activate the representatives, particularly in the quarter when we identified some merchandising issues in the color category, as Sheri mentioned; as well as higher advertising related to key product launches, mainly in Brazil. In addition, we also experienced higher transportation costs, primarily in Russia due to the new delivery carrier contract we discussed last quarter.

As we think about these increases for the remainder of the year, cost saving is expected to continue to come through, and the level of bad debt in Brazil should return to more acceptable levels. We're committed to putting marketing investment into the second half behind our exciting product innovations, and the transportation costs in Russia will remain elevated. Taking these factors into account, we remain committed to our full-year operating margin expansion target of at least 100 basis points.

Adjusted operating margin declined 230 basis points to 5% compared with last year, primarily driven by the factors I just noted. However, this was an increase of 210 basis points from Quarter 1.

Midyear reported revenue declined 5% and constant dollar revenue declined 6%, driven by declines in both Active Representatives and average order. Ending Representatives decreased 1% versus the prior year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The EMEA segment margin was 16.6%, up 60 basis points. We saw positive impact from foreign currency transaction costs of an estimated 200 basis points. The increase in segment margin was also driven by our continued ability to take price in the region as well as lower supply chain costs as we continue to tightly manage our expenses.

Partially offsetting these benefits, in addition to the revenue deleverage, was the higher transportation costs, primarily in Russia. As I mentioned the new delivery carrier contract earlier that we will continue to have an impact on expense comparisons until we annualize the contract change next year, and higher bad debt expense, mainly in the U.K., as the macroeconomic environment is impacting our consumers' ability to pay.

In Russia, local currency revenue growth improved versus the first quarter but is still negative with a decline of 7% versus the prior year, driven by declines in average order and Active Representatives. Russia's performance is showing improved trends, with Active Representative and revenue turning positive year-over-year in the last campaign of the quarter. This is the first time we have seen this, this year. The postal carrier service issues are largely behind us. We have worked with our main carrier, Russia Post, to improve service and increase communication to representatives so that we'll know what to expect on service and, where possible, migrated representatives to other providers. We have also rolled out the first stage of improvement in the ordering system, which was well received by representatives.

We are also seeing improvement on pricing. Russian Fashion and Home pricing is now much more aligned, as we had anticipated would happen throughout the year. We have a lineup of new Fashion and Home products appropriately priced to the market for the second half to energize the category, along with strong innovation in the second half in color. We expect to see continued improvement in performance in the second half of 2017 for Russia.

In the U.K., local currency revenue decreased 10%, driven primarily by a decline in Active Representatives as well as lower average order. Average order declined in the U.K. once again, as the U.K. once again had a challenging time lapping the huge success in the first half of 2016 innovation.

We're in the process of making significant transformational change in the U.K. to increase its performance potential. We acknowledge that making changes in a market that already has field issues is challenging, but we believe this is the right path for the business, in particular increasing order flexibility as we endeavor to meet her where she wants to be.

One building block to the strategy is to migrate to a national carrier versus the local carriers that we've been using. This is the right long-term change for the market but led to disruption in the quarter, as our representatives had grown accustomed to the practices of local providers. The U.K. team is working hard to grow Active Representatives; however, we need to build skills at the local level. We are putting resources behind improving change management but expect that performance will remain challenged throughout the remainder of the year.

Reported revenue in south Latin America increased 4% and was flat in constant dollars. This was driven by higher average order resulting from price mix improvement. However, Active Representatives declined. Ending Representatives decreased, primarily driven by the decline in Brazil, partially offset by an increase in Argentina.

The south Latin America segment margin was 8.1%, down 330 basis points versus prior year. The majority of this decline, 200 basis points, is due to the continued high level of bad debt, particularly in Brazil, where we're still seeing the trailing impacts of last year's relaxation of credit terms along with the difficult macroeconomic environment.

Also in Brazil and in line with the Transformation Plan strategy, we chose to invest behind some key product launches in the quarter, which led to an increase in advertising expense. However, this did not produce the expected uplift in sales as the competitive environment intensified. The segment's margin was further impacted by inflationary pressures, causing an increase in our field expenses and higher representatives, sales leader and field expenses, primarily in Brazil, as we moved to activate the field and drive recruitment.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

These items were partially offset by the favorable impact of price mix and an estimated 110 basis points of favorable foreign currency transaction costs. In Brazil, local currency revenue decreased 2%, primarily driven by the decline in Active Representatives. Brazil performance was impacted by 2 main factors: weak performance in color and ongoing impact of Active Representative count from the tightening of the credit policies.

In the color category, it is taking time for the consumers to adapt to the separation of our color category into Avon True and Mark. We are refining the execution to ensure our proposition resonates, and we have strong innovation coming in the second half to support the split. Therefore, we expect to see color performance improve as a result.

