# Exhibit 14

# THE WALL STREET JOURNAL.

EARNINGS

# Avon CEO to Step Down Amid Investor Pressure

Shareholders frustrated with pace of turnaround plan



Avon CEO Sheri McCoy will step down in March **PHOTO:** AGATON STROM FOR THE WALL STREET JOURNAL

*By Sharon Terlep and Joann S. Lublin*

Updated Aug. 3, 2017 6:18 pm ET

Avon Products Inc. AVP **1.04%** ▲ pushed out Chief Executive Sheri McCoy after a disappointing five-year tenure during which she oversaw an overhaul of the storied cosmetics seller but ultimately failed to stop its yearslong downward spiral.

Avon announced Ms. McCoy's departure Thursday along with a third-straight quarter of particularly bleak results that sent the shares down another 11%. She will technically be "terminated without cause," according to people familiar with the matter.

Avon said it has retained executive-search firm Heidrick & Struggles International Inc. HSII **1.03%** ▲ to help find a successor to Ms. McCoy, who plans to stay on until March. That could be accelerated depending on when Avon finds a replacement, the people said.

Ms. McCoy, 58, had been negotiating an exit from Avon, as The Wall Street Journal reported in June. The plan came together when the board, some members of which had continued to support Ms. McCoy, lost patience as a result of the continued weak performance of the business, people familiar with the matter said. Ms. McCoy and the board reached an agreement at a July 13 board meeting at Avon's Rye, N.Y., facility, they said.

The latest results—Avon reported a $45.5 million second-quarter loss and a 3% drop in revenue amid continued attrition in sales representatives—and the bungling of key overhaul initiatives led the board to demand an immediate exit plan and announcement, the people added.



### Avon Calling for a New CEO

**Avon's share price**

**April 2012:** Sheri McCoy is named CEO.

**December 2014:** Avon settles foreign bribery charges involving its China unit with the U.S. Department of Justice.

**March 2015:** Avon is removed from S&P 500 index.

**December 2015:** Avon agrees to sell North American unit to private-equity firm Cerberus.

Thursday's close: **$3.00**

Source: WSJ Market Data Group (share price); staff reports

THE WALL STREET JOURNAL.

The storied cosmetics seller on Thursday said it was parting ways with Chief Executive Sheri McCoy after a five-year tenure during which she oversaw an overhaul of Avon but failed to stop its downward spiral.

Ms. McCoy declined to comment on terms of her exit. She said she and the board came to a mutual decision that it was time for her to go.

"We got to a point where we had conversations and decided it was the right time," she said in an interview. "I am very proud of what I've done."

Ms. McCoy said she succeeded in her main goals: splitting off and selling Avon's floundering North American unit, relocating the company to the U.K. and putting in place a new management team. "The board always knew I wasn't going to stay in the U.K.," she said.

Avon had already come under criticism from activist investors Barington Capital Group LP and NuOrion Partners AG, which together own more than 3% of the shares and called for Ms. McCoy to depart after the company reported a surprise first-quarter loss in May. Avon has been losing legions of its door-to-door sales representatives after it failed to modernize its products and capitalize on a surge in online shopping.

Things went from bad to worse in the second quarter. Active representatives declined 3% and average orders fell 1% year-over-year. The results were further marred by weak results in key

markets including Brazil and Russia, two of the company's biggest, which dented sales and frustrated representatives.

### Firing Line

The resignation of Avon's chief executive is the latest example in a recent string of activist-influenced CEO exits. Some recent cases:

**1 of 6**



In the U.K., Avon switched from local package carriers to a national firm, which meant that representatives weren't able to get their deliveries as conveniently as before. In Mexico, Avon bolstered incentives but then ran short of products and failed to meet demand, the company said

The latest results rattled investors who are already used to disappointment from the company. Avon shares fell 11% to close at $3.00, bringing their year-to-date decline to roughly 40%. Avon's market value now stands at less than $1.5 billion.

One analyst questioned whether it is Avon's core business model—not its executive team—that needs replacing.

"Why does the board think yet another management team will fix the problem?" asked Bernstein analyst Ali Dibadj on a conference call Thursday with company executives. "This has been a seemingly endless turnaround at this point."

The beauty company pledged to turn business around when it launched a transformation plan in 2016. Avon sold its North America business to private-equity giant Cerberus Capital Management to focus on its stronger international operation. The move temporarily quelled investor concerns, but the surprise first-quarter loss put Ms. McCoy back under scrutiny.

Cerberus also owns a big stake in Avon and has three seats on the company's board. The firm was initially supportive of Ms. McCoy, but the company's continued struggles led to a divide among senior Cerberus executives—some of whom continued to support Ms. McCoy before the latest results became clear, people familiar with the matter said.

READ MORE

- Ranks of Women CEOs Get Smaller
- Avon CEO Sheri McCoy Expected to Step Down (June 14)
- Activist Investor Barington Calls on Avon to Replace CEO McCoy (May 4)
- Avon's Bid to Win Back Middle America (March 21)



## Losing Ground

The ranks of women CEOs in the top 500 U.S. companies* have been thinned in 2017 with Yahoo's **Marissa Meyers**, Mondelez's **Irene Rosenfeld** and now Avon's **Sheri McCoy** stepping down.

5.8% are women

94.2% are men

Women CEOs

*Based on revenue
Source: Catalyst analysis of Fortune 500 companies          THE WALL STREET JOURNAL.

Avon—started in 1866 in Suffern, N.Y., by a traveling book salesman who discovered that women favored the free perfume samples he carried more than his books—was growing rapidly until about a decade ago, when competition from beauty retailers such as Sephora and a shift to online shopping began to siphon sales.

In an effort to spur a turnaround, the company added new products but didn't invest in its core cosmetic and skin-care lineups. It was slow to transition to digital and failed to embrace social media. Meantime, costly restructurings and a bribery investigation in China distracted managers. In 2012, the company spurned a $10 billion-plus takeover offer from Coty Inc., a big seller of perfumes.

Avon tapped Ms. McCoy, a former Johnson & Johnson executive, as it fended off the Coty offer. At J&J, she was a well-regarded executive who began as a scientist and rose through the ranks over 30 years at the company, and had been a contender to become the health-care giant's CEO.

Her forced departure from Avon comes a day after Irene Rosenfeld of Mondelez International Inc., another high-profile female consumer-industry CEO, said she would leave the snack maker.

**Write to** Sharon Terlep at sharon.terlep@wsj.com and Joann S. Lublin at joann.lublin@wsj.com

*Appeared in the August 4, 2017, print edition as 'Avon CEO Bows to Investor Pressure.'*

Copyright © 2019 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.