UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| IN RE AVON SECURITIES LITIGATION | Case No. 1:19-cv-01420-CM |
|---|---|

**STIPULATION AND [PROPOSED] ORDER
JOINING DEFENDANT DAVID LEGHER
IN MOTION TO DISMISS**

WHEREAS, Plaintiffs filed their Amended Consolidated Class Action Complaint in the above-captioned action on June 28, 2019 (ECF No. 25);

WHEREAS, on July 24, 2019, Plaintiffs filed a Corrected Amended Consolidated Class Action Complaint (ECF No. 32) ("Complaint"), which currently serves as the operative complaint in the above-captioned proceedings;

WHEREAS, on July 26, 2019, defendants Avon Products, Inc., Sherilyn S. McCoy, James S. Scully and James S. Wilson ("Moving Defendants") moved to dismiss the Complaint, with prejudice ("July 26 Motion to Dismiss") (ECF Nos. 33, 34, 35);

WHEREAS, defendant David Legher had not been served with process as of July 26, 2019, and therefore did not join in the July 26 Motion to Dismiss at that time;

WHEREAS, counsel for Plaintiffs requested that Mr. Legher waive service of process, and provided Mr. Legher with such waiver on August 20, 2019;

WHEREAS, the July 26 Motion to Dismiss has been fully briefed by the parties, with Plaintiffs' Opposition filed on August 30, 2019 (ECF No. 40), and the Moving Defendants' Reply filed on September 13, 2019 (ECF No. 41);

WHEREAS, on October 8, 2019, Mr. Legher's waiver of service of process was filed within the permitted time set forth in Fed. R. Civ. P. 4(d)(1)(F) (ECF No. 43);

WHEREAS, Mr. Legher, within the permitted time to respond to the Complaint set forth in Fed. R. Civ. P. 4(d)(3), now seeks to move to dismiss the Complaint on the same grounds and for the same reasons set forth in the July 26 Motion to Dismiss (ECF Nos. 33, 34, 35) and the September 13, 2019 Reply (ECF No. 41) and joins the Moving Defendants' request for oral argument dated September 13, 2019 (ECF No. 42);

WHEREAS, the Plaintiffs and Mr. Legher agree that no further briefing on Mr. Legher's motion to dismiss is necessary and agree to stand on the existing briefing as filed on behalf of all defendants;

NOW THEREFORE, IT IS STIPULATED AND AGREED:

1. Defendant Mr. Legher hereby joins in the July 26 Motion to Dismiss and the September 13, 2019 Reply;

2. Plaintiffs oppose Mr. Legher's motion to dismiss for the reasons set forth in the August 30, 2019 Opposition;

3. No party intends to file further briefing and the July 26 Motion to Dismiss is fully submitted.

Dated:  November 5, 2019

          Respectfully submitted,

          LEVI & KORSINSKY LLP,

          by

              */s/ Gregory M. Nespole*
              Gregory Mark Nespole

          Eduard Korsinsky
          Gregory Mark Nespole
          Christopher J. Kupka
          55 Broadway, 10th Floor
          New York, NY 10006
          (212) 363-7500
          ek@zlk.com
          gnespole@zlk.com
          ckupka@zlk.com

*Counsel for Lead Plaintiff, Additionally Named Plaintiff, and the Proposed Class*

LABATON SUCHAROW LLP
Carol C. Villegas
Christine M. Fox
Theodore J. Hawkins
    140 Broadway
    New York, NY 10005
    (212) 907-0700
    cvillegas@labaton.com
    cfox@labaton.com
    thawkins@labaton.com

*Additional Counsel for Lead Plaintiff, Additionally Named Plaintiff, and the Proposed Class*

CRAVATH, SWAINE & MOORE LLP,

by

          */s/ Karin A. DeMasi*
          Karin A. DeMasi

Karin A. DeMasi
Andrew D. Huynh
    Worldwide Plaza
      825 Eighth Avenue
        New York, NY 10019
          (212) 474-1000
            kdemasi@cravath.com
            ahuynh@cravath.com

*Attorneys for Defendants Avon Products, Inc., Sherilyn S. McCoy, James S. Scully, James S. Wilson and David Legher*

**SO ORDERED:**

Dated:       

          The Honorable Colleen McMahon
          Chief United States District Judge

4