UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Avon Products Inc. Securities Litigation | No. 19-cv-01420-CM<br><br>CLASS ACTION |

**DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION, APPOINTMENT
AS CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

I, GREGORY M. NESPOLE, declare as follows:

1.  I am a Partner at the law firm of Levi & Korsinsky, LLP, Lead Counsel for Court-appointed Lead Plaintiff Holly Ngo and Additionally Named Plaintiff David Klungle (collectively, "Plaintiffs"). I am a member in good standing of the Bar of the State of New York and am duly admitted to practice before this Court.

2.  I respectfully submit this Declaration, together with the attached Exhibits, in Support of Plaintiffs' Motion for Class Certification, Appointment as Class Representatives, and Appointment of Class Counsel filed herewith.

3.  Attached hereto as **Exhibit A** is the expert report of Chad Coffman, CFA, dated February 14, 2020.

4.  Attached hereto as **Exhibit B** is the firm résumé of Levi & Korsinsky, LLP.

5.  Attached hereto as **Exhibit C** is the firm résumé of Labaton Sucharow LLP.

//

//

//

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of February, 2020, in New York, New York.

**LEVI & KORSINSKY, LLP**

 */s/Gregory M. Nespole*
Gregory Mark Nespole (GN-6820)
55 Broadway, 10th Floor
New York, NY 10006
Telephone: 212-363-7500
Facsimile: 212-363-7171
Email: gnespole@zlk.com