**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE AVON PRODUCTS, INC.
SECURITIES LITIGATION

Case No. 19-cv-01420-MKV

**DEFENDANTS' NOTICE OF MOTION TO APPROVE THEIR REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM BRAZIL THIRD PARTIES**

Defendants Avon Products, Inc., Sherilyn McCoy, James S. Wilson, James S. Scully and David Legher respectfully request that the Court approve their request for international judicial assistance in procuring evidence from the following foreign third parties: Cintia Alves Alleyne, Aline Cabral Lemos, Rodrigo Magalhaes, Carla Marco, Carine Rippe and Bruna Targina.  This motion is based upon the accompanying Memorandum of Law and Exhibit A submitted in support of this Motion.

Date:  May 13, 2020

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by

*/s/ Karin A. DeMasi*
Karin A. DeMasi
Andrew D. Huynh

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
kdemasi@cravath.com
ahuynh@cravath.com

*Attorneys for Defendants Avon Products,*
*Inc., Sherilyn S. McCoy, James S. Wilson,*
*James S. Scully and David Legher*