**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE AVON PRODUCTS, INC.
SECURITIES LITIGATION

Case No. 19-cv-01420-MKV

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO APPROVE THEIR**
**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING**
**EVIDENCE FROM BRAZIL THIRD PARTIES**

Defendants Avon Products, Inc., Sherilyn McCoy, James S. Wilson, James S.

Scully, and David Legher ("Defendants") filed a Motion to Approve Their Request for

International Judicial Assistance in Procuring Evidence from Brazil Third Parties ("Motion")

with this Court.

Having considered all papers filed in support of and in opposition to the Motion,

and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED as set

forth below.  The Court will:

1.   Sign and affix its seal to the Letter of Request attached as Exhibit A to and

     submitted in support of the Motion; and

2.   Return the same with original signatures and seals to Defendants' counsel for

     forwarding to the appropriate Judicial Authority of Brazil.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Mary Kay Vyskocil
United States District Judge