UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Avon Products Inc. Securities Litigation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2020

1:19-cv-1420 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Defendants have requested that the Court approve a request for international judicial assistance for discovery under the Hague Convention [ECF 59-60]. The requests apparently follow Plaintiffs' refusal to produce information in discovery under the work product doctrine. Accordingly,

IT IS HEREBY ORDERED that the Defendants motion is DENIED without prejudice to renewal following the briefing schedule and hearing as set forth below.

IT IS FURTHER ORDERED that the Parties shall each file a letter not to exceed five pages regarding whether the information Defendants request is protected from discovery by the work product doctrine or otherwise. The letters must be filed on or before June 9, 2020.

IT IS FURTHER ORDERED that the Parties must appear for a hearing regarding Plaintiffs' assertion of privilege and the matters discussed in the letters on June 17, 2020 at 10:30AM. The conference will be held telephonically and can be accessed by dialing 888-278-0296 and entering access code 5195844.

**SO ORDERED.**

Date:  May 28, 2020
       New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge