USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Avon Products Inc. Securities Litigation

1:19-cv-01420 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Pursuant to its Order dated May 29, 2020 [ECF 63], the Court held a telephonic discovery conference with the parties on June 17, 2020 regarding Defendants' motion to compel documents from Plaintiffs regarding the seven confidential witnesses ("CWs") referenced in their operative complaint. After receiving briefing and hearing argument, it is HEREBY ORDERED that:

1. Plaintiffs shall produce all documents they have received from any CW or any CW's counsel.

2. Plaintiffs shall produce all declarations that have been executed by any CW, and shall provide a list of all outstanding CW declarations that are not yet completed or executed.

3. Plaintiffs shall produce all communications between Plaintiffs (or any of their attorneys, agents or representatives) and any CW (or any of their attorneys, agents or representatives). If Plaintiffs assert any privilege over any such communications, Plaintiffs shall record such documents on a privilege log to be provided to Defendants along with the production made under this Order.

4. Plaintiffs shall provide to the Court and Defendants a privilege log of any interview notes, documents or other memorializing documents or recordings of any interviews conducted of the CWs for review of any claim of privilege or other protection from discovery.

5. All documents and privilege logs ordered here under shall be produced on a rolling basis as they are available, with all documents produced no later than July 3, 2020.

Failure to comply with the terms of this Order may result in sanctions, including dismissal of a claim or defense.

**SO ORDERED.**

**Date:  June 22, 2020**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**