UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2020
```

In re Avon Products, Inc. Securities Litigation

1:19-cv-01420-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the Parties' July 3 letter [ECF #67] which informed the Court of an agreement to settle this case. As discussed in the letter, the Court will expect the filing of a Motion for Preliminary Approval on or before August 21, 2020.

The Motion for Class Certification [ECF #52-54] is deemed withdrawn in light of the Parties' agreement, without prejudice to renewal if the settlement is not approved. All other deadlines in this case are held in abeyance pending the approval of the settlement.

The Clerk respectfully is directed to close the Motion at ECF #52 as withdrawn.

**SO ORDERED**

Dated: New York, New York
       July 10, 2020

_____
MARY KAY VYSKOCIL
United States District Judge

1