UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Avon Products Inc. Securities Litigation | No. 19-cv-01420-MKV<br>CLASS ACTION |

## NOTICE OF UNOPPOSED MOTION BY LEAD PLAINTIFF, HOLLY NGO, FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE, that lead plaintiff Holly Ngo respectfully moves the Court before the Hon. Mary Kay Vyskocil, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure granting preliminary approval of the parties' proposed class action settlement, in the form of the accompanying [Proposed] Order Granting Preliminary Approval of Settlement.

PLEASE TAKE FURTHER NOTICE, that in support of her motion, lead plaintiff Holly Ngo will rely upon the accompanying Declaration of Holly Ngo in Support of Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement; the Declaration of Gregory M. Nespole in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and the exhibits thereto; and the accompanying Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

Dated: New York, New York
        August 21, 2020

**LEVI & KORSINSKY, LLP**

 /s/ *Gregory Mark Nespole*
Gregory Mark Nespole
55 Broadway, 10th Floor
New York, NY 10006
T: (212) 363-7500
F: (212) 363-7171
E: gnespole@zlk.com