UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Avon Products Inc. Securities Litigation | No. 19-cv-01420-MKV<br>CLASS ACTION |

**DECLARATION OF DAVID KLUNGLE IN SUPPORT OF (i) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, AND (ii) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

I, David Klungle, hereby declare under penalty of perjury as follows:

1.     I, David Klungle, additional named plaintiff in the above action ("Named Plaintiff"), respectfully submit this Declaration in support of (i) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Awards Pursuant to 15 U.S.C. §78u-4(a)(4). I have personal knowledge of the statements herein and, if called as a witness, could competently testify thereto.

2.     Unless otherwise defined, capitalized terms in this Declaration have the same meaning as set forth in the Stipulation and Agreement of Settlement dated and filed August 21, 2020 (ECF 71-1, the "Stipulation").

3.     On July 24, 2019, I joined Lead Plaintiff Holly Ngo as an additionally named plaintiff in the Corrected Amended Consolidated Complaint filed in this matter (ECF No. 32).

4.     Since that time, I have assisted Plaintiffs' Counsel with the litigation of the claims in the Action on behalf of members of the proposed class.  To that end, throughout the course of the litigation, I regularly communicated with Plaintiffs' Counsel concerning the litigation. I reviewed pleadings and materials filed with the Court and discovery exchanged between the parties

and discussed such materials with Plaintiffs' Counsel. I monitored the progress of the case and stayed informed about case developments. I also prepared for and participated in a remote electronic collection from my computer system which housed documents related to my: (i) transactions in Avon securities and (ii) participation in the action. Following that collection, and after consultation with Plaintiffs' Counsel, I collected and transmitted to counsel additional hard copy documents concerning my transactions in Avon securities. I also participated in several preparation calls and remote meetings with Plaintiffs' Counsel about my then-upcoming deposition. Once the case moved into the mediation phase, I discussed this progress, and ultimate settlement of the case, with Plaintiffs' Counsel.

5. I understand the Court may make an award of reasonable time and expenses directly relating to representation of the class, pursuant to the Private Securities Litigation Reform Act ("PSLRA"). Although I was not appointed a lead plaintiff, my efforts at all times were on behalf of the proposed class and I worked diligently to further its interests in the Action. Accordingly, I am requesting the amount of $1,220 in connection with my efforts in the Action.

6. This request is based on the conservative estimate that I devoted approximately 40 hours to the litigation related activities described above, at an effective hourly rate of $30.50. The hours spent on this case was time that I would have otherwise devoted to other professional activities.

7. Based on my involvement in the litigation and discussion with Plaintiffs' Counsel on the Settlement, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. I also believe that the proposed Settlement represents a favorable recovery, considering the substantial risks of recovery in the continued litigation of the claims. I therefore endorse approval of the Settlement by the Court.

8.  I also believe that Lead Counsel's request for attorneys' fees in the amount of thirty percent (30%) of the Settlement Fund is fair and reasonable under the circumstances of this case. I have evaluated the fee request by considering the efficient prosecution of the Action, the amount and quality of the work performed, and the recovery obtained for the Settlement Class. I understand that Lead Counsel also will devote additional time in the future to administering the Settlement, without requesting additional compensation.

9.  I further believe that the litigation expenses requested are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at a reasonable cost, I support Lead Counsel's application for attorneys' fees and payment of litigation expenses.

10. I endorse the Settlement as fair, reasonable, and adequate, and believe it represents a favorable recovery for the Settlement Class considering the significant risks of continued litigation. I further support Lead Counsel's request for attorneys' fees and litigation expenses and believe that it represents fair and reasonable compensation for counsel.

11. I remain ready, willing, and able to continue to represent the interests of the Settlement Class throughout the settlement process.

13.    I certify that the foregoing statements are true and correct under penalty of perjury under the laws of the United States.

Dated: December 15, 2020
         Boise, Idaho

DocuSigned by:

*David Klungle*

4C153BC2C49F44C...

David Klungle