**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Avon Products Inc. Securities Litigation | Case No.: 19-cv-01420-MKV |

**SUPPLEMENTAL DECLARATION OF JESSIE MAHN REGARDING (I) MAILING OF NOTICE AND PROOF OF CLAIM FORM; (II) CALL CENTER SERVICES; (III) THE SETTLEMENT WEBSITE; AND (IV) REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

I, Jessie Mahn, declare and state as follows:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's Order Granting Preliminary Approval of Settlement dated August 31, 2020 (Dkt. No. 74) (the "Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1]

2. The following statements are based on my personal knowledge and information provided by Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Stipulation and Agreement of Settlement, dated August 21, 2020 (Dkt. No. 71-1, the "Stipulation").

3.      I submit this Declaration as a supplement to my earlier declaration, the Declaration of Jessie Mahn Regarding (I) Mailing of Notice and Proof of Claim Form; (II) Publication of Summary Notice; (III) Call Center Services; (IV) The Settlement Website; and (V) Requests for Exclusion and Objections Received to Date dated December 15, 2020 (the "Initial Mailing Declaration").

## I.    MAILING OF THE NOTICE AND PROOF OF CLAIM FORM

4.      At the time of the Initial Mailing Declaration, Epiq had mailed a total of 63,091 Notice Packets to potential Settlement Class Members and nominees.

5.      Following the Initial Mailing Declaration through January 11, 2021, Epiq mailed one (1) additional Notice Packet to a potential Settlement Class Member per their request.

6.      As of January 11, 2021, a total of 63,092 Notice Packets have been mailed to potential Class Members and nominees.

7.      At the time of the Initial Mailing Declaration, Epiq had re-mailed 52 Notice Packets to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to Epiq by the USPS.  Epiq has not received any further updated addresses from USPS.

## II.   CALL CENTER SERVICES

8.      Epiq continues to maintain the toll-free phone number for the Settlement, (855) 907-2140, which became operational on September 15, 2020.

Epiq has promptly responded to each telephone inquiry and will continue to address potential Class Members' inquiries.

## III.   THE SETTLEMENT WEBSITE

9.     Epiq continues to maintain the Settlement Website (www.AvonSecuritiesLitigation.com) which became operational on September 15, 2020, and is accessible 24 hours a day, 7 days a week. The Settlement Website still includes a link to a claim filing module through which Class Members can submit their claims.  In addition, copies of the Notices, Proof of Claim Form, Stipulation, all papers submitted in support thereof, Preliminary Approval Order, and other documents related to the Action are posted on the Settlement Website and are available for downloading.  Epiq will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

## IV.   REQUESTS FOR EXCLUSION AND OBJECTIONS

10.    The Notice, Summary Notice, and Settlement Website inform Class Members that requests for exclusion from the Settlement Class must be received by December 30, 2020.  The Notice directs Class Members who wish to request exclusion to mail their request to Avon Securities Litigation, Claims Administrator, P.O. Box 5566, Portland, OR 97208-5566.  The Notice also sets forth the

information that must be included in each request for exclusion. Epiq monitors all mail delivered to this P.O. Box.

11. As of the date of the Initial Mailing Declaration, Epiq received five (5) complete requests for exclusion. Epiq has received one (1) additional complete request for exclusion. Attached as Exhibit 1 is a true and correct copy of the requests for exclusions.

12. The Notice, Summary Notice, and Settlement Website also inform Class Members that they may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses; the objection must be in writing, and filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that they are received on or before December 30, 2020.

13. Through January 11, 2021, Epiq has not been informed of any objections to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees, reimbursement of Litigation Expenses and awards to Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 11, 2021.

_____
Jessie Mahn

4

# EXHIBIT 1

September 20, 2020

Avon Products Inc. Securities Litigation

Claims Administrator

P.O. Box 5566

Portland, OR  97228-5566

To Whom Concern:

I sold 8 shares/units March 4, 2019 to terminate my enrollment in the dividend reinvestment plan.  I did not purchase or acquire any shares January 21, 2016 thru November 1, 2017.  I am no longer in the plan so I do not want to receive any more information from you on settlement - this is such a waste of paper.

Sincerely,                                            Exclude Me!!

*Linda Heersink*

Linda Heersink



9-22-2020

To Whom it May Concern,

Regarding Case Number 19-cv-01420-MKV, remove my name from this pending case.

I DID NOT purchase stock during the time frame. I SOLD back my whole 18 shares!

Your records should reflect this information

I received a check from Avon for $72.12 on 9-26-2016.

I have no stock - it wasn't even purchased in your time frame.

Your records are wrong. Doesn't say much for your accounting system.

Again, remove my name from this class action suit. It is not worth my time.

Deborah Ruth Grunow

Holder account number   C0000394106    IND
Ticket Symbol   AVP    CUSIP   054 303102
Trade date    8-22-2016
Settlement date   8-25-2016
Shares sold   16
Price per share   5.565
Gross amount   $89.04
Trading Fees   $16.92
Net amount of sale $ 72.12

I received the check $ 9-29-2016

Deborah Ruth Grunow

Sept 24, 2020

To whom it may concern
I want to be excluded
from "In re Avon Products,
Inc. Securities Litigation,
19-CV-01420-MKV.

Thank You
Peggy D Hetrick

Peggy Diane Hetrick

[redacted]

P.S.
Used to have 24 shares!

**BARBARA DIMARTINO**



***Phone:***

***Email:***

September 24, 2020

Claims Administrator
Avon Products Inc. Securities Litigation
P.O. Box 5566
Portland, Oregon 97228-5566

Re:    In re Avon Products Inc. Securities Litigation - 19-cv-01420-MKV

Dear Sir or Madam:

With regard to the above-referenced submit, I would like to **exclude** myself from the Class Action Lawsuit. As requested in the information packet provided to me, my information is as follows:

Name:        Barbara DiMartino
Address:

Phone:

Shares Owned:        48

I acquired the shares when I worked at Avon and have held them since. I believe I opted for converting to Natura common shares when they purchased Avon in 2018/2019.

Please feel free to contact me with any questions or comments. *I would appreciate acknowledgement of my request.*

Thank you.

Sincerely yours,

Barbara DiMartino

-----Original Message-----
From: Edward Anderson █████████████████
Sent: Wednesday, October 7, 2020 8:48 AM
To: Gregory Nespole █████████████
Subject: [External]Avon products inc securities litigation

Good day I received I notice package about the class action settlement against Avon products.
I would like to exclude myself from the class action to leave the option to participate in another lawsuit
against the defendants relating to the legal claims in this case Thank you Edward Anderson

| | |
|---|---|
| **From:** | Edward Anderson |
| **To:** | Mahn, Jessie |
| **Subject:** | Avon products inc securities |
| **Date:** | Tuesday, October 13, 2020 4:43:21 PM |

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This is in response to your email to provide needed information
My address is ███████████ █████████████
My telephone number is ███████████
On July 21 2017 I purchased 273.797373 shares of Avon stock at a price of $3.5859
On September 14 2017 I purchased 36.747554 shares of Avon stock at a price of $2.555
Please contact me if more information is needed
Thank you
Edward Anderson

Daniel H. Adams



December 14, 2020

Avon Products Inc Securities Litigation
claims administrator
PO Box 5566
Portland. OR 97228-5566

Dear Litigators,

Exclude me from In re Avon Products, Inc. Securities Litigation, 10-cv-01420-MKV.  A trust I am
trustee of purchased 2,000 shares of stock on 1/21/2016, cost per share was $2.589475.