# Exhibit B

**[Proposed] Exhibit 1 to Final Judgment and Order of Dismissal**

**Schedule of Timely and Valid Requests for Exclusion**

The following prospective Settlement Class members have made timely and valid requests for exclusion and are therefore excluded from the Settlement Class:

1. Daniel H. Adams

2. Edward Anderson

3. Barbara DiMartino

4. Deborah Ruth Grunow

5. Linda Heersink

6. Peggy Diane Hetrick

\*        \*        \*