USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Avon Products Inc. Securities Litigation | No. 19-cv-01420-MKV<br>CLASS ACTION |
|---|---|

### ORDER APPROVING PLAN OF ALLOCATION

**WHEREAS**, this matter came on for hearing on January 20, 2021 (the "**Final Approval Hearing**") on Lead Plaintiff Holly Ngo's motion for final approval of class action settlement and plan of allocation; and

**WHEREAS,** the Court having considered all matters submitted to it at the Final Approval Hearing and otherwise; and it appearing that notice of the Final Approval Hearing substantially in the form approved by the Court was mailed to all Settlement Class members who could be identified with reasonable effort, and that a summary notice of the hearing substantially in the form approved by the Court was published in *Investor's Business Daily* and transmitted over *PR Newswire* pursuant to the specifications of the Court; and the Court having considered and determined the fairness and reasonableness of the proposed plan of allocation;

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1.  This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated as of August 21, 2020 (the "**Stipulation**"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.  Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court hereby finds and concludes that due and adequate notice was directed to prospective Settlement Class members who could be identified with reasonable effort, advising them of the Plan of Allocation and their right to object thereto, and a full and fair opportunity was accorded to

prospective Settlement Class members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3.  The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "**Notice**") disseminated to Settlement Class members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class members.

4.  The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is in all respects fair, reasonable and adequate and the Court hereby approves the Plan of Allocation.

**SO ORDERED** in the Southern District of New York on February 3, 2021.

*Mary Kay Vyskocil*
THE HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE