**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re Avon Products Inc. Securities Litigation | No. 19-cv-01420-MKV<br>CLASS ACTION |

**LEAD PLAINTIFF'S NOTICE OF MOTION
FOR ENTRY OF AN ORDER APPROVING DISTRIBUTION
OF THE NET SETTLEMENT FUND TO AUTHORIZED CLAIMANTS**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff Holly Ngo respectfully moves the Court before the Hon. Mary Kay Vyskocil, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, for entry of an Order Approving Distribution of the Net Settlement Fund to Authorized Claimants (the "**Distribution Order**"): (i) approving distribution of the Net Settlement Fund to Authorized Claimants who submitted "Timely Eligible Claims" or "Late But Otherwise Eligible Claims" as set forth in the accompanying Declaration of Jessie M. Mahn in Support of Lead Plaintiff's Motion for Order Authorizing Distribution of Class Action Settlement Proceeds (the "**Mahn Declaration**"); (ii) rejecting the "Rejected Claims" as set forth in the Mahn Declaration; (iii) rejecting the Disputed Claims as set forth in the Mahn Declaration; and (iv) authorizing the payment of up to an additional $296,890.89 to the settlement administrator for estimated fees and expenses expected to be incurred in connection with the initial distribution of the Net Settlement Fund, as well as its fees and expenses to be incurred in the event of any subsequent distribution(s).

PLEASE TAKE FURTHER NOTICE, that in support of her motion, Lead Plaintiff will rely upon the accompanying Mahn Declaration, the exhibits thereto, and the accompanying memorandum of law.

The proposed Distribution Order is submitted herewith.

Dated:  New York, New York
       November 16, 2021                                 **LEVI & KORSINSKY, LLP**

                                                        */s/ Gregory M. Nespole*
                                                        Joseph E. Levi
                                                        Gregory M. Nespole
                                                        55 Broadway, 10th Floor
                                                        New York, NY 10006
                                                        T: (212) 363-7500
                                                        F: (212) 363-7171
                                                        E: jlevi@zlk.com
                                                          gnespole@zlk.com

                                                        *Plaintiffs' Lead Counsel*

2