As we had expected, the elevated level of bad debt continued in the second quarter. We continue to see improvements based on the actions we took to remediate the position, including tightening credit terms and improved collection procedures, and we expect to start to recover during the second half. However, the remedial actions resulted in moderation of recruitment that impacted Active Representative growth in the quarter. Although we do expect to see improvement in the issues that impacted Brazil's performance this quarter, we expect the second half revenue to remain under pressure.

In addition, the beauty market in Brazil has seen consumers cut back on beauty spending and intensifying competitor pressure. In response, we are carefully targeting investment in media to support key product launches in the second half.

In Argentina, revenue in local currency grew by 22%, driven by strong average order, primarily due to the impact of inflation on pricing. In addition, the team continues to perform well in this challenging market, and we were pleased to see Active Representatives grow in the quarter.

Colombia declined 8% in local currency. While Active Representatives continued to decline, we were able to get average order flat in the quarter. The plans we put in place to adjust for last year's pricing issues have gained traction and we expect to see continued improvement.

Reported revenue in north Latin America declined 7% while constant dollar revenue declined 5%, driven by decreases in average order and Active Representatives. However, Ending Representatives grew by 1%. Performance was negatively impacted by our ability to service an unforecasted lift in demand. We saw issues with demand forecasting that resulted in our shorting products to our representatives. This led to representative dissatifaction and impacted average order. We have taken corrective action to address this issue, including supporting the business with incremental resources. Therefore, we expect to see performance recover for the second half.

The north Latin America segment margin was 8.6%, down 570 basis points. This decline was driven in large part by our efforts to mitigate the service issues caused by the extra demand I just mentioned. We increased incentives to encourage the representatives to place additional orders, resulting in high representative sales leader and field expenses. We also brought in product from other countries to help alleviate the number of shorts, leading to higher air rates and distribution costs, while our transportation costs were already higher due to increased fuel prices. At the same time, our brochure costs increased as we increased the number of pages in support of our color category segmentation.

Lastly, we've seen an increase in bad debt, primarily in Mexico, where regulations and collection practices has made it more challenging in the market. We have adapted our collection processes but expect bad debt could remain slightly inflated throughout the remainder of the year.

In Mexico, revenue declined 6% in local currency, driven by Active Representatives and average order. As I just mentioned, the performance in the segment driven by Mexico was impacted by service issues. Having said that, the underlying business in Mexico is doing well. The execution of Mark brand launch was successful in driving growth in the color category.

Reported revenue in Asia-Pacific declined 11%, and constant dollar revenue was down 7%, primarily due to a decline in the segment's Active Representatives. Ending Representatives decreased 7% compared to the prior year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The Asia-Pacific segment margin was 6.6%, down 440 basis points from last year. Segment margin was impacted by revenue deleverage and the unfavorable impact of price and mix, as price increases were offset by product mix towards lower-margin items. The segment also experienced higher supply chain costs, as cost reductions did not keep up with revenue declines. Efforts to reduce costs and improve productivity in supply chain have begun, and we expect improvement throughout the year. Partially offsetting these pressures was lower fixed expenses due to cost-saving initiatives under the Transformation Plan.

In the Philippines, local currency revenue declined 3%, primarily to a decline in Active Representatives. The market continues to benefit from pricing in beauty, and we are focusing on increasing the Active Representatives through a new recruitment program and training.

In Malaysia, we've been working through changes in the field to improve the representative experience, and although still negative in the quarter, Active Representatives saw a meaningful improvement versus the first quarter.

Category performance in constant dollars for the total reportable segments are shown on this slide. Beauty declined 4% overall in constant dollars, with a 1% growth in fragrance, an 8% decline in color and 6% decline in skincare. Avon's global fragrance sales grew 1% in Quarter 2, an improvement on Quarter 1 sales performance, driven by strong innovation and a focus on Avon's top fragrance brands. Notable successes driving sales growth were the rollout of the Attraction brand to all Avon geographies, the Mother's Day launch of Avon's Luminata fragrance and Black Suede men's brand.

In Quarter 2, Avon color sales declined, driven by Brazil and the U.K. The key factors impacting color performance were the segmentation of our color category and the comparison against strong innovation in 2016, coupled with a heightened competitive response in our major markets, Brazil and Russia.

As Sheri mentioned, aligned with giving our representatives the right products to sell, we continue to deploy our strategy to segment our color category to better meet consumer needs across the price tiers with three distinctive brands. In mass, we offer Mark to serve the color enthusiast and Avon True to serve the color loyalist consumer. For the value tier, our Color Trend brand allows her to explore and play at the right entry category prices.

The Mark launch drove color growth in a number of markets, most notably Mexico. However, the execution of this strategy has resonated more in some markets than in others. We are sharing lessons learned and applying them broadly, and we expect that the knowledge gained about the brochure creative and positioning will enhance performance in the second half of the year.

The pace of our category growth is expected to improve as we progress through the year, driven by a full pipeline of new products around the world. Specifically in color, we're excited about our Color Trend restage, the new Mark mascara. In fragrance, we are launching our new Duet fragrance, which allows consumers to customize their fragrance to meet their desires. And in skincare, we're launching an innovative first-in-class skincare product with unique clinical claims in anti-aging. In the second half we will be rolling out more high-quality, value based innovation around the world, supported by strong merchandising with highly engaging content in both brochure and digital channels.

Fashion and Home declined 5% in constant dollars, primarily driven by flowing excess product through the system, resulting in less fresh news in the category. As we move into the second half this will change, with more innovation being introduced.

The adjusted income tax provision of $34 million was below the prior year, driven by lower earnings. However, the effective tax rate from continuing operations continues not to be meaningful. Once again, our effective tax rate was negatively impacted by the country mix of earnings and the inability to recognize additional deferred tax assets in various jurisdictions, including the impact caused by withholding taxes on the repatriation of cash to the U.S.

Cash flow from operating activities related to continued operations for the first 6 months of 2017 provided $11 million compared with $130 million used in the first 6 months of 2016. Last year cash flow was negatively impacted by IPI payments made in Brazil and the contribution to the U.S. pension plan of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

$20 million. This year those items did not repeat and cash flow further benefited from improvements in working capital.

Working capital improved operationally when compared with a year ago, driven by the timing of payments, extended payment terms, and the continued focus on reducing inventory, partially offset by an increase in accounts receivable. Adjusted EPS for the quarter was a loss of $0.03 per diluted share compared with an income of $0.07 per diluted share a year ago.

Turning to our Transformation Plan, as I mentioned earlier, we are on track to achieve our 2017 cost savings target of $230 million, which includes a run rate savings from our 2016 initiatives as well as in-year savings from the 2017 initiatives. Consequently, we remain confident in delivering the $350 million in Transformation Plan savings target over the 3 years.

When we set out on this journey and shared our Transformation Plan with you the first time, we said that we were going to reinvest $150 million in additional advertising over the 3 years and that we were going to reinvest $200 million in additional CapEx in our systems and supply chain. This is still our plan and we have started executing on this plan. Investment will be spent on marketing on and offline. We are committed to Beauty for a Purpose positioning and we'll continue to support this. We will also invest in getting the word out about our new innovations, making it easier for our representatives to sell these new products. We need to invest in her, from offering training and sales tools to putting her in touch with her associates, thereby ensuring that she knows about the new opportunities. Investment is also being made in simplifying the process in terms of dealing with us, whether it is ordering, returns or any such process. We also need to invest in our associates to lift the revenue growth, management and merchandising skills of our people to make it possible for them to drive the change that we need.

And lastly, we are investing in our systems. This investment is aimed at improving two areas: front-end experience -- how do we get more people to engage with us electronically to help improve ordering, returns, tracking and payments; and in supply chain, we need to ensure that our supply chain can support high order fill rates and more faster, flexible delivery times.

As we entered the second year of our 3-year Transformation Plan, we took a step back to refine our investment in growth pillar. Sheri will take you through the three key drivers, but let me outline some of the enablers we have identified to support our road map to growth.

The company has for many years moved transactional processing out of country into a service center. We are now expanding that capability by creating a global business service organization to drive efficiency and effectiveness, but also to harness the quality of data in our organization to drive high-quality analytical capability and more insightful decision support capability. This will also be underpinned by far more rigorous performance management processes across the business and a relentless focus on executional capabilities.

Before I hand it back to Sheri, having taken you through our second quarter performance and where we stand along our transformation journey, I'd like to remind you of the full-year guidance we gave: constant dollar revenue growth to be low single digits; adjusted operating margin improvement to be in the range of 100 to 140 basis points, which includes modest tailwinds from currency; free cash flow slightly positive after an increased capital expenditure of approximately $65 million. And these expectations are underpinned by Active Representative growth of between 0% and 1% in the second half of the year.

We continue to expect performance improvement throughout the balance of the year, with the second half being an improvement from the first half as growth initiatives gain traction. However, with Q2 performance being below our expectations, we believe we are now more at the lower end of guidance on revenue and adjusted operating margin.

We have deliberated slightly longer on our IT investment to ensure our system architecture is robust enough to provide future flexibility. We are now happy with our plan, which will be rolled out from early next year. Consequently, we will be spending approximately $20 million less in CapEx this year, resulting in our free cash flow guidance being higher than -- by a commensurate amount.

And now I'll turn the call back to Sheri.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Thank you, Jamie. So clearly, it has been a challenging first half, but we have well-defined focus areas and detailed growth plans and have been putting in place the key enablers to successfully implement the next phase of our transformation journey. We expect to see improvements in the second half of the year. This will be driven by a stronger new product innovation pipeline in addition to new initiatives to increase representative activity such as our new Avon Proud challenge, which engages all markets around the world in a competition to attract and increase Active Representatives.

Let me now take you through our growth priorities. I've spoken about our achievements in our Transformation Plan to date. We still continue to focus on driving out costs and further strengthening our balance sheet as we work on the third area, to drive profitable growth by maximizing the power of the Avon brand, the innovative product portfolio and the world's largest network of nearly 6 million representatives.

Underpinning the growth agenda is the strength of the Avon brand with extraordinarily high awareness, almost 100% in top markets, and solid to strong purchase consideration. We continue to build upon our position as #1 in word of mouth in beauty, both online and offline. And this, coupled with our market-leading position in key beauty categories, provides a strong foundation.

Our vision is to be the world's leading social beauty company, and we will achieve this through our road map to growth that is made up of the three key drivers: first, delivering a competitive, seamless experience for representatives, enabling her to easily engage with her customers and on her terms; second, ensuring she has the right products to sell; and third, addressing specific market needs across our broad geographic portfolio.

Let me touch on these key drivers and some of the areas where we've made progress in 2Q. First, delivering a seamless, competitive representative experience. Our strategic focus is to put her first in all we do. We aim to provide a simplified, compelling, and supportive experience which empowers her and makes her feel proud to be part of Avon. We conduct a quarterly global representative satisfaction survey across our top markets to track how we are performing against her expectations. From her feedback, it's clear she is happy about the strength of the Avon brand and being part of the Avon family. She is excited by our products and is proud of our purpose of empowering women.

On the other hand, she is not so satisfied with her earnings for the amount of time and effort that she puts into her business and specifically some of the transactional and logistical aspects of doing business with us. We have work underway with resources deployed in market to better meet her needs and address her key problem areas. This is a journey where there are immediate actions we can and have put in place, while other areas that require more significant changes as we transform the business to provide digital solutions and offerings. Importantly, it's about giving the representative choice and meeting her where she is.

The immediate work has involved individual markets assessing the key opportunity areas and tackling the pain points to make it easier for her to do business with Avon. South Africa leads the way in this regard, as they have put in place what we refer to as the Brilliant Basics approach. South Africa has worked to make it easier to return products, reduce product shorts and has improved cycle time. They also help by offering her training, from day-to-day running of her own business to understanding our products.

The starting point for markets is Brilliant Basics, and then they move to upgrading the service model to more flexible and agile service for representatives. This requires changes in systems and policies to ensure markets have the ability to offer things like electronic appointments to representatives, anytime product ordering, tracking of product availability and alternative payment methods.

We have been tracking the implementation of these initiatives across our key markets and we are making good progress. For example, Poland is leading the way here, and Colombia and Italy have shown significant improvement in the last year. The U.K., which Jamie and I referred to before, is at earlier stages of this journey.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Lastly, we are prioritizing and investing to provide a better front-end experience for representatives and customers with mobile digital capabilities. As we operate in diverse markets, we must tailor our solutions to the individual markets to provide the representative with choice for online and offline selling and transacting. We have already implemented a new mobile platform in Brazil, our largest market, with excellent feedback from our representatives and sales associates. We completed this implementation in the first quarter of this year, with responsiveness and mobile orders up significantly during the period as we gave her the choice to run her business on desktop or mobile. And we are excited about rolling out similar digital platforms to our other markets. We are also launching a pilot of a new, completely digital mobile social selling system in Buenos Aires later this year.

The second key driver is giving her the right products to sell. We must ensure that she has the right products to make it easier for her to attract and engage her customers. Avon has very strong capabilities across beauty and skincare, color and fragrance. We have great products with high quality at reasonable prices to address consumer needs in upper mass, mass, and value segments.

It's also important for representatives to have a brochure that is fun to shop and that generates interest, whether it be through unique new product offerings or promotions at the right price at the right time. This makes it easier for her to attract new customers and satisfy existing customers. We continue to build merchandising and pricing skills in each market to get the mix right between price, volume, promotional frequency and depth of discount.

As Jamie mentioned, our innovation in the second half is strong, with great new products in color, a leading category for driving representative activity, a number of exciting new fragrance initiatives, and a breakthrough first-to-market innovation in anti-aging product coming in the fourth quarter.

The third key driver is to play and win in the right geographies. Our approach has been to strengthen our top 10 markets, but we recognize that all markets must contribute to the company's overall performance. We have segmented our markets into four groups: growth, prospect, stable, and fixed markets. Each group has a defined role and each market has been assigned to a group. This provides clarity to the individual market about their deliverables, and it is a guide for us as we prioritize resources to optimize and drive the best return for the whole enterprise.

For example, we've assigned a senior sponsor to each market in the fixed group. This brings more attention and potentially more resources to accelerate market performance. For example, Jamie is the sponsor for Russia and we are already seeing more positive trends as we exit the second quarter.

In summary, we have a lot of work underway and our teams are engaged and making progress on our transformation journey. We acknowledge that the first half has been challenging, but we continue to expect that we will strengthen the performance in the second half of the year based on the actions we have put in place.

With all of this in mind, I'd like to remind you of the strong foundation we are starting from. Avon is the #1 direct selling beauty company in the world. We have broad global reach, with sales operations in almost 60 countries. We have nearly 6 million representatives worldwide across generations. This is the largest female network in the world. We are top 3 in color, skincare and fragrance in the majority of our key markets.

The Avon brand has greater than 90% brand recognition with 100% brand awareness in our key markets. And our work on increasing social media presence is paying off. We have 20 million Facebook followers and the leading position in word of mouth for a beauty brand, offline and online. Social shopping has never been more relevant than it is today, and more and more women want the flexibility to earn on their own terms. This is part of our DNA. We are the original social seller, and we have provided women with the opportunity to earn when and how she wants for the past 130 years.
Thank you again for joining us. Jamie and I are now ready to take your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

(Operator Instructions.) Your first question comes from Lauren Lieberman.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

Sure, it's Barclays. You actually went through, I think, the script handled a lot of the big, big questions that I had, kind of just going through the results. But I'd still love a little bit more clarity, particularly as the kind of three big new trouble spots. A, you were very clear that these are execution related and, B, that there are things that you see, at least in the second two, maybe not the color piece, but on Mexico fulfillment and the transportation change or service provider change in U.K. and Russia, that these are things that don't necessarily impact the momentum of the business, so it's not something to worry about from your perspective as a major change in market dynamics. But I would just love to understand more than mechanics. Like what was the problem in the U.K.? So I don't understand. If I'm a representative, what changed in my day-to-day, because when you just say transportation provider, like I'm thinking, okay, like it used to show up via UPS and now it's FedEx. I don't understand why that would kind of blow things up in a quarter. Thanks.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

We have a number of representatives in the U.K. that have been with the business for many years, and their local provider is someone that would come to their door, tell them they were going to be bringing it at a certain time. So they were very used to that. So it was a customized service, if you will. As we've been working to have any-time ordering so people can place orders any time and they can expect to get the shipment, we've had to move to a national carrier. The national carrier doesn't always know the routes, doesn't always leave the products at the same place at the same time. And so at times it would go to the home and the representative wasn't there. They'd have to go back and she'd have to call to find out where her order was, et cetera. So there was some of that. There was also some transitional challenges between the local providers going to the national service.

So I think it's something that is very workable, but we did see the impact this quarter as people felt like they weren't getting the right service, particularly some of our top sellers. We've adjusted and we've done some other things to help with call center to support that. So we will see that come through, but that was it. And this is not the first time we've had this challenge when we've changed. Italy is another example. These representatives really like their localized and customized service and we understand that. But in terms of how we want to actually be able to be more contemporary and more flexible for ordering, we need to make this change.

**Lauren Rae Lieberman**
*Barclays Bank PLC, Research Division*

And then for Mexico, also just a little bit more color there. So I think you said it was -- you had bigger sales incentives. I guess they really resonated, and then the supply couldn't keep up. So just any detail there, and also trends kind of as you're now a month into the or 2 months into the next quarter or a month into the next quarter, if that's started to improve.

**James S. Wilson**
*Executive VP & CFO*

Yes. I think the issue was that we were much more successful with incentives and the products than we had expected to be. And as that demand comes very late in the cycle because it's after the brochure's out and people have started looking at it, it's very diff -- it gives you a very short time to actually get the product back to the representative. And just the lift in demand was more than we could actually cope with in the time frame that we had. So that's what caused the issues.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In some respects, it's nice that we did drive that activity from the representatives, but it would have been nicer if we had also been able to have satisfied. But really, it was the scale of the change and the speed of the change that meant it was difficult for us.

We wouldn't comment on the third quarter trend lines because, obviously, that would be inappropriate. But we're certainly happy that we understand the issue and we're taking steps that we can correct that. And we did manage to achieve some of that by virtue of bringing in product from other areas.

**Operator**

Your next question comes from the line of Wendy Nicholson.

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

From Citi. I actually wanted to follow up specifically on Mexico just to understand sort of the thinking. And again, I care less about the June quarter and what it means for the September quarter. I care more about kind of how you think about managing your supply chain, managing and forecasting demand. Because my view would be, hey, you had some new products that resonated well or incentives or whatever. The reps wanted them. That's awesome, because that's been a big part of your challenge historically is selling stuff that people want at the price you're asking for them. So hey, great, they wanted it and it sold out fast. So that's awesome. So why does that create a problem? I mean, if reps are frustrated that they can't get the products, well, too bad. Next time, order faster. But I don't understand why that, then, gets you into a cycle of well, we have to pay you more, we have to expedite the shipping, we have to give you more promotions. It just strikes me that you, Avon generally has this problem of not responding to a challenge in the right way. Does that make sense? Because I think we've just seen that so many times, and I wonder what's going to help you change the way you respond to crises or challenges going forward.

**James S. Wilson**
*Executive VP & CFO*

I mean, I take your point and yes, it is great that we can generate that demand in an area. I would say that we feel that our demand-planning skills could be improved to give us a little bit more flexibility in that we did underestimate the effect of the combination of the product and the incentives that we put in, in that particular period and that particular growth area to actually drive the demand behind that product. And it would have been nicer if we had assumed that we were going to be as successful as we were. But that's always a challenge to do that.

So I take your point that you say, well, how do you respond to that? Well, the initial thing is we are keen to keep our representatives happy and we're keen to satisfy the demand as quickly as we can. So we took corrective action to try and maximize the order fulfillment that we could get. I think the learnings that we have to get from that is that we need to strengthen and challenge more the demand-planning skills, because then that gives the service side of the business more ability to respond to spikes in demand. So while you can look at this as a service issue, it was really our ability to actually anticipate demand a little bit more quickly and see the trends happening more quickly. So that is the work we've been doing in the marketplace to strengthen that.

And so I think we're addressing it the right way. I think the short-term fix was actually just to keep the representatives engaged with us and try and do as much as we could to service them, because they feel happy about that while we do -- we tackle the root problem, which is the one that we were tackling at the back end of the quarter.

**Wendy Caroline Nicholson**
*Citigroup Inc, Research Division*

And I guess two follow-up questions. I guess I'm struggling a little bit to say, okay, so it's the back end of the quarter. It's a demand issue, but you were able to fulfill the demand. So I don't know that I really believe that this issue, this supply issue, is what led the local currency sales to fall 5% or 6% in Mexico. I mean, that's a big country and that's a big shortfall. And to just say, oh -- I mean, it sounds

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

like that would have hit the margins more because of the way you had to supply the product as opposed to just delaying a few shipments or what-not. So was there -- I mean, order of magnitude, I guess, how important was this specific issue to the shortfall in Mexico?

**James S. Wilson**
*Executive VP & CFO*

This was the key issue. I mean, the answer is we didn't satisfy all the demand. We couldn't satisfy all of them. There were sales there that the representatives wanted that we couldn't fulfill. We ameliorated the position by bringing some product in, but there were still lost sales or sales that we couldn't record because we couldn't deliver the product, and so it was the key issue in driving the revenue in Mexico the way that it went down. We talked about other things, the fact that the color category actually landed well, the separation landed well in Mexico. So other things were going positively, but there was a considerable number of sales we couldn't fulfill. We fulfilled some by bringing in other issues but we couldn't fulfill all of it, and that's why it was a bigger issue for us to tackle in order that we can actually avoid it happening similarly again.

**Operator**

Your next question comes from the line of Ali Dibadj.

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

I'm from Bernstein. Just a comment before the question. I would love, in the spirit of improvement, if you guys consider shortening the prepared remarks just a little bit. Take that as feedback.

But the first question is why do you or does the Board think yet another management change will fix the problem? At this point, it's kind of a seemingly endless turnaround that we're in. And shouldn't they be looking at more creative ways to monetize what you say is such a strong Avon brand, like licensing or something else? Because you're trying to revitalize something, spending a lot of money, and the challenges just continue, and they keep popping up at other places in direct selling. So I just really want to go back to the core of the question. Why is another management change going to improve anything at Avon?

**James S. Wilson**
*Executive VP & CFO*

Ali, well, let me start with that and I'm sure Sheri will chip in and add her comments. I mean, I think what you saw this morning was part of a plan of succession in CEO. I mean, Sheri had given commitments to the Board as part of the business transformation, and all we've done this morning is give advance notice of that happening, that she will step down in March of next year after having achieved a number of key milestones in her tenure. So I think it's one of these things that nobody's in a business forever, and therefore you do have to have turnaround.

I think the difference here is it's come on the back of a number of other changes in the management teams. And the purpose of those changes -- and I suppose I'm one of those changes, one could argue, when I came in, in January -- was that as we looked forward in the Transformation Plan, it was the right time to bring in new people to drive the next phase of the business growth. And that was the view that the Board held strongly, and that is why we've brought in James and Jonathan and Miguel into the business over the last few months. I think that's a real positive sign that the business is driving forward and has plans to grow its business.

As regards to other strategic questions, they're not things that we address on an earnings call. I mean, the Board does look at strategy on a regular basis. Management engages with them on strategy and that process is very robust. So we wouldn't respond on an earnings call on specific questions on that.

**Ali Dibadj**
*Sanford C. Bernstein & Co., LLC., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So let me unpack that just a little bit and ask you a more specific question in terms of the ROI on these investments that you're making. Frankly, many of us, and I keep hearing this from investors as well, are struggling to see the return on changes or investments. You just saw Mexico down again -- down 6%, I think it was -- Brazil was down 2%. It just feels like nothing's taking hold here. So how do you really think about, analytically, the ROI on some of the investments you're making?

**James S. Wilson**
*Executive VP & CFO*

Yes, I mean, we do look at return on investments we're making, and I think in my script I actually commented on the fact that we had assumed we might get a little bit more traction on the advertising we put in Brazil, which we didn't do. So we need to look at that and see how we can tweak that to actually maximize that.

But I would say in Mexico, actually, the investments we put in there did land well with the exception -- yes, we didn't satisfy demand. In fact, actually, the investments did land well because we generated much more demand than we had anticipated. So we're in the transformation phase of this. We're taking these learnings, we're sharing these learnings and we're actually getting, seeing traction happening in some of these markets. If we look at the work we've done in the first 6 months in Russia, as we exited the quarter we saw some pickup in the Russian performance, and we'd expect that to continue through the back of the year. So we are being much more ruthless and looking at the return on investment on these things, and we will take money out if we don't see it as getting the return back, and we'll put more in if it's actually generating more demand. Those are skills that the businesses are picking up and driving now much more effectively.

**Operator**

Your next question comes from the line of Olivia Tong.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

It's Bank of America-Merrill Lynch. In terms of the geographic breakout that you did -- growth, prospects, stable, fixed -- can you give us an idea of the percentage of sales in each tranche? And you mentioned there's a captain for each bucket. Is that now part of -- a component of their incentive compensation?

**James S. Wilson**
*Executive VP & CFO*

No, I mean, I think the geographics put there, and I'm not going to break it out for you. But I mean, obviously, a lot of our key markets are in the growth category. But clearly, to give you an example, we did have Russia in the fixed market because we knew there was things. We were trying to work through that in the first half of the year. And as we go through the latter part of this year, we would hope to get that back into a situation where we've transitioned back into the growth box. So these allocations are dynamic. The purpose is to make sure that we allocate resource, both in time and capital and investment, appropriately to drive the best overall results for Avon rather than actually focusing on just one segment of that, as you could do if you were just looking at, say, the top 10 markets.

So it's really looking at the characteristics of the markets and allocating them into those boxes based on those characteristics, and then using that as a way of driving our investment decisions and our return decisions.

**Sherilyn S. D. McCoy**
*Former CEO & Director*

And the incentive comp is tied to revenue generation, profit and cash. And obviously, the targets would be set differently depending on which quadrant they're in. But they're all compensated based on delivering against those objectives as well as some strategic objectives like Active Representative growth and cost savings.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

And then I just -- I'm not sure if anybody who's on the call today can answer this, but I'm sure any new CEO candidate is going to want to do their own due diligence around the targets that you guys have out there, existing costs in these plans, et cetera. But as the Board searches for the company's next leader, is the goal to find a candidate who will be supportive of the targets that are already in place and have been set? Or is the thought that even somebody who could come in with a totally clean slate is up for consideration too?

**James S. Wilson**
*Executive VP & CFO*

I mean, I think that the answer to that is you're right; we're not going to answer the question here. I mean, I think the important thing from our perspective is that the Board are absolutely happy with the Transformation Plan we set out. They're very supportive of management driving that Transformation Plan. And that Transformation Plan came with guidance for the 3 years of that plan. So the Board is aligned to that and, obviously, as the Board searches for the new chief executive, it will have its conversations with that person. But as far as I'm concerned, the Board is aligned with the guidance that we've given over the 3 years.

**Operator**

Your next question comes from the line of Stephen Powers.

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

It's UBS. Probably another question you can't answer in full, but I'm going to try anyway. Sheri, I know it's a Board decision, but to the extent that you're consulted and you have input into the process, do you have a bias as to where the search should be focused? I mean, in terms of you think that the right thing to do is to seek out a beauty or CPG executive, someone with more specific direct selling specialist, maybe someone with retailing or e-commerce experience, someone who's more specifically a turnaround kind of guru? Is there -- or is it sort of all of the above? Is there a way you can kind of frame the focus?

**Sherilyn S. D. McCoy**
*Former CEO & Director*

Steve, just to be clear, the Board is going to run the search, and I will support in any way that I can do that. I know that what's important to them is to have someone that is a strong leader that will help take Avon to the future relative to ensuring that we continue to build the brand, drive the representative growth, obviously look at what's -- how do we drive this, moving forward? But I have confidence that they will do a very comprehensive search. We will want someone, I'm sure, that has vast experience in a number of different areas. But most importantly, I think it's about leadership and focusing on the brand, the representatives and the associates, because ultimately, that's what drives the business performance. And I'm confident, based on my conversations with the Board, they will do that.

**Stephen Robert R. Powers**
*UBS Investment Bank, Research Division*

And then, Jamie, a question that's maybe more technical. But coming up at the beginning of 2018, I think you'll be adopting a new accounting guidance with respect to revenue recognition. And my read on that, in addition to impacting the timing of certain revenue items, the changes will, if I read it right, will reduce gross margins as certain representative costs shift from SG&A to COGS, and at the same time, probably reduce overall margins as other representative fees get treated as both revenue -- well, get treated as revenue as opposed to a contra expense in SG&A? I guess I just wanted to just get your feedback. Is that the right way to think about it, and is there any way you can give us a sense of the anticipated materiality of those changes as we think about your numbers going forward?

**James S. Wilson**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Executive VP & CFO*

Yes, I think it's too early to give you any views as to the materiality of that. I mean, we're working through that now. Most of the effort has been going through the standard and defining exactly how we felt we needed to apply it within Avon. And there's been a huge amount of work, as you can imagine, doing that and looking at the implication in every individual market to make sure that we're going to capture it and record it the way that is appropriate to do so. So the work to date has been that.

As we go through the second half of the year, we will form a view on the quantification of that. And obviously, we'll be, as we enter next year, we'll be sharing the impact of that with you.

I mean, broadly you're right. There will be some items now recorded in revenue that were netted off in expense before, and there will be some items moving from SG&A into COGS. So those two directional statements you made are correct. In terms of the quantification, I think you'll have to live with us for a little bit longer until we are ready to quantify it for you.

### Operator

And we will take our final question from Doug Lane. Please state your affiliation, then pose your question.

### Douglas Calder Lane
*Douglas Lane & Associates, LLC*

Lane Research. Jamie, looking at CapEx, taking 30% of CapEx -- taking 30% out of CapEx midyear just seems like a lot. Can you talk a little bit more about what specific projects were foregone and why?

### James S. Wilson
*Executive VP & CFO*

Yes, I mean, just to be clear, $65 million was the additional CapEx between this year. That's not the total CapEx in the business. So we reduced the incremental CapEx by 30%...

### Douglas Calder Lane
*Douglas Lane & Associates, LLC*

Right, 30%, right.

### James S. Wilson
*Executive VP & CFO*

So the total CapEx was reduced by a much smaller amount than that because we obviously spend over $100 million in CapEx in the year. So it was just the incremental piece that changed. And really, what we're saying there, as I noted in my comments was, it's not that we've take -- canceled projects. We took a little bit longer in certain projects to just, to make sure that what we were investing in had a long enough runway and was clearly capable of servicing the flexibility that we were needing in the business and that the rollout of these systems now come into '18 rather than '17. So it's not that we canceled projects. There were just some projects delayed, and therefore the spend associated with those projects will fall in next year and not this year.

### Douglas Calder Lane
*Douglas Lane & Associates, LLC*

And then lastly, just can you cite me one or two big things that impacted operating margins in the first half that are not going to be pressures in the second half? Because it seems like a big reversal in margin trends in the second half.

### James S. Wilson
*Executive VP & CFO*

Yes, I mean, there's a couple of things there. I mean, obviously, the big one is bad debt, which has been prevalent in the first quarter and second quarter, and we expect that to be much less of an impact in the last 2 quarters. I think there is a natural trend to be stronger in the fourth quarter anyway because

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

there is a degree of seasonality in that, which obviously makes that quarter a higher-margin quarter by definition. And then as we basically drive the revenue back by virtue of the work we're doing on product innovation and Active Representatives, we'll get some revenue leverage back on the P&L, which will help drive margins as well.

**Operator**

This concludes today's conference call. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.